# MEMO ENDORSED

**HAMBURG & GOLDEN, P.C.**
Attorneys

1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590
Facsimile: (215) 255-8583
robertstb@hamburg-golden.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-11

James P. Golden
Neil J. Hamburg
Michael E. Sacks
Cameron J. Etezady
Maureen Hogan Krueger
Jane C. Silver
Thomas B. Roberts

Writer's Direct Dial:
215-255-8594

July 27, 2011

By Facsimile (212)805-7949

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re:  Egiazaryan v. Zalmayev, 11 Civ 2670 (PKC)

Dear Judge Castel:

We represent the defendant, Peter Zalmayev, in the above referenced matter.

I write to request a short extension of time from July 27 to August 5, 2011 for the defendant to file his answer to Count I of the complaint and his counterclaims. The parties have already exchanged document requests, and the requested extension should not impact upon the pace of discovery or the pending motion to dismiss Counts II through V of the complaint. We have not previously requested an extension of the time to answer that was established by your Honor in the Civil Case Management Plan and Scheduling Order.  Additionally, we have consulted with adversary counsel, Mr. Lupkin, and he has consented to this extension of time.

If the proposed extension is acceptable to the Court, we respectfully request that it be formally approved by memo-endorsed order. Thank you for your consideration.

Respectfully,

THOMAS B. ROBERTS

*Application granted. So ORDERED*
USDJ
7-27-11