**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-11
```

**MEMO ENDORSED**

August 17, 2011

JONATHAN D. LUPKIN

**VIA FACSIMILE**

Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10021

*Time to answer or move extended to September 2, 2011.*

*So ORDERED*

[signature] for PKC
8/18/11

Re:   **Egiazaryan v. Zalmayev (11 Civ. 2670)(PKC)**

Dear Judge Castel:

    This firm represents plaintiff Ashot Egiazaryan in the above-referenced matter.

    On August 5, 2011, defendant answered the complaint, and in that answer, interposed a set of counterclaims. Plaintiff's time to answer, move or otherwise respond to the counterclaims presently expires on **August 26, 2011**, and I am writing to request a modest, one-week adjournment of that deadline (i.e. to **September 2, 2011**). I have consulted with adversary counsel, and she has consented to this first time request of this deadline.

    If the foregoing adjustment is acceptable to the Court, we would respectfully request that it be formally approved by memo-endorsed order. Thank you in advance for your consideration.

Respectfully,

Jonathan D. Lupkin

WRITER'S DIRECT DIAL
(212) 412-9579
jlupkin@fzwz.com

cc:  Jane Silver, Esq. (via fax)
    James Golden, Esq. (via fax)
    Andrew Ryan, Esq. (via fax)