# Memcon

SPOKE TO: Rinat
SUBJECT: Russian Duma Member in US, Ashot Yegiazaryan
DATE: February 4, 2011

1. Ashot Yegiazaryan is a member of the Russian Duma who is a former associate of the former mayor of Moscow, Yuri M. Luzhkov, who fell from Putin's favor and resigned last fall. He fled to Beverly Hills.
2. He is aa ranking member of Vladimir Zhirinovsky's ultra-nationalist Liberal-Democratic Party of Russia
3. He is accused by HR group of "providing cover for the numberous well-ocument atrocities" during the Chechnyan war
4. Has his own web page: http://www.ashotyegiazaryan.com/
5. See also Wikipedia: http://en.wikipedia.org/wiki/Ashot_Yegisaryan
6. Russian investigators have asked to have him charged with large-scale fraud, embezzlement and other crimes.
7. Officials of a Russian Human Rights movement which is a member of the Moscow Helsinki Group have written to Members of Congress and members of the US Helsinki Commission.
8. Ashot is a leader of the LDPR party led by Zhirinovsky, which supported Saddam's invasion of Kuwait,Z blamed the Jews for starting WWII and provoking the Holocaust; ;accused Jews of controlling the biggest media, banks and corporations, accused Jews of controlling media and "publishing bad articles about Islam." Accused Jews of ruining Russia, selling children and organs abroad, trafficking Rushing women into the foreign sex trade and provoking Holocaust. Z has openly praised Naziism. And suggested Jews were involved in 9/11 attacks. Consistently sided with NK, Cuba, Iraq/Saddam and Libya against US.
9. Would like him placed on Justice and State Department Watch list and deported.
10. Rinat said Yegiazaryan has reps working the Hill and Admin to get him admitted to US on refugee status.
11. Objectives: deny refugee status, deported, put on no-entry list.
12. Strategy:
    a. Congressional letter to State Department opposing refugee status; he is not political but a criminal seeking to avoid prosecution for acts that would be crimes here and anywhere else.
    b. Ask how it was possible that he was given entry.
    c. Ask that his name be put on no-entry list and be deported.
    d. Detail his record as anti-Democratic, anti-Semitic
    e. <u>Bipartisan</u> letter
13. To Do
    a. Define strategic objectives and prepare tactical plan
    b. Prepare bulleted fact sheet.
    c. Dear Colleague Letter
    d. Letter to secretary of state
    e. Focus on senior members of Committees on foreign affairs, judiciary, homeland security, intelligence and the Helsinki commission. Many already have been addressed in the letters sent earlier. Also appropriators.
    f. Possible additional joint letter from MC's to chairs of HFAC and Judiciary asking the committees to look into this potential security breech.
    g. Brief friendly media

1

BA 00483

    h. Since subject is living in LA area and is considered by client as anti-Semitic, make sure to brief appropriate Jewish media: LAJJ, Forward, JTA. Also local media like LAT and any ethnic publications for Russian or other communities in LA area.

14. Memo to Rinat
15. Feb 11 – I earlier met Peter ?, Eurasia Democracy Initiative, EDI, trying to get some Jewish orgs, Felice Gerr from ADL (?) used to work with her. Need to build case about this guy, see what can be done. Henry Waxman's CD; Rohrback and Chris Smith might be interested. Within a week or so we'll get some Russian Jewish orgs should get involved. What we need some kind of Cong'l letters, statements, articles in Record. DB: I will contact LAJewish Journal to tip editor off. Has contacts with Russian Jewish orgs. I will spk to Mark Levin. Israeli media? (Ben Horin?) First, develop and shape the story; second detail strategy/tactics. Pay $10 k for project. Target is get him out of US. Hired Jewish law firm to protect him. He will have Peter call me. Develop materials to send to various audiences: Israel, Jewish groups, Jewish media. Congressional interest. Heavy lifting on Hill.
16. Another project: years ago on Kazakh, AK bodyguards; DMB helped with Jan and R-L; body guards put on trial; son-in-law had them beaten up, he was in Vienna. Suing son in law; one of body guards coming to US to meet with HR groups. Want to get some media coverage and Congl letters. Seeking Justice; going thru western courts.
17. Peter Zalmayev – re project. Also go to Homeland Security. Not an easy issue, largely circumstantial, it is the party and its leader, Zhirinovsky. This guy is a businessman and member of party for 13 years, a money supporter for the platform. Current status: still paid member of Duma representing that party since 99. Zhirinovsky's sugar daddy. He lies on his web page about his case, about his dealings with charitable groups. Develop FAQ. Working with Russian HR community.

Proposal

Goal: Remove Ashot Yegiazaryan from the United States.

Strategy

Congressional and media pressure on the Obama administration seeking one or more of the following outcomes:

1. Deny refugee status
2. Put him on the State/Justice departments' Watch Lit
3. Have him deported
4. Have him voluntarily leave the United States (Not necessarily to Russia because problems there)

Role of Bloomfield Associates

1. Develop strategy and tactics for carrying it out.
2. Prepare necessary background materials
3. Draft documents to carry out the strategy
4. Organize a bipartisan Congressional letter to highest level officials of the Obama administration opposing his (reported) request for refugee status, noting he is

2

BA 00484

not here for political freedom but to escape criminal prosecution for acts that would be crimes in the United States or any other free country.
5. Coordinate and assist in efforts to secure sponsorship, guide follow up, be available to consult on all aspects of the project and provide guidance and aid as needed.
6. Identify Members of Congress and other players who could be most helpful to the project.
7. Develop and define additional initiatives.
8. Seek out others with an interest in furthering this goal

Note to Rinat
1. In light of Ashot's connections to Zhirinovsky, we should look into possible help in the Jewish community.
2. Also give special attention to the Los Angeles area where he should be considered an unwelcome guest.
3. This should take 4-6 weeks, depending on congressional recess schedule and cooperation from those who would be circulating the letters.

