Case 1:11-cv-02670-PKC-GWG   Doc #: 57-7   Filed 11/22/11   Page 1 of 5 Page ID #: 932

# EXHIBIT 6

# BGR | GABARA, LIMITED

WASHINGTON · LONDON

**Ivo Ilic Gabara**
BGR Gabara, Limited
*President*

March 14, 2011

Mr. Laurence Shore
Partner
Gibson Dunn Crutcher, LLP
200 Park Ave., 48th Floor
New York, NY 10166

Dear Laurence:

We are delighted that you have agreed to retain BGR Gabara, Ltd. Pursuant to our communications, please accept this letter of agreement ("Agreement") for BGR Gabara to assist with your representation of Ashot Egiazaryan ("Client") in connection with certain arbitration proceedings.

**Parties**: This Agreement is effective February 12, 2011, between BGR Gabara, Ltd. ("BGR") and Gibson Dunn Crutcher, LLP (the "Company"). BGR is being retained by the Company on behalf of the Client, Ashot Egiazaryan, who will be solely responsible for the payment of all billed fees and reimbursement for any reasonable expenses incurred by BGR as described more fully herein.

**Scope of Work**: BGR's work will cover all of the global communication and United States government relations needs of the Client Mr. Ashot Egiazaryan. BGR will provide the following services:

- Develop and implement a global media strategy for Mr. Ashot Egiazaryan;
- Develop a set of key messages and compelling narrative in support of the legal cases;
- Work closely with Gibson Dunn to ensure consistency of message globally;
- Manage UK and international media relations with a focus on the London press and with a view to securing positive, balanced and informed media coverage;
- Provide media training to Mr. Egiazaryan and/or his Spokesman on the case, both in London and the US;
- Manage crisis communications;
- Review and manage English-language content on Mr. Egiazaryan's website
- Develop and implement a program in Washington DC in support of Mr. Egiazaryan's application to settle in the US.

In addition and only if required, BGR will execute the following:

BGR GOVERNMENT AFFAIRS | 1 Duchess Street • London • W1W 6AN
BGR PUBLIC RELATIONS | Tel: +44 203 3705720
BGR CAPITAL & TRADE |
BGR GABARA | www.bgrgabara.com

EA-0000052

2

- Develop and implement a full on-line communications campaign;
- Develop and implement a media strategy for Mr. Ashot Egiazaryan in Russia

**BGR Team**: I will lead the BGR team and will be assisted by Principal Walker Roberts, BGR Public Relations President Jeffrey Birnbaum, and Vice Presidents John Lough and Bill Turenne, Jr.

**Professional Fees**: In consideration for services rendered and for work between February 12, 2011 and February 11, 2012, BGR will be entitled to a monthly professional fee. BGR's monthly professional fee is broken down into three (3) separate fees:
  i) USD $48,500.00 for international media relations activity. This fee was determined by agreement of the Parties using the following formula USD= .6199(GBP 35.000 -15%).
  ii) USD$ 20,500.00 for United States government relations activity. This fee was determined by agreement of the Parties using the following formula USD= .6199(GBP 15.000,00 -15%).
  iii) USD$8,000.00 for online relations activity.

The total professional monthly fee to be paid to BGR is USD$77,000.00.

The term shall be for a period of twelve (12) months through February 11, 2012; however, the Company has the ability to review the terms of this Agreement on a monthly basis and may decide to adjust the level of BGR's service in a particular area for the month ahead.

**Expenses:** BGR will be entitled to reimbursement for ordinary and out-of-pocket expenses, including items such as telecommunications services, printing, photocopying, local transportation and other incidental expenses. BGR will also be reimbursed for non-local transportation, meals and entertainment; however, these will be authorized by the Company in advance.

**Invoicing**: Professional fees and expenses are invoiced separately:

1. **Professional Fees**: Upon execution, BGR will invoice the Company for its professional fees for February (which will be prorated from February 12, 2011) and March 2011. Thereafter, BGR will invoice the Company for each month's professional fees in advance of the coming month, starting April 1, 2011.

BGR GOVERNMENT AFFAIRS | 17 Cavendish Square • London • W1G 0PH
BGR PUBLIC RELATIONS | Phone: +44 20 3178 8013 • Fax: +44 20 7665 1200
BGR CAPITAL & TRADE |
BGR GABARA | www.bgrgabara.com

EA-0000053

3

2. <u>Expenses</u>: Upon execution, BGR will invoice the Company for expenses incurred, if any, during February 2011. BGR will subsequently invoice the Company on the last day of each month for expenses incurred during the month prior, starting March 31, 2011.

Regardless of the ultimate duration of the Agreement, all invoices generated from the terms and between the two parties to this Agreement are payable by the Client in-full and promptly upon receipt and shall be paid to BGR within thirty (30) days of receipt of all documents.

**Indemnification:** The Company agrees that neither BGR, nor BGR Holding, LLC d/b/a BGR Group, nor any of its employees, directors, officers, shareholders, agents, representatives or controlling persons shall have any liability to the Company, its employees, directors, shareholders, officers, representatives, or controlling persons or third parties arising out of or related to the terms or provisions of this Agreement.

**Termination**: Either BGR or the Company may terminate this Agreement for any reason upon thirty (30) days written notice, with no further obligation, other than payment of such fees and expenses that have accrued up to and through the 30-day period. If the Company's retainer with the Client is terminated, BGR will have to seek further instructions directly from the Client. In either case, termination will not affect BGR's entitlement to payment by the Client of any fees which became properly payable before the date of termination up and through the 30-day notice period.

**Term and Renewal:** This Agreement can be renewed and extended upon notice by either Party to the other and upon agreement of both, beyond the set termination date for a month-to-month basis commencing on the first day following the previous contractual termination date. Terms and Scope of Work will remain materially and substantially the exact same as before, unless otherwise agreed to by the parties in writing.

**Confidentiality**: BGR recognizes that in the course of our representation, we could become aware of information, practices or policies, which you wish kept confidential. BGR agrees to maintain that confidentiality and will not disclose to any outside party the information either during the period of the Agreement or afterwards, to the extent permitted by law.

**Entire Understanding**: This Agreement contains the entire understanding between the parties. Amendment, modification or waiver of this Agreement may be accomplished with a written instrument signed by both parties.

Please sign both copies of this Agreement and return one to us. We look forward to working with you.

{SIGNATURE PAGE FOLLOWS}

BGR GOVERNMENT AFFAIRS | 17 Cavendish Square • London • W1G 0PH
BGR PUBLIC RELATIONS | Phone: +44 20 3178 8013 • Fax: +44 20 7665 1200
BGR CAPITAL & TRADE |
BGR GABARA | www.bgrgabara.com

EA-0000054

4

| BGR Gabara, Ltd. | Gibson Dunn Crutcher, LLP |
|---|---|
| By: _____<br>Ivo Ilic Gabara<br>President<br><br>Date: _____ | By: *[signature]* _____<br>Laurence Shore<br>Partner<br><br>Date: 17 March 2011 |

BGR GOVERNMENT AFFAIRS
BGR PUBLIC RELATIONS
BGR CAPITAL & TRADE
BGR GABARA

17 Cavendish Square • London • W1G 0PH
Phone: +44 20 3178 8013 • Fax: +44 20 7665 1200

www.bgrgabara.com

EA-0000055