**EXHIBIT 10**

To whom it may concern

I, Garkusha Dmitrii Vladimirovich, was born on 30 August 1967, passport 46 05 028174 issued by Chimkinskii UVD of Moscow Oblast on 17 July 2003, hereby inform and confirm as follows.

In the period of 2008-2008 I was one of the main investors of the project connected with reconstruction of the Hotel "Moscow" and exercised managing functions.

I was acquainted with Egiazaryan Ashot Gevorkovich. In that period Egiazaryan Ashot expressed a serious interest to this project that became a reason of our repeated meetings. At that time I did not know about illegal plans of Egiazaryan Ashot in relation to my property (shares of my companies) and the project generally.

At that time Egiazaryan Ashot was a member of the State Duma of the Federal Assembly of the Russian Federation of the fourth calling, and since 2007 – of the fifth calling.

As a member of the State Duma from LDPR and as member of the LDPR's fraction, Egiazaryan Ashot, as well as other members of this party/fraction, personally participated in financing of operations of LDPR's party and sponsored it.

Such sponsorship was particularly conducted in the following way. I personally saw that the son of Zhirinovskii Vladimir Volfovich, Lebedev Igor Vldimirovich, repeatedly came to Egiazaryan Ashot with a big bag that was likely empty in his office at the address: Daev alley, 20, the 3th floor. After a while Lebedev Igor went out the cabinet of Egiazaryan Ashot with that bag but it seemed heavy and filled in with something.

After that Ashot Egiazaryan personally told me that he gave money to Lebedev Igor for financing of operations of LDPR's party. As explained by Egiazaryan Ashot, money given for financing of operation of the party, were calculated by millions of US dollars.

I make this application voluntarily and without any pressure on me from any side.

Twenty second July two thousand eleven

Russian Federation, the city of Moscow


**Garkusha Dmitrii Vladimirovich**

Всем заинтересованным лицам

Я, Гаркуша Дмитрий Владимирович, 30 августа 1967 года рождения, паспорт 46 05 028174, выдан Химкинским УВД Московской области 17 июля 2003 г., настоящим заявляю и подтверждаю следующее.

В 2006—2008 гг. я являлся одним из основных инвесторов проекта по реконструкции гостиницы «Москва» и выполнял в нем различные управленческие функции.

Я был знаком с Егиазаряном Ашотом Геворковичем. В тот период Егиазарян Ашот проявлял серьезный интерес к данному проекту, который в том числе стал причиной наших неоднократных встреч. На тот момент мне еще не было известно о противозаконных планах Егиазаряна Ашота в отношении моего имущества (акций моих компаний) и проекта в целом.

В то время Егиазарян Ашот являлся депутатом Государственной Думы Федерального Собрания Российской Федерации четвертого созыва, а с 2007 г. — пятого созыва.

Будучи депутатом Государственной Думы от ЛДПР, и являясь членом фракции ЛДПР, Егиазарян Ашот, как и все прочие члены данной партии/фракции, лично участвовал в финансировании деятельности партии ЛДПР, предоставлял деньги на ее содержание.

Такое финансирование, в частности, осуществлялось следующим образом. Я лично видел, как сын Жириновского Владимира Вольфовича, Лебедев Игорь Владимирович, неоднократно приходил к Егиазаряну Ашоту в его офис по адресу: ~~Озевпер, 20, 3-й этаж~~, с большой сумкой, по внешнему виду пустой. Через непродолжительное время Лебедев Игорь выходил из кабинета Егиазаряна Ашота с той же сумкой, но по виду уже тяжелой и наполненной чем-то.

После этого Егиазарян Ашот сам лично говорил мне, что передавал Лебедеву Игорю деньги на финансирование деятельности партии ЛДПР. По словам самого Егиазаряна Ашота, суммы денег, передаваемых на финансирование партии, исчислялись миллионами долларов США.

Данное заявление я делаю по собственной воле, без какого-либо давления на меня с чьей-либо стороны.

Двадцать второго июля две тысячи одиннадцатого года.
Российская Федерация, город Москва.

Гаркуша Дмитрий Владимирович 

PZ 000450