# EXHIBIT 12

| Компромат.Ru ® | *All the Foul in One Nest* |
|---|---|
| | *Library of Dirt* |

Original of this material
© Gazeta.Ru, 02.04.1999

## Criminal Case against Yuriy Skuratov Opened on Evidence Provided by Call-Girls



According to the information received by the editorial office from sources close to the Prosecutor General Office, criminal case against Yuriy Skuratov has been opened on the basis of evidence provided by the girls that participated in the Prosecutor General orgies. The girls that were captured on the scandalous video tape in company with Yuriy Skuratov referred to the law enforcement authorities with a defense plea. They gave testimony to investigators of the city prosecution office pertaining to the character of their meetings with the Prosecutor General.

According to their testimony, meetings of the Prosecutor General of the Russian Federation with the call-girls took place in an apartment in building 3/9 in Bolshaya Polyanka St. from the spring of 1997 to the beginning of 1998. In case of the Prosecutor General absence, the girls were dismissed and paid the agreed prices. The girls were paid from $500 to $1,000 for one session. In July 1997, some girls were invited to Sochi, to Radisson Lazurnaya hotel, where at that moment the Prosecutor General was holidaying. Each girl that went on that trip was paid $3,000.

Main meetings of the Prosecutor General with the girls of easy virtue took place in the apartment in Bolshaya Polyanka St. purchased by *Unicombank* for Suren Egiazaryan, brother of the banker. Bugs had been installed in the apartment by the security service of *Unicombank*. Usually at least 4 girls were invited. As explained by the girls, Skuratov avoided privacy with any of them preferring company of three or four girls at a time.

At first, services of girls from *Metropol* hotel were enlisted, then a second group of girls had been put into service. The average age of the girls in the first group amounted to 30-35 years, in the second group – 20-24 years. The girls participating in the Prosecutor General amusements were aware that recording devices were installed in the apartment in Bolshaya Polyanka St. and realized with whom they pass their time. According to their preliminary testimony, at different times some 20-25 party girls attended meetings with Skuratov. The total amount of expenditures connected with these amusements including accommodation in Sochi and transport costs came to about $100,000. The meetings were attended by the Egiazaryan brothers – Suren and Ashot. Though their main role was to pay for the Prosecutor General amusements.

The Egiazaryan brothers were investigated for criminal offences and payment for the girls was a part of their payment for delay in investigations.

Compromat.Ru ® — Registered trademark. Certificate No. 319929

PZ 000486

**Компромат.Ru** ®

*Весь сор в одной избе*

*Библиотека компромата*

Оригинал этого материала
© Gazeta.Ru, 02.04.1999

### Уголовное дело против Юрия Скуратова возбуждено на основании показаний девушек по вызову



По информации, которая стала доступна редакции из источников, близких к Генпрокуратуре, основанием для возбуждения против Юрия Скуратова уголовного дела стали показания девушек, принимавших участие в оргиях генпрокурора. Девушки, запечатленные на скандально известной видеопленке в обществе Юрия Скуратова, обратились в правоохранительные органы с просьбой о защите. Они дали показания следователям городской прокуратуры о характере своих встреч с генеральным прокурором.

Согласно этим показаниям, встречи Генерального прокурора РФ с девушками по вызову происходили на квартире в доме 3/9 по ул. Большая Полянка с весны 1997 по начало 1998 года. В случае неявки генпрокурора на свидания, девушек отпускали, заплатив по согласованным расценкам. За один сеанс девушкам платили от 500 до 1000 долларов. В июле 1997 года несколько девушек были приглашены в Сочи, в гостиницу Рэдиссон-Лазурная, где в тот момент отдыхал Генеральный прокурор. Каждой участнице поездки заплатили по 3000 долларов.

Основные встречи между генпрокурором и девушками легкого поведения происходили в квартире на Б. Полянке, приобретенной Уникомбанком для Сурена Егиазаряна, брата банкира. Прослушивающая аппаратура в квартире была установлена службой безопасности Уникомбанка. Как правило, приглашалось не менее 4 девушек. По их словам, Скуратов избегал уединения с кем-либо, предпочитая общество трех-четырех прелестниц сразу. Сперва к работе привлекались девушки из гостиницы Метрополь, затем была введена в действие вторая группа. Средний возраст в первой группе был 30-35, во второй – 20-24 лет. Девушки, участвовавшие в увеселениях генпрокурора, понимали, что в квартире на Большой Полянке установлена записывающая техника и представляли себе, с кем они проводят время. По их предварительным показаниям, во встречах со Скуратовым в разное время принимали участие 20-25 тружениц панели. Общая сумма затрат на эти развлечения, включая аренду гостиницы в Сочи и транспортные расходы, составила около 100.000 долларов. Во встречах принимали участие братья Егиазаряны — Сурен и Ашот. Впрочем, их основная функция сводилась к оплате развлечений Генпрокурора...

    Егиазаряны проходили по уголовным делам, и оплата девушек была частью их платы за отсрочку следственных действий.

Compromat.Ru ® — зарегистрированный товарный знак. Св. №319929

PZ 000485