AE currently lives a very opulent life in the United States. He currently has a standard of living which would put him easily in the top 1% of income earners in the United States.

Four New Vehicles
-----------------

In the last 45 days, the AE family (Suren, Victoria, Natalya, Ashot) have bought four new vehicles:

2011 Porsche Panamera

-- VIN: WP0AB2A73BL060295
-- New car / No license plates. In California, cars purchased from a car dealer do not need license plates for 90 days.
-- Estimated purchase price: $100,000.
-- Driven primarily by AE or Natalia.
-- Vehicle first seen on 1st November.
-- Picture attached.
-- As authorized and registered private investigators, we legally checked California Department of Motor Vehicle records. The State of California has advised that they have yet to receive ownership data.

2011 Mercedes Benz ??? AMG

-- VIN: To be obtained. Direct physical access to the vehicle is required to obtain the VIN.
-- New car / No license plates. In California, cars purchased from a car dealer do not need license plates for 90 days.
-- Estimated purchase price: $150,000.
-- Driven primarily by AE or Natalia.
-- Vehicle first seen on 28 October.
-- Picture attached.
-- When we physically obtain the VIN number, we will check California Department of Motor Vehicle records for a record of ownership.

2011 Mercedes Benz ?????

-- VIN: To be obtained. Direct physical access to the vehicle is required to obtain the VIN.
-- New car / No license plates. In California, cars purchased from a car dealer do not need license plates for 90 days.
-- Estimated purchase price: $10?,000.
-- Driven primarily by SE and Victoria.
-- Vehicle first seen in early November.
-- When we physically obtain the VIN number, we will check California Department of Motor Vehicle records for a record of ownership.

2011 BMW ???

-- VIN: To be obtained. Direct physical access to the vehicle is required to obtain the VIN.
-- New car / No license plates. In California, cars purchased from a car dealer do not need license plates for 90 days.
-- Estimated purchase price: $??,000.
-- Driven primarily by SE and Victoria.
-- Vehicle first seen on 27 November.
-- When we physically obtain the VIN number, we will check California Department of Motor Vehicle records for a record of ownership.

As registered and legal private investigators, we can obtain the ownership data on the above vehicles legally from the California Department of Motor Vehicles. Because of massive budget cuts at the state level, the California State government is behind in its vehicle registration efforts. We could also visit

PZ001099

the car dealerships and try to carefully cajole the information from the dealers, but this effort may be reported to AE and conceivably result in claims of harassment by AE. Right now, AE is clearly looking for evidence that he is being threatened or pursued. As such, we believe we should take a legal and direct approach to obtaining the vehicle registration information.

Residences
---------

AE and his extended family live in the prestigious community of Beverly Hills -- one of the most expensive neighborhoods in the United States.

2120 North Beverly Drive
------------------------

In November 2011, SE, Victoria, and children have moved into 2120 N Beverly Dr, Beverly Hills, CA 90210. This is a house which was for sale on the real estate market for $8,600,000 or $11,000 a month. Four bedrooms and five bathrooms.

We contacted the real estate agency which rented the Beverly Drive house. The company advised that the current residents (SE's family) have a one year lease at $6,000 a month.

Endrino Place
-------------

AE, Natalia, and children appear to have taken sole possession of 655 Endrino Place, Beverly Hills 90210. Endrino Place is valued at over $3,000,000. Four bedrooms and seven bathrooms.

Endrino Corporation is the owner of 655 Endrino Place. Endrino Corporation was created exclusively as a trust for 655 Endrino Place.

AE and SE - Unemployed
----------------------

Both AE and SE never go to work. They have no place of work. They appear to have no apparent clients. They have no clients. They do not even give the appearance of working.

It is curious that although AE's family resides in real estate valued at over six million dollars and drive a half a million dollars worth of cars, he has no apparent income.

PZ001100