Thursday, October 6, 2011 11:51 AM

Subject: Re: AE's case
Date: Monday, March 21, 2011 4:57 PM
From: Douglas Bloomfield <dmbloomfield@comcast.net>
To: peter zalmayev <zalmayev@eurasiademocracy.org>

Dear Rabbi Cooper:

We have received confirmation that Vladimir Zhirinovsky's acolyte, Ashot Egiazaryan, whose case we discussed when we met recently, has formally applied for political asylum. As a result, we are shifting into high gear to keep the public informed and to do what we can to block his request.

I hope you have had a chance to look over the material I sent to you earlier (LA Jewish Journal, Moscow Times and letters from the human rights organizations) and will be able to forward them to your contacts at Fox and other news organizations.

I understand the Los Angeles Times has shown an interest in this story. If you would like, I will be happy to give the reporter your name to speak to about Egiazaryan, Zhirinovsky and their party. Please let me know.

I would appreciate any advice you may have as to how we can proceed at this stage.

I look forward to hearing from you,


Sincerely,


Peter Zalmayev
    Eurasia Democracy Initiative
11 Penn Plaza, 5th Floor
New York, NY 10001
www.eurasiademocracy.org <http://www.eurasiademocracy.org/>

-0-0-0-0-


On 3/21/11 4:45 PM, "peter zalmayev" <zalmayev@eurasiademocracy.org> wrote:

> suggestions?
>
> Peter Zalmayev
>     Eurasia Democracy Initiative
> 11 Penn Plaza, 5th Floor
> New York, NY 10001
> www.eurasiademocracy.org <http://www.eurasiademocracy.org/>
>
>
> --- On Mon, 3/21/11, Abraham Cooper <acooper@wiesenthal.com> wrote:
>
>> From: Abraham Cooper <acooper@wiesenthal.com>
>> Subject: Re: AE's case
>> To: "peter zalmayev" <zalmayev@eurasiademocracy.org>
>> Date: Monday, March 21, 2011, 4:40 PM