USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHOT EGIAZARYAN,           :

        Plaintiff,           :     ORDER

  -v.-                        :

                                                                     11 Civ. 2670 (PKC) (GWG)

                                                 :

PETER ZALMAYEV,             :

       Defendant.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     This Order governs the asylum application referenced in Judge Castel's January 12, 2012 Memorandum and Order in this action

     The asylum application shall be produced in unredacted form[1] to Mr. James Golden and Mr. Andrew Ryan (hereinafter, "defendant's counsel") at their respective offices. Defendant's counsel may use the asylum application solely for purposes of this litigation and for no other purpose

     Defendant's counsel shall not make any photocopies of the asylum application. Defendant's counsel may not share any information concerning the asylum application with anyone other than with attorneys and staff at the law firms of Hamburg & Golden, P.C. and Salisbury & Ryan LLP who are participating in the defense and/or prosecution of claims in the above-captioned action.

     Defendant's counsel who create and/or are in possession of written material concerning the asylum application shall exercise reasonable care with regard to the storage, custody, and use of such written material to ensure that the information is not disclosed to any person not authorized to receive the information.

     Unless the Court orders otherwise, defendant's counsel may communicate information regarding the asylum application to the Court only (1) if it is identified as confidential information and, (2) if filed, if it is filed under seal (unless plaintiff's counsel agrees otherwise in writing).

---

    [1] Plaintiff has the option, however, to maintain the redaction of the three categories identified on page 3 of the January 12, 2012 Order.

    After the conclusion of this action, unless the Court orders otherwise, defendant's counsel shall return the asylum application to plaintiff's attorney or confirm the proper disposal thereof.

    This Order shall survive the final conclusion of this action and the Court shall have jurisdiction to enforce this Order after the conclusion of this action.

    SO ORDERED.

Dated: April 12, 2012
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge