Mark C. Zauderer, Esq.
Jonathan D. Lupkin, Esq.
Jason T. Cohen, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: mzauderer@fzwz.com
Email: jlupkin@fzwz.com
Email: jcohen@fzwz.com

*Attorneys for Plaintiff Ashot Egiazaryan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ASHOT EGIAZARYAN,                          :
                                                              :    11 CV 02670 (PKC) (GWG)
                         Plaintiff,               :
                                                              :    ECF
            -against-                            :
                                                              :    **DECLARATION OF**
PETER ZALMAYEV,                            :    **JONATHAN D. LUPKIN**
                                                              :
                         Defendant.            :
-------------------------------------------------------------x

      JONATHAN D. LUPKIN, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

      1.     I am a member of the law firm Flemming Zulack Williamson Zauderer LLP, counsel for plaintiff Ashot Egiazaryan in the above-captioned action. I submit this declaration in opposition to defendant Peter Zalmayev's motion to dismiss the Amended Complaint.

      2.     Annexed as Exhibit 1 is a true and correct copy of relevant excerpts from the Transcript of the Deposition of Peter Zalmayev's collaborator Rinat Akhmetshin, taken on March 20, 2012.

3. Annexed as Exhibit 2 is a true and correct copy of relevant excerpts from the Transcript of the Deposition of Peter Zalmayev, taken on March 27 and March 28, 2012.

4. Annexed as Exhibit 3 is a true and correct copy of the Memorandum and Order issued by Judge P. Kevin Castel in this matter on December 7, 2011.

5. Annexed as Exhibit 4 is a true and correct copy of relevant excerpts from the Transcript of the Deposition of Douglas Bloomfield, former legislative director of AIPAC and paid consultant to Mr. Zalmayev in furtherance of the anti-Egiazaryan smear campaign, taken on November 11, 2011.

6. Annexed as Exhibit 5 is a true and correct copy of an e-mail chain between Mr. Akhmetshin and Jason Motlagh, dated February 4 and February 5, 2011, Bates stamped PZ002065 through PZ002067.

7. Annexed as Exhibit 6 is a true and correct copy of Defendant's Responses to Plaintiff's First Set of Interrogatories to Defendant, dated March 9, 2012.

8. Annexed as Exhibit 7 is a true and correct copy of a Position Paper produced by Mr. Bloomfield, Bates stamped BA 00013 through BA 00014.

9. Annexed as Exhibit 8 is a true and correct copy of an e-mail chain between Messrs. Zalmayev and Akhmetshin, dated February 22-23, 2011, Bates stamped PZ002778.

10. Annexed as Exhibit 9 is a true and correct copy of the plaintiff's complaint in the case captioned *Hakky v. Wash. Post Co.*, Index No. 09-cv-02406, electronically filed in the United States District Court for the Middle District of Florida on November 24, 2009.

11. Annexed as Exhibit 10 is a true and correct copy of the plaintiff's complaint in the case captioned *Diario El Pais, S.L. v. Nielsen Co. (US), Inc.*, Index No. 07-cv-11295,

electronically filed in the United States District Court for the Southern District of New York on December 17, 2007.

12.     Annexed as Exhibit 11 is a true and correct copy of a Chase bank account statement reflecting a $70,000.00 wire to Mr. Zalmayev's New York-based organization Eurasia Democracy Initiative, Inc.

13.     Annexed as Exhibit 12 is a true and correct copy of a blacklined version of Mr. Egiazaryan's Amended Complaint, reflecting the changes from the initial pleading.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on May 4, 2012.

_____
JONATHAN D. LUPKIN