Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------X
ASHOT EGIAZARYAN,                )
                                 )
            Plaintiff,           )    Civ. Action No.
                                 )
      -against-                  )    11 CIV 2670
                                 )    (PKC)(GWG)
PETER ZALMAYEV,                  )
                                 )
            Defendant.           )
------------------------------X


            Tuesday, March 20, 2012

                  -  -  -

      Videotape Deposition of RINAT R.

AKHMETSHIN held in the offices of Greenberg

Traurig, 2101 L Street, Northwest, Washington,

D.C. 20037 commencing at approximately 10:11 a.m.,

on the above date, before Cindy L. Sebo,

Registered Merit Reporter, Certified Real-Time

Reporter, Certified Shorthand Reporter, Registered

Professional Reporter, Certified Court Reporter,

Real-Time Systems Administrator and Notary Public.


HUDSON REPORTING & VIDEO          1-800-310-1769

1                    RINAT R. AKHMETSHIN

2          I don't remember.  Yes, but I started working

3          on the Egiazaryan project, correct.

4                Q.    Do you recall generally when

5          that was?

6                A.    I think it was around the new

7          year.  So it might have been, like, end of

8          2010, early 2011.  But I think it was 2011 --

9                Q.    How did -- how did --

10               A.    -- I do not remember exactly.

11               Q.    How did that project come about?

12               A.    It was very old client of mine

13         asked me to look into this issue.

14               Q.    Who is that?

15               A.    His name is Andrey Vavilov.

16         Andrey, A-N-D-R-E-Y, Andrey; last name is

17         Vavilov, V-A-V-I-L-O-V, Vavilov.

18               Q.    Who is Andrey Vavilov?

19               A.    Andrey Vavilov is a, I would say,

20         personal friend of mine and also a

21         long-standing client.

22               Q.    Where does he reside?

23               A.    He resides in New York and in

24         Monaco, as far as I'm concerned -- or as far

25         as I know.  And I know he has a residence in

1                    RINAT R. AKHMETSHIN

2         stay in the United States and get political

3         asylum.  And he was really, I would say,

4         disgusted by this.

5              Q.    Did he ask you to do something?

6              A.    He asked me what could be done to

7         tell the American authorities who -- and

8         American public, first of all, who

9         Ashot Egiazaryan is.

10             Q.    Did you then continue to work on

11        this project?

12             A.    I discussed this matter with

13        Mr. Vavilov extensively.

14             Q.    And did he -- did you ever enter

15        into an agreement with him?

16             A.    Yes, I was engaged by

17        Mr. Vavilov.

18             Q.    Was there a written engagement

19        between you and Mr. Vavilov?

20             A.    Rarely.  Since we know each other

21        for such a long time, it's -- I don't think

22        I've ever had a contract with him or anything

23        to that matter.

24                   I might have years ago, but from

25        now on, it's just kind of he asked me to do

1              RINAT R. AKHMETSHIN
2     something and I did it for him.
3          Q.     And what were the terms by which
4     you agreed to work on a project relating to
5     Mr. Egiazaryan for him?
6          A.     What do you mean "terms"?
7          Q.     Were you getting paid?
8          A.     I was paid, correct, yes.
9          Q.     Did you -- at the time when you
10    first met, did you agree on an amount?
11         A.     You know, he -- he had some cash
12    around the house, actually.  He said that,
13    you know, just so on, so on and so on.  I --
14    I think he got some -- I don't remember.
15             He -- he -- he said that, you
16    know, just I got a cash for something,
17    someone owed him money or something like
18    that.  I don't remember.
19             But I remember there was money
20    in, like, hundred-dollar bills bags.  And,
21    you know, he said that, you know, just -- I
22    mean, he said, I would like to -- you to
23    start this public awareness project in the
24    United States, and he thought how much -- and
25    asked me how much would it cost.

RINAT R. AKHMETSHIN

1

2      Q.    What did you say?

3      A.    I said that, you know, we could

4  try, you know.  I don't know how far it could

5  go, but, you know, I think that we could try

6  and maybe start with $100,000.

7      Q.    Did he give you $100,000 cash

8  right --

9      A.    He did not have --

10      Q.    -- then and there?

11      A.    -- he did not have $100,000, but

12  I think he had something like 70 or something

13  like that, 70 or 80.  I don't remember.

14      Q.    Did he give you $70,000 cash at

15  that time?

16      A.    Cash, correct, yes.

17            I don't remember.  70 or 80,

18  something like that.

19      Q.    Is -- is he a Russian citizen --

20      A.    Mr. Vavilov?

21      Q.    -- Mr. Vavilov?

22      A.    I do believe so, yes.

23      Q.    Did you ever register under the

24  Foreign Agents Registration Act with regard

25  to this project?

1                    RINAT R. AKHMETSHIN

2                    Mr. Vavilov is a private citizen,

3          and he lives in the United States, resident

4          of the United States and resident of Russia.

5          So there's absolutely no FARA affiliation.

6               Q.    Do you know where Mr. Vavilov

7          got the cash from?

8               A.    I don't know.  You should ask

9          him.

10              Q.    Did Mr. Vavilov say whether

11         there were other individuals or entities who

12         were participating with him in initiating

13         this project against Ashot Egiazaryan?

14                   MR. SPERDUTO:   Objection to the

15              form.

