| | |
|---|---|
| **From:** | rinat@kazakhstan21.org <"rinat@kazakhstan21.org"> |
| **Sent:** | Saturday, February 5, 2011 5:48 PM |
| **To:** | Jason Motlagh <jasonmotlagh11@yahoo.com> |
| **Subject:** | Re: ashot's antisemitic record |

pls do! at this point anything will work, man. u know d subject and familiar with the issue. below is some background on Ashot's party - he, himself, was almost never on the record on anything, but his party (and he is a major financial contributor and a member since 1999) is well known for antisemitism and anti-american statements. below is a quick search on their record in those areas done by our friend peter z. in ny. i bet asot's jewish neighbors can't be happier getting such a neighbor.

## LDPR - the party of Ashot Yeghiazaryan and his colleagues is known for:

### friends and supporters of Saddam's

--visited him on many occasions, including to express support on the eve of both US campaigns (http://www.nytimes.com/1997/12/22/world/saddam-hussein-s-friends-drop-by-in-pilgrimage-of-support.html?ref=vladimirvzhirinovsky)

--Hussein greeted the LDPR leader at the airport, and Zhirinovsky later claimed that he came "to support the democratic process" in Iraq (Hussein gained more than 99.9% support in the referendum). (Earlier, during the Iraqi occupation of Kuwait, Zhirinovsky sent several volunteers from the group known as "Falcons of Zhirinovsky" to Iraq to help Saddam survive the "Desert Storm".)

--"a new division of the globe into spheres of interest among the great powers and insists that Iraq is a key strategic ally for Russia."

(http://www.tribwatch.com/russians.htm)

### 2) Anti-semitism:

--In 1998 leader of LDPR and Ashot's colleague made the his most direct anti-Semitic statements yet, Russian ultranationalist Vladimir V. Zhirinovsky on Wednesday blamed Jews for starting World War II and provoking the Holocaust.

"The essence of the conflict around the Jewish people is that when their number grows too much in some country, war breaks out there"

"That happened in Germany . . . where there were too many Jews"

"You will always find Jews where war is raging because they realize that money flows where blood is spilled"

(http://articles.latimes.com/1998/apr/09/news/mn-37645)

--In 2003, ADL condemned him for another outburst: At a news conference, Mr. Zhirinovsky expressed strong support for the recent anti-Semitic speech by Malaysian Prime Minister Mahathir Mohamad, calling it "the truth," and saying that the largest media, banks and companies "are run by Jews" and that Jews have "captured power all over the world."

"The media outlets who are publishing bad articles about Islam are headed by Semites. The biggest banks and world corporations are run by Jews... This is a national talent of the Jews. Jews, who are no more than 16 millions in the world, captured power over the world. All banks, companies, the key "pain" points - everything is captured by Jews, and in our country too..."

(http://www.adl.org/PresRele/ASInt_13/4291_13.htm)

--He has often charged the Jews of ruining Russia. His accusations against Jews include selling children and organs abroad, trafficking Russian women into foreign sex trade and provoking the Holocaust. Zhirinovsky has also openly praised Nazism.

In a speech in New York in 2002, he suggested Jewish involvement in the September 11th terrorist attacks, claiming that 4,000 Jews deliberately skipped work that day. Once during a stay in Paris, Zhirinovsky threw flower pots from his hotel window at a group of Jews protesting his visit.

(http://www.fighthatred.com/profiles-in-hate/political-figures/418-vladimir-zhirinovsky-)

**Anti-US, anti-NATO**

--А еще в Европе есть антиамериканские институты, финансовые, — заговорщически продолжал Жириновский. — Они готовы дать России деньги. От одного до трех триллионов евро, обеспеченных золотом. Но им нужно решение, так сказать, высших руководителей страны. Поэтому, если у вас есть время, человек сидит у меня в машине. Если вы его примете… До конца года деньги будут в России. Путин, естественно, комментировать такое «заманчивое предложение» не стал.(http://www.newsland.ru/news/detail/id/297654/cat/42/)

--2001: "He wants to see America confronted this time by nothing short of a coalition of haters comprising virtually the entire Eurasian land mass, stretching across the map from the Baltic Sea to the Bering Strait.

Zhirinovsky told his followers it would be led by the restored territory of the Union of Soviet Socialist Republics, doing business under a new name: the United Alliance of Free Republics.

Protecting the underbelly of what was once the U.S.S.R., he foresees a collaborationist cordon of uninterrupted common borders through Eastern Europe, down into the Balkans and Slavic states, across the Caucasus, through the Middle Eastern Islamic states and embracing Iraq, Iran, India and the two communist regimes anchoring the Asian rim of the Pacific: China and North Korea.

For good measure, Zhirinovsky even threw in Communist Cuba in the Caribbean and Libya along the North African shore of the Mediterranean."

"He accused the United States of imposing "illegal blockades" against Libya and Iraq and of threatening North Korea and Cuba, all of which he saluted as Russia's "potential allies."

Zhirinovsky then predicted that "in the nearest decade the new Eastern block will be formed to counterbalance the North Atlantic Treaty Organization."

On 2/5/2011 4:44 PM, Jason Motlagh wrote:
> haven't heard back from eds… think they're swamped with egypt. will nudge them again, though. stand by. j
>
>> --- On **Sat, 2/5/11, rinat@kazakhstan21.org <rinat@kazakhstan21.org>** wrote:
>>
>>> From: rinat@kazakhstan21.org <rinat@kazakhstan21.org>
>>> Subject: Re: ashot
>>> To: "Jason Motlagh" <jasonmotlagh11@yahoo.com>
>>> Date: Saturday, February 5, 2011, 4:11 PM
>>>
>>> how about the time on-line piece?
>>>
>>> On 2/5/2011 4:01 PM, Jason Motlagh wrote:
>>>> unfortunately, not looking good. still working contact at sf chron, but having doubts…will get back to you asap. j
>>>>
>>>>> --- On **Fri, 2/4/11, rinat@kazakhstan21.org <rinat@kazakhstan21.org>** wrote:

> From: rinat@kazakhstan21.org <rinat@kazakhstan21.org>
> Subject: ashot
> To: "Jason Motlagh" <jasonmotlagh11@yahoo.com>
> Date: Friday, February 4, 2011, 6:36 AM
>
> jason, can u do d piece on our armenian in california?