Mark C. Zauderer, Esq.
Jonathan D. Lupkin, Esq.
Jason T. Cohen, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: mzauderer@fzwz.com
Email: jlupkin@fzwz.com
Email: jcohen@fzwz.com

*Attorneys for Plaintiff Ashot Egiazaryan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASHOT EGIAZARYAN,                          :
                                           :  11 CV 02670 (PKC) (GWG)
                    Plaintiff,             :
                                           :  ECF
           -against-                       :
                                           :  **DECLARATION OF**
PETER ZALMAYEV,                            :  **JONATHAN D. LUPKIN**
                                           :
                    Defendant.             :
------------------------------------------------------------x

JONATHAN D. LUPKIN, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm Flemming Zulack Williamson Zauderer LLP, counsel for plaintiff Ashot Egiazaryan in the above-captioned action. I submit this declaration in opposition to defendant Peter Zalmayev's Objections and Motion to Set Aside or Modify Magistrate Judge Gorenstein's May 23, 2012 Confidentiality Order.

2. Annexed as Exhibit 1 is a true and correct copy of Magistrate Judge Gorenstein's Order, dated May 14, 2012.

3. Annexed as Exhibit 2 is a true and correct copy of a letter from Jason T. Cohen to James P. Golden, dated May 18, 2012.

4.	Annexed as Exhibit 3 is a true and correct copy of a letter from James P. Golden to Jason T. Cohen, dated May 23, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on June 27, 2012.

_____
JONATHAN D. LUPKIN