1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------X
ASHOT EGIAZARYAN,             )
                             )
          Plaintiff,          )   Civ. Action No.
                             )
     -against-                )   11 CIV 2670
                             )   (PKC)(GWG)
PETER ZALMAYEV,              )
                             )
          Defendant.          )
------------------------------X
```

Tuesday, March 20, 2012

–   –   –

Videotape Deposition of RINAT R.

AKHMETSHIN held in the offices of Greenberg

Traurig, 2101 L Street, Northwest, Washington,

D.C. 20037 commencing at approximately 10:11 a.m.,

on the above date, before Cindy L. Sebo,

Registered Merit Reporter, Certified Real-Time

Reporter, Certified Shorthand Reporter, Registered

Professional Reporter, Certified Court Reporter,

Real-Time Systems Administrator and Notary Public.

```
 1                    RINAT R. AKHMETSHIN
 2        I don't remember.  Yes, but I started working
 3        on the Egiazaryan project, correct.
 4             Q.    Do you recall generally when
 5        that was?
 6             A.    I think it was around the new
 7        year.  So it might have been, like, end of
 8        2010, early 2011.  But I think it was 2011 --
 9             Q.    How did -- how did --
10             A.    -- I do not remember exactly.
11             Q.    How did that project come about?
12             A.    It was very old client of mine
13        asked me to look into this issue.
14             Q.    Who is that?
15             A.    His name is Andrey Vavilov.
16        Andrey, A-N-D-R-E-Y, Andrey; last name is
17        Vavilov, V-A-V-I-L-O-V, Vavilov.
18             Q.    Who is Andrey Vavilov?
19             A.    Andrey Vavilov is a, I would say,
20        personal friend of mine and also a
21        long-standing client.
22             Q.    Where does he reside?
23             A.    He resides in New York and in
24        Monaco, as far as I'm concerned -- or as far
25        as I know.  And I know he has a residence in
```

```
 1                    RINAT R. AKHMETSHIN
 2      stay in the United States and get political
 3      asylum.  And he was really, I would say,
 4      disgusted by this.
 5              Q.    Did he ask you to do something?
 6              A.    He asked me what could be done to
 7      tell the American authorities who -- and
 8      American public, first of all, who
 9      Ashot Egiazaryan is.
10              Q.    Did you then continue to work on
11      this project?
12              A.    I discussed this matter with
13      Mr. Vavilov extensively.
14              Q.    And did he -- did you ever enter
15      into an agreement with him?
16              A.    Yes, I was engaged by
17      Mr. Vavilov.
18              Q.    Was there a written engagement
19      between you and Mr. Vavilov?
20              A.    Rarely.  Since we know each other
21      for such a long time, it's -- I don't think
22      I've ever had a contract with him or anything
23      to that matter.
24                    I might have years ago, but from
25      now on, it's just kind of he asked me to do
```

1                    RINAT R. AKHMETSHIN

2       something and I did it for him.

3            Q.    And what were the terms by which

4       you agreed to work on a project relating to

5       Mr. Egiazaryan for him?

6            A.    What do you mean "terms"?

7            Q.    Were you getting paid?

8            A.    I was paid, correct, yes.

9            Q.    Did you -- at the time when you

10      first met, did you agree on an amount?

11           A.    You know, he -- he had some cash

12      around the house, actually.  He said that,

13      you know, just so on, so on and so on.  I --

14      I think he got some -- I don't remember.

15                 He -- he -- he said that, you

16      know, just I got a cash for something,

17      someone owed him money or something like

18      that.  I don't remember.

19                 But I remember there was money

20      in, like, hundred-dollar bills bags.  And,

21      you know, he said that, you know, just -- I

22      mean, he said, I would like to -- you to

23      start this public awareness project in the

24      United States, and he thought how much -- and

25      asked me how much would it cost.

1                      RINAT R. AKHMETSHIN

2          Q.    What did you say?

3          A.    I said that, you know, we could

4     try, you know.  I don't know how far it could

5     go, but, you know, I think that we could try

6     and maybe start with $100,000.

7          Q.    Did he give you $100,000 cash

8     right --

9          A.    He did not have --

10         Q.    -- then and there?

11         A.    -- he did not have $100,000, but

12    I think he had something like 70 or something

13    like that, 70 or 80.  I don't remember.

14         Q.    Did he give you $70,000 cash at

15    that time?

16         A.    Cash, correct, yes.

17               I don't remember.  70 or 80,

18    something like that.

19         Q.    Is -- is he a Russian citizen --

20         A.    Mr. Vavilov?

21         Q.    -- Mr. Vavilov?

22         A.    I do believe so, yes.

23         Q.    Did you ever register under the

24    Foreign Agents Registration Act with regard

25    to this project?

                           RINAT R. AKHMETSHIN

1

2              Mr. Vavilov is a private citizen,

3      and he lives in the United States, resident

4      of the United States and resident of Russia.

5      So there's absolutely no FARA affiliation.

6              Q.    Do you know where Mr. Vavilov

7      got the cash from?

8              A.    I don't know.  You should ask

9      him.

10             Q.    Did Mr. Vavilov say whether

11     there were other individuals or entities who

12     were participating with him in initiating

13     this project against Ashot Egiazaryan?

14             MR. SPERDUTO:  Objection to the

15         form.

16             THE WITNESS:  Mr. Vavilov hates

17         your client's guts.  You know, he

18         doesn't need any organizations.  He

19         hates him for --

20     BY MR. COHEN:

21             Q.    Did he say --

22             A.    -- a dozen years.

23             Q.    -- did he say whether he was

24     cooperating with anybody else?

25             A.    I don't think so.

1                      RINAT R. AKHMETSHIN

2      Peter Zalmayev?

3              A.    Because he -- he's a very

4      thorough researcher himself, and I asked

5      for his help in being -- doing this matter.

6              Q.    Did you tell him you were going

7      to pay him?

8              A.    Yes, I did.

9              Q.    Did you tell him who you were

10     being paid by?

11             A.    I did, yes.

12             Q.    What did you tell him?

13             A.    I said that -- and he was aware

14     of Andrey Vavilov.  I think he met him

15     before, too.  I said it was Mr. Vavilov, yes.

16             Q.    Mr. Zalmayev knew from the

17     outset -- outset that Mr. Vavilov was

18     financing this assignment; is that correct?

19             A.    That is correct, yes.

20             Q.    Did you tell Mr. Zalmayev what

21     his compensation would be for work on the

22     project?

23             A.    You know, I thought Mr. Zalmayev

24     could do this project on his own.  So I

25     actually was not really planning on doing it

1                     RINAT R. AKHMETSHIN

2          A.     It might have been one of my

3     summaries.

4                THE COURT REPORTER:  Sorry?

5                Summaries?

6                THE WITNESS:  It might have

7                been one of my summaries.

8     BY MR. COHEN:

9          Q.     One of your summaries?

10         A.     Correct, yes.

11         Q.     Do you recall when this summary

12    was prepared?

13         A.     Probably in 2009 when I was

14    working on this previous matter.

15         Q.     And in 2009, your goal was to

16    find out anything negative you could find

17    out about Mr. Egiazaryan; is that correct?

18         A.     It was an opposition research,

19    I'll describe it that way.

20         Q.     Okay.  Well, you were looking

21    for information that would paint

22    Mr. Egiazaryan in a bad light; is that

23    correct?

24         A.     I would not put it that way, sir.

25         Q.     How would you put it?

```
 1                    RINAT R. AKHMETSHIN
 2          A.    I would like to do full duties of
 3     Mr. Egiazaryan's political and other
 4     activities.
 5          Q.    Do you believe that this is a --
 6     is this an attempt at a neutral summary of
 7     Mr. Egiazaryan's life?
 8          A.    I would say yes.  You know, I
 9     just -- I -- I need to review this, sir.  I
10     haven't seen it in a long time, yes.
11          Q.    And in --
12          A.    But I would -- I would -- I would
13     say it's just probably very fair description
14     of his persona.
15          Q.    If you had seen something prior
16     to this time that described him as
17     anti-Semitic, you would have included that
18     in here; is that correct?
19                MR. SPERDUTO:  Objection to the
20                form; hypothetical.
21                THE WITNESS:  I -- at -- at
22                that time, I hadn't -- you know, it
23                crossed my mind that this LDPR, which
24                is deplorable, that truly disgusting
25                organization -- but at that time --
```

1                    RINAT R. AKHMETSHIN

2      BY MR. COHEN:

3            Q.    Just an -- answer my question,

4      please, if you had seen something --

5            A.    I would have included this.

6            Q.    -- if you had seen -- if you had

7      seen something that -- that characterized

8      Mr. Egiazaryan or you believed characterized

9      him as anti-American, you would have

10     included that in here --

11                 MR. SPERDUTO:   Same

12            objection --

13     BY MR. COHEN:

14           Q.    -- is that correct?

15                 MR. SPERDUTO:   Same objection.

16     BY MR. COHEN:

17           Q.    That's a yes, right?

18           A.    If I -- if I would have -- if I

19     would had information which reflected that, I

20     might have included it.

21           Q.    If you had information that

22     reflected that Mr. Egiazaryan was xenophobic

23     or had taken xenophobic actions or made

24     xenophobic statements, you would have

25     included that; is that correct?

1               RINAT R. AKHMETSHIN
2                    MR. SPERDUTO:  Same objection.
3                    THE WITNESS:  It's
4               argumentative.  But I -- if I would
5               have established something at that
6               time, I would have probably included
7               that as well --
8       BY MR. COHEN:
9            Q.    As -- as --
10           A.    -- because I, personally, feel
11      strongly about those things.
12           Q.    If you had established at that
13      time that Mr. Egiazaryan had committed war
14      crimes, you would have included that; is
15      that correct?
16                   MR. SPERDUTO:  Same objection.
17                   THE WITNESS:  I'm not sure
18              about war crimes, sir --
19      BY MR. COHEN:
20           Q.    Okay.
21           A.    -- he was -- and I -- I'm not
22      aware of Mr. Egiazaryan's military service
23      ever.
24           Q.    If you had established at that
25      time that Mr. Egiazaryan had embezzled

1                    RINAT R. AKHMETSHIN

2       Government funds, you would have included

3       that; is that correct?

4                    MR. SPERDUTO:  Same objection.

5                    THE WITNESS:  Sir, just

6               what-if, you know, I just -- if I

7               would have found something which was

8               relevant to his case, I would have

9               definitely included it.

10      BY MR. COHEN:

11              Q.    At the time that you prepared

12      this document that's Exhibit -- marked as

13      Exhibit 1 -- Number 162, did you have any

14      information or evidence that Mr. Egiazaryan

15      was anti-Semitic?

16              A.    I do not recall that.

17              Q.    And at that time that you

18      prepared this document that's been marked as

19      Exhibit 162, did you have any evidence or

20      information that Mr. Egiazaryan had taken

21      anti-American actions or made anti-American

22      statements?

23              A.    I was not aware of that.

24              Q.    At the time you prepared this

25      document that's been marked as Exhibit 162,

