```
                                                              1
 1
 2              In the U.S. District Court
                 Southern District of New York
 3
    ------------------------------x
 4                                :
    Ashot Egiazaryan              :
 5                                :
                  v.              :NO. 11cv02670
 6                                :
    Peter Zalmayev                :
 7                                :
    ------------------------------x
 8
                        November 10, 2011
 9
    DEPOSITION OF:
10
                   Douglas Bloomfield,
11
    a witness, called by counsel pursuant to notice,
12  commencing at 10:02 a.m., which was taken at the
    Sperduto Law Firm, 1133 20th Street, NW, Washington,
13  DC 20036
14
15
16
17
18
19
20
21
22
23
24
25  HUDSON REPORTING & VIDEO            1-800-310-1769
```

                                                                    33

1    relative to the first call you had with

2    Mr. Akhmetshin?

3         A.    Probably the same week after I had read

4    the material.

5         Q.    When you say "read the material," that's

6    the material that Mr. Akhmetshin sent to you,

7    correct?

8         A.    Plus, yes.

9         Q.    You say "plus." What else did you read?

10        A.    I did my own research.

11        Q.    What kind of research did you do?

12        A.    I went on the internet, I looked at

13   articles there, I looked at some news media, I did

14   searches for whatever news coverage there had been,

15   I saw Mr. Egiazaryan's web page and Mr. Zalmayev's

16   web page.

17              I spoke to some friends on the Hill, I can't

18   recall exactly who, to ask if they knew anything

19   about this.

20        Q.    What did your friends on the Hill say?

21        A.    They were not familiar with the specific

22   case. They were familiar with Mr. Zhirinovsky and

23   his party.

24        Q.    Now, did you undertake this project free

25   of charge?

New York                Hudson Reporting & Video              New Jersey
Connecticut             Nationwide 1-800-310-1769           Pennsylvania

34

1  A.  No.
2  Q.  Were you compensated?
3  A.  Yes.
4  Q.  How much were you compensated for this
5  project?
6  A.  Initially $10,000.
7  Q.  How was the $10,000 paid to you?
8  A.  By check.
9  Q.  Whose check was it?
10  A.  From the EDI, or the Eurasian Democracy
11  Institute.  I'm not positive of the precise name.
12  Q.  Would it be Eurasia Democracy Initiative?
13  A.  Yes.
14  Q.  You said initially it was $10,000.  Did
15  there come a time when there were additional
16  charges?
17  A.  Yes.
18  Q.  In total how much by way of additional
19  charges did you receive?
20  A.  10,000.
21  Q.  So in total for this project you received
22  $20,000?
23  A.  Yes.
24  Q.  Was the second check -- withdrawn.
25     Was the second $10,000 also by check?

59

1      A.    Just random notes.

2      Q.    12D states: "Detail his record as

3  antidemocratic, anti-Semitic."

4            Do you see that?

5      A.    Yes.

6      Q.    As of February 4, 2011 did you have any

7  understanding of what Mr. Egiazaryan's anti-Semitic

8  record was?

9      A.    Whatever information I had was based on my

10  conversations with these two men.

11     Q.    When you say "these two men," you mean

12  Akhmetshin and Zalmayev?

13     A.    Correct.

14     Q.    What Mr. Zalmayev and Mr. Akhmetshin told

15  you, you had no independent knowledge of

16  Mr. Egiazaryan's antidemocratic record, correct?

17     A.    Not beyond his association with

18  Mr. Zhirinovsky.

19     Q.    Prior to February 4, 2011 were you aware

20  that Mr. Egiazaryan had any affiliation with

21  Mr. Zhirinovsky?

22     A.    No.

23     Q.    Now, during the course of this project did

24  you ever come to learn of any statement made by

25  Mr. Egiazaryan that was anti-Semitic?

60

```
 1        A.   I don't recall.
 2        Q.   During the course of this project did you
 3   ever come to learn of any statement made by
 4   Mr. Egiazaryan that indicated he was anti-American?
 5        A.   I don't recall.
 6        Q.   I'd like to turn to page 484 in that
 7   document.
 8             The top of the page it says "H:  Subject is
 9   living in LA area and is considered by client as
10   anti-Semitic.  Make sure to brief appropriate Jewish
11   media."
12             Let me stop there.  Did I read that
13   accurately?
14        A.   Yes.  These are just random notes.
15        Q.   These are your ideas, correct, the ones I
16   just read out?
17        A.   Apparently.
18        Q.   The subject referred to in exhibit H is
19   Mr. Egiazaryan, correct?
20        A.   Yes.
21        Q.   And the client referred to in the portion
22   that I just read was who?
23        A.   The EDI.
24        Q.   When it says "is considered by client as
25   anti-Semitic," what basis was given for that?
```

