| | |
|---|---|
| **From:** | rinat akhmetshin <akhmetshin@gmail.com> |
| **Sent:** | Wednesday, February 23, 2011 12:36 AM |
| **To:** | peter zalmayev <zalmayev@yahoo.com> |
| **Subject:** | Re: re-worked article for BG |

u MUST draft a serious piece - we need to put shit in d record - this is a joke. pls do a serious looking op-ed with a heavy pressure on holocust, anti-american, us immigration abuse, etc. this is NOT an op-ed material. no 4 questons, etc. one seriously drafted piece on d issue of us-russia relationships, mentioning that ppl like AY and his lawyers are making serious relations btwn us and russia impossible. us must seriously and quickly discover what d issue is with AY, let immigration authorities and courts study it and send his ass to where he came from - do not mention sending him to russia. in d future, us must be careful granting visas to d ppl like AY and must have an extensive database of ppl who r involved in antisemitism, biggotry and general criminal behavior - he must not have been admitted to us at d first place. pls do a good 750-800 word story asap and send me for review. thnks!  ra

On Tue, Feb 22, 2011 at 9:52 PM, peter zalmayev <zalmayev@yahoo.com> wrote:
> he says BG people have told him it's ok to keep it sort of long - please see attached. he says he has a professional (native eng speaker) translator, who does literary translations. the piece, he seems to think, may have a greater chance of being published if it's written in this style, rather than a cut-and-dried 500-word op-ed. i cut out all the bullshit parts, moved the LDPR stuff to the beginning and added my comments in yellow. take a look and let's discuss.

PZ002778