| | |
|---|---|
| **From:** | rinat akhmetshin [akhmetshin@gmail.com] |
| **Sent:** | Thursday, March 24, 2011 9:25 AM |
| **To:** | Greg Hitt |
| **Cc:** | levan zgenti |
| **Subject:** | LA Times |

greg, my guy, [peter, is developing a story with joel rubin of the LA Times, he met him in person during his trip to LA few weeks ago and editors seem to give a green light on the story. let's discuss how we can insert yr contact into this process, the moscow correspondent for LA Times is also in the loop. tlk soon, ra

---------- Forwarded message ----------
From: **peter zalmayev** <zalmayev@yahoo.com>
Date: Tue, Mar 22, 2011 at 1:41 PM
Subject: more on AE
To: joel.rubin@latimes.com


Hi, Joel,

Here are two AE-related items that appeared in Russian online media following yesterday's press-conference by leading Russian human rights and anti-corruption activists in Moscow.

http://www.interfax.ru/news.asp?id=182446

http://top.rbc.ru/politics/22/03/2011/564020.shtml

They are in Russian but see below for my translation of the key points. They were talking mainly about the impending 2nd verdict to Khodorkovsky and then the question of other so-called "corruption-busters" and "political victims" came up.

Here is what **Ludmila Alekseeva** had to say (she's President of the Moscow Helsinki Group and is the oldest and most prominent Russian h.r. activist):

"I don't think he [AE] deserves the status of political refugee, I don't think he's being prosecuted for his claimed stance against corruption." The question about AE and such reaction was likely caused by the revelation that AE's claims of his charitable contributions were a fake - the fact which Alekseeva acknowledged during the press conference.

Another important participant was **Kirill Kabanov**, head of the National Anti-corruption Committee and member of Transparency International, Russia. He informed the journalists of AE's having contacted TI's Berlin headquarters asking them to publicize his claims of being a victim of "corporate raids" and "general practice of corruption" in Russia. He characterized these claims as "ludicrous," adding: "We all are familiar with AE's bio."

Regards,

Peter

1

PSI002060
CONFIDENTIAL

| | |
|---|---|
| **From:** | rinat akhmetshin [akhmetshin@gmail.com] |
| **Sent:** | Wednesday, April 13, 2011 8:58 AM |
| **To:** | Hale, Sarah |
| **Cc:** | Gadzhiev Nariman; Lauer, Eliot; Jeff Eller; jmartin@pstrategies.com; Butler, Paul; Jim Langdon; Greg Hitt |
| **Subject:** | Re: Denoro/SK: Radio Free Europe |

will b in touch with you, sarah. i would prefer not to have yr company of SK at all in d story. i will see nikola on friday for a friendly chat and will try to persuade him to drop the SK angle. the story, really, is about an asylum matter in d US, hance no need to get into london and cyprus legal matters. will report on my progress. ra



**From:** rinat akhmetshin [mailto:akhmetshin@gmail.com]
**Sent:** Tuesday, April 12, 2011 7:25 PM
**To:** Hale, Sarah
**Cc:** Gadzhiev Nariman; Lauer, Eliot; Jeff Eller; jmartin@pstrategies.com; Butler, Paul; Jim Langdon; Greg Hitt
**Subject:** Re: Denoro/SK: Radio Free Europe

i know that guy - he covered kazakhstan related FCPA case i was involved in. will talk to him and try to get him off this angle in his story. sk has nothing to do with the asylum mater anyway. i will be in ny on friday, will meet him and work on that. ra



PSI002107
CONFIDENTIAL



**From:** krastevn@rferl.org
**To:** Lauer, Eliot
**Sent:** Mon Apr 11 15:35:00 2011
**Subject:** Inquiry Generated from Curtis Website - THIS IS NOT SPAM

Dear Mr. Lauer:

Thank you for calling me back.

The way we work is talk to/interview persons of interest and record the conversation. The main reason for this is that as a radio station we produce reports with voices, a secondary point is to assure accuracy in quotation. This is particularly important when reporting on sensitive/complex topics.

Taking quote or statement out of the context or distorting/manipulating it to further a particular cause/point will be basically compromising my professional integrity. I can lose my job if there is a complaint and it proves to be true, that's on top that a misquote or distortion may have legal consequences. I hope this explanation is sufficient.

Here are the tentative (they are just a few) questions I'd like to cover:

*What is the current status (April 2011) of the legal issues between your client, Mr. Suleiman Kerimov and Mr. Ashot Egiazaryan?

