**Subject:** Re: case I mentioned
**From:** Nikola Krastev (nikolakrastev@yahoo.com)
**To:** zalmayev@eurasiademocracy.org;
**Date:** Thursday, March 24, 2011 10:47 PM

Hi, Peter,

Thank you for tipping me on this.

I am not familiar with the case but will inquire with my colleagues in the Russian Service of RFE/RL to see where do we stand, usually they have a head-start on all Russia-related things.

At this point it doesn't seem the case to have a lot of a bang in terms how newsworthy it is. It seems to be well publicized so far in Russia as well as in the U.S. It may become a hot topic again if he applies for and is granted asylum. I am saying this only as a personal opinion, as said - I am not familiar with the case and it's hard for me to provide a proper judgment.

Also as a personal opinion - seems another scumbag from Russia is trying to find a safe heaven in the U.S. after he apparently fucked it up back home.

Anyway, I will inquire with my colleagues who are better informed on the issue and then decide should I pursue the matter further.

Regards, Nikola


--- On **Fri, 3/25/11, peter zalmayev <*zalmayev@eurasiademocracy.org*>** wrote:

> From: peter zalmayev <zalmayev@eurasiademocracy.org>
> Subject: case I mentioned
> To: nikolakrastev@yahoo.com
> Date: Friday, March 25, 2011, 12:39 AM
>
> Dear Nicola,
>
> It was nice chatting with you this afternoon. Attached please find some some materials on the case we discussed. Mr. Ashot Egiazaryan and his lawyers and PR men are doing the rounds in Washington, trying to concoct a Khodorkovsky out of him. As you can see from the attached docs, most Russian and American observers, including human rights activists and Jewish groups, do not think so. We are concerned with the persecution of legitimate voices of dissent in Russia, but we also think that American policy-makers must be urged to separate chaff from the wheat: not everyone running from Russia is a Khodorkovsky.
>
> Attached are: a recent letter sent to US gov officials by a group of prominent h.r. and Jewish advocacy organizations; an op-ed in the Moscow Times; a list of facts about Egiazaryan, comments re Egiazaryan by Ludmila Alekseeva at a recent press-conference on Khodorkovsky, and, finally, my recent op-ed published in the Los Angeles Jewish Journal.
>
> I'd be happy to discuss this further and provide you with contacts.

Regards,

Peter Zalmayev
Eurasia Democracy Initiative
11 Penn Plaza, 5th Floor
New York, NY 10001
www.eurasiademocracy.org

PZ003542