William A. Norris (SBN 25989)
(wnorris@akingump.com)
Stephen A. Mansfield (SBN 129666)
(smansfield@akingump.com)
Chad A. Stegeman (SBN 225745)
(cstegeman@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel: 310.229.1000
Fax: 310.229.1001

Attorneys for Denoro Investments Limited

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Case No. 2:10 MC 00387 UA

I, Vladimir Burkov, make the following sworn declaration. All matters contained herein are of my own personal knowledge.

From November 3 to November 6, 2010 I, Vladimir Burkov, stayed in Cannes, France, with my family. On November 4, 2010, on a feast day, I together with my acquaintance, Vladimiras Podribinkinas, who can confirm all matters contained herein, visited the Russian Orthodox Church in Cannes.

On my way out of the Church to get into my car, I was called out to by a woman in whom I recognized Ashot Egiazaryan's wife, Natalia Tsagolova. I came up to her, greeted her in a friendly way, and kissed hello on the cheek. I then asked Natalia how Ashot was doing as I have not talked to him for a long time.

Natalia was very surprised to hear that Ashot and myself were no longer talking to each other and started asking me about the private life of her husband: whether I knew that he had a lover, Olga Shuboderova, and that Olga and Ashot had two children. Natalia also told me that Ashot had been telling her that Olga Shuboderova was my lover. I said that I did not want to answer these questions, that those were personal matters, and I did not want to interfere in family affairs of Natalia and Ashot.

In response to this Natalia told me: "Why you are scared of him? He will not appear in Moscow any more, and I am divorcing him". I answered her that this was nonsense, that they had been living together for a long time and had four children. Natalia replied to that: "I can not live in a harem, I am a Christian. You knew everything. Why didn't you tell me?" I answered to her that she and Ashot had family friends much closer than myself who knew what was going on in their family. Natalia grabbed my hand and started asking me who else of their friends was aware. I gave Natalia a hug, kissed her cheek and asked her to stop that conversation, explaining that my wife was waiting for me, and left.

Myself and my acquaintance, Vladimiras Podribinkinas, are ready to appear in court for a cross-examination and submit to the lie detector test to give further evidence that the matters stated by me hereinabove are true and correct.

I, VLADIMIR BURKOV, do hereby swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th Day of November 2010 in Moscow, Russian Federation.

_____
Vladimir Burkov

This declaration was translated by Vladimir Litvinov, a translator of Akin Gump Strauss Hauer & Feld LLP.

This translation is certified as a correct translation of the original declaration by Ilya Rybalkin in his capacity of a partner of Akin Gump Strauss Hauer & Feld LLP.

_____
Ilya Rybalkin

Respectfully submitted,
AKIN GUMP STRAUSS HAUER &
FELD LLP

By:_____

William A. Norris
Stephen A. Mansfield
Chad A. Stegeman

Attorneys for Denoro Investments Limited

PZ 000528