| From: | peter zalmayev <zalmayev@yahoo.com> |
|---|---|
| Sent: | Wednesday, December 29, 2010 4:52 PM |
| To: | Rinat Akhmetshin <akhmetshin@gmail.com> |
| Subject: | ch. |

so, below's what i've been able to dig out.

this commission is quite murky and no one I've called in moscow has any good idea or details about it. and there's hardly anything online. the fact remains that AY was its initiator and subsequently its deputy chair. one interesting fact is that its chair was this odious figure, Alexander Tkachev, the xenophobic, racist governor of Krasnodar Krai (im sure u've heard that name) and frequent target of local and western human rights groups. It's been referred to as "яма для вывода средств»

i can't find the exact date when he initiated this Commission, but I'd assume it happened shortly after he became MP. it was disbanded in 2003. see below the basic chronology, it's for your conversation tomorrow. but at the very least we know that he became MP and founded the commission AFTER the start of the second war (aug 99) and AFTER Maskhadov was deposed (oct 99)

i'll keep searching for more info, will call some more people, and if need be, revise the proposal for u to take to your meeting on jan 12. the way it's shaping up now is a) the guy was in charge of this commission and embezzled most of the federal money which stirred up resentment and fueled the conflict; b) beginning of this second war and under his watch as deputy chairman of the Commission, most of the worst atrocities of the second war happened (but, once again, we need to think how to formulate that, cause that second phase has been prosecuted, really, under the auspices of Kremlin's current occupants...

**AY/Duma**

В декабре 1999 года A.Y. стал депутатом Государственной думы РФ третьего созыва от «Блока Жириновского»

В январе 2000 года по квоте ЛДПР депутат занял пост зампреда думского комитета по бюджету и налогов Комиссия по восстановлению Чечни

**Checnhya between wars**

в течение 1998 года на фоне общего кризиса развивался конфликт между умеренными сторонниками Аслана Масхадова и «радикалами», лидером которых становится Басаев.

5 марта 1999 года в грозненском аэропорту «Северный» похищен генерал-майор Геннадий Шпигуна, представлявший в Чечне МВД РФ. Федеральный центр начал готовить силовое решение чеченской проблемы. Начата переброска войск и сил на Северный Кавказ

30 сентября 1999 года начался ввод федеральных войск на территорию Чечни.

**Second war and atrocities committed under AY's watch:**



PZ002696

На деле же на контролируемой федеральными силами территории были совершены массовые убийства мирных жителей. Наиболее известные эпизоды: Алхан-Юрт, декабрь 1999 года;

Старопромысловский район Грозного, январь 2000 года; Новые Алды, 5 февраля 2000 года. Виновные в этих преступлениях не найдены и не наказаны.

Зимой 1999–2000 годов была организована «фильтрационная система», которая оказалась не только незаконна и жестока, но и неэффективна. Для «контртеррористической операции» была бы необходима система «фильтрационных дел», реально не было даже сколько-нибудь полного «списка террористов». В этих условиях были неизбежны пытки и коррупция, усугублявшиеся безнаказанностью. Название «фильтрационного пункта» Чернокозово стало синонимом пыток и жестокости.

обнаружения в феврале 2001 года массового захоронения — свалки более 50 тел со следами пыток и признаками насильственной смерти — в дачном поселке «Здоровье» в непосредственной близости от Ханкалы, главной базы федеральных сил в Чечне.