

CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 01, 2011 through January 31, 2011
Account Number: 000000805023645

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
| --- | --- |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00060419 DRE 802 141 03211 - NNNNNNNNNNN T 1 000000000 64 0000
EURASIA DEMOCRACY INITIATIVE
11 PENN PLZ FL 5
NEW YORK NY 10001-2003

### CHECKING SUMMARY — Chase BusinessClassic

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| Beginning Balance | | |
| Deposits and Additions | | |
| Checks Paid | | REDACTED |
| ATM & Debit Card Withdrawals | | |
| Fees and Other Withdrawals | | |
| Ending Balance | | |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | REDACTED | |
| 01/27 | Chips Credit Via: Deutsche Bank Trust CO America/0103 B/O: Avitek Limited/ID/1546109 Ref: Nbnf=Eurasia Democracy Initiative New York, NY 100012003/Ac-000000008050 Org=/Lv13Ubal1500112692002/ID/1546109 Ogb=/04093988 Riga Lv-1 Ssn: 0183801 Trn: 3486900027Fc | 70,000.00 |
| **Total Deposits and Additions** | | **REDACTED** |



DEPOSITION EXHIBIT 164
3/20/12  CLS

Page 1 of 6

PZ 003857