Wednesday, October 5, 2011 4:59 PM

**Subject:** Re: Request
**Date:** Friday, February 25, 2011 6:06 PM
**From:** Douglas Bloomfield <dmbloomfield@comcast.net>
**To:** Peter Zalmayev <zalmayev@yahoo.com>, Rinat <rinat@kazakhstan21.org>

1. I took the info regarding the SS and Green Card from the legal brief you sent, I believe, but it can be removed, if you wish. I'm taking it out.
2. Not sure how you can keep EDI out of this. The first question everyone will ask is who is doing this, who is it for? We can't say we're anonymous. Your name, Peter, is not included, but the organization is not only necessary but gives a great deal of necessary credibility.
3. To repeat prior comment in response to Rinat, the reference to Zhir is not only necessary but valuable since it gives identification and credibility and power to the message.


On 2/25/11 5:27 PM, "Peter Zalmayev" <zalmayev@yahoo.com> wrote:

> i second Rinat's high marks, Doug. a couple of points, though:
> --i am not sure we need to be getting bogged down in the discussion of his SS# and Green Card (not sure he's got one) and whether it is *legal* for a Russian parliamentarian to have one - we are not lawyers;
>
> -- we have decided to keep EDI's (and mine) name out of it for now.
>
> p
>
> --- On Fri, 2/25/11, rinat@kazakhstan21.org <*rinat@kazakhstan21.org*> wrote:
>
>> From: rinat@kazakhstan21.org <rinat@kazakhstan21.org>
>> Subject: Re: Request
>> To: "Douglas Bloomfield" <dmbloomfield@comcast.net>
>> Cc: "Peter Zalmayev" <zalmayev@yahoo.com>
>> Date: Friday, February 25, 2011, 5:15 PM
>>
>> points are v.good and detailed/logical, thanks! my only suggestion is to take a name of Zhirinovsky out - too many names will cause confusion, besides, the sytory is about ashot, not Zhirinovsky. having him will dilute our punch

--

*Bloomfield Associates, Inc.*
dmb@his.com
(301) 460-3285

BA 00007

Page 1 of 1