**Subject:** Re: Request  
**Date:** Friday, February 25, 2011 5:25 PM  
**From:** Douglas Bloomfield <dmbloomfield@comcast.net>  
**To:** Rinat <rinat@kazakhstan21.org>

I think Zhirinovsky definitely enhances our case.  His name is well known among nearly all those we will be contacting.  He is an identifier for Ashot, who is otherwise just another corrupt Russian oligarch.  Zhir is an asset for our case.

On 2/25/11 5:15 PM, "Rinat" <rinat@kazakhstan21.org> wrote:

> points are v.good and detailed/logical, thanks!  my only suggestion  is
> to take a name of Zhirinovsky out - too many names will cause confusion,
> besides, the sytory is about ashot, not Zhirinovsky. having him will
> dilute our punch

--  
Bloomfield Associates, Inc.  
dmb@his.com  
(301) 460-3285

BA 00125