Thursday, October 6, 2011 10:40 PM

Subject: Re: Draft letter
Date: Saturday, February 26, 2011 6:35 AM
From: Douglas Bloomfield <dmbloomfield@comcast.net>
To: Rinat <rinat@kazakhstan21.org>

**EXHIBIT 94**

Of course. Now go back to sleep you workaholic.

Sent from my remote, secure location

On Feb 26, 2011, at 6:14 AM, "rinat@kazakhstan21.org" <rinat@kazakhstan21.org> wrote:

> letters are fine - short and to the point! we shld have several variations, so it doesn't look suspiciously similar coming from different folks.
>
> Douglas Bloomfield wrote:
>> Attached is my draft of a letter to Hillary and/or Napolitano and adaptable for others. Please go over it carefully and send me your comments, suggestions, fixes, etc.
>>
>>         doug
>>
>>         --
>>         *Bloomfield Associates, Inc.*
>>         dmb@his.com <mailto:dmb@his.com>
>>         (301) 460-3285