```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3   ------------------------------------X
                                         :
 4   ASHOT EGIAZARYAN,                   :
                                         :   11-CV-02670 (GWG)
 5                       Plaintiff,      :
                                         :   500 Pearl Street
 6               v.                      :   New York, New York
                                         :
 7   PETER ZALMAYEV,                     :
                                         :   November 8, 2011
 8                       Defendant.      :
     ------------------------------------X
 9
           TRANSCRIPT OF CIVIL CAUSE FOR DISCOVERY CONFERENCE
10             BEFORE THE HONORABLE GABRIEL W. GORENSTEIN
                    UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     For the Plaintiff:         JONATHAN DANIEL LUPKIN, ESQ.
13                              JASON TODD COHEN, ESQ.
                                Flemming Zulack Williamson
14                                 Zauderer, LLP
                                One Liberty Plaza
15                              New York, New York  10006

16                              SANFORD M. SAUNDERS, ES.
                                Greenberg Traurig
17                              2101 L Street NW
                                Washington, D.C.  20037
18
     For the Defendant:         JAMES P. GOLDEN, ESQ.
19                              Hamburg & Golden, P.C.
                                1601 Market Street
20                              Suite 3310
                                Philadelphia, Pennsylvania  19103
21
                                ANDREW RYAN, ESQ.
22                              Salisbury & Ryan, LLP
                                1325 Avenue of the Americas
23                              New York, New York  10019

24   Court Transcriber:         RUTH ANN HAGER
                                TypeWrite Word Processing Service
25                              211 N. Milton Road
                                Saratoga Springs, New York  12866


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

7

1   mysterious, so I don't know if the notion is that this
2   defamation has hurt his chances for employment.  You tell me.
3           MR. LUPKIN:  Well, Mr. Egiazaryan is a businessman
4   and obviously for the reasons set forth in the complaint and
5   the subsequent filings it's very difficult, certainly at this
6   juncture, to do any business in Russia.  If he intends to do
7   any business it would probably be here in the United States and
8   the defamation was targeted to a United States audience.
9           Moreover, I would say that there are certain
10  components of the defamation that are defamation per se for
11  which there need not be a calculation of precise damages.  The
12  damages are presumed --
13          THE COURT:  In which case you get nominal damages.
14          MR. LUPKIN:  Correct, yes.
15          THE COURT:  Okay.  How about your damages, the cost
16  of the lawsuit, I assume.
17          MR. GOLDEN:  That's principally the harm, although in
18  my client's case it may be loss of employment, but at the
19  moment it's just the cost of the lawsuit.
20          THE COURT:  Well, the reason I ask is that I'm very
21  concerned about the number of depositions that are being asked
22  for in this case even if they don't exceed ten.  Certainly they
23  do exceed ten.  And, you know, it would be one thing if this
24  was two corporations deposing each other's employees.  I'd be
25  happy to let you do all the depositions you want probably, but