# In The Matter Of:

## ASHOT EGIAZARYAN
### v.
## PETER ZALMAYEV

---

## ASHOT EGIAZARYAN - Vol. 2
### January 19, 2012

---

# CONFIDENTIAL
# ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

CONFIDENTIAL - ATTORNEYS' EYES ONLY
ASHOT EGIAZARYAN - 1/19/2012

```
                                              Page 339
15:05:01    1            ASHOT EGIAZARYAN
15:05:04    2       Q.   Did Mr. Zalmayev oppose your
15:05:13    3   asylum application?
15:05:14    4            MR. LUPKIN:  Objection to
15:05:15    5       form.  When you say opposes, you
15:05:17    6       mean in a formal sense or in any
15:05:18    7       sense?
15:05:19    8            MR. GOLDEN:  Any sense.
15:05:25    9            MR. LUPKIN:  You may answer.
15:05:27   10       A.   Please repeat your question
15:05:27   11   again.
15:05:31   12       Q.   Does Mr. Zalmayev oppose your
15:05:44   13   asylum application?
15:05:44   14       A.   Yes.
15:05:45   15       Q.   Is this lawsuit to stop him
15:06:25   16   from opposing your asylum?
15:06:27   17       A.   Mr. -- this lawsuit -- Mr.
15:06:32   18   Zalmayev has inflicted damages to me
15:06:40   19   through his lies and defamation.
15:06:42   20       Q.   So is this lawsuit intended to
15:06:45   21   stop him from opposing your asylum
15:07:06   22   application?
15:07:07   23       A.   The purpose of this lawsuit is
15:07:18   24   to defend my honor and dignity and to
           25   reveal the information about Mr.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
ASHOT EGIAZARYAN - 1/19/2012

Page 340

| | | |
|---|---|---|
| 15:07:23 | 1 | ASHOT EGIAZARYAN |
| 15:07:24 | 2 | Zalmayev's activities. |
| 15:07:26 | 3 | Q.    Are you using this lawsuit to |
| 15:07:41 | 4 | help your asylum application? |
| 15:07:42 | 5 | MR. LUPKIN:  Objection to |
| 15:07:44 | 6 | form.  You may answer. |
| 15:07:47 | 7 | A.    Let me repeat my response |
| 15:07:57 | 8 | again.  The purpose, the purpose of my |
| 15:08:02 | 9 | lawsuit against Zalmayev is to defend my |
| 15:08:16 | 10 | honor and dignity.  If, apart from that, |
| 15:08:19 | 11 | I'm going to achieve, achieve the |
| 15:08:21 | 12 | situation that he's not going to |
| 15:08:26 | 13 | persecute me and my children, members of |
| 15:08:39 | 14 | my family, it's going to be good.  If |
| 15:08:44 | 15 | not, then the main thing is to reveal the |
| 15:08:51 | 16 | true, the true condition of the things to |
| 15:08:59 | 17 | show the truth and to defend my honor and |
| 15:09:00 | 18 | dignity. |
| 15:09:02 | 19 | Q.    What truth are you trying to |
| 15:09:02 | 20 | show? |
| 15:09:30 | 21 | A.    The truths, as I have already |
| 15:09:36 | 22 | said, is to disclose the lies and the |
| 15:09:40 | 23 | defamation that he's spreading against |
| 15:09:44 | 24 | me, against me, and also in whose |
| | 25 | interests he's acting. |