27.02.12        Bank of America | Online Banking | Transaction Image Print

# Bank of America ≫        Online Banking

Regular Checking - ███ : Check Image

Check Image:



https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/4/AccountDetailsControl?myaction=AccountDet...        1/1

PZ 003934
CONFIDENTIAL

27.02.12  Bank of America | Online Banking | Transaction Image Print

**Bank of America**   *Online Banking*

Regular Checking - ▮▮▮ : Check Image

Check Image:





959008059

PZ 003935
CONFIDENTIAL

27.02.12                    Bank of America | Online Banking | Transaction Image Print

 **Bank of America**                      Online Banking

Regular Checking - ▮▮▮ : Check Image

Check Image:



PZ 003936
CONFIDENTIAL

27.02.12                          Bank of America | Online Banking | Transaction Image Print

 **Bank of America**            Online Banking

Regular Checking - ▓▓ : Check Image

Check Image:



023765610

PZ 003937
CONFIDENTIAL

27.02.12                    Bank of America | Online Banking | Transaction Image Print

 **Bank of America**            Online Banking

Regular Checking - ████ : Check Image

Check Image:



PZ 003938
CONFIDENTIAL

27.02.12                    Bank of America | Online Banking | Transaction Image Print

# Bank of America                    Online Banking

---

Regular Checking - ███ : Check Image

Check Image:



PZ 003939
CONFIDENTIAL

27.02.12                    Bank of America | Online Banking | Transaction Image Print

# Bank of America                    Online Banking

Regular Checking - ▓▓▓ : Check Image

Check Image:



PZ 003940
CONFIDENTIAL



PZ 003941
CONFIDENTIAL



PZ 003942
CONFIDENTIAL



PZ 003943
CONFIDENTIAL





PZ 003944
CONFIDENTIAL



PZ 003945
CONFIDENTIAL

11635125 88

ENDORSE HERE
PAY TO ORDER OF
x HAMBURG & GOLDEN

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association.

☆ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PZ 003946
CONFIDENTIAL





DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security features on this document include a Micro-Print
Border, Artificial Watermark.
Absence of these features may indicate alteration.
Graphic color is a collective mark of Check Payment Systems Association.
* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

PZ 003948
CONFIDENTIAL

27.02.12                    Bank of America | Online Banking | Transaction Image Print

**Bankof America** 🇺🇸                    Online Banking

Regular Checking - ▮▮ : Transaction Details

Transaction Details:

Description: Andrew Ryan Bill Payment

Posting date: 08/15/2011

Amount: $15,000.00

Type: Online Transaction

Account number: Regular Checking-▮▮▮▮

Additional Details:

My Description:

https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/34/ActivityDetailControl?myaction=Printable_Ve...          1/1

PZ 003949
CONFIDENTIAL



PZ 003950
CONFIDENTIAL



PZ 003951
CONFIDENTIAL



DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER - "VOID" FEATURE - SEE LATEX WATERMARK - HOLD AT AN ANGLE TO VIEW - "VOID" ON REVERSE SIDE INDICATES ALL AUTHENTIC FEATURES

**PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER.**

Account ☞ PAYMENT

ANDREY VAVILOV

$8,770.94

70-2382/719

0015464136

Please Direct Payment Questions
To: 877-216-7920
Payment Processing Center
PO Box 6026
Hilton, NY 14468-1026
NORTHERN TRUST

**September 08, 2011**

Pay EIGHT THOUSAND SEVEN HUNDRED SEVENTY AND 94/100 ─────────────────────────

$ |*****8,770.94

DOLLARS

To
The
Order
Of

>03755 8022651 001 060005
ANDREW RYAN
7TH FL 1325 AV. OF THE AMERICAS
NEW YORK, NY 10019-6026

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS.

AUTHORIZED SIGNATURE

⑈"0015464136"

PZ 003952
CONFIDENTIAL



PZ 003953
CONFIDENTIAL



Account: PAYMENT                    PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER                    $22,786.04

                                   Please Direct Any Questions                    32/210
ANDREY VAVILOV                     To: (800) 229-8302
                                   ONLINE BANKING / BILL PAYMENT                   0000005155

                                                                                   November 03, 2011
MEMO: Invoice # 4319               , BANK OF AMERICA, N.A.

Pay TWENTY TWO THOUSAND SEVEN HUNDRED EIGHTY SIX AND 04/100 -------------------------------------        DOLLARS

                                                                                   $  ****22,786.04

        To    >06126 8071513 001 080005
        The   ANDREW RYAN
        Order 7TH FL, 1325 AV. OF THE AMERICAS              Void After  180 DAYS
        Of    NEW YORK, NY 10019 6026                       Signature On File
                                                            This check has been authorized
                                                            by your donation

"005155"

PZ 003954
CONFIDENTIAL





ACCOUNT PAYMENT

$50,000.00

000005163

32/210

ANDREY VAVILOV

Please Direct Any Questions
To: ONLINE BANKING - BILL PAYMENT

BANK OF AMERICA, N.A.

MEMO Invoice: 436 431

January 23, 2012

Pay FIFTY THOUSAND AND 00/100 ************************************

DOLLARS

To
The
Order
Of

ANDREW RYAN
7TH FL 1325 AV. OF THE AMERICAS
NEW YORK, NY 10019-6026

$ ****50,000.00

VOID VOID VOID VOID VOID

Void After 180 DAYS.
Signature On File
This check has been authorized
By your depositor

⑈005163⑈

PZ 003956
CONFIDENTIAL



PZ 003957
CONFIDENTIAL

Amount:        $33,166.33                    Sequence Number:  4370681696
Account:       483007187446                  Capture Date:     04/05/2012
Bank Number:   02100032                      Check Number:     5172

| Account:     PAYMENT | | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $33,166.33 |
| --- | --- | --- | --- |
| ANDREY VAVILOV | J.V. #5167 | Please Direct Any Questions To: (800) 278-6302  ONLINE BANKING - BILL PAYMENT | 32/210  0000005172 |
| MEMO: Invoice 4360 | | BANK OF AMERICA, N.A. | March 29, 2012 |
| Pay THIRTY THREE THOUSAND ONE HUNDRED SIXTY SIX AND 33/100 | | | DOLLARS |
| | | | $ ****33,166.33 |
| To The Order Of | 00299 6200319 007868 007868 0000200002 007856  ANDREW RYAN  7TH FL 1329 AV OF THE AMERICAS  NEW YORK, NY 10019 6026 | | Void After 180 DAYS.  Signature On File  This check has been authorized  by your depositor |

⑆005172⑆

4370681696

JPMORGAN CHASE BANK, N.A.

Apr-25-2012 04:53 PM Bank of America 212 957 3576

PZ 003958
CONFIDENTIAL



Posting date: 04/30/2012

Amount: 50,688.26

Type: Deposit

Description: Deposit

PZ 003959
CONFIDENTIAL

**Posting date:** 05/15/2012

**Amount:** 17,763.78

**Type:** Deposit

**Description:** Deposit



PZ 003960
CONFIDENTIAL

**Posting date:** 06/19/2012

**Amount:** 32,603.84

**Type:** Deposit

**Description:** Deposit





*Vavilov Special Project for King & Spalding Wire*

PZ 003962
CONFIDENTIAL