UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ASHOT EGIAZARYAN | : | |
| | : | |
| v. | : | Case No. 1:11-cv-02670 |
| | : | (PKC)(GWG) |
| | : | |
| PETER ZALMAYEV | : | |
| | : | |

**NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, supplemental memorandum of law, declaration of James Golden, and all prior proceedings and pleadings, defendant Peter Zalmayev will move this Court before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date, time and place as the Court shall designate, for an order pursuant to Fed. R. Civ. P. 56 granting summary judgment on liability on the counterclaim.

/s/ Andrew J. Ryan
Andrew J. Ryan
SALISBURY & RYAN
1325 Avenue of the Americas, 7th Fl.
New York, NY  10019
212-977-4660
212-977-4668 (fax)
ar@salisburyryan.com
mf@salisburyryan.com

/s/ James P. Golden
James P. Golden
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103
215-255-8590 (O)
215-255-8583 (fax)
goldenjp@hamburg-golden.com
(Admitted Pro hac vice)
robertstb@hamburg-golden.com

Attorneys for defendant
Peter Zalmayev

Dated: June 3, 2013


TO:   Mark C. Zauderer
      Jason T. Cohen
      FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
      One Liberty Plaza
      New York, NY 10006
      (212) 412-9500
      (212) 964-9200 (fax)
      mzauderer@fzwz.com
      jcohen@fzwz.com

      Attorneys for Plaintiff
      Ashot Egiazaryan

## **CERTIFICATE OF SERVICE**

I, James P. Golden, certify that the foregoing notice of cross motion for summary judgment, memorandum of law, declartion of James P. Golden have been filed electronically and are now available for viewing and downloading from the Court's Electronic Case Filing System.  I further certify that a copy of the foregoing materials have been served on June 3, 2013, as shown below.

The accompanying supplemental memorandum will be filed under seal and served as shown below.

by regular mail:

Jason T. Cohen, Esquire
Flemming Zulack Williamson
  Zauderer, LLP
One Liberty Plaza
New York, NY  10006

and by email on:

Mark C. Zauderer, Esquire
mzauderer@fzwz.com

Jason T. Cohen, Esquire
jcohen@fzwz.com

Grant A. Shehigian, Esquire
gshehigian@fzwz.com

**Attorneys for Plaintiff**

/s/ James P. Golden
JAMES P. GOLDEN

Date: June 3, 2012