FAQ
1. Where could he go if forced out of US? What is his French Connection? Did spend considerable time there and it was his last place of residence before coming here.
2. What connections does he have to other countries?
3. What are the risks to returning to Russia?

Notes for Confr Call
1. EDI – is it American organization? If so, should be stressed.
2. Doubtful WP reporter is "on the take," but may have been persuaded. Such charges do more to damage our credibility than his.
3. Set up meeting with ADL here to ask for advice and help.
4. Who dealing with at Jewish organizations?
5. Speak directly to LA community.
6. Know of any contact with Waxman's office? Brad Sherman is pro-Armenian and could be helpful.
7. Are Ashot's lawyers registered as foreign agents? Nothing in Fara under Ashot's name; who are his lawyers? Greenberg/Taurig, Gibson/Dunn.
8. Contact The Hill and Roll Call
9. He is Armenian by ancestry so could be sent there.
10. Cyprus. He has business there; tied in litigation, has assets there. Armenia by ancestry. France by last place.

2/13/11 Memcon
Confr call with Peter Zalmayev and RA
1. Have someone active in Russian-Jewish cmty, in Boston Jewish Advocate
2. AP article. Our case sud be based on that. He has problems at home, fled here for sanctuary, has been part of the Putin and Zhironofsky. Russian billionaire,

3

BA 00485

how did he amass so much money? Member of Duma is $60,000 US a year salary. How did he become a billionaire? Where did it come from, where is it? He is not to be trusted. Lies about charity work. He is not a real opposition figure but a criminal trying to use that cloak to escape responsibilities. He has never done or said anything to show he is an opposition figures, only been member of financial bacvker of ultra-nationalist anti-S party. Was ally of discredited mayor

11. Generate media coverage of this matter
12. Get some MC's to pick up on it. Raise it with State, Homeland Security, why is he allowed to be in US?
13. US sud not be haven for anti-Semitic criminals
14. Put something in Congl Record, urging admin/dhs/ to look into this.
15. His ill-gotten gains are no reason to give him safe haven here.
16. Prepare fact sheet, letters, record statements
17. Don't say he sud be sent back to RU; interesting case and have questions thatneed answers.
18. ADL guy in NYC met, wants more info.
19. Meet with Stacy Burdett, Mark Levin
20. Sources of info we cite as authority sud be American, not Russian.
21. No one is forced to join Zhrinofsky's party or raise $ for him.
22. Focus on Jewish orga, media, MCs

2/17/11
Confr with Peter Zalmayev

1. Discussed who and where to send letters
2. Recommend HFAC leadership and subcmtes covering RU
3. SFRC as above
4. Senate
    a. Ben Cardin
5. Eric Cantor
6. Need to write statement to put in Congressional Record
    a. Op Ed
    b. Letters to the Editor
7. DMB to Call:
    a. LA Jewish Journal
    b. LA JCRC
    c. ADL- Stacy
    d. AJCmte – Jason Isaacson
        i. Peter already has spoken to Sam Cleague, AJC RU outreach dir
4. Letters: "I want to bring this to your attention."

2/23 Memcon
Peter Zalmayev

1. Submitted something to friend at Boston Globe
2. DB: make contacts on Hill
3. Send him half page strategy plan, including J orgs; game plan; need some product, results
4. Needs talking points, etc.

4

BA 00486

Game Plan

1. Draft position paper and talking points
2. Edit materials prepared by others
3. Organize a bipartisan Congressional letter to highest level officials of the Obama administration opposing his (reported) request for refugee status, noting he is not here for political freedom but to escape criminal prosecution for acts that would be crimes in the United States or any other free country.
4. Coordinate and assist in efforts to secure sponsorship, guide follow up, be available to consult on all aspects of the project and provide guidance and aid as needed.
5. Identify Members of Congress and other players who could be most helpful to the project.
6. Develop and define additional initiatives.
7. Seek out others with an interest in furthering this goal

2/25/11 note from PZ

The criminal case against AE was opened on November 6, 2010. Among the charges are: defrauding his business partner, Mr. Smagin, of 20 % of stocks in the Evropark company (total $35 mil), as well as defrauding another, Mr. Ananiev, of $18 mil. It's only after these charges were filed, that Egiazaryan went public with his claims of having had his allegedly $2-billion stake in the Hotel Moskva reconstruction project taken away. This has nothing to do with the criminal case against him and is an outright lie.

We do not want to dwell on all the details of the case though, Doug. The point is and must stay simple: he is wanted for fraud. End of story. Then we talk about anti-Semitism, etc.
-0-

2/25/11

Mark Levin, NCSJ. Told him about the case and he offered to go to State and to NSC to raise the issue at previously scheduled meetings. His president is a Russian émigré and should be interested in the topic, he said. He found the Zhirinovsky connection particularly compelling. Sent him the talking points. Reported this to PZ and RA.

I sent him the talking points; at PZ request I subsequently asked him to also send a letter to Hillary Clinton and/or Janet Napolitano.


2/27/11

PZ:

BA 00487