16                   THE WITNESS:   Mr. Vavilov hates

17              your client's guts.  You know, he

18              doesn't need any organizations.   He

19              hates him for --

20         BY MR. COHEN:

21              Q.    Did he say --

22              A.    -- a dozen years.

23              Q.    -- did he say whether he was

24         cooperating with anybody else?

25              A.    I don't think so.

108

```
 1                    RINAT R. AKHMETSHIN
 2        Peter Zalmayev?
 3             A.    Because he -- he's a very
 4        thorough researcher himself, and I asked
 5        for his help in being -- doing this matter.
 6             Q.    Did you tell him you were going
 7        to pay him?
 8             A.    Yes, I did.
 9             Q.    Did you tell him who you were
10        being paid by?
11             A.    I did, yes.
12             Q.    What did you tell him?
13             A.    I said that -- and he was aware
14        of Andrey Vavilov.  I think he met him
15        before, too.  I said it was Mr. Vavilov, yes.
16             Q.    Mr. Zalmayev knew from the
17        outset -- outset that Mr. Vavilov was
18        financing this assignment; is that correct?
19             A.    That is correct, yes.
20             Q.    Did you tell Mr. Zalmayev what
21        his compensation would be for work on the
22        project?
23             A.    You know, I thought Mr. Zalmayev
24        could do this project on his own.  So I
25        actually was not really planning on doing it
```

Page 114

RINAT R. AKHMETSHIN

1     A.   It might have been one of my
2  summaries.
3        THE COURT REPORTER:  Sorry?
4  Summaries?
5        THE WITNESS:  It might have
6     been one of my summaries.
7  BY MR. COHEN:
8     Q.   One of your summaries?
9     A.   Correct, yes.
10    Q.   Do you recall when this summary
11 was prepared?
12    A.   Probably in 2009 when I was
13 working on this previous matter.
14    Q.   And in 2009, your goal was to
15 find out anything negative you could find
16 out about Mr. Egiazaryan; is that correct?
17    A.   It was an opposition research,
18 I'll describe it that way.
19    Q.   Okay.  Well, you were looking
20 for information that would paint
21 Mr. Egiazaryan in a bad light; is that
22 correct?
23    A.   I would not put it that way, sir.
24    Q.   How would you put it?

Page 115

RINAT R. AKHMETSHIN

1     A.   I would like to do full duties of
2  Mr. Egiazaryan's political and other
3  activities.
4     Q.   Do you believe that this is a --
5  is this an attempt at a neutral summary of
6  Mr. Egiazaryan's life?
7     A.   I would say yes.  You know, I
8  just -- I -- I need to review this, sir.  I
9  haven't seen it in a long time, yes.
10    Q.   And in --
11    A.   But I would -- I would -- I would
12 say it's just probably very fair description
13 of his persona.
14    Q.   If you had seen something prior
15 to this time that described him as
16 anti-Semitic, you would have included that
17 in here; is that correct?
18       MR. SPERDUTO:  Objection to the
19    form; hypothetical.
20       THE WITNESS:  I -- at -- at
21    that time, I hadn't -- you know, it
22    crossed my mind that this LDPR, which
23    is deplorable, that truly disgusting
24    organization -- but at that time --

Page 116

RINAT R. AKHMETSHIN

1  BY MR. COHEN:
2     Q.   Just an -- answer my question,
3  please, if you had seen something --
4     A.   I would have included this.
5     Q.   -- if you had seen -- if you had
6  seen something that -- that characterized
7  Mr. Egiazaryan or you believed characterized
8  him as anti-American, you would have
9  included that in here --
10       MR. SPERDUTO:  Same
11    objection --
12 BY MR. COHEN:
13    Q.   -- is that correct?
14       MR. SPERDUTO:  Same objection.
15    Q.   That's a yes, right?
16    A.   If I -- if I would have -- if I
17 would had information which reflected that, I
18 might have included it.
19    Q.   If you had information that
20 reflected that Mr. Egiazaryan was xenophobic
21 or had taken xenophobic actions or made
22 xenophobic statements, you would have
23 included that; is that correct?

Page 117

RINAT R. AKHMETSHIN

1        MR. SPERDUTO:  Same objection.
2        THE WITNESS:  It's
3     argumentative.  But I -- if I would
4     have established something at that
5     time, I would have probably included
6     that as well --
7  BY MR. COHEN:
8     Q.   As -- as --
9     A.   -- because I, personally, feel
10 strongly about those things.
11    Q.   If you had established at that
12 time that Mr. Egiazaryan had committed war
13 crimes, you would have included that; is
14 that correct?
15       MR. SPERDUTO:  Same objection.
16       THE WITNESS:  I'm not sure
17    about war crimes, sir --
18 BY MR. COHEN:
19    Q.   Okay.
20    A.   -- he was -- and I -- I'm not
21 aware of Mr. Egiazaryan's military service
22 ever.
23    Q.   If you had established at that
24 time that Mr. Egiazaryan had embezzled

30  (Pages 114 to 117)

Page 118

RINAT R. AKHMETSHIN

1
2 Government funds, you would have included
3 that; is that correct?
4       MR. SPERDUTO:  Same objection.
5       THE WITNESS:  Sir, just
6   what-if, you know, I just -- if I
7   would have found something which was
8   relevant to his case, I would have
9   definitely included it.
10 BY MR. COHEN:
11      Q.   At the time that you prepared
12 this document that's Exhibit -- marked as
13 Exhibit 1 -- Number 162, did you have any
14 information or evidence that Mr. Egiazaryan
15 was anti-Semitic?
16      A.   I do not recall that.
17      Q.   And at that time that you
18 prepared this document that's been marked as
19 Exhibit 162, did you have any evidence or
20 information that Mr. Egiazaryan had taken
21 anti-American actions or made anti-American
22 statements?
23      A.   I was not aware of that.
24      Q.   At the time you prepared this
25 document that's been marked as Exhibit 162,