```
 1                  RINAT R. AKHMETSHIN
 2       did you have any information or evidence
 3       suggesting that Mr. Egiazaryan had made
 4       xenophobic statements or taken xenophobic
 5       actions?
 6            A.    I was not aware of such
 7       statements --
 8            Q.    At the --
 9            A.    -- or actions.
10            Q.    -- at the time you prepared this
11       document, Number 162, had you -- did you
12       have any information or evidence in your
13       possession that Mr. Egiazaryan had committed
14       war crimes?
15            A.    I was not aware of those.
16            Q.    At the time you made -- prepared
17       the summary that's contained in Exhibit 162,
18       did you have any information or evidence
19       that Mr. Egiazaryan had stolen Chechnya war
20       relief funds?
21            A.    I think there's something here if
22       you read it carefully, but there was a
23       paragraph here about his involvement in
24       Chechnya matters.
25            Q.    And this -- this memo would
```

1                    RINAT R. AKHMETSHIN

2          contain whatever information you collected

3          on that information; is that correct?

4                    MR. SPERDUTO:  Objection to the

5               form.

6                    THE WITNESS:  I wouldn't --

7               sir, this memo is reflecting what I

8               knew at that time --

9          BY MR. COHEN:

10              Q.    This memo --

11              A.    -- reflects --

12              Q.    -- reflects what you knew at

13         that time?

14              A.    In summaries, yes.

15              Q.    Yes, thank you.

16                    And calling your attention to the

17         top of the page in your e-mail to

18         Mr. Zalmayev, you say you need a one-pager

19         pitch for the project?

20              A.    Yes.

21              Q.    Well, what did -- what are you

22         referring to by that?

23              A.    I wanted to write a summary for

24         Mr. Vavilov and for -- for -- relating to our

25         discussion.

1                          RINAT R. AKHMETSHIN

2              Q.    -- do you recall what you might

3        have been engaged in at this time that

4        resulted in a $10,000 payment?

5              A.    Something of Central Asia,

6        probably.

7              Q.    Do you remember seeing --

8        receiving payments directly from

9        Mr. Akhmetshin in 2011?

10             A.    I am Mr. Akhmetshin.

11             Q.    I'm sorry.

12                   With Mr. Zalmayev in 2011?

13             A.    He -- I -- I -- I know for a fact

14       he paid me for doing something on the

15       Egiazaryan matter.

16             Q.    Do you recall the amount?

17             A.    10- or $20,000.

18                   MR. COHEN:   I'll ask the court

19             reporter to mark a copy of a check

20             with Bates Number PZ3856.

21             Give it to counsel.

22                   THE WITNESS:   Sir.

23                        - - -

24                   (Whereupon, a copy of check

25             was marked, for identification

```
 1                   RINAT R. AKHMETSHIN

 2           purposes, as Deposition Exhibit

 3           Number 167.)

 4                        - - -

 5                   MR. SPERDUTO:  Jason, this is

 6           167?

 7                   THE WITNESS:  167, yes.

 8                   THE COURT REPORTER:  Yes.

 9                   MR. COHEN:  167, yes.

10                   THE WITNESS:  Thank you.

11       BY MR. COHEN:

12           Q.   I assume you've seen this check

13       before?

14           A.   I've seen it.  I -- I hope I

15       cashed it.

16           Q.   It's made out to you?

17           A.   Yes.

18           Q.   And it's from the Eurasia

19       Democracy Initiative?

20           A.   Correct.

21           Q.   It says 11 Penn Plaza; is that

22       correct?

23           A.   That's what it --

24           Q.   Have you --

25           A.   -- it says.
```

```
 1                    RINAT R. AKHMETSHIN
 2         Q.    -- have you ever seen an office
 3    that Eurasia Democracy Initiative has at
 4    Penn Plaza?
 5         A.    I do not remember, sir.
 6         Q.    Why did you receive this check?
 7         A.    It was -- I think it's in
 8    connection to this Egiazaryan matter, yes.
 9    It says expenses and consultancy.
10         Q.    Why was Mr. Zalmayev paying you
11    on a project that you said you -- that you
12    brought him on to?
13         A.    Because this was stuff which I
14    have contributed as being from my expenses
15    and contribution.
16         Q.    So sometimes you pay
17    Mr. Zalmayev, and sometimes he pays you?
18         A.    When he has a project and he
19    wants me to do something on it, he pays me.
20    When I have a project and I have something
21    for him to do, the same, I pay him.
22         Q.    Would you characterize the
23    Ashot Egiazaryan project as Peter Zalmayev's
24    project?
25         A.    I would say so, yes.
```

 1                    RINAT R. AKHMETSHIN

 2     BY MR. COHEN:

 3          Q.    Do you know Ruben Markarian?

 4          A.    Oh, yes, yes.  That's Ruben.

 5          Q.    Who -- who is that?

 6          A.    He is -- he's an attorney for a

 7     person whom Mr. Egiazaryan defrauded for

 8     large amounts of money.  Ruben Markarian.

 9     Ruben Markarian.

10          Q.    And is that an issue that you've

11     personally investigated, a dispute between

12     Mr. Markarian's client and Mr. Egiazaryan?

13          A.    Oh, we definitely looked into

14     this, sir.  I did not personally investigate,

15     but I think that we did everything -- we did

16     very thorough due diligence.

17                And, actually, I would like to

18     point out to the exhibit --

19          Q.    Just -- let's just -- if you

20     could just answer my questions.

21          A.    I -- I -- we did investigate all

22     aspects of Mr. Egiazaryan's activities, yes.

23          Q.    Calling your attention to the

24     next page of the expense report.

25          A.    Okay.

```
 1                    RINAT R. AKHMETSHIN
 2          A.    What do you mean "coordinate"?
 3          Q.    Worked with to develop
 4    information or strategy.
 5          A.    We did do very thorough due
 6    diligence.
 7                 If I might point out to this
 8    Document Number 163 --
 9          Q.    I -- no.  I'm asking you who --
10    who else --
11          A.    I just like -- sir, I would
12    like -- can I please make my point?
13          Q.    I -- I -- I'd like you to answer
14    my question --
15          A.    Yes, sir.
16          Q.    -- about the name --
17                 MR. SPERDUTO:  I think this is
18             his answer --
19                 THE WITNESS:  It's my answer --
20                 MR. SPERDUTO:  -- let him
21             answer.
22                 THE WITNESS:  -- so we did
23             this -- we made sure that everything
24             that was said in this project
25             reflected facts, not allegations.
```

```
 1                    RINAT R. AKHMETSHIN
 2              So, therefore, we conducted very
 3              thorough due diligence.
 4                   And we interviewed, I think --
 5              I, personally, interviewed some
 6              people.  Mr. Zalmayev went to Russia
 7              to talk to countless number of people
 8              to establish facts, interviewing
 9              people, doing research online,
10              doing -- gathering documents.  And
11              there are many people who were
12              interviewed on this matter, yes, sir.
13      BY MR. COHEN:
14              Q.   Did you interview
15      Mr. Egiazaryan?
16              A.   No.  We couldn't get him.
17              Q.   Did you -- did you, personally,
18      reach out to him?
19              A.   I do not remember that effort,
20      sir.
21              Q.   Did you speak with
22      Mr. Egiazaryan's representatives?
23              A.   I do not remember, sir.  I --
24              Q.   Do --
25              A.   -- personally, did not.
```

```
 1                    RINAT R. AKHMETSHIN
 2            Q.    Do you recall, did you,
 3       personally, reach out to Mr. Egiazaryan's
 4       representatives?
 5            A.    I did not.
 6            Q.    Back to my earlier question,
 7       were -- you -- other than people whom you
 8       interviewed with -- interviewed, was there
 9       anyone who you collaborated with to develop
10       a strategy or approach?
11            A.    We did talk to people who were a
12       victim of Mr. Egiazaryan's actions, and we
13       did try to find out from them their stories.
14       And we tried to utilize them if -- to the
15       extent they were applicable to our effort.
16            Q.    Do you recall who you spoke
17       with?
18            A.    On what -- on what matter, sir?
19            Q.    Excuse me?
20            A.    On what matter, sir?
21            Q.    Relating to Mr. Egiazaryan.
22            A.    I spoke with many people.
23            Q.    Who did you speak to?
24            A.    Many people.  I do not remember
25       the names.  I met with people in Russia.  I
```

189

1                    RINAT R. AKHMETSHIN

2        met with people in Washington, D.C. on these

3        matters.

4            Q.    Is there anyone who stands out

5        who you spoke to whose name you can recall?

6                    MR. SPERDUTO:  Objection to the

7                form; ambiguous; asked and answered.

8                    I assume you mean in addition

9                to everybody he's already talked

10               about?

11       BY MR. COHEN:

12           Q.    Can you identify the names of

13       individual witnesses who you spoke to?

14           A.    Mr. Markarian is probably the

15       most helpful person on this matter.

16           Q.    Okay.  Anybody else other than

17       Mr. Markarian who comes to mind?

18           A.    He introduced us to many people,

19       actually, who were victims of Mr. Egiazaryan.

20           Q.    And Mark- -- and Mr. Markarian

21       is an adversary of Mr. Egiazaryan's?

22           A.    I think he's -- I think he's a

23       lawyer for a person who was a victim of

24       Mr. Egiazaryan's laundering.

25           Q.    And -- and any -- is there

RINAT R. AKHMETSHIN

1

2    anyone else who you can recall speaking

3    with?

4         A.    I don't remember.  He introduced

5    us to many people, to journalists.

6         Q.    Do you recall if you spoke with

7    anyone who either did not have -- who did

8    not have a dispute with Mr. Egiazaryan or

9    did not represent someone who had a dispute

10   with Ms. -- Mr. Egiazaryan?

11        A.    I spoke to journalists who were

12   just in general covering this issue.

13        Q.    So journalists and -- you spoke

14   with journalists; you spoke with people who

15   are in a dispute or represented people with

16   a dispute with Mr. Egiazaryan.

17              Anybody else?

18        A.    That's pretty much people who

19   could be helpful on this project.

20        Q.    Did you speak with

21   Suleiman Kerimov?

22        A.    No, I did not.

23        Q.    Do you know who he is?

24        A.    I heard of him.  He's a rich man.

25        Q.    Did you speak with any

195

```
 1                    RINAT R. AKHMETSHIN

 2            was marked, for identification

 3            purposes, as Deposition Exhibit

 4            Number 169.)

 5                     - - -

 6                 THE WITNESS:  -69.

 7                 MR. COHEN:  169.

 8                 Okay.

 9       BY MR. COHEN:

10            Q.    Have you seen this document

11       before?