                                                                61

1       A.   I presume that's based on the statements
2   that he had made to me in conversations.
3       Q.   That wasn't my question.
4            My question was, and it was a poor question
5   on my part, my question was did you understand what
6   the basis was for the statement made to you that in
7   the client's view Mr. Egiazaryan was anti-Semitic?
8       A.   What the client had told me was of his
9   involvement with Zhirinovsky and Zhirinovsky's party
10  and his role in it.
11           That's what he had told me.
12      Q.   Other than his involvement with
13  Zhirinovsky and Zhirinovsky's party and his role in
14  it, did Mr. Zalmayev tell you anything else that
15  would have supported a claim by him that
16  Mr. Egiazaryan is anti-Semitic?
17      A.   I don't recall.
18      Q.   During these conversations -- withdrawn.
19           During the course of the entire project,
20  apart from Mr. Egiazaryan's involvement with
21  Mr. Zhirinovsky, Zhirinovsky's party and
22  Mr. Egiazaryan's role in it, did Mr. Zalmayev ever
23  give you any other basis to suggest that
24  Mr. Egiazaryan was an anti-Semite?
25      A.   I don't recall.  I'm not sure.

```
                                                              62
 1       Q.    The same question with respect to
 2  Mr. Akhmetshin.
 3             During the course of this project and apart
 4  from Mr. Egiazaryan's involvement with
 5  Mr. Zhirinovsky, Zhirinovsky's party and
 6  Mr. Egiazaryan's role in it, did Mr. Akhmetshin ever
 7  give you any other basis to suggest that
 8  Mr. Egiazaryan was an anti-Semite?
 9       A.    I don't recall.
10       Q.    During the course of the project did
11  anybody ever provide you with information suggesting
12  that Mr. Egiazaryan was an anti-Semite other than
13  Mr. Egiazaryan's involvement with Mr. Zhirinovsky
14  and Mr. Zhirinovsky's party and Mr. Egiazaryan's
15  role in it?
16       A.    I don't recall.
17       Q.    What were you told about Mr. Egiazaryan's
18  role in Mr. Zhirinovsky's party?
19       A.    I was told that he was a Duma delegate, a
20  member of the Duma on that party's list, that he had
21  been a fundraiser, a prominent fundraiser for the
22  party and was a close associate of Mr. Zhirinovsky.
23       Q.    Who told you this?
24       A.    Mr. Akhmetshin, Mr. Zalmayev and some of
25  the research I had done I came across that.
```

63

1   Q.   When Mr. Akhmetshin told you about
2   Mr. Egiazaryan's role with respect to
3   Mr. Zhirinovsky's party did he provide any evidence
4   of it to you?
5   A.   He probably sent me some clippings or some
6   material.
7   Q.   You say clippings or some material. You
8   mean newspaper clippings?
9   A.   Media reports, perhaps some other
10  material.
11  Q.   You say "he probably sent me some
12  clippings or some material." Do you have a
13  recollection as you sit here now that he did so on
14  this subject?
15  A.   He sent me specific material showing
16  Mr. Egiazaryan's involvement with Mr. Zhirinovsky.
17  Q.   What did those materials comprise?
18  Withdrawn.
19       What were those materials comprised of?
20  A.   They were probably news clippings and
21  other statements gathered -- I don't know how they
22  were gathered -- that showed him, showed his
23  involvement.
24  Q.   You say "other statements gathered." What
25  kind of statements?

                                                                64

1        A.    For instance, by some human rights groups.
2        Q.    Which human rights groups' statements were
3   you provided that demonstrated or illustrated
4   Mr. Egiazaryan's role in Mr. Zhirinovsky's party?
5        A.    I don't recall.
6        Q.    Other than the statements that you don't
7   recall and the newspaper clippings, was there any
8   other material provided to you by Mr. Akhmetshin
9   substantiating his claim with respect to
10  Mr. Egiazaryan's role in Mr. Zhirinovsky's party?
11       A.    I don't know.
12       Q.    I ask you the same series of questions
13  with respect to Mr. Zalmayev.
14            What evidence did Mr. Zalmayev provide to
15  you substantiating the claim with regard to
16  Mr. Egiazaryan's role in Mr. Zhirinovsky's party?
17       A.    He probably sent me similar material.
18       Q.    When you say "similar material," you mean
19  newspaper clippings?
20       A.    And web pages.
21       Q.    Do you recall what those newspaper
22  clippings were?
23       A.    Not specifically.
24       Q.    How about generally?
25       A.    Generally speaking, generally reporting

65

1  that he was a member of Zhirinovsky's or was
2  involved in part of Zhirinovsky's party and he was a
3  deputy in that party, what we would call here a
4  caucus.
5      Q.   What web pages did he point you to?  By
6  "he" I'm talking about Mr. Zalmayev.
7      A.   I don't recall.  I copied some.  You have
8  them.
9      Q.   Other than the web pages and the newspaper
10 clippings, did Mr. Zalmayev provide you with any
11 other evidence to substantiate his contention with
12 respect to Mr. Egiazaryan's role in
13 Mr. Zhirinovsky's party?
14     A.   I don't recall.
15     Q.   Turning to item 15, second line on page
16 BA00484 of item 15, who is Felice Gaerr?
17     A.   Apparently somebody with the
18 Antidefamation League.
19     Q.   But you don't know her?
20     A.   No, I do not.
21     Q.   Do you know whether or not Mr. Akhmetshin
22 was able to procure support on this project from
23 Ms. Gaerr?
24     A.   I don't know.
25     Q.   Turning to 17 on that same page, I'm going

Case 1:11-cv-02670-PKC-GWG    Document 224-3    Filed 04/19/13    Page 11 of 11

235

1   for the problems of the world.

2              MR. GOLDEN:  I have no more

3   questions.

4   RE-DIRECT EXAMINATION:

5   BY MR. LUPKIN:

6       Q.  During the course of your internet

7   research did you ever see any document or web page

8   indicating that Mr. Egiazaryan had been convicted of

9   any crimes?

10      A.  I don't recall if he had been convicted of

11  anything.  Charged.

12      Q.  My question is convicted.  Do you recall

13  seeing anything that --

14      A.  I don't recall any convictions.

15      Q.  During the course of your internet

16  research did you ever see any anti-Semitic

17  statements ascribed to him?

18      A.  His association with the party was an

19  endorsement.  Specific statements of anti-Semitism I

20  don't recall.

21      Q.  My question is during the course of your

22  internet research did you ever see any anti-Semitic

23  statements ascribed to him?

24      A.  I don't recall any direct statements.

25             MR. LUPKIN:  I have no further