*Mr. Egiazaryan have made numerous statements with regard to his dealings with Mr. Kerimov - I am sure you are familiar with them - could you please comment on the main points of contention?

There was an interview he gave to AP in February, there are some excerpts from it:

"For two years, Egiazaryan told the AP, he was subjected to groundless police raids, personal smears and anonymous death threats as he struggled to hang onto his $2 billion stake in a project to tear down the Moskva, an old Soviet hotel a few dozen steps from the Kremlin, and reconstruct it as a five-star luxury establishment."

"He says he was forced to hand over his share in the hotel in June 2009 after a campaign of intimidation that included raids by armed police on some of his partners and businesses and threats of criminal prosecution. He said he was the target of anonymous threats, including threats to behead his children."

"Last September, shortly after Egiazaryan arrived in the U.S., his lawyers filed a civil suit in a court in Cyprus charging the billionaire Russian investor Suleiman Kerimov with leading a hostile takeover of the Moskva hotel project."

*What Mr. Kerimov intends to pursue further to defend his interest in the project and to rebuff Mr. Egiazaryan claims?

2

PSI002108
CONFIDENTIAL

*Would you comment on Mr. Egiazaryan intention to seek political asylum in the U.S. claiming among others that he was being threatened by various individuals, some of these allegations appear to be pointed towards Mr. Kerimov?

Thank you,

Nikola Krastev,
Radio Free Europe/Radio Liberty, Inc.
www.rferl.org
212-264-1968 work
212-254-4493 cell



PSI002109
CONFIDENTIAL

From:           rinat akhmetshin [akhmetshin@gmail.com]
Sent:           Friday, February 25, 2011 4:30 PM
To:             levan zgenti
Cc:             Jeff Eller; Greg Hitt; Butler, Paul
Subject:        Suggested Talking Points


dear colleagues, below please find  a set of talking points i developed this afternoon from
all our research on AE and LDPR. i suggest we use for our outreach work on antisemitism
direction of our efforts. we should develop similar sets of talking points on other working
angles we discussed - Chechnya, False Charitable Claims, False Relative Assassination, His
Financial and other fake claims


Talking Points

Ashot Egiazaryan is a fugitive Russian businessman, member of the parliament, the Duma, and a
leading figure in a notoriously extremist political party.

He fled to the United States [possibly using a diplomatic passport to enter] to avoid
responsibility and prosecution for a business deal that went sour. He is seeking political
asylum under false claims of political persecution.

He is a leading financial backer and member of the ultra-nationalist Liberal Democratic Party
of Russia (LDPR) since 1999 and a close associate of the LDPR's notorious leader, Vladimir
Zhirinovsky.

A number of Jewish groups, in America, Russia and elsewhere, have repeatedly condemned the
party and its leader as anti-Semitic.  They have repeatedly urged Americans, as a form of
protest, to avoid any meetings with members of the LDPR who may visit the United States.

The LDPR is outspokenly anti-American. Mr. Egiazaryan has been a prominent financial backer
and fundraiser for the LDPR while leaving the public face of the party to Mr. Zhirinovsky. It
is ironic that Mr.
Egiazaryan would seek sanctuary in a country his party has long excoriated as Russia's
natural enemy and, indeed, the world's enemy.
Furthering the irony is that he has moved into an exclusive Los Angeles area with a sizeable
Jewish population.

Mr. Egiazaryan's claims that he is a political fugitive are false by virtue of the fact that
his friend and party leader, Mr. Zhirinovsky, continues in his role as vice chair of the Duma
and continues to speak freely on any and all subjects - often repugnant -- without threat of
retribution by the state.  In fact, Mr. Egiazaryan continues to be a member of the Duma,
although in November it voted overwhelmingly to strip him of his parliamentary immunity.  One
reason may be that he reportedly obtained a U.S. Social Security card and an immigration
Green Card, both of which are illegal for Russian lawmakers.

The real reason Mr. Egiazaryan fled Russia was to escape possible criminal prosecution
arising out of financial disputes with his former business associates, including the
discredited former mayor of Moscow, Yuri Luzhkov.  There is a question of just who swindled
whom in multi-billion-dollar real estate deal gone sour. A criminal case was opened against
Mr. Giazaryan on November 6, 2010; charges include defrauding business parters.