Page 119

RINAT R. AKHMETSHIN

1
2 did you have any information or evidence
3 suggesting that Mr. Egiazaryan had made
4 xenophobic statements or taken xenophobic
5 actions?
6       A.   I was not aware of such
7 statements --
8       Q.   At the --
9       A.   -- or actions.
10      Q.   -- at the time you prepared this
11 document, Number 162, had you -- did you
12 have any information or evidence in your
13 possession that Mr. Egiazaryan had committed
14 war crimes?
15      A.   I was not aware of those.
16      Q.   At the time you made -- prepared
17 the summary that's contained in Exhibit 162,
18 did you have any information or evidence
19 that Mr. Egiazaryan had stolen Chechnya war
20 relief funds?
21      A.   I think there's something here if
22 you read it carefully, but there was a
23 paragraph here about his involvement in
24 Chechnya matters.
25      Q.   And this -- this memo would

Page 120

RINAT R. AKHMETSHIN

1
2 contain whatever information you collected
3 on that information; is that correct?
4       MR. SPERDUTO:  Objection to the
5   form.
6       THE WITNESS:  I wouldn't --
7   sir, this memo is reflecting what I
8   knew at that time --
9 BY MR. COHEN:
10      Q.   This memo --
11      A.   -- reflects --
12      Q.   -- reflects what you knew at
13 that time?
14      A.   In summaries, yes.
15      Q.   Yes, thank you.
16           And calling your attention to the
17 top of the page in your e-mail to
18 Mr. Zalmayev, you say you need a one-pager
19 pitch for the project?
20      A.   Yes.
21      Q.   Well, what did -- what are you
22 referring to by that?
23      A.   I wanted to write a summary for
24 Mr. Vavilov and for -- for -- relating to our
25 discussion.

Page 121

RINAT R. AKHMETSHIN

1
2      Q.   And -- and I see you have put in
3 all caps that -- that you want this relating
4 to OLD Chechen structures and OLD Russian
5 Government.
6           Why did you emphasize the OLD
7 governments?
8       A.   I also emphasize NGOs.  That just
9 might have been things that --
10      THE COURT REPORTER:  I'm sorry?
11      THE WITNESS:  I emphasized
12   NGOs.  I also put in caps.
13 BY MR. COHEN:
14      Q.   Those are initials.  But then,
15 later, you emphasize old.
16           Why did you emphasize old?
17      A.   I don't think it was an emphasis,
18 sir.
19      Q.   Is there any reason why you
20 didn't want Mr. Zalmayev to investigate
21 issues relating to the then current Russian
22 Government?
23      A.   I have no reasons to believe so.
24 I want him to do the --
25      Q.   Can you ex- --

31  (Pages 118 to 121)

3375929c-61a5-4e74-976f-41a868c56aec

183

```
 1                    RINAT R. AKHMETSHIN

 2        BY MR. COHEN:

 3               Q.    Do you know Ruben Markarian?

 4               A.    Oh, yes, yes.  That's Ruben.

 5               Q.    Who -- who is that?

 6               A.    He is -- he's an attorney for a

 7        person whom Mr. Egiazaryan defrauded for

 8        large amounts of money.  Ruben Markarian.

 9        Ruben Markarian.

10               Q.    And is that an issue that you've

11        personally investigated, a dispute between

12        Mr. Markarian's client and Mr. Egiazaryan?

13               A.    Oh, we definitely looked into

14        this, sir.  I did not personally investigate,

15        but I think that we did everything -- we did

16        very thorough due diligence.

17                     And, actually, I would like to

18        point out to the exhibit --

19               Q.    Just -- let's just -- if you

20        could just answer my questions.

21               A.    I -- I -- we did investigate all

22        aspects of Mr. Egiazaryan's activities, yes.

23               Q.    Calling your attention to the

24        next page of the expense report.

25               A.    Okay.
```

Page 186

1                    RINAT R. AKHMETSHIN

2          A.     What do you mean "coordinate"?

3          Q.     Worked with to develop

4     information or strategy.

5          A.     We did do very thorough due

6     diligence.

7                 If I might point out to this

8     Document Number 163 --

9          Q.     I -- no.  I'm asking you who --

10    who else --

11         A.     I just like -- sir, I would

12    like -- can I please make my point?

13         Q.     I -- I -- I'd like you to answer

14    my question --

15         A.     Yes, sir.

16         Q.     -- about the name --

17                MR. SPERDUTO:  I think this is

18    his answer --

19                THE WITNESS:  It's my answer --

20                MR. SPERDUTO:  -- let him

21    answer.

22                THE WITNESS:  -- so we did

23    this -- we made sure that everything

24    that was said in this project

25    reflected facts, not allegations.