12            A.    I might have received this, yes.

13            Q.    If you turn to the last page,

14       was this forwarded to you by Jeff Eller of

15       Public Strategies?

16            A.    I think it was this

17       Peter Zalmayev message.

18            Q.    Well, how did you -- do you see,

19       at the back, there's a -- the address and

20       telephone information?

21            A.    Yes, I do see this, a signature

22       file.

23            Q.    Excuse me?

24            A.    Signature file, yes --

25            Q.    Yes.
```

1                    RINAT R. AKHMETSHIN

2          A.    -- whereby for Jeff Eller, vice

3     chairman of Public Strategies.

4          Q.    And then you forwarded that

5     e-mail to Mr. Zalmayev; is that correct?

6          A.    Oh, yes.  Yes, that's correct.

7     Okay.

8                    Yes, thank you.

9                    Yes, I did.  He -- he sent it to

10    me, yes, definitely.

11         Q.    And you sent it to Mr. Zalmayev

12    on February 6th, 2011; is that correct?

13         A.    Correct, yes.  It appears so.

14         Q.    And that's your e-mail address;

15    is that correct?

16         A.    That is correct, yes.  So I might

17    have received this article from Mr. Eller and

18    then forwarded it to Mr. Zalmayev, because it

19    was an irrelevant article, I guess.

20                    THE COURT REPORTER:  I'm sorry.

21               What was the last part?

22                    THE WITNESS:  Because it was a

23               irrelevant article.

24    BY MR. COHEN:

25         Q.    Do you know who Levan Zgenti is?

```
 1                    RINAT R. AKHMETSHIN
 2          A.    Who?
 3          Q.    Levan, L-E-V-A-N, Z-G-E-N-T-I.
 4          A.    Levan Zgenti.  I don't know the
 5     person, but it's a Georgian name.
 6                MR. SPERDUTO:  I'm sorry.  It's
 7          what kind of name?
 8                MR. LUPKIN:  Georgian.
 9                MR. SPERDUTO:  Thank you.
10                THE WITNESS:  Georgian, from
11          Georgia.
12                MR. COHEN:  I'll ask the court
13          reporter to mark as Exhibit 170 a
14          document with the
15          Bates Number PZ1080.
16                THE WITNESS:  Okay.  I know who
17          he is.
18                THE COURT REPORTER:  Hold on,
19          sir.
20                        - - -
21                (Whereupon, an e-mail string
22          was marked, for identification
23          purposes, as Deposition Exhibit
24          Number 170.)
25                        - - -
```

198

```
 1                    RINAT R. AKHMETSHIN
 2                    MR. SPERDUTO:  You need to wait
 3            for a question.
 4                    (Sotto voce.)
 5                    THE WITNESS:  Okay.
 6                    Thank you.
 7       BY MR. COHEN:
 8            Q.   Do you see on the -- the bottom
 9       e-mail from Levan Zgenti --
10            A.   Yes.
11            Q.   -- March 23, 2011 to Greg Hitt,
12       Jeff Eller, Rinat Akhmetshin?
13            A.   Yes, I do see it.
14            Q.   Do you recall receiving this
15       e-mail?
16            A.   Yes, I -- and I do know who --
17       it's not -- Levan Zgenti, it's not a person.
18            Q.   It's not a person?
19            A.   No.
20            Q.   What is it?
21            A.   It's just an e-mail address.
22            Q.   Do you know whose -- whose
23       e-mail address it is?
24            A.   It's for a gentleman named
25       Viktor, is --
```

1                    RINAT R. AKHMETSHIN
2              Q.    You see Viktor's name is on the
3         bottom; is that correct?
4              A.    Yes, yes.  And I met him,
5         actually.
6              Q.    Who is Viktor?
7              A.     He's their local counsel in
8         Moscow -- not counsel, but he's someone who
9         works with them.
10             Q.    Works with Public Strategies?
11             A.    With -- with Greg Hitt, yes,
12        Public Strategies.
13             Q.    How did you first come to learn
14        that Greg Hitt was representing an alleged
15        victim of Kerimov?
16             A.    Because it's -- I think it came
17        the other way around.  I met Viktor in
18        Moscow, and he referred me to Greg Hitt, he
19        or his colleagues.  I don't remember.
20             Q.    And it says Dear colleagues and
21        is addressed to you.
22             A.    Well, it's -- I -- I'm not a
23        colleague since I haven't been paid from him.
24             Q.    You -- you -- you were working
25        together in some capacity with Mr. Hitt and

```
 1                     RINAT R. AKHMETSHIN

 2      Mr. Eller; is that correct?

 3             A.    No, that's not correct, sir.

 4             Q.    You both have an interest in --

 5      with Ashot Egiazaryan; is that correct?

 6             A.    I -- I would say yes, we -- we're

 7      both interested in -- or we were interested

 8      in Ashot Egiazaryan matter.  That is an

 9      accurate statement.

10             Q.    And you're sharing information

11      among each other between you and Public

12      Strategies; is that correct?

13             A.    Yes, I -- I -- I think Peter

14      shared some information with them, and I got

15      some information from them as well, just

16      discussed these things with them.  And their

17      person was foreign media in Russia.

18                   MR. COHEN:  I'll ask the court

19                reporter to mark as Exhibit 171 an

20                e-mail dated March 24, bearing Bates

21                Number PZ1082.

22                         - - -

23                   (Whereupon, an e-mail was

24                marked, for identification purposes, as

25                Deposition Exhibit Number 171.)
```

```
 1                 RINAT R. AKHMETSHIN

 2                      - - -

 3       BY MR. COHEN:

 4            Q.    It's an e-mail from

 5       Rinat Akhmetshin to Peter Zalmayev.

 6                 As you'll see, at the bottom --

 7                 THE COURT REPORTER:  Hold on a

 8            second.  He doesn't have it yet.

 9                 Wait, wait, wait, wait.

10                 THE WITNESS:  Thanks so much.

11                 Yes, sir.

12       BY MR. COHEN:

13            Q.    This is -- you're also

14       forwarding information received from

15       Greg Hitt on this occasion; is that correct?

16            A.    Correct, yes.

17                 MR. COHEN:  And I will ask the

18            court reporter to mark as Exhibit 172

19            an e-mail bearing Bates Number PZ2855

20            from Rinat Akhmetshin to

21            Peter Zalmayev.

22                      - - -

23                 (Whereupon, an e-mail was

24            marked, for identification purposes, as

25            Deposition Exhibit Number 172.)
```

    1                    RINAT R. AKHMETSHIN

    2                         - - -

    3        BY MR. COHEN:

    4             Q.    Have you seen this --

    5                   THE COURT REPORTER:  Wait.

    6        BY MR. COHEN:

    7             Q.    -- e-mail before?

    8                   MR. COHEN:  I'm sorry.

    9                   THE COURT REPORTER:  No, he

   10             hasn't.

   11                   THE WITNESS:  Not formally, I

   12             guess.

   13                   THE COURT REPORTER:  Here you

   14             go.

   15                   THE WITNESS:  I'll say that

   16             I've seen this, yes.

   17        BY MR. COHEN:

   18             Q.    What -- what is the content of

   19        this e-mail?

   20             A.    It's written in Russian.  So it

   21        says, Rinat, hello.  I'm sending two memos

   22        about -- I mean, ironically, just heroic

   23        actions --

   24             Q.    Well, let me -- let me just ask

   25        you a different question.

1                    RINAT R. AKHMETSHIN

2          A.   Yes.

3          Q.   Does it say in this e-mail that

4     to -- when transcribed the stories, to

5     forward them along with --

6          A.   Greg and Jeff.

7          Q.   -- links of photos to Greg and

8     Jeff?

9          A.   Correct, yes.

10         Q.   And that Greg and Jeff is Greg

11    and Jeff of Public Strategies; is that

12    correct?

13         A.   That is correct, yes.

14         Q.   This document was sent on or

15    around March 15th, 2011 at 6:35 p.m.; is

16    that correct?

17         A.   That's what the date says.

18         Q.   And it was sent from -- from you

19    to Peter Zalmayev?

20         A.   Correct, yes.

21         Q.   I'm going to start asking some

22    questions about the confidential Public

23    Strategies documents.

24              MR. SPERDUTO:  Okay.  Is now a

25              convenient time for a break?  I need

1            RINAT R. AKHMETSHIN

2            a very short break.

3                 MR. COHEN:  Sure, absolutely.

4                 MR. SPERDUTO:  Be right back.

5                 THE VIDEOGRAPHER:  The time is

6            2:56.  We're going off the record.

7            This is the end of Disc Number 2,

8            going on to Disc Number 3.

9                 (Whereupon, a brief recess was

10           taken from 2:56 p.m. to 3:06 p.m.)

11                THE VIDEOGRAPHER:  The time is

12           3:06 p.m.  This is the beginning of

13           Disc Number 3 in the deposition of

14           Rinat Akhmetshin.

15      BY MR. COHEN:

16           Q.    Just going back to Exhibit 170

17      for a second.

18           A.    Yes, sir.

19           Q.    And that's the one that has the

20      Dear colleagues?

21           A.    Yes.

22           Q.    And -- and you said that you

23      don't consider yourself colleagues with the

24      Public Strategies people; is that correct?

25           A.    I did not -- I do not --

205

1                    RINAT R. AKHMETSHIN
2          Q.    And that's not --
3          A.    -- consider myself a colleague.
4          Q.    -- a phrase that you would
5     use --
6          A.    Definitely not.
7          Q.    -- strike that.
8                That's not a phrase that you
9     would use to describe your relationship with
10    them?
11         A.    Oh, definitely not.
12         Q.    And -- and you wouldn't refer to
13    Mr. Hitt or Mr. Eller or Mr. Laurence as a
14    colleague; is that correct?
15         A.    I definitely would not.
16         Q.    By the way, who's -- who's --
17    there's an A. Laurence.
18         A.    I have no idea --
19         Q.    Do you know who --
20         A.    -- I never met him --
21         Q.    -- do you know who Hilland --
22    Hilland Knowlton is?
23         A.    -- I know the firm, actually.  I
24    employed them years ago.
25         Q.    Do you know them as relating to

1                    RINAT R. AKHMETSHIN

2       any Ashot Egiazaryan issue?

3             A.    I'm not aware of it, but I know

4       the firm -- I heard the name -- I know the

5       firm, actually.  I used to know people there

6       before.

7             Q.    Do you know who Andrew Laurence

8       is?

9             A.    Never, never met him.

10                  MR. COHEN:  Ask the court

11             reporter to mark as Exhibit 173 an

12             e-mail from Rinat Akhmetshin to

13             Levan Zgenti, who is not a person.

14                  Yeah, we have lots of copies.

15                       - - -

16                  (Whereupon, an e-mail was

17             marked, for identification purposes, as

18             Deposition Exhibit Number 173.)

19                       - - -

20                  MR. SPERDUTO:  Oh, thank you.

21                  MR. COHEN:  And we'll get

22             another one.

23       BY MR. COHEN:

24             Q.    Okay.  Do you know who

25       Paul Butler is?

207

 1                    RINAT R. AKHMETSHIN

 2          A.    He's a lawyer there.

 3          Q.    He's a lawyer for who?

 4          A.    For -- I don't know.  He's a

 5     lawyer at Akin Gump.  He works for one of

 6     those interests which were hit by

 7     Mr. Egiazaryan.

 8          Q.    He's a lawyer for

 9     Suleiman Kerimov-related interests; is that

10     correct?

11          A.    I -- I think so, yes.

12          Q.    Is that something --

13          A.    He's a lawyer for the firm, I

14     think, for the company which is -- some way

15     there.

16          Q.    And this is an e-mail from you

17     to Levan Zgenti --

18          A.    Um-hum.

19          Q.    -- is that correct?

20          A.    Yes.

21          Q.    And -- and that's Russian -- is

22     that -- is that a company or --

23          A.    It's -- it's just a name, I

24     think.  It's not the name of the person;

25     it's, like -- the name of the person is