1



PSI002189
CONFIDENTIAL

Mr. Egiazaryan and his lawyers seek to portray him as a political figure fleeing persecution for his uncompromising stance against corruption and other misdeeds.  The truth is just the opposite: he is fleeing prosecution for his own role in corruption and various misdeeds.
He has put on the international wanted list by the Russian Federation Investigative Committee for large-scale fraud and there is a request for his arrest, which are the real reasons he fled to the United States.

He may be unable – and apparently unwilling – to return to Russia, but that is not sufficient reason for him to be permitted to remain in the United States.  He has financial holdings and dealings in several other countries and could seek residency there.


To be eligible for asylum, he must be able to demonstrate that he has suffered persecution in the past our could fear future persecution by the Russian government, or by a group Moscow is either unwilling or unable to control, because of his political opinion, race, nationality, religion or membership in a particular social group.
However, escaping prosecution for a felony or convictions and arrests for serious crimes would likely register an applicant statutorily ineligible for asylum.

The United States must not provide sanctuary and immunity from prosecution for corrupt Russian business figures, particularly those who bring with them a record of association with anti-American, anti-Semitic extremist organizations.

The Memorial Human Rights Center and other Russian human rights groups have noted the irony of Mr. Egiazaryan's sudden conversion into a human rights activist and anti-corruption crusader – if you choose to believe what he puts on his web site.

The LDPR Record:
It has blamed the Jews for "starting World War II" and "provoking the Holocaust.
It has accused the Jews of "masterminding 9/11" and generally "running the world."
The Egiazaryan-Zhirinovsky party's racism has contributed significantly to Russia's growing climate of ethnically-based intolerance and xenophobia.
The Anti-Defamation League has condemned the LDPR message and called on Americans to boycott party members during their visits to this country.
"The essence of the conflict around the Jewish people is that when their number grows too much in some country, war breaks out there….That happened in Germany . . . where there were too many Jews….You will always find Jews where war is raging because they realize that money flows where blood is spilled," Zhirinovsky has said.
"The media outlets who (sic) are publishing bad articles about Islam are headed by Semites. The biggest banks and world corporations are run by Jews," he said.

An outspoken supporter of Saddam Hussein, the LDPR leader dispatched several volunteers dubbed "Falcons of Zhirinovsky" to help Saddam survive Desert Storm.

2

PSI002190
CONFIDENTIAL

| From: | rinat akhmetshin [akhmetshin@gmail.com] |
|---|---|
| Sent: | Monday, March 21, 2011 7:52 AM |
| To: | Greg Hitt; Butler, Paul; Jeff Eller |
| Subject: | relevant memo, let's discuss |
| Attachments: | Ashot Yeghiazaryan Grounds for Deportation.doc |

atatched is some analysis of d situation regarding ay. russian government is placing him on a red notice shortly, we must b ready to comment on that and make it a news. also, an opportunity opened up to place an opinion piece into huffington post. we need a person who will do it, piece must reflect some of the points of the legal memo. we believe that ay has already applied for asylum, this is another news opportunity. i am snwbrdng in aspen with my daughter till friday but am available for phone conversations (pls keep in mind 2 hr time difference). ra



1

PSI002124
CONFIDENTIAL

| | |
|---|---|
| **From:** | rinat akhmetshin [akhmetshin@gmail.com] |
| **Sent:** | Saturday, February 05, 2011 6:33 PM |
| **To:** | Butler, Paul; Richard Blee; Jeff Eller; Lauer, Eliot; Hale, Sarah |
| **Subject:** | more on AY |
| **Attachments:** | AY.doc |

just to update you all on the status of that AP piece and my efforts to insert an alternative narrative into that story: friendly human rights NGO person from NY met birch in DC on friday and briefed him on the chechen angle, since than i thought of *one more extremely relevant angle and narrative* that would expose AY's real face to US immigration authorities and public - his duma party affiliation - an LDPR party of which he was a member is rabidly anti-semitic and anti-american. below pls find a short summary of those facts in the exchange between that NGO person and birch. birch's editor at AP is in the loop and is making sure AY's real face is presented in the birch's piece. also attached is the letter from yet another prominent russian human rights organisation "Memorial"raising concerns with the US Congress on AY's presence in the US. ra

--------- Forwarded message ---------
From: **peter zalmayev** <zalmayev@yahoo.com>
Date: Sat, Feb 5, 2011 at 7:02 PM
Subject: more on AY
To: "Douglas M.Birch" <DBirch@ap.org>

Dear Doug,

As a follow-up to our meeting, here's another important aspect of Mr. Yegiazaryan's Duma years to keep in mind: his financial support of Vladimir Zhirinovsky's Liberal-Democratic Party of Russia (LDPR), of which he has been a member since 1999.