1             RINAT R. AKHMETSHIN
2        So, therefore, we conducted very
3        thorough due diligence.
4             And we interviewed, I think --
5        I, personally, interviewed some
6        people.  Mr. Zalmayev went to Russia
7        to talk to countless number of people
8        to establish facts, interviewing
9        people, doing research online,
10       doing -- gathering documents.  And
11       there are many people who were
12       interviewed on this matter, yes, sir.
13  BY MR. COHEN:
14       Q.    Did you interview
15  Mr. Egiazaryan?
16       A.    No.  We couldn't get him.
17       Q.    Did you -- did you, personally,
18  reach out to him?
19       A.    I do not remember that effort,
20  sir.
21       Q.    Did you speak with
22  Mr. Egiazaryan's representatives?
23       A.    I do not remember, sir.  I --
24       Q.    Do --
25       A.    -- personally, did not.

Page 188

1           RINAT R. AKHMETSHIN

2           Q.    Do you recall, did you,

3    personally, reach out to Mr. Egiazaryan's

4    representatives?

5           A.    I did not.

6           Q.    Back to my earlier question,

7    were -- you -- other than people whom you

8    interviewed with -- interviewed, was there

9    anyone who you collaborated with to develop

10   a strategy or approach?

11          A.    We did talk to people who were a

12   victim of Mr. Egiazaryan's actions, and we

13   did try to find out from them their stories.

14   And we tried to utilize them if -- to the

15   extent they were applicable to our effort.

16          Q.    Do you recall who you spoke

17   with?

18          A.    On what -- on what matter, sir?

19          Q.    Excuse me?

20          A.    On what matter, sir?

21          Q.    Relating to Mr. Egiazaryan.

22          A.    I spoke with many people.

23          Q.    Who did you speak to?

24          A.    Many people.  I do not remember

25   the names.  I met with people in Russia.  I

1           RINAT R. AKHMETSHIN
2     met with people in Washington, D.C. on these
3     matters.
4           Q.    Is there anyone who stands out
5     who you spoke to whose name you can recall?
6           MR. SPERDUTO:  Objection to the
7           form; ambiguous; asked and answered.
8           I assume you mean in addition
9           to everybody he's already talked
10          about?
11    BY MR. COHEN:
12          Q.    Can you identify the names of
13    individual witnesses who you spoke to?
14          A.    Mr. Markarian is probably the
15    most helpful person on this matter.
16          Q.    Okay.  Anybody else other than
17    Mr. Markarian who comes to mind?
18          A.    He introduced us to many people,
19    actually, who were victims of Mr. Egiazaryan.
20          Q.    And Mark- -- and Mr. Markarian
21    is an adversary of Mr. Egiazaryan's?
22          A.    I think he's -- I think he's a
23    lawyer for a person who was a victim of
24    Mr. Egiazaryan's laundering.
25          Q.    And -- and any -- is there

1                    RINAT R. AKHMETSHIN

2    anyone else who you can recall speaking

3    with?

4         A.    I don't remember.  He introduced

5    us to many people, to journalists.

6         Q.    Do you recall if you spoke with

7    anyone who either did not have -- who did

8    not have a dispute with Mr. Egiazaryan or

9    did not represent someone who had a dispute

10   with Ms. -- Mr. Egiazaryan?

11        A.    I spoke to journalists who were

12   just in general covering this issue.

13        Q.    So journalists and -- you spoke

14   with journalists; you spoke with people who

15   are in a dispute or represented people with

16   a dispute with Mr. Egiazaryan.

17             Anybody else?

18        A.    That's pretty much people who

19   could be helpful on this project.

20        Q.    Did you speak with

21   Suleiman Kerimov?

22        A.    No, I did not.

23        Q.    Do you know who he is?

24        A.    I heard of him.  He's a rich man.

25        Q.    Did you speak with any

Page 224

RINAT R. AKHMETSHIN

1

2     Q.     And -- and you're trying to

3 persuade them to focus on the asylum matter?

4     A.     To the effect which -- to the

5 extent which they could have focused on this

6 thing.  I wish they did, but they -- they had

7 their own interests.

8     Q.     And -- and have you seen -- you

9 mentioned to a message of hatred in Russia?

10     A.     I have seen message of hatred

11 being propagated by LDPR.

12     Q.     Have you seen Mr. Egiazaryan

13 making any personal statements that reflect

14 the message of hatred?

15     A.     I have seen Mr. Egiazaryan being

16 an associate of this party and --

17     Q.     Have you seen --

18     A.     -- serving on their --

19     Q.     -- okay.  I'll ask you the

20 question again.

21          Have you seen Mr. Egiazaryan --

22 any statements from Mr. Egiazaryan expressing

23 hatred for anyone?

24     A.     I haven't seen many statements

25 with Mr. Egiazaryan because I do not believe

Page 225

1           RINAT R. AKHMETSHIN

2      he was a politician, per se.  But he was a

3      supporter.  That's why I very carefully said

4      about support of this message, because he

5      lended his name to that message.

6           Q.    Did you ever see him -- any

7      statements from him -- any anti-Semitic

8      statements from Mr. Egiazaryan?

9           A.    I don't have seen any statements

10     from Mr. Egiazaryan, except for him being a

11     member -- or an associate of that party.

12          Q.    Have you seen any statements

13     from him supporting any positions of the

14     LDPR?

15          A.    No, but by his -- I saw him

16     supporting LDPR by lending them their name --

17     his own personal name, which is -- I think

18     it's quite significant, in my view.

19          Q.    Did you see any -- any

20     position -- any statement by Mr. Egiazaryan

21     in favor of any position of the LDPR that

22     you find reprehensible or inappropriate?