```
 1                    RINAT R. AKHMETSHIN
 2      Viktor.
 3           Q.   It's just an e-mail address?
 4           A.   It's an e-mail address, yes --
 5           Q.   Okay.
 6           A.   -- the name of the person is
 7      Viktor.
 8           Q.   And -- and what is the subject
 9      of this e-mail?
10           A.   Let me just read it.
11                MR. SPERDUTO:  You should use
12           this.
13                THE WITNESS:  Um-hum.
14                (Whereupon, the witness reviews
15           the document.)
16      BY MR. COHEN:
17           Q.   You copied Jeff Eller on this as
18      well, right?
19           A.   Correct, yes.
20           Q.   And Greg Hitt?
21           A.   Correct.
22           Q.   And Paul Butler, who we just
23      discussed; is that correct?
24           A.   They were -- correct, yes.
25           Q.   And you refer to all of those
```

1                    RINAT R. AKHMETSHIN

2     individuals as colleagues; is that correct?

3          A.    Yes, an unfortunate turn of

4     phrase.

5          Q.    At that point, you felt that

6     they were colleagues?

7          A.    I did not feel that way, but I

8     think that since this was -- was it before or

9     after this other colleague matter?  Maybe

10    it's something in this spirit.

11                But they were never my

12    colleagues, sir, for the record.

13         Q.    This e-mail is before the e-mail

14    from Viktor referring to you as a colleague;

15    is that correct?  If I can ask you to

16    compare --

17         A.    Is this 15 --

18         Q.    -- Exhibit 170 with 173.

19         A.    One second.

20                March 23rd.  February 25th.

21                Yes, it appears that way, sir.

22         Q.    Why were you passing along this

23    information to the -- these individuals and

24    entities who work for Suleiman Kerimov?

25         A.    Just to make them aware, because

1                    RINAT R. AKHMETSHIN

2          they shared some information with us, and I

3          shared with them our strategy.  And this is

4          exactly the strategy which we employed, as

5          you could see further down the line.  It was

6          an exchange of information.

7                Q.    You were coordinating on --

8          in -- with -- with these individuals --

9                A.    Yeah, I think I --

10               Q.    -- and developing information

11         regarding Ashot Egiazaryan --

12               A.    -- I think I --

13               Q.    -- is that correct?

14               A.    -- I think I informed them on our

15         strategies.

16               Q.    Did you consult with them on

17         your strategies?

18               A.    No.  I don't think they're people

19         who could be helpful in this situation.

20               Q.    Did you ever seek the input of

21         Public Strategies or other representatives

22         of Suleiman Kerimov on your strategy?

23                    MR. SPERDUTO:  Objection to

24               form, "other representatives."

25                    THE WITNESS:  Do I have to

211

1                    RINAT R. AKHMETSHIN

2              answer?

3                    MR. SPERDUTO:  Pardon me?

4                    THE WITNESS:  Do I have to

5              answer this?

6                    MR. SPERDUTO:  You get to

7              answer.

8                    THE WITNESS:  Oh, I get to

9              answer.  Okay.

10                    Yes, I -- I ran it by them.

11              You know, it's always good to run

12              certain things by people.  You know,

13              they might advise something.

14       BY MR. COHEN:

15              Q.    I'm going to show you a document

16       we're going to have marked as Exhibit 174.

17                         - - -

18                    (Whereupon, an e-mail was

19              marked, for identification purposes, as

20              Deposition Exhibit Number 174.)

21                         - - -

22                    THE WITNESS:  Thank you.

23       BY MR. COHEN:

24              Q.    This is another e-mail from you

25       to Greg Hitt, Paul Butler and Jeff Eller; is

1                     RINAT R. AKHMETSHIN

2       that correct?

3            A.    Yes.

4            Q.    It was sent by you on March 21;

5       is that correct?

6            A.    It does appears that way, sir.

7            Q.    And it says that -- and it says

8       let's discuss; is that correct?

9            A.    Yes, it says.

10           Q.    Do you have regular

11      communications and discussions with

12      Mr. Hitt, Mr. Butler or Mr. Eller?

13           A.    I think I just -- my discussion

14      with Mr. Hitt, you know, or other people just

15      kind of were in the -- just in the loop, I

16      guess.

17           Q.    Was Mr. Hitt your main contact

18      at Public Strategies?

19           A.    It was the only person in

20      Washington whom I talk about these matters,

21      yes.

22           Q.    It says that the Russian

23      Government is placing him on a Red Notice

24      shortly?

25           A.    Yes.

213

1                    RINAT R. AKHMETSHIN

2            Q.    I assume you're referring to

3      Mr. Egiazaryan; is that correct?

4            A.    I think so, yes.

5            Q.    And -- and how did you come to

6      learn what the Russian Government would be

7      doing?

8            A.    Mr. Markarian informed me about

9      it.

10           Q.    What did he tell you?

11           A.    He said that, you know, just

12     there's a Red Notice alert, I think, already

13     out.  It's in connection to his client's

14     matter.

15           Q.    Did he say how he came to learn

16     that a Red Notice would be coming out

17     shortly?

18           A.    I think it was in connection --

19     direct connection to his client, so he was

20     aware of it, yes.

21           Q.    Did he say how he came to be

22     aware of it?

23           A.    I do not remember him saying

24     that.

25                    MR. SPERDUTO:  I just -- all