While, granted, he was far from an active parliamentarian and failed to submit a singe piece of legislation, nor, indeed, make any significant policy statements, the fact of his membership in and steadfast support (with money out of his own pocket) of Zhirinovsky's virulently anti-Semitic and anti-American agenda makes him Zhirinovsky's accomplice. It is the greatest irony that such a man would now seek safe haven in a country his party has for years lambasted as Russia's natural enemy and, indeed, the world's enemy.

Below are just some of Zhirinovsky's notable anti-Semitic and anti-American statements that he has made over the past decade.

Also, for your information, the Memorial Human Rights Center has just joined the chorus of Russian human rights watchdogs in expressing its concern with Yegiazaryan's miraculous twelveth-hour's transformation into a human rights activist and a corruption-buster. The letter is by a prominent activist who was nominated for the Nobel Peace prize last year and the woman who could be seen in that article in the Times handing the portrait of Estemirova to President Medvedev. Please see attached.

Regards,

Peter

**Anti-semitism:**

1

DEPOSITION EXHIBIT 177 3/20/13 CLS

PSI002227
CONFIDENTIAL

| | |
|---|---|
| **From:** | rinat akhmetshin [akhmetshin@gmail.com] |
| **Sent:** | Tuesday, February 22, 2011 9:10 AM |
| **To:** | Gadzhiev Nariman |
| **Cc:** | Jeff Eller; Виктор Новичков; Jack Martin; Greg Hitt |
| **Subject:** | us jewish-russian response so far |
| **Attachments:** | Komarovskiy_02-18-2011_11.12-11.30.mp3; Komarovskiy_02-15-2011_11.50-12.00 _new.mp3; ЗАЧЕМ НАМ В США-1.doc |

this is on d syndicated us russian-jewish radio program, preparing a response from the jewish organizations to d congress and an article in d russian paper in NY. plus he is submitting an op-ed to the boston globe paper this week. all other efforts with nyt, sf chronicle, politico and others r in progress.



1

PSI002035
CONFIDENTIAL

| | |
|---|---|
| **From:** | rinat akhmetshin [akhmetshin@gmail.com] |
| **Sent:** | Monday, March 14, 2011 1:04 PM |
| **To:** | Greg Hitt; Jeff Eller |
| **Subject:** | Fwd: Letter – Done |
| **Attachments:** | GroupLetter_final edits_napolitano.doc; GroupLetter_final edits_rosenthal.doc |

ok, gentlemen, it took a long time, but this beauty is finally cooked and ready to be served. attached are the two letters, signed off on by all parties.



1

PSI002029
CONFIDENTIAL

| From: | rinat akhmetshin [akhmetshin@gmail.com] |
|---|---|
| Sent: | Wednesday, March 23, 2011 6:03 PM |
| To: | levan zgenti |
| Cc: | Jeff Eller; Greg Hitt |
| Subject: | ashot in dc |

guys, it looks like our friend ashot is in washington next week - doing rounds on the hill and with the ngo's. two of my sources informed me that his lawyers from GT have approached them for a mtng.let;t tlk how we can use his presence in dc to spotlight his crappy nature. ra

1



PSI002062
CONFIDENTIAL

| | |
|---|---|
| **From:** | rinat akhmetshin [akhmetshin@gmail.com] |
| **Sent:** | Wednesday, March 09, 2011 7:20 PM |
| **To:** | Greg Hitt; Jeff Eller; Butler, Paul |
| **Subject:** | response is needed |

http://www.themoscowtimes.com/opinion/article/the-state-raided-me/432210.html

just saw this - i think it needs an immediate response - a letter to the editor or an alternative op-ed submission from some prominent american legal expert, perhaps even Thomas Firestone himself, or his former bosses at the state department. it is funny how ashot's article has absolutely no facts, just speculations and re-telling of Thomas Firestone piece,. some credible lawyer, former congressman, etc shld weight in on not allowing criminals to come to the US, especially antisemitic people - he shld have been smarter not to give money to the antisemitic and anti-american party  y when he was a member of the parliament from LDPR - we should zoom in on that - he chose to advertise that fact - little fool... i can ghostwrite d response - do you have any good ppl to sign it? this article, no doubt, will go into ashot's asylum file, we should have another one that will invalidate it.



**DEPOSITION**
**EXHIBIT**
183
3 20 12   CLS
PENGAD 800-631-6989

1

PSI002188
CONFIDENTIAL