23          A.    I think him being serving on the

24     list of that party within Russian Duma,

25     whereas he could have joined any of the

251

1                    RINAT R. AKHMETSHIN

2       exchange of information has stopped by the

3       time when we realized that, you know, just

4       there's nothing else to discuss or compare.

5              Q.    Your issue -- was your issue to

6       have Mr. Egiazaryan deported?

7              A.    No.  My issue, as my client asked

8       me to do, to not -- to allow my client not to

9       see Mr. Egiazaryan in the United States.  I

10      will put it that way.

11             Q.    Did you participate in the

12      securing of letters from Lev Ponomarev and

13      Lyudmila Alexeyeva?

14             A.    I did not.  I do not know.

15             Q.    Did you play any role in the

16      drafting of those letters?

17             A.    I might have seen some -- I'm not

18      sure, sir.  No, I --

19             Q.    Did you --

20             A.    -- the answer probably is no.  I

21      do not remember.

22             Q.    You don't remember or you did

23      not?

24             A.    I do not remember, sir.

25             Q.    Did you play a role in drafting

1                    RINAT R. AKHMETSHIN

2                    THE WITNESS:  Thank you.

3    BY MR. COHEN:

4         Q.    Is this an e-mail from you to

5    Mr. Zalmayev -- I'm sorry -- from

6    Mr. Zalmayev to you?

7         A.    It does appear that way, sir,

8    yes.

9         Q.    And it's dated February 9th,

10   2011?

11        A.    Correct.

12        Q.    You received this e-mail on

13   around February 9th, 2011?

14        A.    That's what it states, yes.

15        Q.    And I'll call your attention to

16   the bottom.

17               And it says, the Chechnya thing

18   event -- evidently backfired on us --

19        A.    Correct.

20        Q.    -- do you see that?

21        A.    Yes, I see that, sir.

22        Q.    What did you understand

23   Mr. Zalmayev to mean by that?

24        A.    I do not know, sir.  I think that

25   he probably refers to the fact that, you

New York          Hudson Reporting & Video        New Jersey
Connecticut       Nationwide 1-800-310-1769       Pennsylvania

1                    RINAT R. AKHMETSHIN

2      know, there's research on Chechen matter.  We

3      couldn't find any credible information.

4                    And I think that was the time

5      when discussion of Mr. Egiazaryan's Chechen

6      record was suspended, because we couldn't say

7      with certainty about his Chechen activity.

8      We're very careful to say only facts.

9              Q.    And -- and the information

10     regarding what happened in Chechnya was

11     murky at best; is that correct?

12             MR. SPERDUTO:  I'm sorry.

13             The -- the information -- can you

14             read it back?  I beg your pardon.

15             MR. COHEN:  I -- I'll -- I'll

16             say it -- I'll ask the question

17             again.

18                    Just give me a second.

19                    (Pause.)

20             MR. COHEN:  All right.  Can we

21             take a few-minute break?

22             THE WITNESS:  Absolutely.

23             MR. COHEN:  Thank you.

24             THE VIDEOGRAPHER:  The time is

25             4:37.  We're going off the record.

Page 350

RINAT R. AKHMETSHIN
1 for that question whatsoever.
2 THE WITNESS: I'm not aware of
3 any such efforts, sir.
4 MR. GOLDEN: Jason, can we go
5 off the record a second?
6 MR. COHEN: Yes.
7 MR. GOLDEN: I have --
8 THE VIDEOGRAPHER: Hold on.
9 The time is 5:57. We're going
10 off the record.
11 (Whereupon, a discussion was
12 held off the record.)
13 THE VIDEOGRAPHER: The time is
14 6:12 p.m. We are back on the record.
15 MR. COHEN: I'll ask the court
16 reporter to mark as Exhibit 202 a
17 copy of a document from
18 Rinat Akhmetshin to -- or an e-mail
19 from Rinat Akhmetshin to
20 Peter Zalmayev.
21 - - -
22 (Whereupon, an e-mail with
23 attachment was marked, for
24 identification purposes, as Deposition

*(Line numbers: 1–25 for Page 350)*

Page 351

RINAT R. AKHMETSHIN
1 Exhibit Number 202.)
2 - - -
3 BY MR. COHEN:
4 Q. Have you seen this document
5 before?
6 A. I have, sir, yes.
7 Q. Did you send this e-mail to
8 Peter Zalmayev on May 24th, 2011?
9 A. It does -- it does appear that
10 way, yes, sir.
11 Q. What was the purpose of this
12 e-mail?
13 A. It's actually a summary of
14 Russian media publications about
15 Mr. Egiazaryan.
16 Q. Why was it prepared?
17 A. Because we wanted to make sure
18 that we are covering comprehensively this --
19 Mr. Egiazaryan's track record.
20 Q. And -- and how -- who -- did you
21 contract someone --
22 A. I did.
23 Q. -- to do some research for you?
24 A. Yeah, I did, sir, yes.