```
 1                    RINAT R. AKHMETSHIN
 2            these things say Confidential.  The
 3            extra copies I'm handing back to you
 4            so you can deal with the protective
 5            order.  I'm just going to keep one
 6            set.
 7                    MR. COHEN:  Okay, that's fine.
 8                    MR. SPERDUTO:  Thank you for
 9            the extra one.
10                    MR. COHEN:  Just --
11                    MR. SPERDUTO:  Okay.
12                    MR. COHEN:  -- leave them in a
13            pile and we'll --
14                    MR. SPERDUTO:  Yes, sir.
15                    MR. COHEN:  -- I'll ask the
16            court reporter to --
17                    MR. SPERDUTO:  Is this one or
18            is this several?
19                    MR. COHEN:  That's -- that's
20            several of the same.
21                    MR. SPERDUTO:  Okay.
22                    MR. COHEN:  So you can
23            circulate those.
24                    MR. SPERDUTO:  I'm sorry.
25                    MR. COHEN:  -- the court
```

215

 1                    RINAT R. AKHMETSHIN
 2             reporter to mark this document,
 3             PSI2107, as Exhibit 175.
 4                        - - -
 5                    (Whereupon, an e-mail string
 6             was marked, for identification
 7             purposes, as Deposition Exhibit
 8             Number 175.)
 9                        - - -
10                    THE WITNESS:   Thank you.
11      BY MR. COHEN:
12             Q.    Is this e-mail -- an e-mail from
13      you?
14             A.    It does appear that way, sir.
15             Q.    And is this an e-mail from you
16      on April 13th, 2011?
17             A.    That's what it says.
18             Q.    Is it to Sarah Hale?
19             A.    I think so, yes.
20             Q.    Do you know who Sarah Hale is?
21             A.    I think she's one of the lawyers
22      for that matter, for a matter of Kerimov,
23      yes.
24             Q.    Do you know what Denoro
25      Industries is?

1                    RINAT R. AKHMETSHIN

2          A.    That's the company which I think

3     that had the dispute with Mr. Egiazaryan.

4          Q.    And that's a -- that's a

5     Suleiman Kerimov company, correct?

6          A.    I think so, yes.  I believe so,

7     yes.

8          Q.    Do you know who the

9     Gadzhiev Nariman is?

10         A.    It's someone who works in Moscow

11    for this Denoro company.

12         Q.    I'm sorry.  Works for who?

13         A.    For this Denoro company.

14         Q.    And why are you sending him

15    e-mails or copying him on e-mails?

16         A.    Because he approached me on this

17    matter of story investigation, and I said

18    that I would do this -- I will talk to the

19    airport about it.

20              MR. LUPKIN:  Can you speak up

21         just a little bit?  I'm having --

22              THE WITNESS:  Sure, no problem.

23              MR. LUPKIN:  Thanks.

24              THE WITNESS:  So I -- I think

25         that he -- I met him in Moscow for

1                    RINAT R. AKHMETSHIN

2           Mr. Markarian, and they -- he asked

3           me to help them on one issue.

4    BY MR. COHEN:

5           Q.    What was that issue?

6           A.    It was an issue of the inquiry

7    from the reporter whom I know.

8           Q.    What -- what reporter and what

9    inquiry?

10          A.    It was a reporter from Radio Free

11   Europe.  It was an inquiry about something

12   about Mr. Kerimov and Mr. Egiazaryan.

13          Q.    And -- and who is the one who

14   approached you to assist them in responding

15   to a press inquiry?

16          A.    I think Mr. Nariman asked me to

17   help.

18          Q.    Did you know him to be a -- a

19   relative of Mr. Kerimov?

20          A.    I'm not sure.  I know he works

21   for him.

22          Q.    Were you paid to assist?

23          A.    I did not.

24          Q.    Why not?

25          A.    Because it's very easy.  I met

218

1                        RINAT R. AKHMETSHIN

2          the guy and talked to him, but --

3                Q.    So you --

4                A.    -- it wasn't --

5                Q.    -- were doing this --

6                A.    -- it wasn't difficult for me.

7                Q.    -- you were doing this as a

8          favor?

9                A.    I did this as a favor, yes.

10               Q.    You did this because you were

11         sharing information back and forth between

12         Public Strategies and -- you and

13         Peter Zalmayev; is that correct?

14               A.    We did share information, and

15         I -- I thought it was in a good faith to help

16         these people, because they were treated

17         unfairly by that story.

18                     MR. GOLDEN:  It's not the

19               music; it's a conference call.

20         BY MR. COHEN:

21               Q.    Do you know who J. Martin is at

22         pstrategies.com?

23               A.    J. Martin?  No, I don't think --

24         I don't remember meeting him.

25               Q.    Do you know who Jim Langdon is?

1                    RINAT R. AKHMETSHIN

2          A.    I do not know, sir.

3          Q.    You knew enough to include them

4     as cc's?

5          A.    I think it was this -- something

6     which I replied to something.

7          Q.    Well, the e-mail below is also

8     an e-mail from you; is that correct?

9          A.    Yes.  Yes, it appears that way.

10              MR. SPERDUTO:  Jason, can I

11         just ask you a question?  I mean,

12         honestly, this document has been

13         redacted.  I don't know who redacted

14         it or why.

15              But do you know whether this

16         document is a stand-alone or if this

17         string of e-mails goes further than

18         the two we see from Rinat?

19              MR. COHEN:  This is all we

20         have.  I don't know anything further.

21              MR. SPERDUTO:  I mean, does

22         2108 look like it's the same string

23         in terms of Bates numbers?

24              MR. COHEN:  I don't know

25         offhand.

220

```
 1                    RINAT R. AKHMETSHIN
 2                MR. SPERDUTO:  Okay.
 3                    MR. COHEN:  If it was, we would
 4             have included it together.
 5                    I'll ask the court reporter to
 6             mark as Exhibit 176 a document with
 7             the Bates Number PSI2102.
 8                      - - -
 9                    (Whereupon, an e-mail string
10             was marked, for identification
11             purposes, as Deposition Exhibit
12             Number 176.)
13                      - - -
14                    THE WITNESS:  I find it
15             mysterious.
16                    MR. SPERDUTO:  Redact
17             everything except you.
18                    MR. COHEN:  176.
19      BY MR. COHEN:
20             Q.    Have you seen Exhibit 176
21      before?
22             A.    It looks like an e-mail from me,
23      sir.
24             Q.    Is it an e-mail from you to
25      Jeff Eller?
```

1                    RINAT R. AKHMETSHIN

2          A.    Correct, yes.

3          Q.    On February 4th, 2011?

4          A.    Correct, sir.

5          Q.    And it's refer -- refresh --

6     referencing an AP inquiry?

7          A.    Yes.

8          Q.    Do you know what AP inquiry

9     that's referring to?

10         A.    It was a -- I would assume it's

11    Associated President inquiry.

12         Q.    Excuse me?

13         A.    AP, Assoc- -- Associated Press.

14         Q.    Yes.

15               Do you know who -- who -- what

16    the inquiry was?

17         A.    I think it was something about

18    the Egiazaryan matter.

19         Q.    Do you recall any inquiries from

20    Doug Birch?

21         A.    Not to me, personally.  I know

22    Peter talked to him.

23         Q.    And the e-mail towards the

24    bottom includes a cc to Eliot Lauer?

25         A.    Yes.

1                    RINAT R. AKHMETSHIN

2          Q.    Do you know who Eliot Lauer is?

3          A.    I think he's one of the lawyers.

4          Q.    For Denovo -- Denoro, I mean?

5          A.    The -- the -- for the same

6     people, actually --

7          Q.    For -- for Kerimov's company --

8          A.    -- for -- yes --

9          Q.    -- is that correct?

10          A.    -- Kerimov company, I think so,

11     yes.

12          Q.    Is this another e-mail where

13     you're providing some assistance to the

14     Denoro people?

15          A.    It's not assistance, rather, but,

16     you know, if -- if I could refer to message

17     from April 13, Drop SK angle, and -- and the

18     story, really, is about an asylum matter in

19     the United States.  So, therefore, my focus

20     was on this asylum matter, which was paid by

21     my client.

22                And I really, to be honest, did

23     not want all those people running around and

24     trying -- trying to put all these stories

25     about murky business deals which I really

1                    RINAT R. AKHMETSHIN

2       have no idea about and something which would

3       have really muddied up the issue which I was

4       working on.

5                    So it was just the angle of my

6       story always was the asylum matter in the

7       United States for Mr. Egiazaryan.

8                    And these -- I view these people

9       as people who are trying to dilute our punch

10      by having these stories about business

11      disputes.  And this is such a murky matter,

12      no one wants to take sides on these matters.

13      You know, just business deals went wrong and

14      then they're, like, 20 law firms involved in

15      this thing.

16                   And here, this Mr. Egiazaryan

17      matter, as far as I'm concerned, is about

18      being -- providing support for message of

19      hatred in Russia and why -- and should a

20      person like that be admitted to the

21      United States.

22                   So, therefore, all these

23      communication with these people, which did

24      not last for much longer, was trying to

25      dissuade them from muddying up my matter.

1                    RINAT R. AKHMETSHIN
2          Q.    And -- and you're trying to
3     persuade them to focus on the asylum matter?
4          A.    To the effect which -- to the
5     extent which they could have focused on this
6     thing.  I wish they did, but they -- they had
7     their own interests.
8          Q.    And -- and have you seen -- you
9     mentioned to a message of hatred in Russia?
10         A.    I have seen message of hatred
11    being propagated by LDPR.
12         Q.    Have you seen Mr. Egiazaryan
13    making any personal statements that reflect
14    the message of hatred?
15         A.    I have seen Mr. Egiazaryan being
16    an associate of this party and --
17         Q.    Have you seen --
18         A.    -- serving on their --
19         Q.    -- okay.  I'll ask you the
20    question again.
21              Have you seen Mr. Egiazaryan --
22    any statements from Mr. Egiazaryan expressing
23    hatred for anyone?
24         A.    I haven't seen many statements
25    with Mr. Egiazaryan because I do not believe

RINAT R. AKHMETSHIN

1

2      he was a politician, per se.  But he was a

3      supporter.  That's why I very carefully said

4      about support of this message, because he

5      lended his name to that message.

6           Q.   Did you ever see him -- any

7      statements from him -- any anti-Semitic

8      statements from Mr. Egiazaryan?

9           A.   I don't have seen any statements

10     from Mr. Egiazaryan, except for him being a

11     member -- or an associate of that party.

12          Q.   Have you seen any statements

13     from him supporting any positions of the

14     LDPR?

15          A.   No, but by his -- I saw him

16     supporting LDPR by lending them their name --

17     his own personal name, which is -- I think

18     it's quite significant, in my view.

19          Q.   Did you see any -- any

20     position -- any statement by Mr. Egiazaryan

21     in favor of any position of the LDPR that

22     you find reprehensible or inappropriate?

23          A.   I think him being serving on the

24     list of that party within Russian Duma,

25     whereas he could have joined any of the

1               RINAT R. AKHMETSHIN

2        parties.  There's a Communist party; there's

3        the Fair Russia party; there's -- there's

4        several parties.

5                He chose year after year for

6        nearly 10 years to -- to be associate -- if

7        you associate with Hamas, it's the same way.

8        You know, they -- they want to destroy

9        Israel.  And anything that's having to do

10       with Hamas is deplorable.  It just -- just --

11       in the same way, that's how I feel about this

12       matter, sir.

13               Q.    Do you understand that

14       Mr. Egiazaryan was an independent and not a

15       member of the LDPR?

16               A.    He served --

17               MR. SPERDUTO:  Objection to the

18          form.

19               THE WITNESS:  -- I -- sir, as

20          far as I'm concerned, he was a

21          supporter of that party by lending

22          them his name.

23       BY MR. COHEN:

24               Q.    But going back to the previous

25       question you didn't answer, you've not seen

1                    RINAT R. AKHMETSHIN

2       any statements by him supporting any

3       position of the LDPR --

4               A.    Not until now --

5               Q.    -- that you think is

6       inappropriate?

7               A.    -- not until now -- I'm not aware

8       by now whether he made any -- any statements,

9       per se, actually --

10              Q.    You've re- --

11              A.    -- statements by him.

12              Q.    -- you've researched the matter

13      thoroughly; is that correct?

14              A.    I think so, yes.

15              Q.    And -- and by -- in your efforts

16      with -- in providing support to Public

17      Strategies, you were also assisting

18      Suleiman Kerimov; is that correct?

19                    MR. SPERDUTO:  Objection to the

20              form; assumes facts; mischaracterizes

21              testimony.

22              Go ahead.

23                    THE WITNESS:  I don't think it

24              was Mr. Kerimov.  When I -- I

25              remember my first meeting with Public

1                   RINAT R. AKHMETSHIN

2                   Strategies, and the very first thing

3                   I told them what my stand on this

4                   issue is.  I said that I'm a

5                   representative of Mr. Vavilov.

6                        And I have -- I told

7                   Mr. Vavilov's story in connection to

8                   their adversary.  And, you know, in a

9                   way, there's a Russia saying,

10                  adversary of my adversary is my

11                  friend.  So that's -- that's, I

12                  think, best describe my attitude

13                  towards these people.

14      BY MR. COHEN:

15           Q.   And so your attitude towards the

16      Kerimov people who you were communicating

17      with on a regular basis was they were your

18      friend?

19           A.   I -- I view them as a friendly

20      force.

21           Q.   And -- and you understood, by

22      providing information and advice, that you

23      were assisting them in some way or hoping

24      to?

25                MR. SPERDUTO:  Objection to the