Page 352

RINAT R. AKHMETSHIN
1 Q. Who did you contract?
2 A. There's someone in Russia, just I
3 don't remember now. I -- I should go back,
4 but that's someone who was recommended to me
5 and that -- I think it's an organization,
6 some media organization, and -- but I did pay
7 for it.
8 Q. How much did you pay?
9 A. I think, like, $3,000.
10 Q. And it's supposed to be a
11 comprehensive survey of research regarding
12 Mr. Egiazaryan?
13 A. I think so. There should be some
14 methodology how this research was conducted.
15 There it says, neutral, positive,
16 negative.
17 Q. Did you read this entire
18 document?
19 A. Not exactly, to be honest.
20 Q. Were you made aware by this
21 document of any anti-Semitic or
22 anti-American statements by Mr. Egiazaryan
23 or attributed to him?
24 A. I think there's something here

Page 353

RINAT R. AKHMETSHIN
1 with him. There might have been.
2 I -- I do not -- to be honest,
3 it's been a long time since I got this. I
4 can --
5 MR. SPERDUTO: You're not
6 asking him to read this --
7 MR. COHEN: No, I'm not. I'm
8 asking him if he recalls any specific
9 anti-Semitic or anti-American
10 statements made by Mr. Egiazaryan or
11 attributed to him --
12 THE WITNESS: I think --
13 MR. COHEN: -- on this
14 document.
15 THE WITNESS: -- there's
16 something about anti-Semitic stuff.
17 It says that Ashot Egiazaryan in
18 Russian media history of scandals.
19 So --
20 BY MR. COHEN:
21 Q. I'm sorry. I didn't hear the
22 answer.
23 A. It's -- I -- I -- I do not
24 remember, sir. I could -- if you want me to,

89 (Pages 350 to 353)

Page 354

```
1              RINAT R. AKHMETSHIN
2    I could review this document.
3          Q.   No.
4          A.   But I'm sure there was some stuff
5    here about anti-Semitism.
6          Q.   And -- and this is exclusively
7    from newspaper articles; is that correct?
8          A.   It says smee (phonetic).  Smee in
9    Russia is like media, so it could be articles
10   and online newspapers.
11         Q.   It could be blogs?
12         A.   I think that at that time, it
13   could have been, yes.  I'm not sure.
14         So there are a lot of articles
15   here from Novaya Gazata.  Everything is in
16   the public record.  Let's put it that way.
17         Q.   And if you had a specific
18   statement of an anti-Semitic or
19   anti-America -- a specific instance of an
20   anti-American or anti-Semitic statement, you
21   would have used it in your educational
22   efforts; is that correct?
23         A.   I think we had enough for
24   education efforts, sir.
25         Q.   Do you recall ever notifying any
```

Page 355

```
1              RINAT R. AKHMETSHIN
2    journalist or anybody of any specific
3    anti-American or anti-Semitic statements by
4    Mr. Egiazaryan?
5          A.   His presence on the party list of
6    LDPR was enough reason for us, sir --
7          Q.   And that was --
8          A.   -- I -- there might have been
9    some articles.  I do not recall, sir.
10         Q.   You don't recall, one way or
11   another, whether there was any articles of
12   anything other than an -- an -- an alleged
13   affiliation with the LDPR --
14         MR. SPERDUTO:  Well, Jason --
15   BY MR. COHEN:
16         Q.   -- is that correct?
17         MR. SPERDUTO:  -- just -- just
18   a minute, please.
19         You're asking him about a
20   document that has 28 pages.  It's
21   over -- what's that? -- seven or
22   eight months old.
23         And you're asking him if he can
24   recall what's in the document or is
25   it in the document?
```

Page 356

```
1              RINAT R. AKHMETSHIN
2          Flip through and see if you
3    find anything.
4          THE WITNESS:  There's this
5    whole Chapter 14.  It's about
6    anti-Semitic links of the LDPR.
7    BY MR. COHEN:
8          Q.   All right.  The last question
9    that I asked was, if you had any specific
10   instance of an anti-American or anti-Semitic
11   statement, you would have included that in
12   -- in writing; is that correct?
13         MR. SPERDUTO:  Hypothetical;
14   improper.
15         THE WITNESS:  I think we
16   included what we knew for the best of
17   our knowledge, sir.
18   BY MR. COHEN:
19         Q.   You included what you knew from
20   the best of your knowledge; is that correct?
21         A.   I think whatever was
22   communicated, that was the stuff which was
23   based on due diligence.  And if we have
24   referred to something, it has -- it must have
25   been sourced to something.  That's -- that's
```

Page 357

```
1              RINAT R. AKHMETSHIN
2    a fair thing to say.  So we try to be very
3    fair.
4          Q.   And if you found -- strike that.
5          Are you aware, in any of the
6    letters or materials that were prepared by
7    Mr. Zalmayev or by you, of any specific
8    anti-Semitic or anti-American statement by
9    Mr. Egiazaryan?
10         A.   I think that -- I do not recall,
11   sir, one way or another -- I do not recall
12   one way or another, sir.
13         Q.   I'm going to show you PZ2292,
14   which we'll mark as Exhibit 203.
15               - - -
16         (Whereupon, an e-mail was
17   marked, for identification purposes, as
18   Deposition Exhibit Number 203.)
19               - - -
20         MR. COHEN:  I'm sorry.  This
21   one.
22   BY MR. COHEN:
23         Q.   Have you seen this document
24   before?
25         A.   I do not recall, sir.  I don't
```

3375929c-61a5-4e74-976f-41a868c56aec

Page 358

RINAT R. AKHMETSHIN

1    believe so.
2         MR. COHEN:  I'm going to mark
3    as Exhibit 204, PZ2911.
4         - - -
5         (Whereupon, an e-mail with
6    attachment was marked, for
7    identification purposes, as Deposition
8    Exhibit Number 204.)
9         - - -
10        THE WITNESS:  Thank you.
11   BY MR. COHEN:
12        Q.    Have you seen this before?
13        A.    Yes.
14        Q.    And did -- do you know who
15   prepared this compilation of materials?
16        A.    I don't remember, but these are
17   compilation of articles.
18        Q.    Do you know where you got it
19   from?
20        A.    From Moscow, most likely.  I
21   don't recall exactly.
22        Q.    Do you know who -- who sent it
23   to you?
24        A.    Maybe some journalist from Novaya