```
 1                    RINAT R. AKHMETSHIN
 2            form.
 3                 Go ahead.
 4                 THE WITNESS:  The same way as I
 5            assisted Mr. Smagan, like the same
 6            way I assisted some other people.  So
 7            we were trying to kind of share these
 8            notes with people who have interest
 9            in this issue.
10      BY MR. COHEN:
11                 Q.   You had the same -- you had the
12      same interests?
13                 MR. SPERDUTO:  Objection to the
14            form --
15                 THE WITNESS:  This person --
16                 MR. SPERDUTO:   --
17            mischaracterizes prior testimony.
18            Sorry.
19                 THE WITNESS:  -- as --
20                 MR. SPERDUTO:  Ambiguous.
21            Go ahead now.
22                 THE WITNESS:  -- say same --
23            we -- we -- we -- we are interested
24            in the same person.  That's the
25            extent at which we kind of joined.
```

                              RINAT R. AKHMETSHIN

1
2                    But our interests were quite

3              opposite as which, in this case, of

4              them trying to tell their story,

5              which would have undercut my story.

6    BY MR. COHEN:

7         Q.    And -- and you felt that by

8    providing them with some information, they

9    might be able to tell a more effective

10   story?

11        A.    I thought maybe they could

12   amplify our story, but they had no interest

13   in doing that.

14        Q.    And you felt if they amplified

15   your story, that would be helpful for you?

16        A.    That would have been helpful for

17   my client.

18        Q.    And it would have been helpful

19   for Mr. Kerimov?

20        A.    I don't think so.

21        Q.    And you com- -- as we've seen,

22   you were regularly communicating with

23   Mr. Kerimov's colleagues; is that correct?

24             MR. SPERDUTO:  Objection;

25   characterization.

231

 1                        RINAT R. AKHMETSHIN

 2                        But go ahead.

 3                        THE WITNESS:  I would not

 4              describe it "regularly," but I -- I

 5              have exchanged quite a few e-mails.

 6              I would say probably 10, 20, at most.

 7              It might be less than that.  I don't

 8              know how many you have.

 9      BY MR. COHEN:

10              Q.   And did you -- and you knew that

11      Mr. Kerimov was a member of the LDPR; is

12      that correct?

13                        MR. SPERDUTO:  I'm sorry.  I

14              didn't hear the beginning.

15      BY MR. COHEN:

16              Q.   Did you know that Mr. Kerimov

17      was a member of the LDPR?

18              A.   I did know, and I know that he

19      left that party in disgust.

20              Q.   And -- and you, nonetheless,

21      continued to provide support for Mr. Kerimov

22      and Kerimov's position, notwithstanding the

23      fact that he was a member of the LDPR?

24              A.   I think he publicly left that

25      party.  He disassociated himself from that

232

```
 1                    RINAT R. AKHMETSHIN

 2       message.

 3                    Good enough for me.

 4           Q.    But he was not -- he was a

 5       member for a period of time; is that

 6       correct?

 7           A.    I believe so, yes.

 8           Q.    You know so; is that correct?

 9           A.    I think so, yes.  I established

10       that.

11                    MR. COHEN:  Mark as

12              Exhibit 176 --

13                    THE WITNESS:  177.

14                    MR. COHEN:  -- 177 an e-mail

15              dated February 5th, bearing

16              Bates Number PSI2227.

17                    THE WITNESS:  Thank you.

18                    MR. COHEN:  Let me keep one for

19              the court reporter.

20                    MR. SPERDUTO:  Sorry.

21                    - - -

22                    (Whereupon, an e-mail string

23              was marked, for identification

24              purposes, as Deposition Exhibit

25              Number 177.)
```

```
 1                    RINAT R. AKHMETSHIN
 2                        - - -
 3               THE WITNESS:  Thanks.
 4    BY MR. COHEN:
 5          Q.    Have you seen this e-mail
 6    before?
 7          A.    Yes, I do -- I did.  I think so.
 8          Q.    It's an e-mail from you to
 9    various people who work for Suleiman Kerimov
10    or his companies?
11          A.    Correct.  I'm writing this was --
12    yes.
13          Q.    You sent this e-mail on or about
14    February 5th, 2011; is that correct?
15          A.    That's what it says, sir.
16          Q.    And you're updating them on the
17    status of -- of an Associated Press piece;
18    is that correct?
19          A.    I think this was in follow up
20    with the previous e-mail, yes.
21          Q.    And you're describing an effort
22    to insert an alternative narrative into the
23    story; is that correct?
24          A.    Correct.  I wanted to have a
25    rounded story, not a one-way -- not a
```

234

1                    RINAT R. AKHMETSHIN

2       one-sided story.

3             Q.    And did the Kerimov people

4       support your efforts to do this?

5             A.    I think they were the ones who --

6       they're the ones who alerted me to this

7       story --

8             Q.    They alerted you to --

9             A.    -- the stories coming -- excuse

10      me?

11            Q.    Who -- who alerted you that the

12      AP was writing this story about

13      Ashot Egiazaryan?

14            A.    I think it might have been

15      Jeff Eller --

16            Q.    Jeff Eller?

17            A.    -- so he -- Jeff Eller, yes --

18      issued this AP inquiry.  So this was, like,

19      leading up to this thing.

20            Q.    Why did Jeff Eller alert you to

21      the A -- the inquiry from AP?

22            A.    Because he wanted to let me know

23      that there's a story coming out and give me

24      an opportunity to insert my story in this.

25            Q.    Did you share your conversation

```
 1                    RINAT R. AKHMETSHIN
 2       with Mr. -- that you had with Mr. Eller with
 3       Mr. Zalmayev?
 4            A.    I might have, yes, because I ask
 5       him to approach AP correspondent trying to
 6       provide additional information on the
 7       story --
 8            Q.    And --
 9            A.    -- yes.
10            Q.    -- and the reference to the
11       friendly human rights NGO person from
12       New York in the second line is Mr. Zalmayev;
13       is that correct?
14            A.    Yes, I think so, yes.
15            Q.    Do you recall that he met
16       Mr. Birch in D.C.?
17            A.    I -- if I remember correctly,
18       yes, sir.
19            Q.    Do you recall if Mr. Zalmayev
20       met with Mr. Birch before the story came
21       out -- his first AP story came out?
22            A.    I think that was the purpose to
23       meet Mr. Birch.
24                  MR. COHEN:  I'll ask the court
25            reporter to mark as Exhibit 178 a
```

```
 1                    RINAT R. AKHMETSHIN

 2            copy of an e-mail from

 3            Rinat Akhmetshin to Greg Hitt bearing

 4            Bates Number PSI2084.

 5                    - - -

 6                 (Whereupon, an e-mail was

 7            marked, for identification purposes, as

 8            Deposition Exhibit Number 178.)

 9                    - - -

10                 THE WITNESS:  Thank you.

11      BY MR. COHEN:

12            Q.    Have you seen this e-mail

13      before?

14            A.    Yes, I have, sir.

15            Q.    Did you send this e-mail to

16      Mr. Hitt on or around February 25th, 2011?

17            A.    That's what it says.

18            Q.    Does this contain a draft

19      of an -- of an article?

20            A.    Correct.  That's the director of

21      the op-ed.

22            Q.    Why were you sharing with

23      Mr. Hitt drafts of an -- of an article that

24      you were hoping to place?

25            A.    I hoped maybe he could help me
```

```
 1                  RINAT R. AKHMETSHIN
 2      with this.
 3           Q.    Did he help you with it?
 4           A.    No.
 5           Q.    Did he provide comments or edits
 6      to it?
 7           A.    No.
 8           Q.    How do -- how do you -- why do
 9      you recall that?
10           A.    I -- I think I talked to him
11      about that, and he said that, really, he had
12      no ability to help me.
13           Q.    Did he help you place the
14      article?
15           A.    No, he didn't.
16           Q.    Who placed the article?
17           A.    I'm not sure whether the -- has
18      it ever run?
19                 THE COURT REPORTER:  I'm sorry?
20                 THE WITNESS:  Yeah.  I -- I'm
21             not sure whether this article has
22             ever run.  So we were shopping it.
23                 I thought maybe he could --
24      BY MR. COHEN:
25           Q.    Do --
```

1                    RINAT R. AKHMETSHIN

2          A.    -- help --

3          Q.    -- do --

4          A.    -- me to find the place for it.

5          Q.    -- do you know who drafted this

6     article in the first place?

7          A.    It could be Peter Zalmayev,

8     Mr. Zalmayev.

9          Q.    I'm sorry.  I didn't catch the

10    answer.

11         A.    It could have been Mr. Zalmayev.

12         Q.    Do you know whether or not it

13    was Mr. Zalmayev?

14         A.    I do not remember, sir.  Probably

15    Mr. Zalmayev.

16              Did it ever run?

17         Q.    I'll show you in a second.

18         A.    Sure.

19              MR. COHEN:  I'll ask the court

20         reporter to mark as Exhibit 179 a

21         e-mail from Rinat Akhmetshin bearing

22         Bates Number PSI2030.

23                   - - -

24              (Whereupon, an e-mail string

25         was marked, for identification

 1                     RINAT R. AKHMETSHIN
 2              purposes, as Deposition Exhibit
 3              Number 179.)
 4                         - - -
 5                   THE WITNESS:  Thank you.
 6         BY MR. COHEN:
 7              Q.   Have you -- have you seen this
 8         e-mail before?
 9              A.   Yes, I have.
10              Q.   Did you send this e-mail to
11         someone at Public Strategies on or around
12         March 13th, 2011?
13              A.   Probably, yes.
14              Q.   And you sent this to -- it
15         doesn't have a To on it; is that correct?
16         An addressee?
17              A.   I don't see it, yes, sir.
18              Q.   You sent this to a group of --
19         did you send this to a group of people?
20              A.   I don't remember, sir.  It looks
21         weird, because you always have bcc at least
22         if you send to the group.
23              Q.   I'm sorry.  I couldn't hear you.
24              A.   Yeah.  If you send to the group,
25         it will appear a bcc tag, but it -- there's

240

1                    RINAT R. AKHMETSHIN

2      nothing here.

3            Q.    And at the end of the first

4      paragraph, it says ra, right, on the first

5      page?

6            A.    Sir.

7            Q.    At the end of the first

8      paragraph, it says --

9            A.    Uh-huh --

10           Q.    -- louder than --

11           A.    -- all right --

12           Q.    -- 1000 words --

13           A.    -- that's me, yes.

14           Q.    Yeah.

15           A.    Yes, the picture -- there's a

16     wonderful cartoon, yes.

17           Q.    And do you recall sending this

18     to Public Strategies?

19           A.    I might've sent it to them, yes.

20           Q.    And this is an article that

21     stated that it's authored by

22     Leonid Komarovsky; is that correct?

23           A.    Yes, it does say so.

24                 Is that the same one?

25                 MR. COHEN:  I'll ask the court

241