Page 359

RINAT R. AKHMETSHIN

1    Gazata --
2         Q.    Was --
3         A.    -- these are articles from --
4    that's a compilation of articles.
5         Q.    Was this part of your research
6    for -- for learning information about
7    Ashot Egiazaryan?
8         A.    I'm sure it was part of it.
9         MR. SPERDUTO:  This is 204,
10   right?
11        THE WITNESS:  This is 204, yes.
12   BY MR. COHEN:
13        Q.    I'm going to show you what's
14   been -- what has Bates Number PZ2718.
15        MR. COHEN:  And we'll mark that
16   as Exhibit 205.
17        - - -
18        (Whereupon, an e-mail with
19   attachment was marked, for
20   identification purposes, as Deposition
21   Exhibit Number 205.)
22        - - -
23   BY MR. COHEN:
24        Q.    What is this?

Page 360

RINAT R. AKHMETSHIN

1         A.    A summary of the articles.
2         Q.    And who -- who -- who prepared
3    it?
4         A.    I do not recall.  I did receive
5    it from Russia, most likely, since it's in
6    Russian.
7         Q.    I'm going to show you what
8    contains Bates Number PZ2781 --
9         - - -
10        (Whereupon, Russian document
11   was marked, for identification
12   purposes, as Deposition Exhibit
13   Number 206.)
14        - - -
15        THE WITNESS:  Thank you.
16   BY MR. COHEN:
17        Q.    -- which we'll mark as
18   Exhibit 206.
19        What is this?
20        A.    It's the summaries of articles,
21   but, you know, I -- I might speculate -- I
22   cannot say for sure, but these are weekly
23   summaries of articles about Russian -- it's
24   not just Mr. Akhmetshin.  There are other

Page 361

RINAT R. AKHMETSHIN

1    people who are mentioned here.
2         But it might have been from
3    Mr. Markarian, because it's his client
4    matter.
5         Q.    Well, whose -- what do you mean,
6    "his client"?
7         A.    Europark was something which
8    Mr. Smagan was -- Mr. Egiazaryan allegedly
9    stole this property from Mr. Smagan.
10        And if this -- I -- I did not
11   prepare this statement, but if I did receive
12   it, it probably was from Mr. Smagan's
13   lawyers.
14        Q.    And you don't have any specific
15   knowledge regarding or expertise regarding
16   the dispute between Mr. Egiazaryan and
17   Mr. Smagan, do you?
18        A.    I do not know.  It's just stuff,
19   it's articles.
20        Q.    I'll show you what we'll mark as
21   Exhibit 207, which bears Bates Number 2849.
22        MR. COHEN:  I'm sorry.  Let
23   me --
24        - - -

Page 362

```
 1           RINAT R. AKHMETSHIN
 2       (Whereupon, an e-mail with
 3   attachment was marked, for
 4   identification purposes, as Deposition
 5   Exhibit Number 207.)
 6              - - -
 7       THE WITNESS:  Thank you.
 8   BY MR. COHEN:
 9       Q.   Have you seen that before?
10       A.   I might have, yes.
11       Q.   Do you know who prepared this?
12       MR. SPERDUTO:  I'm sorry.
13   Which page are you talking about,
14   2849 or the subsequent pages?
15       MR. COHEN:  The subsequent
16   pages.
17   BY MR. COHEN:
18       Q.   Do you know who prepared the
19   report that's on the subsequent pages?
20       A.   Summary.  It could have been
21   Mr. Markarian's people, his law firm.
22       Q.   You don't recall one way or the
23   other?
24       A.   I -- I most likely -- I did not
25   write this.  This I could tell for sure.
```

Page 363

```
 1           RINAT R. AKHMETSHIN
 2   I do remember this document, yes.
 3       Q.   I'm going to show you what we'll
 4   mark as Exhibit 208.
 5              - - -
 6       (Whereupon, series of articles
 7   and papers was marked, for
 8   identification purposes, as Deposition
 9   Exhibit Number 208.)
10              - - -
11   BY MR. COHEN:
12       Q.   Have you seen this before?
13       A.   I do not remember, sir.  But this
14   is just articles and papers.
15       Q.   And who collected that?
16       A.   It might have been Peter --
17   Mr. Zalmayev.
18       Q.   And are you aware of any other
19   than I've -- anything other than what I've
20   shown you that constitutes written research
21   regarding Mr. Egiazaryan that you've seen?
22       A.   I do not remember, sir.  This
23   might -- there might be -- I'm sure there's
24   much, much more, because there's a lot of,
25   like, rubbish online and, you know, some
```

Page 364

```
 1           RINAT R. AKHMETSHIN
 2   stuff which is absolutely outrageous.
 3       But these are articles which we
 4   probably can see that would be relevant, you
 5   know, and just --
 6       Q.   Are you aware --
 7       A.   -- reports --
 8       Q.   -- of any other written or
 9   collected compilations of articles or
10   research other than the ones that I've just
11   shown you?
12       A.   I'm not sure, sir.
13       Q.   You're not aware of anything?
14       A.   I --
15       MR. SPERDUTO:  He just talked
16   about the online stuff.
17       MR. COHEN:  I said --
18       THE WITNESS:  So there are --
19   there are -- I -- I compiled -- some
20   of the stuff was compiled or I
21   commissioned compilation of -- or
22   research --
23   BY MR. COHEN:
24       Q.   Right.
25       A.   -- the stuff.
```