```
 1                    RINAT R. AKHMETSHIN
 2             reporter to mark as Exhibit 180 an
 3             e-mail bearing Bates Number PSI2035.
 4                       - - -
 5                  (Whereupon, an e-mail was
 6             marked, for identification purposes, as
 7             Deposition Exhibit Number 180.)
 8                       - - -
 9   BY MR. COHEN:
10        Q.    Have you seen this before?
11        A.    Yes, it looks like I sent it.
12        Q.    And you sent this to
13   Mr. Nariman; is that correct?
14        A.    Correct, yes.
15        Q.    He's who you previously
16   described as someone who works for Kerimov's
17   company?
18        A.    I know that there's a
19   company Denoro, yes.
20             THE COURT REPORTER:  It's a
21             company what?
22             THE WITNESS:  It's a company
23             called Denoro or something like that.
24   BY MR. COHEN:
25        Q.    And is he reporting on various
```

251

1                    RINAT R. AKHMETSHIN

2        exchange of information has stopped by the

3        time when we realized that, you know, just

4        there's nothing else to discuss or compare.

5                Q.    Your issue -- was your issue to

6        have Mr. Egiazaryan deported?

7                A.    No.  My issue, as my client asked

8        me to do, to not -- to allow my client not to

9        see Mr. Egiazaryan in the United States.  I

10       will put it that way.

11               Q.    Did you participate in the

12       securing of letters from Lev Ponomarev and

13       Lyudmila Alexeyeva?

14               A.    I did not.  I do not know.

15               Q.    Did you play any role in the

16       drafting of those letters?

17               A.    I might have seen some -- I'm not

18       sure, sir.  No, I --

19               Q.    Did you --

20               A.    -- the answer probably is no.  I

21       do not remember.

22               Q.    You don't remember or you did

23       not?

24               A.    I do not remember, sir.

25               Q.    Did you play a role in drafting

286

 1                    RINAT R. AKHMETSHIN

 2               THE WITNESS:   Thank you.

 3     BY MR. COHEN:

 4          Q.    Is this an e-mail from you to

 5     Mr. Zalmayev -- I'm sorry -- from

 6     Mr. Zalmayev to you?

 7          A.    It does appear that way, sir,

 8     yes.

 9          Q.    And it's dated February 9th,

10     2011?

11          A.    Correct.

12          Q.    You received this e-mail on

13     around February 9th, 2011?

14          A.    That's what it states, yes.

15          Q.    And I'll call your attention to

16     the bottom.

17               And it says, the Chechnya thing

18     event -- evidently backfired on us --

19          A.    Correct.

20          Q.    -- do you see that?

21          A.    Yes, I see that, sir.

22          Q.    What did you understand

23     Mr. Zalmayev to mean by that?

24          A.    I do not know, sir.  I think that

25     he probably refers to the fact that, you

287

1                    RINAT R. AKHMETSHIN

2       know, there's research on Chechen matter.  We

3       couldn't find any credible information.

4                    And I think that was the time

5       when discussion of Mr. Egiazaryan's Chechen

6       record was suspended, because we couldn't say

7       with certainty about his Chechen activity.

8       We're very careful to say only facts.

9            Q.    And -- and the information

10      regarding what happened in Chechnya was

11      murky at best; is that correct?

12                  MR. SPERDUTO:  I'm sorry.

13                  The -- the information -- can you

14             read it back?  I beg your pardon.

15                  MR. COHEN:  I -- I'll -- I'll

16             say it -- I'll ask the question

17             again.

18                  Just give me a second.

19                  (Pause.)

20                  MR. COHEN:  All right.  Can we

21             take a few-minute break?

22                  THE WITNESS:  Absolutely.

23                  MR. COHEN:  Thank you.

24                  THE VIDEOGRAPHER:  The time is

25             4:37.  We're going off the record.

351

1                    RINAT R. AKHMETSHIN

2            Exhibit Number 202.)

3                       - - -

4      BY MR. COHEN:

5            Q.    Have you seen this document

6      before?

7            A.    I have, sir, yes.

8            Q.    Did you send this e-mail to

9      Peter Zalmayev on May 24th, 2011?

10           A.    It does -- it does appear that

11     way, yes, sir.

12           Q.    What was the purpose of this

13     e-mail?

14           A.    It's actually a summary of

15     Russian media publications about

16     Mr. Egiazaryan.

17           Q.    Why was it prepared?

18           A.    Because we wanted to make sure

19     that we are covering comprehensively this --

20     Mr. Egiazaryan's track record.

21           Q.    And -- and how -- who -- did you

22     contract someone --

23           A.    I did.

24           Q.    -- to do some research for you?

25           A.    Yeah, I did, sir, yes.

```
 1                    RINAT R. AKHMETSHIN
 2          Q.     Who did you contract?
 3          A.     There's someone in Russia, just I
 4     don't remember now.  I -- I should go back,
 5     but that's someone who was recommended to me
 6     and that -- I think it's an organization,
 7     some media organization, and -- but I did pay
 8     for it.
 9          Q.     How much did you pay?
10          A.     I think, like, $3,000.
11          Q.     And it's supposed to be a
12     comprehensive survey of research regarding
13     Mr. Egiazaryan?
14          A.     I think so.  There should be some
15     methodology how this research was conducted.
16                 There it says, neutral, positive,
17     negative.
18          Q.     Did you read this entire
19     document?
20          A.     Not exactly, to be honest.
21          Q.     Were you made aware by this
22     document of any anti-Semitic or
23     anti-American statements by Mr. Egiazaryan
24     or attributed to him?
25          A.     I think there's something here
```

```
 1                    RINAT R. AKHMETSHIN
 2        with him.  There might have been.
 3                    I -- I do not -- to be honest,
 4        it's been a long time since I got this.  I
 5        can --
 6                    MR. SPERDUTO:  You're not
 7               asking him to read this --
 8                    MR. COHEN:  No, I'm not.  I'm
 9               asking him if he recalls any specific
10               anti-Semitic or anti-American
11               statements made by Mr. Egiazaryan or
12               attributed to him --
13                    THE WITNESS:  I think --
14                    MR. COHEN:  -- on this
15               document.
16                    THE WITNESS:  -- there's
17               something about anti-Semitic stuff.
18               It says that Ashot Egiazaryan in
19               Russian media history of scandals.
20                    So --
21        BY MR. COHEN:
22            Q.   I'm sorry.  I didn't hear the
23        answer.
24            A.   It's -- I -- I -- I do not
25        remember, sir.  I could -- if you want me to,
```

354

1                         RINAT R. AKHMETSHIN

2          I could review this document.

3                  Q.     No.

4                  A.     But I'm sure there was some stuff

5          here about anti-Semitism.

6                  Q.     And -- and this is exclusively

7          from newspaper articles; is that correct?

8                  A.     It says smee (phonetic).  Smee in

9          Russia is like media, so it could be articles

10         and online newspapers.

11                 Q.     It could be blogs?

12                 A.     I think that at that time, it

13         could have been, yes.  I'm not sure.

14                        So there are a lot of articles

15         here from Novaya Gazata.  Everything is in

16         the public record.  Let's put it that way.

17                 Q.     And if you had a specific

18         statement of an anti-Semitic or

19         anti-America -- a specific instance of an

20         anti-American or anti-Semitic statement, you

21         would have used it in your educational

22         efforts; is that correct?

23                 A.     I think we had enough for

24         education efforts, sir.

25                 Q.     Do you recall ever notifying any

355

1                    RINAT R. AKHMETSHIN

2        journalist or anybody of any specific

3        anti-American or anti-Semitic statements by

4        Mr. Egiazaryan?

5               A.   His presence on the party list of

6        LDPR was enough reason for us, sir --

7               Q.   And that was --

8               A.   -- I -- there might have been

9        some articles.  I do not recall, sir.

10              Q.   You don't recall, one way or

11       another, whether there was any articles of

12       anything other than an -- an -- an alleged

13       affiliation with the LDPR --

14                   MR. SPERDUTO:  Well, Jason --

15       BY MR. COHEN:

16              Q.   -- is that correct?

17                   MR. SPERDUTO:  -- just -- just

18              a minute, please.

19                   You're asking him about a

20              document that has 28 pages.  It's

21              over -- what's that? -- seven or

22              eight months old.

23                   And you're asking him if he can

24              recall what's in the document or is

25              it in the document?

356

```
 1                    RINAT R. AKHMETSHIN
 2                    Flip through and see if you
 3             find anything.
 4                    THE WITNESS:  There's this
 5             whole Chapter 14.  It's about
 6             anti-Semitic links of the LDPR.
 7       BY MR. COHEN:
 8             Q.    All right.  The last question
 9       that I asked was, if you had any specific
10       instance of an anti-American or anti-Semitic
11       statement, you would have included that in
12       -- in writing; is that correct?
13                    MR. SPERDUTO:  Hypothetical;
14             improper.
15                    THE WITNESS:  I think we
16             included what we knew for the best of
17             our knowledge, sir.
18       BY MR. COHEN:
19             Q.    You included what you knew from
20       the best of your knowledge; is that correct?
21             A.    I think whatever was
22       communicated, that was the stuff which was
23       based on due diligence.  And if we have
24       referred to something, it has -- it must have
25       been sourced to something.  That's -- that's
```

357