Page 365

```
 1           RINAT R. AKHMETSHIN
 2       And I read a lot of articles
 3   myself, but these are stuff which I've
 4   probably seen before.  These are old articles
 5   which we discussed two, three times in this
 6   deposition already.
 7       Q.   Do you recall anything else that
 8   you commissioned or received that contains a
 9   compilation of media or articles regarding
10   Mr. Egiazaryan?
11       A.   Not to the best of my
12   recollection, sir.
13       Q.   Do you recall any other written
14   reports or other information regarding
15   Mr. Egiazaryan other than what we've seen in
16   this pile of materials that we've discussed?
17       A.   I think I did -- I did
18   commission -- we mentioned it, but I haven't
19   seen this among these documents -- I did
20   commission a legal memo --
21       Q.   Okay.
22       A.   -- on Mr. Egiazaryan's
23   immigration matters.
24       Q.   That's the Snelbecker memo?
25       A.   Snelbeck- -- Ms. Snelbecker's --
```

92 (Pages 362 to 365)

3375929c-61a5-4e74-976f-41a868c56aec

Page 366

```
 1            RINAT R. AKHMETSHIN
 2      Q.   Okay --
 3      A.   -- memos.
 4      Q.   -- so anything -- other than the
 5  Snelbecker memo, was there anything else
 6  that you can recall that you commissioned
 7  with regard to providing research or
 8  materials on Mr. Egiazaryan?
 9      A.   It doesn't come to my memory
10  right now, but we've seen quite a few things
11  here, sir.
12      Q.   There's quite a few things that
13  seems to be rela- -- does that seem to be
14  relatively comprehensive in terms of what
15  you recall?
16      A.   I think that there are probably
17  over a thousand pages of serious documents.
18  I think it's pretty serious materials.
19      Q.   I'm going to show you what's
20  been previously marked as Exhibit 83.
21           Have you seen this document
22  before?
23      A.   Yes, I have, sir.
24      Q.   What is it?
25      A.   It's a -- it's a memo from
```

Page 368

```
 1            RINAT R. AKHMETSHIN
 2      A.   Could you please --
 3      Q.   Did you have a conversation with
 4  Mr. Zalmayev as to how strong a case there
 5  was to allege that -- to allege
 6  anti-Semitism with regard to Mr. Egiazaryan?
 7      A.   We always -- we discussed this
 8  issue of anti-Semitism of how strong or how
 9  weak.  We -- we established that Chechnya
10  thing was not -- we could not say with
11  certainty.  So, therefore, we dropped this
12  matter and we focused on other matter.
13      Q.   Did you conclude that you
14  couldn't make the anti-Semitism argument
15  with certainty?
16      A.   I don't think so, sir.
17      Q.   Okay.  I'll call your attention
18  to Paragraph 17, which is on Page 484.
19           And do you see where it says, Not
20  an easy issue, largely circumstantial.  It's
21  the party and its leader, Zhirinovsky?
22      A.   Yes, I do read this, sir.
23      Q.   And did you discuss -- does
24  that -- was that Mr. Zalmayev's position on
25  February 4, 2011?
```

Page 367

```
 1            RINAT R. AKHMETSHIN
 2  Mr. Bloomfield.
 3      Q.   And then it says -- on the very
 4  top of the first page, it says --
 5      A.   Memo conference, I guess --
 6  Memcon --
 7      Q.   -- Memcon, and then it says
 8  Spoke to Rinat, correct?
 9      A.   Correct, yes.
10      Q.   And then there's a date of
11  February 4th, 2011; is that correct?
12      A.   Correct, sir, it does appear so.
13  I did not write this memo.
14      Q.   And then I call your attention
15  to the -- well, let me just step back for a
16  second.
17           So there came a time when you
18  turned the -- your attention away from
19  Chechnya and towards anti-Semitism; is that
20  correct?
21      A.   Correct, because -- yes, correct.
22      Q.   And -- and did you have numerous
23  conversations with Mr. Zalmayev about the
24  strength of -- of the argument regarding
25  anti-Semitism?
```

Page 369

```
 1            RINAT R. AKHMETSHIN
 2           MR. SPERDUTO:  I'm sorry.  The
 3  contents of paragraph -- you're
 4  asking if -- you're asking
 5  Mr. Akhmetshin if the contents in
 6  Paragraph 17 in a memo written by
 7  Mr. Bloomfield is Mr. Zalmayev's
 8  position?
 9           MR. COHEN:  Yeah, did he
10  express that position when -- in a
11  conversation on or around
12  February 4th, 2011?
13           MR. SPERDUTO:  On who -- did
14  who -- did --
15           MR. COHEN:  Mr. Zalmayev --
16           THE WITNESS:  I do not --
17           MR. COHEN:  -- state --
18  BY MR. COHEN:
19      Q.   Did -- did you hear Mr. Zalmayev
20  state with regard to the anti-Semitism
21  argument that it's not an easy issue, it's
22  largely circumstantial --
23           MR. SPERDUTO:  There's nothing
24  in --
25
```