```
 1                    RINAT R. AKHMETSHIN
 2      a fair thing to say.  So we try to be very
 3      fair.
 4              Q.    And if you found -- strike that.
 5                    Are you aware, in any of the
 6      letters or materials that were prepared by
 7      Mr. Zalmayev or by you, of any specific
 8      anti-Semitic or anti-American statement by
 9      Mr. Egiazaryan?
10              A.    I think that -- I do not recall,
11      sir, one way or another -- I do not recall
12      one way or another, sir.
13              Q.    I'm going to show you PZ2292,
14      which we'll mark as Exhibit 203.
15                        -  -  -
16                    (Whereupon, an e-mail was
17            marked, for identification purposes, as
18            Deposition Exhibit Number 203.)
19                        -  -  -
20                    MR. COHEN:  I'm sorry.  This
21            one.
22      BY MR. COHEN:
23              Q.    Have you seen this document
24      before?
25              A.    I do not recall, sir.  I don't
```

358

```
 1                    RINAT R. AKHMETSHIN
 2     believe so.
 3                    MR. COHEN:  I'm going to mark
 4            as Exhibit 204, PZ2911.
 5                        -  -  -
 6                    (Whereupon, an e-mail with
 7            attachment was marked, for
 8            identification purposes, as Deposition
 9            Exhibit Number 204.)
10                        -  -  -
11                    THE WITNESS:  Thank you.
12     BY MR. COHEN:
13            Q.    Have you seen this before?
14            A.    Yes.
15            Q.    And did -- do you know who
16     prepared this compilation of materials?
17            A.    I don't remember, but these are
18     compilation of articles.
19            Q.    Do you know where you got it
20     from?
21            A.    From Moscow, most likely.  I
22     don't recall exactly.
23            Q.    Do you know who -- who sent it
24     to you?
25            A.    Maybe some journalist from Novaya
```

359

```
 1                    RINAT R. AKHMETSHIN
 2        Gazata --
 3             Q.    Was --
 4             A.    -- these are articles from --
 5        that's a compilation of articles.
 6             Q.    Was this part of your research
 7        for -- for learning information about
 8        Ashot Egiazaryan?
 9             A.    I'm sure it was part of it.
10                   MR. SPERDUTO:   This is 204,
11             right?
12                   THE WITNESS:   This is 204, yes.
13        BY MR. COHEN:
14             Q.    I'm going to show you what's
15        been -- what has Bates Number PZ2718.
16                   MR. COHEN:   And we'll mark that
17             as Exhibit 205.
18                          - - -
19                   (Whereupon, an e-mail with
20             attachment was marked, for
21             identification purposes, as Deposition
22             Exhibit Number 205.)
23                          - - -
24        BY MR. COHEN:
25             Q.    What is this?
```

360

```
 1                    RINAT R. AKHMETSHIN
 2           A.    A summary of the articles.
 3           Q.    And who -- who -- who prepared
 4     it?
 5           A.    I do not recall.  I did receive
 6     it from Russia, most likely, since it's in
 7     Russian.
 8           Q.    I'm going to show you what
 9     contains Bates Number PZ2781 --
10                        - - -
11                 (Whereupon, Russian document
12           was marked, for identification
13           purposes, as Deposition Exhibit
14           Number 206.)
15                        - - -
16                 THE WITNESS:  Thank you.
17     BY MR. COHEN:
18           Q.    -- which we'll mark as
19     Exhibit 206.
20                 What is this?
21           A.    It's the summaries of articles,
22     but, you know, I -- I might speculate -- I
23     cannot say for sure, but these are weekly
24     summaries of articles about Russian -- it's
25     not just Mr. Akhmetshin.  There are other
```

1                    RINAT R. AKHMETSHIN

2        people who are mentioned here.

3                    But it might have been from

4        Mr. Markarian, because it's his client

5        matter.

6            Q.    Well, whose -- what do you mean,

7        "his client"?

8            A.    Europark was something which

9        Mr. Smagan was -- Mr. Egiazaryan allegedly

10       stole this property from Mr. Smagan.

11                   And if this -- I -- I did not

12       prepare this statement, but if I did receive

13       it, it probably was from Mr. Smagan's

14       lawyers.

15           Q.    And you don't have any specific

16       knowledge regarding or expertise regarding

17       the dispute between Mr. Egiazaryan and

18       Mr. Smagan, do you?

19           A.    I do not know.  It's just stuff,

20       it's articles.

21           Q.    I'll show you what we'll mark as

22       Exhibit 207, which bears Bates Number 2849.

23                   MR. COHEN:  I'm sorry.  Let

24       me --

25                          - - -

362

```
 1                    RINAT R. AKHMETSHIN
 2                    (Whereupon, an e-mail with
 3            attachment was marked, for
 4            identification purposes, as Deposition
 5            Exhibit Number 207.)
 6                         - - -
 7                    THE WITNESS:  Thank you.
 8      BY MR. COHEN:
 9            Q.    Have you seen that before?
10            A.    I might have, yes.
11            Q.    Do you know who prepared this?
12                    MR. SPERDUTO:  I'm sorry.
13            Which page are you talking about,
14            2849 or the subsequent pages?
15                    MR. COHEN:  The subsequent
16            pages.
17      BY MR. COHEN:
18            Q.    Do you know who prepared the
19      report that's on the subsequent pages?
20            A.    Summary.  It could have been
21      Mr. Markarian's people, his law firm.
22            Q.    You don't recall one way or the
23      other?
24            A.    I -- I most likely -- I did not
25      write this.  This I could tell for sure.
```

1                    RINAT R. AKHMETSHIN

2              I do remember this document, yes.

3         Q.    I'm going to show you what we'll

4    mark as Exhibit 208.

5                         - - -

6              (Whereupon, series of articles

7         and papers was marked, for

8         identification purposes, as Deposition

9         Exhibit Number 208.)

10                        - - -

11   BY MR. COHEN:

12        Q.    Have you seen this before?

13        A.    I do not remember, sir.  But this

14   is just articles and papers.

15        Q.    And who collected that?

16        A.    It might have been Peter --

17   Mr. Zalmayev.

18        Q.    And are you aware of any other

19   than I've -- anything other than what I've

20   shown you that constitutes written research

21   regarding Mr. Egiazaryan that you've seen?

22        A.    I do not remember, sir.  This

23   might -- there might be -- I'm sure there's

24   much, much more, because there's a lot of,

25   like, rubbish online and, you know, some

364

1                    RINAT R. AKHMETSHIN

2          stuff which is absolutely outrageous.

3                    But these are articles which we

4          probably can see that would be relevant, you

5          know, and just --

6              Q.    Are you aware --

7              A.    -- reports --

8              Q.    -- of any other written or

9          collected compilations of articles or

10         research other than the ones that I've just

11         shown you?

12             A.    I'm not sure, sir.

13             Q.    You're not aware of anything?

14             A.    I --

15                   MR. SPERDUTO:  He just talked

16             about the online stuff.

17                   MR. COHEN:  I said --

18                   THE WITNESS:  So there are --

19             there are -- I -- I compiled -- some

20             of the stuff was compiled or I

21             commissioned compilation of -- or

22             research --

23         BY MR. COHEN:

24             Q.    Right.

25             A.    -- the stuff.

1                  RINAT R. AKHMETSHIN

2                  And I read a lot of articles

3       myself, but these are stuff which I've

4       probably seen before.  These are old articles

5       which we discussed two, three times in this

6       deposition already.

7            Q.   Do you recall anything else that

8       you commissioned or received that contains a

9       compilation of media or articles regarding

10      Mr. Egiazaryan?

11           A.   Not to the best of my

12      recollection, sir.

13           Q.   Do you recall any other written

14      reports or other information regarding

15      Mr. Egiazaryan other than what we've seen in

16      this pile of materials that we've discussed?

17           A.   I think I did -- I did

18      commission -- we mentioned it, but I haven't

19      seen this among these documents -- I did

20      commission a legal memo --

21           Q.   Okay.

22           A.   -- on Mr. Egiazaryan's

23      immigration matters.

24           Q.   That's the Snelbecker memo?

25           A.   Snelbeck- -- Ms. Snelbecker's --

366

```
 1                    RINAT R. AKHMETSHIN
 2          Q.    Okay --
 3          A.    -- memos.
 4          Q.    -- so anything -- other than the
 5     Snelbecker memo, was there anything else
 6     that you can recall that you commissioned
 7     with regard to providing research or
 8     materials on Mr. Egiazaryan?
 9          A.    It doesn't come to my memory
10     right now, but we've seen quite a few things
11     here, sir.
12          Q.    There's quite a few things that
13     seems to be rela- -- does that seem to be
14     relatively comprehensive in terms of what
15     you recall?
16          A.    I think that there are probably
17     over a thousand pages of serious documents.
18     I think it's pretty serious materials.
19          Q.    I'm going to show you what's
20     been previously marked as Exhibit 83.
21               Have you seen this document
22     before?
23          A.    Yes, I have, sir.
24          Q.    What is it?
25          A.    It's a -- it's a memo from
```

368

1                    RINAT R. AKHMETSHIN

2           A.    Could you please --

3           Q.    Did you have a conversation with

4     Mr. Zalmayev as to how strong a case there

5     was to allege that -- to allege

6     anti-Semitism with regard to Mr. Egiazaryan?

7           A.    We always -- we discussed this

8     issue of anti-Semitism of how strong or how

9     weak.  We -- we established that Chechnya

10    thing was not -- we could not say with

11    certainty.  So, therefore, we dropped this

12    matter and we focused on other matter.

13          Q.    Did you conclude that you

14    couldn't make the anti-Semitism argument

15    with certainty?

16          A.    I don't think so, sir.

17          Q.    Okay.  I'll call your attention

18    to Paragraph 17, which is on Page 484.

19                And do you see where it says, Not

20    an easy issue, largely circumstantial.  It's

21    the party and its leader, Zhirinovsky?

22          A.    Yes, I do read this, sir.

23          Q.    And did you discuss -- does

24    that -- was that Mr. Zalmayev's position on

25    February 4, 2011?