# EXHIBIT 34

# In The Matter Of:

## *ASHOT EGIAZARYAN*
## *v.*
## *PETER ZALMAYEV*

---

## *ASHOT EGIAZARYAN – Vol. 1*
### *January 18, 2012*

---

# *REDACTED FILE*
# *CONFIDENTIAL PORTIONS*
## BOUND SEPARATELY

**MERRILL CORPORATION**
**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

ASHOT EGIAZARYAN,

                  Plaintiff,

                             Civil Action No.

    -against-           11 CIV 2670

PETER ZALMAYEV,

                  Defendant.

-------------------------------------x

                January 18, 2012

                10:13 a.m.

                REDACTED FILE

    CONFIDENTIAL PORTIONS BOUND SEPARATELY

      Videotaped deposition of ASHOT

EGIAZARYAN, pursuant to notice, at the

offices of Salisbury & Ryan LLP, 1325

Avenue of the Americas, New York, New

York, before Gail F. Schorr, a Certified

Shorthand Reporter, Certified Realtime

Reporter and Notary Public within and for

the State of New York.

ASHOT EGIAZARYAN - 1/18/2012

Page 2

1
2  A P P E A R A N C E S:
   FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
3  Attorneys for Plaintiff
   One Liberty Plaza
4  New York, NY 10006
5  BY:  JONATHAN D. LUPKIN, ESQ.
       JASON T. COHEN, ESQ.
6         -and-
       MARK C. ZAUDERER, ESQ.
7  (jlupkin@fzwz.com)
   (mzauderer@fzwz.com)
8  (jcohen@fzwz.com)
9  HAMBURG & GOLDEN, P.C.
10 Attorneys for Defendant
   1601 Market Street, Suite 3310
11 Philadelphia, PA 19103-1443
12 BY:  JAMES P. GOLDEN, ESQ.
       (goldenjp@hamburg-golden.com)
13
14 SALISBURY & RYAN LLP
   Attorneys for Defendant
15 1325 Avenue of the Americas
   New York, New York 10019-6026
16
   BY:  ANDREW J. RYAN, ESQ.
17     (ar@salisburyryan.com)
18
   MURANOV, CHERNYAKOV & PARTNERS
19 Attorneys for Defendant
   Bld. 6, 23 Denisovsky Lane
20 Moscow, Russian Federation, 105005
21 BY:  ALEXANDER MURANOV, ESQ.
       (a.muranov@rospravo.ru)
22
23 ALSO PRESENT:
   VALERII M. SCHUKIN, Interpreter
24 IGOR VESLER, Check Interpreter
   RYAN McMULLEN, Videographer
25

Page 3

1
2      THE VIDEOGRAPHER:  This is the
3  video operator speaking, Ryan
4  McMullen of Merrill Legal
5  Solutions, 225 Varick Street, New
6  York, New York 10014.  Today is
7  Wednesday, January 18th, 2012.  The
8  time on the video monitor is 10:13
9  a.m.  We are at the offices of
10 Salisbury & Ryan, 1325 Avenue of
11 the Americas, New York, New York,
12 to take the videotaped deposition
13 of Ashot Egiazaryan, in the matter
14 of Ashot Egiazaryan versus Peter
15 Zalmayev.  This is being heard in
16 the United States District Court,
17 Southern District of New York.
18     Will counsel please introduce
19 themselves for the record.
20     MR. GOLDEN:  James Golden for
21 the defendant Peter Zalmayev.
22     MR. LUPKIN:  Jonathan Lupkin
23 from the firm of Flemming Zulack
24 Williamson Zauderer, on behalf of
25 the witness and the plaintiff Ashot

Page 4

1
2  Egiazaryan, and with me are my
3  colleagues Jason Cohen and Mark
4  Zauderer, both from my firm.  Good
5  morning.
6      MR. GOLDEN:  I guess I should
7  say with me are Alexander Muranov
8  from Moscow, and Andrew Ryan.
9      THE VIDEOGRAPHER:  Will the
10 court, Gail Schorr of Merrill Legal
11 Solutions, please swear in each of
12 the interpreters.
13     MR. LUPKIN:  Before we do
14 that, I should also say Mr.
15 Holiner, as we discussed, is
16 participating over the internet,
17 not participating, but just
18 following the Q&A, so I wanted to
19 make that known for the record.
20     MR. GOLDEN:  We talked about
21 that.  Is there anybody other than
22 Mr. Holiner who is watching,
23 reading along with us?
24     MR. LUPKIN:  No, just us.
25 It's just Mr. Holiner.

Page 5

1      ASHOT EGIAZARYAN
2      VALERII M. SCHUKIN,
3  called as the interpreter in this
4  action, was sworn by the Notary
5  Public (Gail F. Schorr), to
6  accurately and faithfully
7  translate the questions
8  propounded to the witness from
9  English into Russian and the
10 answers given by the witness from
11 Russian into English.
12     IGOR VESLER,
13 called as the check interpreter
14 in this action, was sworn by the
15 Notary Public (Gail F. Schorr).
16     ASHOT EGIAZARYAN,
17 called as a witness, having been
18 first duly sworn by the Notary
19 Public (Gail F. Schorr), was
20 examined and testified through
21 the interpreter as follows:
22     MR. LUPKIN:  Before we begin,
23 Mr. Golden, if I can, I'd like to
24 put a few stipulations on the
25 record.  First stipulation is that

2 (Pages 2 to 5)

Page 6

```
1              ASHOT EGIAZARYAN
2    all objections except as to form
3    are reserved until the time of
4    trial.  Is that acceptable?
5              MR. GOLDEN:  Yes.
6              MR. LUPKIN:  The parties waive
7    filing of the transcript?
8              MR. GOLDEN:  Yes.
9              MR. LUPKIN:  And the witness
10   may execute the transcript before
11   any officer authorized to
12   administer oaths, not necessarily
13   the one presiding over this
14   examination.  Is that acceptable?
15             MR. GOLDEN:  Yes.
16             MR. LUPKIN:  Please continue.
17        EXAMINATION BY MR. GOLDEN:
18        Q.   Good morning, Mr. Egiazaryan.
19   My name is Jim Golden, I will be asking
20   you questions today.  As you know, the
21   interpreter who is sitting to your right
22   is going to translate my questions and
23   your answers between English and Russian.
24   If after hearing the question in
25   translation you don't understand the
```

Page 7

```
1              ASHOT EGIAZARYAN
2    question, either because of what you
3    think is an uncertainty with the
4    translation or because of something about
5    the way that I ask the question, please
6    say that you don't understand and
7    together we will do what we can do to
8    make the question clearer.
9              If you want to take a break
10   for any reason, such as to talk to your
11   lawyers, to stretch your legs, or to go
12   to the bathroom, just say you would like
13   to take a break.
14             MR. LUPKIN:  Jim, I don't
15   believe you introduced your
16   colleagues on your side for the
17   purposes of the record.
18             MR. RYAN:  He did.
19             MR. LUPKIN:  You did?  I
20   apologize.
21        Q.   Mr. Egiazaryan, would you
22   please describe what you consider to be
23   your ability to speak and understand
24   English?
25             MR. LUPKIN:  Objection to
```

Page 8

```
1              ASHOT EGIAZARYAN
2    form.  You may answer.
3        A.   I can understand English only
4    with the help of a dictionary and
5    communicate freely only with the help of
6    an interpreter.
7        Q.   Have you studied English?
8        A.   It was at my institute about
9    25, 30 years ago.  After that, I don't
10   have any practice in English.
11       Q.   What is your estimate of how
12   much time you've spent visiting or living
13   in the United States?
14       A.   You mean the total time?
15       Q.   Yes.
16       A.   Well, the first time I visited
17   the United States was in 1991.  My
18   visitations were not lengthy.  The visit
19   was about six or seven days.  After that,
20   my visitations were sometime once per
21   three or four years.  The visits were of
22   the same length.  I did not count what
23   was the total duration of my visits to
24   the United States in the nineties, but
25   generally speaking, totaling perhaps --
```

Page 9

```
1              ASHOT EGIAZARYAN
2    if we talk about the nineties, it was
3    probably 30, maybe 40 days totally.
4              If you take the year 2000 --
5    now if we take the year 2000, for
6    example, in the year 2000 it was my
7    business trip, I headed a delegation of
8    members of the Parliament to the US
9    Congress.
10             THE INTERPRETER:  I'm sorry, I
11   have to verify one thing.
12       A.   If we take the nineties, the
13   years nineties, the total would be like
14   half a year.
15             THE INTERPRETER:  The
16   interpreter's remark:  I verified
17   do you mean half a year or 30 or 40
18   days.  So the witness said well
19   about half a year.  I'm continuing
20   the witness's testimony.
21       A.   And the 2000 business trips
22   would be a month, was a month to the US
23   Congress.
24             And after that, after that I
25   visited the United States maybe once
```

3 (Pages 6 to 9)

ASHOT EGIAZARYAN - 1/18/2012

Page 10

1         ASHOT EGIAZARYAN
2    every year or two years, but those were
3    mostly recreational trips.  I would say
4    about totaling maybe four months.
5        Q.   How long have you been in the
6    United States on your current stay?
7        A.   Well, not including, not
8    considering the latest time when I've
9    been here lately --
10        THE INTERPRETER:  How long
11    have you been this time, right?
12        MR. GOLDEN:  Yes.
13        A.   Currently, I've been here
14    since September of 2010 up till today.
15        Q.   Do you read English language
16    newspapers?
17        A.   No.
18        Q.   Do you watch English language
19    television?
20        A.   No.
21        Q.   Do you know what I mean by the
22    complaint in this case?
23        A.   Yes.
24        Q.   How did you communicate the
25    facts of the complaint to your lawyers?

Page 11

1         ASHOT EGIAZARYAN
2        MR. LUPKIN:  Just one moment.
3    I want to make sure that your
4    answer answers Mr. Golden's
5    question.  Don't explain what it is
6    that you said to your lawyers.
7        A.   I communicate that through a
8    person who knows English and Russian.
9        Q.   Did you review the complaint
10    and check it for accuracy?
11        A.   That complaint, again, in the
12    words from the mouth of the interpreter,
13    the translator, who translated it for me,
14    and he told me verbally, orally about the
15    complaint, and naturally, I approved of
16    that.  And naturally, I approved of that.
17        Q.   What do you think is your
18    reputation today?
19        MR. LUPKIN:  Objection to
20    form.  May I have a location, and
21    on what subject?
22        MR. ZAUDERER:  Translate that
23    for him.
24        Q.   Everything and the whole
25    world.

Page 12

1         ASHOT EGIAZARYAN
2        MR. LUPKIN:  Objection to that
3    question to form for the reasons
4    that we discussed with the
5    magistrate.  Can you break it down,
6    Mr. Golden?
7        MR. GOLDEN:  If he can answer
8    the question, I want him to answer
9    the question.
10        A.   Honestly, I do not understand
11    the question.
12        Q.   What does the word reputation
13    mean to you?
14        A.   Reputation is being informed
15    about somebody or notoriety.
16        Q.   And what does the public think
17    of you today?
18        MR. LUPKIN:  Objection; same
19    objection, both location and
20    subject matter.
21        THE WITNESS:  Shall I answer?
22        MR. LUPKIN:  You may answer,
23    but note my objection.
24        A.   Can you please repeat the
25    question.

Page 13

1         ASHOT EGIAZARYAN
2        Q.   What does the public think of
3    you?
4        MR. LUPKIN:  Same objections.
5    You may answer.
6        A.   I don't know what American
7    public think of me.  I don't know which
8    public you mean, Japanese, Chinese.  I
9    don't know what the public in the
10    Hawaiian islands think of me.
11        Q.   Do you know what any public
12    thinks of you?
13        MR. LUPKIN:  Objection, same
14    objection.  You may answer over my
15    objection.
16        A.   If you mean the Russian
17    public, I think the public, well, some
18    people may think one thing.  Other people
19    may think another thing, as many people
20    could be as many opinions.  For example,
21    there was a case when I had a
22    conversation with Putin.  It was the year
23    of 1999.  I said, I was saying, well,
24    there has been so many bad things written
25    about you, how can you put your

4 (Pages 10 to 13)

ASHOT EGIAZARYAN – 1/18/2012

Page 14

1          ASHOT EGIAZARYAN
2   candidature to be the president. There
3   was an article in the newspaper Moscow
4   Komsomolets. There was an article
5   written about some children, about
6   St. Petersburg, about the improper
7   adoption of children.
8        MR. VESLER:  Larry, the word
9     orphanage is missing, about
10    orphanages, about orphans.
11       A.   Right, about orphanages, okay.
12  And he said, well, I wouldn't care a fig
13  about it and I was really, I was really
14  surprised. So that's why, so what can I
15  say about somebody thinking?  Some people
16  may entertain positive thoughts, some
17  people may entertain other thoughts.
18       Q.   Did you read articles written
19  about you in Russia?
20       A.   The articles that were written
21  in Russia were mainly of, well, the
22  origin that somebody had ordered them in
23  view of the widespread campaign to
24  discredit.  That's why I've read some of
25  them.  Not all of them.

Page 15

1          ASHOT EGIAZARYAN
2       Q.   Who ordered the articles to be
3   written?
4        MR. LUPKIN:  Objection. I
5     just caution the witness not to
6     speculate.
7        A.   I was told who had ordered
8   those articles.  I was even told by the
9   people who ordered them and who paid for
10  those articles.
11       Q.   Who ordered the articles?
12       A.   Kerimov, K-e-r-i-m-o-v.
13       MR. VESLER:  K-e.
14       Q.   When did that start?
15       A.   Some of them started early in
16  2009.
17       Q.   Did you read articles about
18  yourself before 2009?
19       A.   Before 2009?  Yes, I did.
20       Q.   And did those articles affect
21  your reputation?
22       MR. LUPKIN:  Objection. Can
23    you please clarify which articles.
24       Q.   The articles that were written
25  before 2009?

Page 16

1          ASHOT EGIAZARYAN
2       MR. LUPKIN:  Note my
3   objection.  You may answer.
4        A.   Yes.  What articles do you
5   mean?
6        Q.   Did you read articles about
7   yourself before 2009?
8        A.   There were many articles
9   published about me and there were also my
10  comments to those articles that were
11  published.  Which articles are you
12  talking about?  If you tell me which
13  articles I will comment on them.
14       Q.   Please estimate how many
15  articles you read about yourself before
16  2009?
17       A.   Well, naturally, I am not
18  going -- I cannot say that.  I just don't
19  remember them.
20       Q.   Was it more than a hundred or
21  less than a hundred?
22       A.   I cannot tell you it was more
23  than a hundred or less than a hundred, I
24  did not count them.  I cannot tell you a
25  lie.

Page 17

1          ASHOT EGIAZARYAN
2       Q.   Why did you write responses to
3   some of the articles?
4        MR. LUPKIN:  Objection to
5     form.  You may answer.
6        A.   What articles?  What
7   responses?  Tell me and I will comment on
8   them.
9        Q.   Didn't you say a few minutes
10  ago that you wrote responses or
11  commentaries to some of the articles?
12       A.   I'm saying to what articles?
13  I will be glad to comment on them, but
14  tell me what comments?
15       Q.   I'm going to repeat the
16  question.  Didn't you say a few minutes
17  ago that you wrote responses or
18  commentaries to articles?
19       MR. LUPKIN:  Objection; asked
20    and answered.  You may answer
21    again.
22       A.   I can respond in the following
23  way.  I'll be happy to comment, as I said
24  a few minutes ago, any article about
25  myself and any response that I gave to

5 (Pages 14 to 17)

ASHOT EGIAZARYAN - 1/18/2012

Page 18

ASHOT EGIAZARYAN

1  that article. I really do not understand
2  what you're talking about. What article
3  and what response are you talking about?
4      Q.   I'll repeat the question again
5  because you still haven't answered it.
6          Didn't you say a few minutes
7  ago that you wrote responses or
8  commentaries to articles that were
9  written about you?
10     A.   Yes.
11     Q.   Why did you write those
12 responses or commentaries?
13         MR. LUPKIN: Wait a minute.
14 Objection; asked and answered for
15 the third time. I'm going to let
16 him answer it one more time and
17 then we'll move on.
18         MR. GOLDEN: He hasn't
19 answered that question and I
20 haven't asked that question yet.
21         MR. LUPKIN: I respectfully
22 disagree, Mr. Golden, but please go
23 ahead.
24     Q.   The question is why did you


Page 18

ASHOT EGIAZARYAN

1  that article. I really do not understand
2  what you're talking about. What article
3  and what response are you talking about?
4      Q.   I'll repeat the question again
5  because you still haven't answered it.
6          Didn't you say a few minutes
7  ago that you wrote responses or
8  commentaries to articles that were
9  written about you?
10     A.   Yes.
11     Q.   Why did you write those
12 responses or commentaries?
13         MR. LUPKIN: Wait a minute.
14 Objection; asked and answered for
15 the third time. I'm going to let
16 him answer it one more time and
17 then we'll move on.
18         MR. GOLDEN: He hasn't
19 answered that question and I
20 haven't asked that question yet.
21         MR. LUPKIN: I respectfully
22 disagree, Mr. Golden, but please go
23 ahead.
24     Q.   The question is why did you

ASHOT EGIAZARYAN - 1/18/2012

Page 22

ASHOT EGIAZARYAN

1
2    MR. LUPKIN: You may answer.
3    A.    Stealing from a company?
4    **Q.    Yes.**
5    A.    Honestly, I do not quite
6    understand the question. Which company,
7    stealing from which company? If one
8    company steals money from another
9    company, I don't consider this
10   corruption. It's just stealing, theft.
11   Corruption is where the government
12   participates.
13   **Q.    Is it corruption if an**
14   **employee of a company steals from that**
15   **company?**
16   A.    I think it is theft, it is
17   stealing.
18   **Q.    Before you said you think you**
19   **have and had a reputation for honesty.**
20   **What is the basis for that statement?**
21   A.    The basis for what?
22   **Q.    For your statement that you**
23   **had a reputation for being honest?**
24   A.    You mean the statement that I
25   made now or the statement that I made

Page 23

ASHOT EGIAZARYAN

1
2    against Zalmayev?
3    **Q.    The statement that you made in**
4    **the deposition today.**
5    (Interpreters confer).
6    THE INTERPRETER: This is
7    stylistical similar things. May I
8    just say that it's easy to sit
9    passively and watch somebody, you
10   know, interpreting, you know.
11   There may be some stylistic
12   difficulties, but that's a
13   difficult job that I'm doing, you
14   know, please, you know.
15   MR. LUPKIN: I think nobody's
16   meaning to impugn anybody's
17   qualifications or professionalism.
18   We'll deal with it as it comes.
19   Our interpreter is under
20   instructions to identify what he
21   perceives to be material issues and
22   if there's a problem that can't be
23   resolved Mr. Golden and I will
24   resolve them.
25   THE INTERPRETER: It's not a

Page 24

ASHOT EGIAZARYAN

1
2    material issue. That's off the
3    record.
4    A.    I made it on the basis that
5    personally I did not steal anything from
6    anybody. That was the basis for that.
7    **Q.    What do you think are the**
8    **things that affect somebody's reputation?**
9    A.    And honestly, what affects
10   somebody's reputation is when a person is
11   honest before himself, you know, for
12   himself. When a person is confident
13   inside himself that he makes correct
14   decisions and acts correctly. And
15   further, we build the understanding or an
16   understanding has been built as related
17   to the things that he does and the
18   relation of the surrounding environment
19   to them.
20   **Q.    What do you mean by build an**
21   **understanding and the relation to the**
22   **surrounding environment?**
23   A.    Surrounding environment, I'm
24   not talking about nature, but it's the
25   public, the society.

Page 25

ASHOT EGIAZARYAN

1
2    **Q.    Is reputation what the public**
3    **thinks of you?**
4    A.    Certainly.
5    **Q.    And how does the public learn**
6    **about you?**
7    MR. LUPKIN: Objection; calls
8    for speculation. You may answer.
9    A.    You mean the public that
10   learns, learns about me? Because before
11   that you were asking questions, general
12   questions about a person. You're talking
13   about the public learning about a person
14   or about me personally?
15   **Q.    The public learning about a**
16   **person generally?**
17   A.    Well, some -- lately the
18   public learns from the media, recently,
19   especially as media develop further, you
20   know, the internet, development of the
21   internet. This is wide public.
22   There is a narrower public
23   that may learn about the activities of a
24   person through rumors. This is a
25   narrower notion.

7 (Pages 22 to 25)

ASHOT EGIAZARYAN - 1/18/2012

Page 26

ASHOT EGIAZARYAN

1  ASHOT EGIAZARYAN
2      Q.   Why did you retain the public
3  relations firm BGR?
4          MR. LUPKIN:  Objection; lacks
5  foundation.  You may answer.
6      A.   The thing is that after my
7  arrival in the US, there was a widespread
8  campaign in the press, both in the
9  Russian press, in the Russian press and
10  in the American press, first it started
11  with the Russian press, in order to
12  discredit me.  And in order to bring the
13  realistic, the real information about
14  what was happening, that particular PR
15  company was retained.
16      Q.   When did the campaign start?
17      A.   You mean in Russia or in
18  America?
19      Q.   In Russia.
20      A.   In Russia it began way back in
21  2009.
22      Q.   When did it begin in America?
23      A.   It started in America in the
24  late 2010 and in early 2011, yes.
25  Approximately the end of 2010 and the

Page 27

1  ASHOT EGIAZARYAN
2  beginning, this is approximately.  I
3  don't remember exactly, but at the
4  beginning of 2011 plus/minus something.
5      Q.   When did you retain BGR?
6          MR. LUPKIN:  Objection; lacks
7  foundation.  You may answer.
8      A.   I retained the BGR company
9  approximately at that time.  Probably it
10  was in the beginning of 2011.
11      Q.   Do you remember the first time
12  that you learned about the campaign in
13  the United States?
14      A.   I think yes, now I remember.
15  About the beginning of the campaign, yes,
16  I remember.
17      Q.   What was the first article
18  that you saw?
19      A.   I don't remember what article
20  was the first one.  I just did not, I did
21  not conduct a chronology.
22      Q.   Do you remember who wrote the
23  first article?
24      A.   I just said I don't remember
25  the chronology.

Page 28

1  ASHOT EGIAZARYAN
2      Q.   Do you remember what the first
3  article was about?
4      A.   They poured dirt on me.
5      Q.   What kind of dirt?
6      A.   Lies that they invented.  I
7  just don't remember the first, the second
8  or the third, just lies that they wrote.
9  I will be happy to comment on them if you
10  tell me which one you are talking about.
11      Q.   When were you first a member
12  of The Duma?
13      A.   It was in the year 2000.
14      Q.   How frequently are there
15  elections for The Duma?
16      A.   Once every four years.  Well,
17  they -- well, they -- well, they -- that
18  was in the past.  Then the laws were
19  changed.  Now it's going to be every five
20  years.
21      Q.   How many times were you
22  elected or appointed to The Duma?
23      A.   You mean elected or appointed?
24  What is your question?  Because they
25  elect into Duma.

Page 29

1  ASHOT EGIAZARYAN
2      Q.   How many times were you
3  elected?
4      A.   Three.
5      Q.   Were you elected by people
6  voting specifically for you?
7      A.   I can clarify the following,
8  how elections are conducted.  In the
9  first Dumas, well, half of the 450
10  members, that's 225, were elected
11  according to the party lists and half
12  were elected directly, personally.
13      Q.   Was that in just '99 or '99
14  and 2003?
15      A.   Precisely it was in 1999.
16      Q.   And in 1999 were you elected
17  directly or from the party list?
18      A.   I was elected according to the
19  party list.  I did not finish my
20  response, I did not finish my explanation
21  because you started talking.
22          How is it done according to
23  the party list?  A party list is created,
24  names are entered there and when, well,
25  the electorate, when voters come to the

8 (Pages 26 to 29)

Page 30

ASHOT EGIAZARYAN

1   election place, naturally he reads that
2   list with names and actually they vote
3   not personally, they familiarize with the
4   list, with the people in the list, and
5   they vote for the list.
6           Well these are also elections.
7   The only difference, these are not
8   personal elections, but elections by the
9   list. They do the expression of their
10  will in such a way. They know the names
11  for whom they are voting.
12          In other words, it's not done
13  blindly. But now then it was removed.
14  Now everybody votes by the lists.
15          Honestly, my position I think
16  that everything, all the voting should be
17  personal.
18      Q.   In 1999 on what party's list
19  were you?
20      A.   I was on the party list of
21  Zhirinovsky's block.
22      Q.   What is the name of that
23  party?
24          MR. LUPKIN: Objection. Go

Page 31

ASHOT EGIAZARYAN

1   ahead.
2       A.   LDP -- LDPR.
3       Q.   What does LDPR stand for?
4       A.   Liberal Democratic Party of
5   Russia.
6       Q.   In 1999 am I right that you
7   said that Zhirinovsky was the head of
8   that party?
9       A.   Well, I did not say that, but
10  it is really so.
11      Q.   In 2003 on what party list
12  were you?
13      A.   LDPR.
14      Q.   In 2003, was Zhirinovsky still
15  the head of the party?
16      A.   Absolutely correct.
17      Q.   In 2007 on what party's list
18  were you?
19      A.   The same.
20      Q.   And was Zhirinovsky still the
21  head of the party?
22      A.   Yes.
23      Q.   After 2007, when was the next
24  election?

Page 32

ASHOT EGIAZARYAN

1       A.   A month ago.
2       Q.   Did you run for election a
3   month ago?
4       A.   No. I was in America.
5       Q.   In 1999 or 2000 when you were
6   first a member of The Duma, did members
7   of The Duma have immunity from criminal
8   prosecution?
9       A.   Formally, yes, but in reality,
10  no.
11      Q.   Explain the difference between
12  formally and in reality?
13      A.   With pleasure. Formally, that
14  means what is written on paper, what is
15  in the law, what the law says. Member of
16  The Duma, a deputy possesses that
17  immunity, but not absolute immunity.
18  Criminal cases can be initiated against
19  him, and he can be responsible for the
20  criminal responsibility. All these
21  procedures are in the laws of the status
22  of the Parliament, of Duma. I am not
23  relating it verbally as it is written
24  there, but it has that name.

Page 33

ASHOT EGIAZARYAN

1       But the specifics of these
2   situations are that if in a corrupt
3   state, country, courts and law
4   enforcement agencies are not carrying out
5   their functions, it is one of those laws
6   that simply do not work, because in
7   reality, in my opinion, it is one of the
8   nonworking laws, just like all of them,
9   all the others.
10      Q.   When did you learn that the
11  immunity did not work in reality?
12      A.   I read what -- that was a
13  gradual procedure. Honestly, I've never
14  focused my attention whether immunity
15  works or does not work. Generally, laws
16  in that country do not work. I began
17  having doubts sometime after 2003 and
18  that, those doubts were getting stronger
19  and stronger.
20          Well, it is in general
21  principally, in principle that it is
22  understandable to anybody who is living
23  in, or the whole population that is
24  living in Russia.

9 (Pages 30 to 33)

ASHOT EGIAZARYAN - 1/18/2012

Page 34

ASHOT EGIAZARYAN

1  
2     Q.   When you started to have
3  doubts, did you give any speeches that
4  explained your doubts?
5     A.   No, I did not, with the
6  exception of some episodes, with some
7  cases of comments to some reporters,
8  single cases of comments.
9     Q.   When you started to have
10  doubts about the laws, did you write any
11  articles expressing your doubts?
12     MR. LUPKIN:  Point of
13  clarification.  Are you asking him
14  about the laws generally or about
15  the immunity laws specifically?
16     MR. GOLDEN:  The laws
17  generally, because that's my
18  understanding of what he was
19  talking about.
20     MR. LUPKIN:  Okay.
21     A.   No.  There were some single
22  cases when they called me, reporters
23  called me, came to see me, asked
24  questions.
25     Q.   In 2011, did you write any

Page 35

ASHOT EGIAZARYAN

1  
2  articles expressing your doubts or
3  objection to the system of laws?
4     A.   I did.
5     Q.   Do you remember approximately
6  how many times?
7     A.   Several times.
8     Q.   Was there a time when your
9  immunity was eliminated by The Duma?
10     A.   Yes.
11     Q.   When was that?
12     A.   It was at the end of 2010.  I
13  don't remember exactly when.
14     Q.   Do you remember approximately
15  what the vote in The Duma was to
16  eliminate your immunity?
17     A.   The government parties voted
18  for that.  I don't remember the exact
19  number.  That's not really important
20  because, that doesn't matter much because
21  all the laws that are approved at Duma
22  are approved by the orders from the
23  Kremlin.  One person accepts that, one
24  person approves that.  That's why in
25  Russia it's irrelevant how many people

Page 36

ASHOT EGIAZARYAN

1  
2  voted when one person decides that, makes
3  that decision.
4     Q.   Who's the one person?
5     A.   Putin.
6     Q.   Before the December 2011
7  elections, were there four parties in The
8  Duma?
9     A.   I'll tell you now.  It was --
10  it was -- it was a pseudo party, pseudo
11  party, pseudo party, United Russia.
12  Those were the Communists.  It was the
13  LDPR.  And some other party.  I don't
14  remember.
15     Q.   When you say the pseudo party,
16  were you referring to United Russia?
17     A.   Yes.
18     Q.   In the vote to eliminate --
19     A.   In principle, when I talk
20  about pseudo parties, all the parties
21  that are represented in Duma, they're all
22  pseudo parties.
23     Q.   In the vote to eliminate your
24  immunity, did the LDPR members vote
25  against eliminating your immunity?

Page 37

ASHOT EGIAZARYAN

1  
2     A.   Yes.
3     Q.   Did anybody else vote against
4  eliminating your immunity?
5     A.   There were more votes, there
6  were more votes than the members of the
7  LDPR, but I cannot tell you how many.
8  Maybe somebody was told to vote against
9  in order to give the air, or give the
10  impression of Democrat -- democracy, I'm
11  sure of that.
12     Q.   In Russia, have you been
13  charged with a crime?
14     A.   Well, precisely that was the
15  reason why they were removing the
16  immunity according to the fabricated
17  cases.
18     Q.   Does that mean yes, you were
19  charged with a crime?
20     A.   There was no trial.  I would
21  like to -- I would like to understand
22  your notions, you know, what do you mean
23  by were there charges, specifically I was
24  charged?
25     Q.   Yes.

10  (Pages 34 to 37)

Page 38

ASHOT EGIAZARYAN

1
2    A.   Yes, the charges were.
3    Q.   **When were you charged with a**
4  **crime?**
5    A.   The charges began, actually,
6  the campaign of charges, this campaign
7  started in 2009 when they started
8  liquidating my property on the part of
9  Kerimov, K-e-r-i-m-O-v, Putin, and
10 Rotenberg.  Let me give you Kerimov
11 again, K-i-r-i-m-o-v, Putin and
12 Rotenberg, the Rotenberg brothers.
13   Q.   **Did you come to the United**
14 **States because you were --**
15   A.   I did not finish.
16   Q.   **Oh, I'm sorry.**
17   A.   Okay, but you can go on.
18   Q.   **No, you should finish.**
19       THE INTERPRETER:  Those are
20 his words.
21   Q.   **Oh, you should finish.**
22   A.   It started in 2009, as I said.
23 It was a criminal case that was
24 fabricated, according to which people
25 close to me initially were charged.  I'm

Page 39

ASHOT EGIAZARYAN

1
2  going to give you a brief description now
3  so that we do not waste time, but if you
4  have questions you can ask them later on.
5       There was a criminal case that
6  was fabricated.  Under the pressure my
7  property was taken away from me.  Then
8  after my property was seized, that case
9  was stopped, actually closed.  Well after
10 I went to the courts, to the British
11 court, that case was reopened again and
12 the charges were made against me and my
13 close people.
14       This is my response to your
15 question about the charges against me.
16   Q.   **What property was taken?**
17   A.   The Hotel Moskva, M-o-s-k-v-a.
18   Q.   **How was the Hotel Moscow taken**
19 **from you as part of your being charged**
20 **with a crime?**
21       MR. LUPKIN:  Let's please --
22 please translate and then -- Jim,
23 at this juncture I'd like to ask
24 Mr. Muranov to leave the room.
25       MR. GOLDEN:  And the reason

Page 40

ASHOT EGIAZARYAN

1
2  is?
3       MR. LUPKIN:  I'll explain the
4  reason when Mr. Muranov leaves the
5  room.
6       MR. GOLDEN:  Would you excuse
7  us for a few minutes.
8       MR. LUPKIN:  No disrespect,
9  Mr. Muranov.
10      (At this time, Mr. Muranov
11 left the deposition room).
12      (The following testimony was
13 designated confidential, attorneys'
14 eyes only:)
15
16
17
18
19
20
21
22
23
24
25

Page 47

ASHOT EGIAZARYAN

1
2       (A recess was taken.)
3       (At this time, Mr. Muranov
4  returned to the deposition room.)
5       THE VIDEOGRAPHER:  The time is
6  11:39 a.m., we're back on the
7  record.
8       MR. GOLDEN:  The topic that
9  you raised, Jon, I will treat as
10 attorneys' eyes only and I will
11 group it with my questioning about
12 asylum for everybody's ease.
13      MR. LUPKIN:  Thank you very
14 much, Mr. Golden.  Also, before we
15 continue the questioning, I also
16 want to confirm that other than the
17 recording that's being made, the
18 video and audio recording that's
19 being made and the stenographic
20 recording, that nobody else is
21 recording in any way the
22 proceedings here today.
23      MR. GOLDEN:  Well the CIA has
24 a bug in the light, other than
25 that, nobody else is recording.

11  (Pages 38 to 47)

Page 48

ASHOT EGIAZARYAN

1
2     MR. LUPKIN:  I just wanted to
3  confirm that.  Please continue.
4     Q.    Mr. Egiazaryan, what does the
5  term Russian oligarch mean to you?
6     A.    Well, it is a rich man.  Well,
7  the attitude, the public attitude is not
8  well defined to these notions the way I
9  understand it.  And based on that, also
10  my understanding of this issue is formed.
11        On one hand, if we understand
12  an oligarch as a rich man, that's nice,
13  we're not going to take the classic
14  interpretation like the merger of
15  finances and industrial capital because
16  it's going to take a long time, although
17  if you wish, I can go deeper in that.
18        In my understanding, it's nice
19  when a man has a large quantity of money
20  that he has earned himself.  On the other
21  hand, if he has stolen some enterprises
22  and became one of the richest people, it
23  is bad and it's not acceptable.
24        Unfortunately, in the Russian
25  society, mainly the notion of an oligarch

Page 49

ASHOT EGIAZARYAN

1
2  is about people who dishonestly obtained
3  their fortune either through getting
4  ownership of large enterprises or later
5  on, this is already in the years of 2000
6  this was a new, it was a new generation
7  of oligarchs.  When I say a new
8  generation, I don't mean young, they were
9  not young by their age.
10        That made, the people that
11  made billions, well earned billions, well
12  I would rather say earned is not the
13  proper, the proper word here.  Well I
14  would say obtained billions through a
15  dishonest method.  And that is why in our
16  Russian society the main portion of
17  people, of oligarchs, in my opinion, the
18  attitude towards them is negative.
19  Practically, their capitals were stolen
20  from people.
21        That is why it is natural that
22  people don't like them.
23     Q.    So to you the term Russian
24  oligarch means somebody who's rich, who
25  has obtained his wealth in a dishonest

Page 50

ASHOT EGIAZARYAN

1
2  way?
3     A.    Well, I did not say that.  I
4  said that wealth could be obtained either
5  through honest means or dishonest means,
6  but unfortunately, many of them have
7  received through a dishonest way
8  according to the opinions of the media,
9  of the information in the press.  The
10  wealthiest people are being criticized
11  for the dishonest methods of obtaining
12  their wealth.
13     Q.    So is a Russian, to you, is a
14  Russian oligarch somebody who is very
15  wealthy and some of them obtained their
16  money honestly and some dishonestly?
17     A.    Yes.
18     Q.    Are you a Russian oligarch?
19     A.    I don't think so.
20     Q.    Were you ever a Russian
21  oligarch?
22     A.    No.
23     Q.    Is Mr. Kerimov a Russian
24  oligarch?
25     A.    Mr. Kerimov loves the word

Page 51

ASHOT EGIAZARYAN

1
2  oligarch.  Probably he considers himself
3  a Russian oligarch.  A Russian oligarch.
4     Q.    Do you consider him a Russian
5  oligarch?
6     A.    Well, I cannot give you a one
7  syllable answer to this question.  I have
8  to give it a thought, I have to -- I have
9  to weigh it and I can explain to you why.
10     Q.    Please explain.
11     A.    Well, again, we have to go
12  back to what I had said before regarding
13  the honest ways or dishonest ways of
14  obtaining the capital.  In my subjective
15  understanding I think that the capital
16  and the finances that were obtained by
17  him were not obtained in an honest way
18  judging by the publications in the press
19  and my personal contacts with him.
20        That's why I have to analyze
21  it and form my determination.
22     Q.    Why is -- why are the
23  publications in the press about Kerimov
24  important?
25     A.    What?

12  (Pages 48 to 51)

Page 52

ASHOT EGIAZARYAN

1
2    MR. GOLDEN:  Would the
3  reporter read back his answer and
4  in particular the phrase
5  publications in the press.
6       (Record read as requested.)
7     A.   I said, I said according to
8  the publications in the press and my
9  personal contacts with him.
10     Q.   Yes.  And what did you learn
11  from the publications in the press?
12     A.   There was a lot of
13  publications in the press.  I can make
14  comments on some of them when I have them
15  in front of me.
16     Q.   Did some --
17     A.   The main mass of those
18  publications were in relation to raids
19  and the seizure of properties, raids to
20  seize the properties.  I cannot consider
21  them as honest methods of earning money.
22     Q.   If you said before that an
23  oligarch, a Russian oligarch is somebody
24  who's very wealthy, who got his money
25  either by honest or dishonest means, why

Page 53

ASHOT EGIAZARYAN

1
2  does it matter to you whether Mr. Kerimov
3  got his money dishonestly, in answering
4  the question whether he is a Russian
5  oligarch?
6     A.   Once again.  What is the
7  point?
8     Q.   I'll go on.  Is Mr.
9  Zhirinovsky a Russian oligarch?
10     A.   I don't think so.
11     Q.   Do you know who Aleksey
12  Mitrofanov is?
13     A.   Aleksey Mitrofanov used to be
14  a member of the Russian Duma if we're
15  talking about that Aleksey Mitrofanov.
16     Q.   Is he a Russian oligarch?
17     A.   I don't -- I'm not aware of
18  the property that he has, that's why I
19  cannot give a notion in my opinion of
20  what he possesses.  I simply don't know
21  what he possesses.  Maybe he does possess
22  some enterprises and some financial
23  assets, maybe he doesn't.  I have not
24  heard of his assets.
25       Based on that, I may err here,

Page 54

ASHOT EGIAZARYAN

1
2  I may err, I may make a mistake here, but
3  rather I would say I don't know.
4     Q.   Is Mikhail Fridman a Russian
5  oligarch?
6     A.   Mikhail Fridman no doubt is a
7  Russian oligarch.
8     Q.   Is Vitali Smagin a Russian
9  oligarch?
10     A.   I don't know what properties
11  Vitali Smagin possesses right now.  Maybe
12  during recent times he was engaged in
13  business.  Maybe he did become one.
14  Maybe one has to make a determination as
15  to the sum, the amount of money according
16  to which this or that person falls under
17  the category of an oligarch.
18       Well, in Russia we have our
19  own lists of wealthy people like the
20  Forbes or the finance magazine that they
21  publish lists of well-to-do people.
22  Maybe the first 100 names of Russian
23  lists could fall under the category of
24  oligarchs.  One has to take up those
25  lists and see who is included or who's

Page 55

ASHOT EGIAZARYAN

1
2  not included.  Myself, I similarly have
3  not learned them.
4     Q.   Are you involved in litigation
5  now with Mr. Kerimov?
6     A.   Yes.
7     Q.   Are you involved in litigation
8  now with Mr. Fridman?
9     A.   Against Fridman?
10     Q.   Or his companies, yes?
11     A.   No.
12     Q.   Did you just file within the
13  last month or two a lawsuit in Cyprus
14  against Mr. Fridman or his companies?
15     A.   No.
16     Q.   Did any company that you own
17  file a lawsuit against Mr. Fridman or his
18  companies?
19     A.   No.
20     Q.   I'm going to ask you some
21  questions about the complaint.  Would you
22  like to see a copy of it while I ask the
23  questions?
24     A.   Probably, yes.
25       MR. LUPKIN:  I'm going to give

13 (Pages 52 to 55)

ASHOT EGIAZARYAN - 1/18/2012

Page 56

ASHOT EGIAZARYAN

1     ASHOT EGIAZARYAN
2  it to you.  Actually --
3     MR. GOLDEN:  In the book over
4  there Exhibit 29 has a copy of the
5  complaint.
6     MR. LUPKIN:  Fair enough.
7     Excuse me, could we go off the
8  record for just one second?
9     THE VIDEOGRAPHER:  The time is
10  11:58 a.m., we're off the record.
11     (Discussion off the record.)
12     THE VIDEOGRAPHER:  This will
13  end tape 1 in the deposition of
14  Ashot Egiazaryan.  The time is
15  11:59, we're off the record.
16     (A recess was taken.)
17     THE VIDEOGRAPHER:  This is the
18  start of tape 2 in the deposition
19  of Ashot Egiazaryan.  The time is
20  12:05 p.m., we're on the record.
21     Q.  Mr. Egiazaryan, who is Artem
22  Egiazaryan?
23     A.  My brother.
24     Q.  Are you in any businesses with
25  him?

Page 57

ASHOT EGIAZARYAN

1     ASHOT EGIAZARYAN
2     A.  Yes.
3     Q.  What businesses are you
4  involved in with him?
5     A.  My main business with him was
6  and still is regarding the lawsuits
7  involving the Hotel Moskva.
8     Q.  In the lawsuits that you just
9  described, are some of the parties
10  companies?
11     A.  Yes.
12     Q.  What are the names of the
13  companies? [Blidensol, Hackham]
14     A.  Blindensoe, Heckam, Longlake,
15  Longlake.  There may be some other
16  companies, but these are as far as I
17  remember the main companies.  [Blidensol]
18     Q.  Do you own Blindensoe? [Blidensol]
19     A.  As the final beneficiary, yes.
20     Q.  Does Artem own any of
21  Blindensoe? [Blidensol]
22     A.  I cannot say that because I
23  don't know.  I don't think so.  I don't
24  know in detail how it was documented,
25  what the documents say, but the main

Page 58

ASHOT EGIAZARYAN

1     ASHOT EGIAZARYAN
2  beneficiary is myself.
3     Q.  If you're the main
4  beneficiary, who owns it today? [Gogokhiya]
5     A.  It was registered as Gagohia, [Gogokhiya]
6  G-a-g-o-h-i-a.
7     Q.  What does that mean?
8     A.  It's a name. [Gogokhiya] [Blidensol]
9     Q.  So Gagohia owns Blindensoe?
10     A.  No, you asked who was it
11  registered to. [Gogokhiya]
12     Q.  Is Gagohia a person? [Gogokhiya]
13     A.  A person.
14     Q.  What is that person's full
15  name?
16     A.  Vitali.
17     THE INTERPRETER:  V-i-t-a-l-i.
18     Q.  Do you own Heckam? [Hackham]
19  [Blidensol]  Yes.  As I said, Heckam, [Hackham]
20  Blindensoe, Longlake, these are my
21  companies.
22     Q.  And the other ones that you
23  couldn't remember involved in the
24  lawsuits, are they your companies too?
25     MR. LUPKIN:  Objection to

Page 59

ASHOT EGIAZARYAN

1     ASHOT EGIAZARYAN
2  form.  You may answer.  [Blidensol]
3     A.  What other?
4     Q.  When I asked who the parties
5  were in the lawsuits over the Hotel  [Hackham]
6  Moscow you said Blindensoe, Heckam,
7  Longlake and a few others that you
8  weren't sure of?
9     A.  There may be others.  I do not
10  exclude that, I just don't remember the
11  names.  These are the main companies.
12     Q.  Does Artem own any of Heckam? [Hackham]
13     A.  No, I don't have such  [Hackham]
14  information.
15     Q.  Does Artem own any of
16  Longlake?
17     MR. LUPKIN:  We have to get a
18  verbal response, I think.
19     A.  Yes.  No, he does not.
20     Q.  Who is Suren Egiazaryan?
21     A.  This is my cousin.
22     Q.  Are you in business with
23  Suren?
24     A.  Yes, Suren is a member of my
25  family, or I'm a member of his family.

14 (Pages 56 to 59)

Page 60

**ASHOT EGIAZARYAN**

1  We are, we're members of, we're one
2  family.
3
4     **Q.   Do you do business with Suren?**
5     A.   I have one business now.  I am
6  handling the litigation in London and at
7  this stage I am not engaged in other
8  businesses.
9     **Q.   Before you were involved in**
10 **only the litigation in London, was, were**
11 **you in business with Suren?**
12    A.   Yes, I was.
13    **Q.   What businesses were you**
14 **involved in with him?**
15    A.   That was the business of the
16 Northern Oil, company Northern Oil.
17    **Q.   Were you involved in any other**
18 **businesses with Suren?**
19    A.   There were other businesses.
20 I'm talking about main businesses.
21    **Q.   Was Artem involved with the**
22 **Northern Oil business too?**
23    A.   As far as I know, no, he was
24 not.
25    **Q.   Have Artem or Suren recently,**

Page 61

**ASHOT EGIAZARYAN**

1
2  **in the last few months, filed a lawsuit**
3  **against Mikhail Fridman?**
4     MR. LUPKIN:  Objection to
5  form; compound.  You can answer the
6  question.
7     THE INTERPRETER:  He's asking
8  me to repeat the translation.
9     A.   I just don't know.  What was
10 the question, Artem or Suren, or Artem
11 and Suren?
12    **Q.   In the last few months, has**
13 **either together or separately Artem or**
14 **Suren filed a lawsuit against Mikhail**
15 **Fridman or any of his businesses?**
16    A.   I'm not aware of.  I don't
17 know if they participate jointly or
18 separately in that business, well judging
19 by your question, I don't know if they
20 participate in that in view of the fact
21 that as I said, I'm handling only what
22 I've just mentioned and I'm not involved
23 in any other businesses.
24    **Q.   In the complaint on page 1,**
25 **paragraph 1, you say "This is an action**

Page 62

**ASHOT EGIAZARYAN**

1
2  **for defamation."**
3     A.   Can you show me where is this?
4     **Q.   It's paragraph 1, the first**
5  **line.**
6     A.   Because this is in English.
7  Do you mind if I read it?
8     **Q.   No, please do.**
9        **What is your understanding of**
10 **what defamation is?**
11    MR. LUPKIN:  Objection.  It
12 calls for a legal conclusion.  I'll
13 permit him to answer based on his
14 understanding.
15    A.   Defamation in my view is lies.
16 I may err, of course.
17    **Q.   I'm going to ask you questions**
18 **about paragraph 2, which is on page 2.**
19 **You said that Mr. Zalmayev communicated**
20 **defamatory statements and then you list**
21 **six of them.**
22    MR. LUPKIN:  Excuse me, where
23 is —
24    THE INTERPRETER:  No, it's
25 something different here.

Page 63

**ASHOT EGIAZARYAN**

1
2     MR. LUPKIN:  Can we just
3  establish where you're reading
4  from, Jim?
5     MR. GOLDEN:  I'm sorry,
6  paragraph 2.
7     MR. LUPKIN:  Where?
8     MR. GOLDEN:  I was summarizing
9  the first sentence, actually the
10 second sentence.
11    MR. LUPKIN:  Okay.
12    A.   May I read the second
13 sentence?
14    MR. GOLDEN:  Yes, why don't
15 you read all of paragraph 2 to him.
16    **Q.   Is the LDPR anti-Semitic?**
17    A.   Several statements of
18 Zhirinovsky that he pronounced, that he
19 verbalized of which I myself learned        *indicate that he*
20 quite recently ~~testify to that fact~~.  At   *has made anti-*
21 the same time, anti-Semitic statements,        *Semitic*
22 which I myself, I consider ~~unadmissible~~,    *statements*
                                *unacceptable*
23 are made by many Russian politicians that
24 are practically in all the factions of
25 the state Duma.

15 (Pages 60 to 63)

ASHOT EGIAZARYAN - 1/18/2012

Page 64

ASHOT EGIAZARYAN

1     As far as Zhirinovsky is
2 concerned, I cannot give a personal
3 evaluation of him because naturally,
4 neither he nor myself never coordinate
5 our actions. On my part I can
6 categorically emphasize my rejection,
7 disagreement with any anti-Semitic
8 phenomena in whichever way that's
9 expressed.
10     **Q.   When did you learn that**
11 **Vladimir Zhirinovsky made anti-Semitic**
12 **pronouncements?**
13     A.   I learned about them perhaps,
14 well, during last two years. That is
15 explained by the fact that I never took
16 part in Zhirinovsky's conferences, party
17 assemblies, his public speeches, his
18 street pronouncements, where various
19 opinions of his could be verbalized
20 opinions and positions could be
21 pronounced, and not only on this issue,
22 but also on all these other issues.
23     **Q.   When did you learn what the**
24 **policies of the LDPR were?**
25

Page 65

ASHOT EGIAZARYAN

1     MR. LUPKIN: Objection.
2 Excuse me, objection to form. When
3 you say policies, you mean formal
4 policies? What do you mean, Jim?
5     **Q.   Mr. Egiazaryan, to you, what**
6 **does the phrase policies of a political**
7 **party mean?**
8     A.   This is the main ideological
9 line that a party is conducting. As for
10 Zhirinovsky, I don't think he has a firm,
11 definite, specific political line. The
12 LDPR is a specific party. Mainly it is
13 the party of one man. Whether it is good
14 or bad, but it is a fact, it exists.
15     **Q.   You said it's the party of one**
16 **man. Is that Zhirinovsky?**
17     A.   Yes.
18     **Q.   When did you learn what the**
19 **LDPR policies were?**
20     A.   Honestly, up till now I don't
21 know what the policies are.
22     **Q.   When did you learn what the**
23 **policies of Zhirinovsky were?**
24     A.   Zhirinovsky's policy in my

Page 66

ASHOT EGIAZARYAN

1 opinion I can characterize only in one
2 way, is to achieve popularity at this
3 time irrespective of his methods. Well I
4 mean not criminal methods. I don't mean
5 like murders.
6     **Q.   Mr. Egiazaryan, what did Mr.**
7 **Zhirinovsky do to achieve popularity**
8 **between 1999 and 2003, your first and**
9 **second elections to The Duma?**
10     A.   I have to say that the bulk of
11 his popularity of Mr. Zhirinovsky is at
12 the beginning of the nineties. That was
13 based on the fact that the people were
14 sick and tired of the Soviet Union.
15 People just wanted something different.
16 But people did not understand politics
17 very much, did not understand, did not
18 know enough about political parties,
19 because they didn't exist. It was
20 difficult to understand them. Well, on
21 that wave, Zhirinovsky did show up. As
22 regards your specific question about the
23 year 2000 and beginning of 2000.
24     As far as I can remember, by
25

Page 67

ASHOT EGIAZARYAN

1 that time, Zhirinovsky's popularity, yes,
2 he did retain a certain percentage of the
3 electorate, but that popularity was on
4 the decrease.
5     Which, what slogans he
6 proclaimed at that time I cannot say, I
7 never paid attention to them.
8     **Q.   What policies or statements**
9 **did Zhirinovsky advance before 1999 to**
10 **achieve popularity?**
11     A.   Those were statements like
12 from each man we must get a bottle of
13 vodka and each woman should get a man.
14 Well maybe it was the basic, the main
15 thing that everybody remembered. If we
16 talk about that we can ask any Russian
17 person what was Zhirinovsky's political
18 credo. Apart from that, I don't think
19 that people would remember anything else,
20 including myself.
21     Though at the same time,
22 Zhirinovsky is not a stupid man. He's a
23 clever man. He knows several languages,
24 has a higher education degree and also
25

16 (Pages 64 to 67)

ASHOT EGIAZARYAN - 1/18/2012

Page 68

```
1          ASHOT EGIAZARYAN
2   including such specific peculiarities.
3       Q.   Is the LDPR anti-American?
4       A.   I would say that LDPR is by
5   itself, in my, according to my
6   understanding, in spite of the fact that
7   it calls a party, it's not a party.
8   That's why I disagree with the
9   determination that this is a party.
10  Several pronouncements perhaps of
11  Zhirinovsky has pronouncements at certain
12  times of any leaders of parties that are
13  called parties, but again, I would say
14  it's not a party including the United
15  Russia, the Communist party, the
16  utterings of Zuganov, the pronouncements
17  of Putin occasionally, sometimes, you
18  know, bear anti-American, anti-Democratic
19  nature, anti-human nature with which one
20  cannot agree.
21      MR. LUPKIN:  Excuse me, I have
22  to confess I didn't understand the
23  translation.
24      THE INTERPRETER:  Which part
25  didn't you understand?
```

Page 69

```
1          ASHOT EGIAZARYAN
2       MR. LUPKIN:  There was a word
3   I didn't catch.  Sometimes, you
4   know, bear anti-American,
5   anti-Democratic and?
6       THE INTERPRETER:  Anti-human
7   nature.
8       MR. LUPKIN:  Okay, I
9   apologize.
10      MR. GOLDEN:  Would you read to
11  Mr., would you translate for Mr.
12  Egiazaryan that subsection 3 of
13  paragraph 2 on page 2 that begins
14  with "A leader of."
15      (At this time, the requested
16  material was read to the witness.)
17      A.   Well, I'm sorry, was meant
18  9/11 meaning 2001, right?
19      Q.   Yes.
20      A.   Yes.
21      Q.   Referring to that section, did
22  you write that the LDPR is associated
23  with anti-Semitism, anti-Americanism,
24  Holocaust denial and blames the Jews for
25  sparking the Russian revolution, World
```

Page 70

```
1          ASHOT EGIAZARYAN
2   War 2 and the 9/11 attacks?
3       THE INTERPRETER:  And your
4   question was did you write? Did
5   you write?
6       MR. GOLDEN:  Yes.
7       MR. LUPKIN:  Did he write that
8   as part of a sentence, or did he
9   write that -- objection.
10      THE INTERPRETER:  The question
11  was whether he wrote this?
12      Q.   That wasn't what I meant.
13  I'll ask the question differently.  Does
14  that sentence say that the LDPR is
15  associated with anti-Semitism,
16  anti-Americanism, Holocaust denial and
17  blames the Jews for sparking the Russian
18  revolution, World War 2 and the 9/11
19  attacks?
20      MR. LUPKIN:  Objection.
21  Objection.  Are you asking him what
22  the whole sentence means or just
23  that -- I'm just not following it.
24      A.   I could not follow it either.
25      THE INTERPRETER:  That's his
```

Page 71

```
1          ASHOT EGIAZARYAN
2   response, the witness', I could not
3   follow it either.
4       Q.   Where it says
5   ultra-nationalist party, is that the
6   LDPR?
7       MR. LUPKIN:  Objection to
8   form.  You may answer.  May I ask,
9   Mr. Golden, given that the
10  paragraph is in English, that the
11  second sentence of which you're
12  reading a part be reread in its
13  entirety to the witness so that he
14  has it in mind when answering your
15  question?
16      MR. GOLDEN:  Sure.
17      THE INTERPRETER:  Let us read
18  it.  Could you tell me where it
19  begins?
20      MR. LUPKIN:  "To further the
21  illegitimate."
22      A.   Now I understand.  Now I
23  understand it.
24      Q.   Is the reference in that
25  sentence to the ultra-nationalist party,
```

17 (Pages 68 to 71)

ASHOT EGIAZARYAN - 1/18/2012

|  | |
|---|---|
| Page 72 | Page 74 |

Page 72

**ASHOT EGIAZARYAN**

1
2  **is that a reference to the LDPR?**
3     A.   As far as I understand it, and
4  what is written here using the simple
5  language, human language, Zalmayev states
6  that I am a leader of ultra-nationalist
7  party which is a predetermined lie.
8     **Q.   It's a lie that you're a**
9  **leader?**
10     A.   The lie, what is written here.
11     **Q.   The first question I have is**
12  **where it says ultra-nationalist party,**
13  **does that mean the LDPR?**
14     A.   Let me respond.  I would say
15  that when this claim, when this complaint
16  was prepared, the text was taken from
17  Zalmayev's articles and inserted here by
18  my lawyers, which is a lie.
19     **Q.   It's a lie that you're a**
20  **leader, is that what the lie is?**
21     A.   The lie is what is -- the lie
22  what is written here in this sentence
23  that you just quoted.
24     **Q.   Is it a lie that you are a**
25  **leader in the LDPR, or you were?**

Page 73

**ASHOT EGIAZARYAN**

1
2     A.   Both this and that is a lie.
3     **Q.   Well I only want to ask about**
4  **this.  Is it a lie that you were a leader**
5  **in the LDPR?**
6     A.   Absolutely.
7     **Q.   Is the LDPR associated with**
8  **anti-Semitism?**
9     A.   I've already responded to this
10  question.  I can repeat that.
11     **Q.   Is Zhirinovsky associated with**
12  **anti-Semitism?**
13     A.   Well, okay, I'll repeat the
14  question that I've just given, I mean the
15  answer, sorry, that I've just given.
16         MR. LUPKIN:  Go ahead.
17     A.   In his utterances,
18  Zhirinovsky, of which I learned recently,
19  he allowed anti-Semitic utterances.  I
20  cannot give you characteristics of his
21  pronouncements.  I can only give you my
22  own evaluation of his pronouncements.  It
23  is my categoric disagreement with them.
24  Did he make such pronouncements?  Yes, he
25  did.

Page 74

ASHOT EGIAZARYAN

1
2     Q.   Did Zhirinovsky deny the
3  Holocaust?
4     A.   If we take a transcript of his
5  speeches I can comment, but I have not
6  read his speeches, because I did not
7  write his speeches.  I don't think that
8  anybody writes his speeches.  He just
9  makes pronouncements himself.
10     Q.   Do you remember Mr.
11  Zhirinovsky denying the occurrence of the
12  Holocaust?
13     A.   I did not associate with him
14  on political issues.
15     Q.   The question was do you
16  remember him ever saying that the
17  Holocaust did not occur?
18     A.   Well, for me to remember or
19  not to remember that I should have heard
20  that but I did not hear his speeches, I
21  did not read -- I did not read his books,
22  I did not read his speeches.  I don't
23  deny the fact that he can talk about the
24  Holocaust, but I'm finding it difficult
25  to recall the issues, the topics that I

Page 75

ASHOT EGIAZARYAN

1
2  did not touch upon.  If he had said,
3  spoken on these issues, I could only
4  express my categoric disagreement and
5  express my protests.
6     Q.   Did you ever express your
7  protest by resigning your membership in
8  The Duma faction of the LDPR?
9         MR. LUPKIN:  Objection; lacks
10  foundation.  Please translate.
11     A.   There were instances when
12  people quit the LDPR fraction and then
13  went back to that.
14     Q.   Did you ever quit?
15     A.   For example, this was such a
16  member as Kerimov, who initially quit and
17  then reentered, then after the subsequent
18  elections he returned.
19         MR. GOLDEN:  Is he finished?
20     A.   Yes.
21     Q.   Did you ever quit the LDPR
22  faction?
23     A.   Me?  No.  Because I was a
24  member of the fraction for the term, for
25  that term in the state Duma.  It is

18 (Pages 72 to 75)

Page 76

ASHOT EGIAZARYAN

1 different from the membership in the
2 party, which is allowed by Russian laws.
3 The effective term is like, you know,
4 four years expire and then your term
5 expires.
6          One could quit in between as
7 other members did, for example, like
8 Kerimov.  And then during the next, the
9 subsequent elections he was a candidate
10 from the, again from the LDPR party.
11          MR. GOLDEN:  Would you mark
12 this, please, as Exhibit 141.
13          (Exhibit 141 for
14 identification, Bates stamped PZ
15 001543.)
16          MR. LUPKIN:  While the witness
17 is reading it, I'll give you the
18 Bates number for the document.
19 It's PZ 001543.
20          MR. GOLDEN:  This is in
21 Russian, right, do you have a
22 translation?
23          MR. LUPKIN:  We don't have a
24 translation, no.  Can I just make a

Page 77

ASHOT EGIAZARYAN

1 request, Jim, while we're, since
2 this is a Russian document, one way
3 of proceeding here would be to have
4 the translator translate on the
5 record the document so that those
6 of us who don't speak Russian can
7 participate in, or at least
8 understand what's going on.  So I
9 leave it to you to conduct your
10 examination as you see fit, but I
11 would just make that request.
12          MR. GOLDEN:  I understand.
13          THE INTERPRETER:  What is your
14 decision?
15          MR. GOLDEN:  Well, we'll take
16 it a couple of steps at a time and
17 we'll see.
18      Q.   Mr. Egiazaryan, what is this
19 document?
20      A.   This is the text.  It is
21 called statement about, which is
22 addressed to the Central Election
23 Committee about to -- about -- to put a
24 candidate, to be a candidate to the -- do

Page 78

ASHOT EGIAZARYAN

1 you want me to read the whole statement?
2      Q.   Not now.
3      A.   I can read the whole statement
4 to you.
5      Q.   Not now.  I just wanted you to
6 tell me what it is.
7      A.   Well, I've just said it in two
8 sentences, but I can read it.  You mean
9 should I retell it or read it?
10      Q.   No.  Is that your name on the
11 bottom?
12      A.   The first name and the last
13 name at the bottom are mine.
14      Q.   When you say the first name
15 and the last name, is there something
16 else?
17      A.   The first name, the last name
18 and my father's name.
19      Q.   So that's your name at the
20 bottom of the --
21      A.   Yes, my full name is written
22 there, is written there.
23      Q.   And to the left of your name,
24 is that your signature?

Page 79

ASHOT EGIAZARYAN

1      A.   No.
2      Q.   Do you know whose signature
3 that is?
4      A.   No.
5      Q.   Is this your handwriting?
6      A.   Of course not.  It's a fake.
7      Q.   When you say it's a fake, what
8 do you mean?
9      A.   There are two, there are two
10 variations.  Either somebody has written
11 this, some Ashot Egiazaryan Gevorkovich,
12 who was born the same year and who was
13 also being elected to the state Duma at
14 that period of time, or it was myself.
15 But neither the handwriting nor the
16 signature are mine.
17          By the way, neither the
18 handwriting nor the signature come even
19 similar to my handwriting and signature.
20 I can characterize it as a crude fake.
21 Can one call it a document?  Well,
22 probably it's for you to judge since you
23 have obtained it somewhere.  I could only
24 make suppositions.

ASHOT EGIAZARYAN - 1/18/2012

Page 80

ASHOT EGIAZARYAN

1
2      Me personally I'm not
3  surprised because, because the criminal
4  cases that were fabricated against me
5  were based on analogous documents and
6  that's why I think it's the same, one and
7  the same source.
8      MR. GOLDEN:  I would ask the
9  translator --
10     A.   One can establish this in a
11 very elementary way.  I can submit
12 samples of my handwriting and samples of
13 my signature.
14     MR. LUPKIN:  Just answer the
15 question.
16     A.   In Russia nobody needs that.
17     MR. GOLDEN:  I'll ask the
18 translator to read the indented
19 block at the top, please.
20     THE INTERPRETER:  I'm sorry,
21 what is intended --
22     MR. GOLDEN:  Indented.
23     THE INTERPRETER:  Oh this one,
24 the caption?
25     MR. GOLDEN:  Yes.

Page 81

ASHOT EGIAZARYAN

1
2      THE INTERPRETER:  "To the
3  Central Election Committee of the
4  Russian Federation from candidate
5  to the deputies of the state Duma
6  of the Federal Assembly, of the
7  Russian Federation, Ashot
8  Gevorkovich Egiazaryan."
9      I'm sorry.  His objection was
10 I changed the order.  I said in
11 America we used the first name and
12 then the father's name and then the
13 last name.
14     MR. GOLDEN:  Would you
15 translate the first sentence in the
16 main part of the document.
17     THE INTERPRETER:  "I submit my
18 agreement to the election
19 amalgamation putting me as a
20 candidate of the general Russian"
21 -- I'm sorry, I'm just having
22 difficulties reading handwriting.
23 "Of the public political
24 organization Liberal Democratic
25 Party of Russia."  In parentheses

Page 82

ASHOT EGIAZARYAN

1
2  LDPR.
3      MR. GOLDEN:  Is that the end
4  of the sentence?
5      THE INTERPRETER:  No, no.
6      MR. GOLDEN:  Keep going.
7      THE INTERPRETER:  "To suggest
8  me as a candidate to the deputies
9  of the state Duma of the Federal
10 Assembly of the Russian Federation
11 of the third," I believe it's "of
12 the Third Assembly for the federal
13 election district."
14     Q.   Did you submit your candidacy
15 in 1999 as a representative for the LDPR?
16     A.   Yes.
17     MR. GOLDEN:  Would the
18 translator please translate the
19 last sentence of the document.
20     THE INTERPRETER:  "Membership
21 in the public amalgamation:
22 Member" --
23     What is this word?
24     (Interpreters confer.)
25     THE INTERPRETER:  "Of the

Page 83

ASHOT EGIAZARYAN

1
2  general Russian public political
3  organization Liberal Democratic
4  Party of Russia."
5      And the witness commented to
6  my query.
7      A.   Since it was not me who wrote
8  it, I'm finding it also difficult to read
9  the handwriting.
10     Q.   In 1999 were you on the party
11 list or were you running to be directly
12 elected?
13     A.   The party list.
14     Q.   And is this, do the words of
15 this document submit Ashot Egiazaryan's
16 candidacy to be on the party list?
17     MR. LUPKIN:  Objection.  The
18 document speaks for itself or
19 doesn't speak for itself.
20     THE INTERPRETER:  I'm sorry,
21 can you repeat your question,
22 please.
23     Q.   And is this document, the
24 words of this document a submission for
25 Ashot Egiazaryan to be on the LDPR party

20 (Pages 80 to 83)

Page 84

ASHOT EGIAZARYAN

1  list in 1999?
2  A.   It is not my, it is not my
3  application.
4  Q.   **Did you submit an application**
5  **to be on the party list in 1999?**
6  A.   When a package for any
7  candidate to The Duma was being prepared,
8  there was a large number of forms that
9  were filled in, that I filled in and
10  signed.
11  Q.   **Did you fill in the forms by**
12  **hand or were they typed or prepared on a**
13  **computer?**
14  MR. LUPKIN:  Translate it.  I
15  have a question.  One second.
16  Objection.  Point of clarification.
17  Are you asking whether the form was
18  typed or handwritten or whether it
19  was filled out in handwriting?
20  Q.   **Mr. Egiazaryan, you said that**
21  **in 1999 there were a lot of forms to be**
22  **completed and submitted; is that right?**
23  A.   And in 2003 and in 2007 this
24  was a standard procedure.

Page 85

ASHOT EGIAZARYAN

1  Q.   **And in 1999 did you complete**
2  **some of those forms in handwriting?**
3  A.   I don't remember already how
4  these forms were completed, were filled
5  in.  It was 12 years ago.  What I
6  remember for all the years they were
7  printed in the computer.
8  Q.   **Did Mr. Zalmayev damage your**
9  **reputation?**
10  A.   No doubt, yes.
11  Q.   **How?**
12  A.   With his articles that were
13  based on lies and defamation and that
14  included, that incorporated lies.
15  Q.   **What was your reputation**
16  **before Mr. Zalmayev's articles?**
17  A.   Honestly speaking, I do not
18  possess any reputation in the United
19  States, but thanks to Zalmayev I have to
20  begin with bad, with bad reputation based
21  on lies.  Whether it's normal or not, I
22  don't think it is normal.
23  Q.   **Before Mr. Zalmayev's words,**
24  **what was your reputation in Russia?**

Page 86

ASHOT EGIAZARYAN

1  A.   I think that my reputation in
2  Russia was normal.  Again, I can give you
3  my own evaluation.
4  Q.   **What was it?  What was your**
5  **reputation?**
6  A.   I've answered that question.
7  I cannot add anything else.
8  Q.   **And what was your, what became**
9  **of your reputation in Russia after Mr.**
10  **Zalmayev's articles?**
11  A.   Mr. Zalmayev also published or
12  made or had such articles published also
13  in Russian publications.  I think it was
14  the newspaper Moscow Times, Moscow News.
15  Q.   **And what is your reputation**
16  **after those articles?**
17  MR. LUPKIN:  Excuse me, in
18  Russia or here?
19  MR. GOLDEN:  In Russia.
20  A.   I think that naturally these
21  articles pursued a certain purpose, the
22  purpose of discrediting me.  And I think
23  that this has had its effect.
24  Q.   Before the articles, did --

Page 87

ASHOT EGIAZARYAN

1  A.   As any other lie directed
2  against any other person, absolutely.
3  Q.   **Before the article, was your**
4  **reputation in Russia a good reputation?**
5  MR. LUPKIN:  Objection.
6  Generally, or on a specific topic?
7  MR. GOLDEN:  Generally.
8  A.   I think that since I was able
9  to engage in large business projects with
10  foreign, large foreign banks, they gave
11  me credits, I think to your question
12  whether it was good reputation or a bad
13  one, I think this is a good response.  As
14  far as any other human being is
15  concerned, if banks, foreign banks
16  furnish credits to you, I think that this
17  is a very good sign that the reputation
18  is good.
19  If the reputation is bad,
20  banks do not offer you credits.
21  Q.   **And how did Mr. Zalmayev's**
22  **articles change your reputation in**
23  **Russia?**
24  A.   I've already said it in my

21  (Pages 84 to 87)

Page 88

ASHOT EGIAZARYAN
1    ASHOT EGIAZARYAN
2    previous response.  Zalmayev's articles,
3    as a rule, they were directed towards my
4    discreditation.  I don't know if now I go
5    to a bank and ask, and ask for a credit,
6    I'm not sure so sure if I'm going to get
7    it.  The bank would produce an article
8    and say that I am the one that Zalmayev
9    described me in his articles is going to
10   be rather difficult for me to engage in
11   business.
12         MR. LUPKIN:  Excuse me, Jim,
13      at an appropriate time, it's about
14      ten after one, we should probably
15      talk about arrangements for a lunch
16      break.  So whenever it's convenient
17      for you.
18   Q.   That didn't happen though, did
19   it?
20   A.   No, that hasn't happened yet.
21   Q.   So are you saying that before
22   the articles in Russia you had a good
23   reputation and now you have a bad
24   reputation?
25   A.   I can say that if we take in a

Page 89

ASHOT EGIAZARYAN
1    ASHOT EGIAZARYAN
2    chronological order the time specified,
3    the time, it is precisely this.  It
4    happened at one period of time.  And in
5    my opinion, as I've already said,
6    Zalmayev is a composite part of that,
7    he's a -- he's the doer, he's the
8    executor of this plan, but not a separate
9    figure, not a separate individual who's
10   engaged in learning about somebody or
11   describing somebody, in particular I mean
12   myself.
13   Q.   Did you say that before Mr.
14   Zalmayev's articles you had no reputation
15   in the United States?
16   A.   Prior to that I was not
17   engaged, I did not possess, I did not
18   occupy any public position, I did not, I
19   do not have any articles or speeches in
20   the United States.
21   Q.   And do you think now you have
22   a bad reputation in the United States?
23        MR. LUPKIN:  Objection; asked
24      and answered.  You may answer it
25      again.

Page 90

ASHOT EGIAZARYAN
1    ASHOT EGIAZARYAN
2    A.   Absolutely, you are right.
3    Q.   Would you turn to Exhibit 32
4    in that book.  Mr. Egiazaryan, can you
5    see the -- do you understand the date of
6    this article?
7    A.   Yes, I can see that.
8    Q.   Other than preparing for this
9    deposition, did anybody show this article
10   to you?
11   A.   No.  Just a minute.  May I
12   read it?
13   Q.   Yes.  When you say read it,
14   you mean have the translator read the
15   whole --
16   A.   Or if you give me the text and
17   I'll read it myself.
18        MR. LUPKIN:  You mean in
19      Russian?
20        THE WITNESS:  Yes, in Russian,
21      of course.
22   Q.   As part of your preparation
23   for this deposition, was this article
24   translated for you?
25   A.   I don't remember.  I have this

Page 91

ASHOT EGIAZARYAN
1    ASHOT EGIAZARYAN
2    impression that I'm seeing for the first
3    time.  I cannot tell you exactly because
4    I don't know the text.
5        MR. GOLDEN:  Would the
6      translator please read to the
7      witness the title of this article
8      that begins with the word
9      "corruption."  And would the
10     translator now read the first
11     sentence.
12        THE INTERPRETER:  Starting
13     with "The Hotel Moscow"?
14        MR. GOLDEN:  Yes.
15        (At this time, the requested
16     material was read to the witness.)
17   Q.   Now please turn to page 3.
18   A.   Well, I have to read the text.
19   I cannot comment separate, separately
20   taken sentences.
21   Q.   Okay.
22        MR. GOLDEN:  My suggestion
23     then is why don't we take our break
24     for lunch now and I would ask that
25     you confer with your translator and

22 (Pages 88 to 91)

ASHOT EGIAZARYAN - 1/18/2012

Page 92

1        ASHOT EGIAZARYAN
2   have him read this whole article to
3   you.
4        MR. LUPKIN:  My thought is
5   this, while we're certainly willing
6   to do what we need to do in order
7   to facilitate the orderly process
8   of this deposition, it seems to me
9   that there are really two ways to
10  proceed.  One is to have a written,
11  Russian, certified translation of
12  this article so that the witness
13  can review it appropriately, or
14  alternatively, to have the official
15  translator translate it for the
16  witness, so that for the purposes
17  of the record the witness will be
18  answering questions based on the
19  translation of the person who has
20  been sworn in as the official
21  translator of this document.
22        MR. GOLDEN:  Val, if you were
23  translating this and just reading
24  orally, how long would it take you
25  to do that?

Page 93

1        ASHOT EGIAZARYAN
2        THE INTERPRETER:  Well it's
3   like you're reading in English
4   slowly.  But if you need a
5   certified, I don't know, I can do
6   this tonight.
7        MR. GOLDEN:  No, no, it
8   doesn't have to be, it doesn't have
9   to be certified.
10        THE INTERPRETER:  I do
11  certified translations for trials.
12        MR. GOLDEN:  I understand.
13  All right, well, we'll try two
14  things when we come back from
15  lunch.
16        MR. LUPKIN:  What time do you
17  want to resume?
18        MR. GOLDEN:  I think probably
19  it will take an hour.
20        (Luncheon recess: 1:17 p.m.)
21
22
23
24
25

Page 94

1        ASHOT EGIAZARYAN
2   A F T E R N O O N   S E S S I O N
3        2:33 p.m.
4        THE VIDEOGRAPHER:  The time is
5   2:36 p.m., we're back on the
6   record.
7        VALERII M. SCHUKIN,
8   called as the interpreter in this
9   action, resumed, having been
10  previously sworn.
11        IGOR VESLER,
12  called as the check interpreter
13  in this action, resumed, having
14  been previously sworn.
15        ASHOT EGIAZARYAN,
16  resumed, having been previously
17  duly sworn, was examined and
18  testified through the interpreter
19  further as follows:
20        CONTINUED EXAMINATION
21        BY MR. GOLDEN:
22   Q.   Mr. Egiazaryan, you referred
23  to that LDPR lists for the elections, do
24  you remember that?
25   A.   In which context?

Page 95

1        ASHOT EGIAZARYAN
2   Q.   In 1999 when you first ran for
3   The Duma, you said that there was a party
4   list, do you remember that?
5   A.   Yes.
6   Q.   In what order were the names
7   on that list?
8        MR. LUPKIN:  Objection to
9   form.  You may answer.
10   A.   Honestly, I don't remember.
11   Q.   At any time were the party
12  lists for elections prepared according to
13  the party's view of how important each
14  candidate was?
15   A.   I can say that I did not take
16  part in the preparation of lists.  That
17  is exact.
18   Q.   Do you remember where your
19  name appeared on any of the three lists?
20        MR. LUPKIN:  Objection to
21  form.  You may answer.
22   A.   Of course I don't.
23        MR. GOLDEN:  I'm going to ask
24  the translator to translate a
25  portion of Exhibit 32.  Exhibit 32

23 (Pages 92 to 95)

ASHOT EGIAZARYAN - 1/18/2012

Page 96

ASHOT EGIAZARYAN
1
2    is a three-page article from the
3    Washington Times from November
4    23rd, 2009.  Actually there's one
5    sentence on the fourth page.  So I
6    would like the translator to
7    translate from the top of page 3
8    beginning with the phrase "in the
9    case of the Hotel Moscow" through
10   to the end of the article which is
11   on the top of the fourth page.
12       MR. LUPKIN:  Excuse me, if I
13   may be heard on this for a moment.
14   I object to partial translations of
15   the article.  The article is in
16   English.  English is not the
17   witness' native tongue, and
18   articles must be read in context.
19   I'm happy to have you ask him
20   questions about any or all of the
21   article, but I would ask, I would
22   insist that either one of two
23   things happen.  Either, that the
24   entire document be translated to
25   the witness now, or that we

Page 97

ASHOT EGIAZARYAN
1
2    postpone questioning on this
3    document so that between now and
4    tomorrow a complete certified
5    translation of the document can be
6    provided to the witness.
7        MR. GOLDEN:  It will take too
8    long and waste valuable time to
9    have the whole document read.  The
10   witness and you had an opportunity
11   to read the whole document.  I'm
12   going to ask him questions.  If he
13   can't answer the questions then
14   he'll tell me he can't answer the
15   questions.
16       MR. LUPKIN:  I'm not, I'm not
17   prepared to allow that to occur.  I
18   don't think that that's an
19   appropriate way to question about
20   an English language document and if
21   that's the way you intend upon
22   proceeding, I'm going to direct the
23   witness not to answer questions on
24   it.
25       MR. GOLDEN:  You'll have an

Page 98

ASHOT EGIAZARYAN
1
2    opportunity to do that then.
3        Please read the page,
4    beginning on page 3, to the witness
5    as I requested.
6        (At this time, the requested
7    material was read to the witness.)
8    Q.   Mr. Egiazaryan, what is
9    Decorum Corp.?
10   A.   You know, it is very difficult
11   for me to comment on certain spots in
12   this article because there are certain
13   companies that I have never heard, never
14   heard of them before.  And some of the
15   moments here, not, not sort of unclear to
16   me, but simply unknown to me.
17       That final phrase, is that the
18   end of the article or is there a
19   continuation?  I'm not asking you a
20   question, I'm just making a statement.
21   It's unclear to me.  And also the
22   beginning of what was read not clear to
23   me.
24   Q.   The question --
25   A.   I would be very grateful to

Page 99

ASHOT EGIAZARYAN
1
2    you if I -- if I was read the same way,
3    the beginning and the ending of this
4    article, then I would -- then I would
5    probably be able to comment on this, but
6    at this stage it's difficult to,
7    practically impossible to comment on what
8    I don't know.
9    Q.   You were read to the end of
10   the article.
11   A.   Thank you.
12   Q.   Now my question was not about
13   the article.  My question was about a
14   company named Decorum Corp.  Have you
15   heard of it?
16   A.   Decorum Corp.?  I have.
17   Q.   What is it?
18   A.   There were several companies
19   Decorum Corp.  Which one are you talking
20   about?  I'll make my comments.
21   Q.   How many are there?
22   A.   Well, I knew at minimum two of
23   them.
24   Q.   Tell me about them both.
25   A.   One company Decorum Corp. was

24  (Pages 96 to 99)

Page 100

ASHOT EGIAZARYAN

1 the one that was incorporated, created,
2 in the United States in the State of
3 Delaware. An old company I think, no,
4 not a very old company, but a company
5 that is over ten years old.
6
7 Then was a company Decorum
8 Corp. BVI, that was created, well, I
9 don't remember in what year, I don't want
10 to tell you a lie, but a long time ago.
11 Q. The first one, the -- I'm
12 sorry.
13 A. And the third company, which
14 did not incorporate the word Corp., just
15 Decorum. That is why -- which is the
16 context, which companies are you talking
17 about?
18 Q. The first one that's called
19 Decorum Corp. that was a United States
20 corporation, did you have an ownership
21 directly or indirectly in that company?
22 A. What was it?
23 Q. What was it? I'll ask the
24 question again. The first, the first
25 corporation which you said was a United

Page 101

ASHOT EGIAZARYAN

1 States corporation did you directly or
2 indirectly have an ownership interest in
3 it?
4 A. Whether I owned this company
5 or not?
6
7 Q. Did you directly or indirectly
8 own all or part of the company?
9 A. I do not own it.
10 Q. When did you learn about that
11 company?
12 A. I would say sometime maybe
13 about 10, 11 years ago.
14 Q. In what situation did you
15 learn about it?
16 A. Initially I learned about it
17 from the press or from my acquaintances.
18 Q. Was Decorum Corp., the one
19 that we're talking about, involved in the
20 Hotel Moscow project?
21 A. Yes.
22 Q. What was its involvement?
23 A. It won the tender to
24 reconstruct the hotel. Sorry, tender, it
25 won the tender.

Page 102

ASHOT EGIAZARYAN

1
2 Q. Who were the owners of Decorum
3 Corp.?
4 A. As far as I know, Yudin,
5 Y-u-d-i-n, was the owner and Milyavsky,
6 M-i-l-y-a-v-s-k-y. I don't know what the
7 percentage of ownership they had and who
8 was the -- who was the beneficiary owner
9 and who was the registered owner, but
10 these are the two men that I considered
11 to be the owners.
12 Q. The second company you
13 mentioned, you said was BVI, is that
14 British Virgin Islands company?
15 A. Yes.
16 Q. Were you --
17 A. I may be mistaken about the
18 jurisdiction, yes, but that was the
19 second company.
20 Q. Did you directly or indirectly
21 own any of the second Decorum company?
22 A. Yes.
23 Q. What was -- why did you --
24 were you involved in the formation of
25 that company?

Page 103

ASHOT EGIAZARYAN

1
2 A. Yes.
3 Q. For what purpose did you form
4 it?
5 A. For the purposes of
6 participating in the Hotel Moscow
7 project.
8 Q. Who were the owners of that
9 Decorum other than you?
10 A. Nobody.
11 Q. The third, the third Decorum
12 company, what was your involvement with
13 that one?
14 A. It was a Russian company.
15 Q. But what was your involvement
16 with it?
17 A. Fully.
18 Q. Did you own it?
19 A. Through -- yes, I did.
20 Q. For what purpose did you form
21 the company?
22 A. Only one purpose, to
23 reconstruct the hotel.
24 Q. Were you aware that this
25 article said that you were suspected of

25 (Pages 100 to 103)

Page 104

ASHOT EGIAZARYAN

1  having ties with criminal networks?
2  MR. LUPKIN:  Please translate
3  it. I'm not going to permit the
4  witness to answer that question
5  absent a full translation of this
6  article.
7  MR. GOLDEN:  Does it have
8  something to do with privilege?
9  MR. LUPKIN:  I've stated the
10  rationale for my position on the
11  record already.  It hasn't changed
12  from when I articulated it.  Let's
13  please continue.
14  Q.   Mr. Egiazaryan, are you aware
15  of any publication that ever said that
16  you were suspected of ties with criminal
17  networks?
18  A.   I do not recall.
19  Q.   Were you aware that --
20  A.   There were many publications
21  on various subjects.  I can provide you
22  with my comments regarding some specific
23  article.
24  Q.   You mean when I show you the

Page 105

ASHOT EGIAZARYAN

1  article?
2  A.   Naturally.  How can I else
3  comment what I am not seeing?
4  Q.   Were you aware that this
5  article said that "For the past two
6  decades Mr. Egiazaryan has colluded with
7  Moscow government officials to secure
8  properties illegally and development
9  rights at a fraction of their real
10  value"?
11  THE INTERPRETER:  Can you give
12  me the paragraph number?
13  MR. GOLDEN:  It's the one that
14  begins, the paragraph begins "one
15  investigator."  I started to read
16  from the end of the second line and
17  the beginning of the third line.
18  MR. LUPKIN:  I object. I'm
19  going to direct the witness not to
20  answer based on the rationale I've
21  articulated on the record thus far.
22  Please continue.
23  Q.   Mr. Egiazaryan, were you
24  involved in the founding of Moscow

Page 106

ASHOT EGIAZARYAN

1  National Bank?
2  A.   I joined the Moscow National
3  Bank, I don't remember exactly the year,
4  but after it was already founded.  First
5  I became first deputy to the chairman of
6  the board.  Then I became the chairman of
7  the board.  I don't remember the year.
8  Q.   For how long did you work at
9  Moscow National Bank?
10  MR. LUPKIN:  In any capacity
11  or in the capacity as chairman?
12  MR. GOLDEN:  Any capacity.
13  MR. LUPKIN:  You may answer.
14  A.   Actually, I -- I worked till
15  the beginning, approximately, of 1996
16  till June of 1996.  I had a long break
17  that I did not work, I did not
18  participate in the operations of the bank
19  for about a year.  I started working in
20  1993 or '94.  Then in 1995 there was a
21  long period that I didn't work.  And in
22  the beginning of 1996, in the first half
23  of 1996, I quit the bank.
24  Q.   How long were you the

Page 107

ASHOT EGIAZARYAN

1  chairman?
2  A.   Well, perhaps for about three
3  years, maybe three and a half years.
4  Q.   And for how long were you the
5  first deputy to the chairman?
6  A.   Not long.  I don't remember.
7  I remember it was not long.
8  Q.   That means shorter than the
9  time you were the chairman?
10  A.   Yes, I was the chairman for
11  longer.
12  Q.   When did you leave?  I'm
13  sorry.  Why did you leave?
14  A.   I quit because I engaged in a
15  more interesting job, more interesting
16  work I thought.  So it was more
17  interesting, creative work, activity.
18  That was one thing.
19  And also the second factor,
20  which was not less important, that at the
21  bank I was an employee, I was not a -- I
22  was not an incorporator or creator of
23  that bank, and I had a desire to engage
24  in my own business.

26 (Pages 104 to 107)

ASHOT EGIAZARYAN – 1/18/2012

Page 108

ASHOT EGIAZARYAN
1
2    Q.   What did you do after you left
3  Moscow National Bank?
4    A.   After I quit the Moscow bank,
5  I started creating a telecommunication
6  holding information business together
7  with, with Potanin's companies, *one of which was*
8  P-o-t-a-n-i-n apostrophe S, Prof-Media.
9  We wanted to merge publishing operations.
10  At that time we owned the Pravda,
11  P-r-a-v-d-a, publishing house. It is a
12  large industrial enterprise that
13  published all periodic, large circulation
14  publications and as well also merge or
15  unite in one big holding company that
16  would engage in transmitting TV signal.
17        The problem was that the
18  equipment that all the TV industry of the
19  Soviet Union used was of poor quality.
20  It had been made in the old Soviet Union.
21  It was transmitted using the radio mast
22  relaying method not via satellites. That
23  is from station to station which were
24  positioned at a distance of 10, 11
25  kilometers.

Page 109

ASHOT EGIAZARYAN
1
2    Q.   Let me stop you.
3        MR. LUPKIN:  Actually, I'd
4    like the witness to finish his
5    answer.  You asked him a question
6    and he's answering it.
7        MR. GOLDEN:  No, I want to
8    stop him because I asked him what
9    he did next and he's telling me,
10    he's telling me --
11        MR. LUPKIN:  That's what he's
12    telling you.
13        MR. GOLDEN:  He's telling me
14    about satellite, non-satellite, and
15    TV tower transmissions which has
16    nothing to do with my answer and
17    it's wasting time.  So either he
18    misunderstood my question, or he's
19    doing it deliberately.  Either way,
20    there's no reason for him to go on
21    on this topic.
22        MR. LUPKIN:  Mr. Golden, I
23    didn't pose the question, you did.
24    And your question was what did you
25    do after that, and that's what Mr.

Page 110

ASHOT EGIAZARYAN
1
2  Egiazaryan is explaining. I'd like
3  you to let him finish his answer.
4        MR. GOLDEN:  It's not.  And
5    I'm going on to the next because
6    he's going to go on forever.
7        MR. LUPKIN:  Please note for
8    the record that the witness has not
9    completed his answer.  I don't want
10    to disrupt the orderly flow of this
11    examination, but I would ask, Mr.
12    Golden, that the next time you ask
13    a question you permit the witness
14    to answer the question in its
15    entirety.  And if you want a more
16    precise answer, that you ask a more
17    precise question.  But please
18    continue.
19    Q.   Mr. Egiazaryan, did you ever
20  have any affiliation with Unikombank?
21    A.   Unikombank I represented -- at
22  that bank I represented a group of
23  companies.
24    Q.   I just -- I don't want to get
25  off track, so just tell me yes or no,

Page 111

ASHOT EGIAZARYAN
1
2  were you ever affiliated in any way with
3  Unikombank?
4        MR. LUPKIN:  If you can answer
5    the question yes or no, you may do
6    so.
7    A.   Yes.
8    Q.   Were you an employee of
9  Unikombank?
10    A.   No.
11    Q.   Were you an owner of
12  Unikombank?
13    A.   Yes.
14    Q.   What percentage of Unikombank,
15  approximately, did you own?
16    A.   Less than the control package.
17    Q.   Does that mean less than 50
18  percent?
19    A.   Absolutely correct.
20    Q.   Did you own more than 25
21  percent?
22    A.   Yes, it was more than 25
23  percent.
24    Q.   Do you remember approximately
25  the percentage that you owned?

27  (Pages 108 to 111)

Page 112

ASHOT EGIAZARYAN

1
2     A.   Well, approximately.  The
3  control package belonged to the Moscow
4  district and the second largest share
5  after Moscow district was within the
6  ownership of companies controlled by me.
7  There were two or three companies.
8     Q.   What was that percentage,
9  approximately, that was owned by you or
10  companies controlled by you?
11     A.   There were emissions
12  conducted, I cannot tell you exactly the
13  percentage.  It fluctuated between 35 and
14  45 percent.  I'm just afraid of making a
15  mistake.  But this was the second
16  significant owner.
17     Q.   Were you on the Board of
18  Directors?
19     A.   Yes.
20     Q.   For how long were you on the
21  Board of Directors?
22     A.   About a year and a half,
23  between a year and a half and two years.
24     Q.   Why did you leave the Board of
25  Directors?

Page 113

ASHOT EGIAZARYAN

1
2     A.   Because as I've already said,
3  the control package of shares belonged to
4  the government of Moscow district.  At
5  the time when I, rather, my companies,
6  became the creators of, incorporators of
7  that bank at that time the bank was in
8  the procedure of filing for bankruptcy.
9        The management of the bank was
10  fired at that time and the deputy
11  chairman of the Central Bank of Russia, *Artemyev*
12  ~~Artem Yeva, A-r-t-e-m  Y-e-v-a~~, managed
13  that bank, and in view, in connection
14  with the bankruptcy, the old management
15  of the bank as managed by Antonov,
16  A-n-t-o-n-o-v, was removed.
17        In view of the fact that there
18  were lots of investors, private persons,
19  private people investors in the bank and
20  also the legal entities in the bank, the
21  management of the Central Bank couldn't
22  remain in the shade about what was
23  happening at the bank and also the
24  procedure of bankruptcy that started
25  prior to my joining the bank.

Page 114

ASHOT EGIAZARYAN

1
2     In view of that, the
3  management, the government of the Moscow
4  district as represented by ~~Tiazhelov,~~ *Tyazhlov*
5  Anatoly ~~Tiazhelov, T-i-a-z-h-e-l-o-v,~~ *Tyazhlov*
6  talks to me, addressed me in the summer
7  of 1996 so that I would get involved and
8  invest my efforts to organize the salvage
9  of the bank, which was done.
10        I'm not going to take up your
11  time and tell you how it was done, but
12  everything was done, the management of
13  Unikombank on the part of the Central
14  Bank, and the bankruptcy procedures were
15  terminated, the temporary administration
16  left the bank.
17        And I was one of the members
18  of the Board of Directors up until some
19  time in 1998.  I had my own views on the
20  development of the policies and
21  strategies of Unikombank as a bank.  The
22  government of the Moscow district, with
23  which I had good relations and these
24  relations remained, they had different
25  views.

Page 115

ASHOT EGIAZARYAN

1
2     In view of this I decided to
3  exit the composition of the creators of,
4  incorporators of that bank.  At that time
5  the management started negotiating with
6  Aleksey Prokhorov, I'm sorry, Mikhail,
7  Mikhail Prokhorov, P-r-o-k-h-o-r-o-v,
8  from Anexim Bank, but finally they
9  decided to do with Gutabank, and took
10  that bank as a partner and he started
11  dealing, handling Unikombank together
12  with the government of Moscow district.
13        What transpired later on,
14  subsequently to Unikombank, I was not
15  informed about that, but I could only
16  suppose, I could only make suppositions.
17     Q.   You said, did you say that you
18  were involved in the formation of the
19  bank?
20        MR. LUPKIN:  Excuse me, you're
21  talking about Unikom?
22        MR. GOLDEN:  Yes.
23     A.   No, I did not say that.
24     Q.   Were you asked to leave the
25  board?

28 (Pages 112 to 115)

ASHOT EGIAZARYAN - 1/18/2012

Page 116

ASHOT EGIAZARYAN

1    A.    No.
2    Q.    Did you sell your ownership
3  interest in Unikombank?
4    A.    Yes, somehow naturally.
5    Q.    Who did you sell it to?
6    A.    I don't remember how it was
7  done. The first deputy was engaged in
8  Vlasov, V-l-a-s-o-v, the first deputy of
9  Moscow district. He was the chairman of
10  the Board of Directors. He was handling
11  all the technology of the whole thing.
12  In a fashion, in an order established by
13  the law, the procedure was conducted. It
14  was not something of importance.
15    Q.    Did you make a profit on your
16  investment in Unikombank?
17    A.    No. I would even say maybe
18  more, no.
19    THE VIDEOGRAPHER:  This will
20  end tape 2 in the deposition of
21  Ashot Egiazaryan. The time is 3:22
22  p.m., we're off the record.
23    (A recess was taken.)
24    THE VIDEOGRAPHER:  This is the

Page 117

ASHOT EGIAZARYAN

1  start of tape 3 in the deposition
2  of Ashot Egiazaryan. The time is
3  3:31 p.m., we're back on the
4  record.
5    Q.    Mr. Egiazaryan, is it
6  defamatory for somebody to write that you
7  are affiliated with the LDPR?
8    MR. LUPKIN:  Objection; calls
9  for a legal conclusion. But you
10  may answer.
11    A.    My response is depending on
12  what is written about it.
13    Q.    Well, when you say what is
14  written about it, what do you mean?
15    A.    Well, what you're asking me
16  about.
17    Q.    If somebody wrote that Ashot
18  Egiazaryan is affiliated with the LDPR,
19  do you consider that to be defamatory?
20    MR. LUPKIN:  Same objection.
21  You may answer.
22    A.    What I think you mean?
23    Q.    Yes.
24    A.    My response is it all depends

Page 118

ASHOT EGIAZARYAN

1  in what context it is written.
2    Q.    Give an example of a context
3  where you consider it to be --
4    MR. LUPKIN:  Excuse me,
5  there's an interpretation issue.
6    (Interpreters confer.)
7    THE INTERPRETER:  The
8  interpreter is suggesting, you
9  know, discrediting, if I translate
10  defamatory as discrediting. Not
11  negative, but discrediting, would
12  you agree with that?  Discrediting.
13    A.    My response is just one, just
14  one single statement does not carry any
15  shading, any characteristic.
16    Q.    Then what is it about what Mr.
17  Zalmayev wrote about your affiliation
18  with the LDPR that you consider to be
19  defamatory?
20    A.    It is very simple. Mr.
21  Zalmayev wrote that I am, myself, I am an
22  anti-Semite, that I participated in the
23  theft of the monies in Chechnya. If we
24  take the text and we go along that text,

Page 119

ASHOT EGIAZARYAN

1  then it would be clearer as we discuss
2  the items of the text.
3    Q.    Is it defamatory to write that
4  you're a member of the LDPR?
5    A.    I think I have given you my
6  response. I can repeat it.
7    Q.    So do you consider for these
8  purposes member to be equivalent to
9  affiliation?
10    A.    I don't think so.
11    Q.    What is --
12    A.    Because, because to be a
13  member of a party means to share and
14  carry out the provisions and the by-laws
15  of the party, of the statute of the
16  party, follow the statute of the party.
17  But as for me, I haven't even read it.
18    Q.    So then are you saying that it
19  is defamatory for someone to write that
20  you're a member of the LDPR?
21    A.    For some person, well
22  depending for what person. It depends on
23  the person.
24    Q.    The person who's writing it,

29 (Pages 116 to 119)

Page 120

ASHOT EGIAZARYAN

1  is that what you mean?
2  A.   Well, depending on the person
3  who writes, what that person is.
4      Q.   Can you explain that?
5      A.   Yes, it seems rather simple.
6  Using usual words, if a person is normal,
7  a good person, useful to the society, he
8  is well known as a positive person, the
9  attitude of the, the public attitude is
10  positive towards him, so that means it's
11  normal, it's regular.
12      If a person is not such a
13  person, if he shares the, if he approves
14  of the by-laws of the statute, of the
15  positions of the party, for example, I do
16  not share, I do not support the -- well
17  that means for me it is, it means bad.
18      MR. GOLDEN:  Mark this next,
19  please as Exhibit 142.
20      (Exhibit 142 for
21  identification, six-page article.)
22      MR. LUPKIN:  This is a
23  six-page article, Jim, I just want
24  to make sure we have all the pages?

Page 121

ASHOT EGIAZARYAN

1      MR. GOLDEN:  It is six pages.
2      Q.   Mr. Egiazaryan, Exhibit 142 is
3  a six page article that is in Russian.
4  In the upper left-hand corner there is a
5  date.  Is that date the 26th of December
6  2006?
7      A.   It's written so here.
8      Q.   This is an article that I had
9  sent to your lawyers I think on Monday so
10  that you could read it before the
11  deposition.  Did you read this article
12  before today?
13      A.   No.
14      Q.   What is the title of the
15  article?
16      A.   The title of this article is
17  "Money in the morning the Parliament seat
18  in the evening."  The author is Gorevoi,
19  G-o-r-e-v-o-i.
20      Q.   Do you know who that is?
21      A.   No, I don't.
22      MR. GOLDEN:  Mr. Translator,
23  would you please read, translate
24  the first paragraph from Russian to

Page 122

ASHOT EGIAZARYAN

1  English.
2      THE INTERPRETER:  "The cost of
3  a deputy mandate in the new state
4  Duma will reach $5 million.  We are
5  on the insert of 2007.  It is not
6  just another year, it is the year
7  that concludes the political
8  four-year period.  In 2007, we're
9  going to have elections into the
10  Russian Parliament."
11      Q.   Mr. Egiazaryan, would you
12  please read the first paragraph to
13  yourself.
14      A.   You mean verbally, orally?
15      Q.   No, silently.
16      A.   I've read it.
17      Q.   Does the first paragraph say
18  that seats in The Duma are available to
19  be purchased?
20      A.   It is written so in the first
21  paragraph.
22      Q.   And does it say in the first
23  paragraph that for 2007 the writer thinks
24  that it will cost as much as 5 million US

Page 123

ASHOT EGIAZARYAN

1  dollars to purchase a seat in The Duma?
2      A.   Yes, on the paper, the author
3  writes so, probably so.
4      Q.   Have you ever heard before
5  today the belief that deputy seats in The
6  Duma are available to be purchased?
7      A.   I have.
8      Q.   When was the first time you
9  heard that?
10      A.   I cannot tell you because I've
11  been in The Duma since 1990 -- well, for
12  a long time, and The Duma has been
13  functioning since 1991, and from that
14  period I've just heard it.
15      Q.   When you say "from that period
16  I've just heard it," what do you mean?
17      A.   All these talks are being
18  conducted, held on this issue since the
19  existence of the, of The Duma.
20      Q.   Is the view that deputy seats
21  in The Duma are available for purchase
22  widely, widely held in Russia?
23      MR. LUPKIN:  Objection to
24  form.  You may answer.

Page 124

ASHOT EGIAZARYAN

1    A.   I cannot comment whether it's
2  a widespread opinion or not so widespread
3  opinion.  Each of us can comment on
4  behalf of himself.  If we, if we, for
5  example, ask ~~Grizlov, G-r-i-z-l-o-v,~~ Gryzlov
6  former, former chairman of The Duma
7  whether he has sold seats in the state
8  Duma or not probably he's going to say
9  that he has not.  And there were many
10  articles that seats in the United Russia
11  were for sale, were sold.
12    Q.   So you said there were many
13  articles that United Russia sold Duma
14  seats, is that what you said?
15    A.   I have read them, I've seen
16  them.
17    Q.   Did the article say how much
18  the cost was for United Russia seats?
19    MR. LUPKIN:  Objection.  In
20  what time period?
21    Q.   The period when you read the
22  articles.
23    A.   You know, various amounts were
24  circulating.  I don't remember all of

Page 125

ASHOT EGIAZARYAN

1  them.  But that was around 3 million.
2    Q.   What about the other two
3  parties, were there articles --
4    A.   I don't have that article in
5  front of me, that's why it's difficult
6  for me to comment.
7    Q.   Did the LDPR sell its Duma
8  seats?
9    A.   To say that one either has to
10  be present there or to have heard it from
11  somebody who sold them or somebody who
12  bought them.  Otherwise, it's either just
13  rumors or libel.
14    Personally, I was not present
15  at analogous situations.
16    Q.   Did you ever hear --
17    A.   That's why I cannot confirm it
18  or cannot rebuff it.
19    Q.   Did you ever hear rumors that
20  the LDPR sold its Duma seats?
21    A.   I heard rumors -- I heard
22  rumors about all the parties and I read
23  things in the internet that all of them
24  had had sold, some people said they sold

Page 126

ASHOT EGIAZARYAN

1  seats.
2    The leadership of those
3  parties rebuffed those rumors?
4    Q.   When did you decide to seek a
5  seat in The Duma?
6    MR. LUPKIN:  Just before you
7  give an answer, if the answer is
8  going to be a year only he can
9  answer that question with Mr.
10  Muranov in the room.  If he's going
11  to give details about the
12  circumstances, we're going to have
13  to go off the record for an
14  attorneys' eyes only section.
15    MR. GOLDEN:  Well first why
16  doesn't he -- the question was
17  when.  So a correct answer to that
18  question couldn't possibly be about
19  the circumstances.
20    MR. LUPKIN:  I agree.  If
21  you'll just give the when.
22    A.   In 1999.
23    MR. GOLDEN:  Why are the
24  circumstances -- why would the

Page 127

ASHOT EGIAZARYAN

1  circumstances be subject to an
2  attorneys' eyes only examination?
3    MR. LUPKIN:  I'm happy to
4  discuss that with you but without
5  Mr. Muranov in the room.
6    MR. GOLDEN:  Would you excuse
7  us for a few minutes.
8    (At this time, Mr. Muranov
9  left the deposition room.)
10    MR. GOLDEN:  Ryan, why don't
11  you turn the video off.
12    THE VIDEOGRAPHER:  The time is
13  3:51 p.m., we're off the video
14  record.
15    (Discussion off the record.)
16    (The following testimony was
17  designated confidential, attorneys'
18  eyes only:)

31 (Pages 124 to 127)

Page 150

ASHOT EGIAZARYAN
1
2     (At this time, Mr. Muranov
3   returned to the deposition room.)
4       THE VIDEOGRAPHER:  The time is
5   4:55 p.m., we're back on the
6   record.
7       Q.   Mr. Egiazaryan, who is Dmitry
8   Garkusha?
9       A.   This is an employee of Dekmus, *DecMos*
10  the company called Dekmus.  D-e-k-m-u-s I *DecMos*
11  guess.  Prior to that he worked for
12  companies that I owned.  He was a former,
13  my employee, director of my companies.
14      Q.   Which companies of yours did
15  he work for?
16      A.   I cannot list all the
17  companies, but the main companies was
18  Dayev, D-a-y-e-v, Plaza, that was the
19  name of the company.  It was a number of
20  companies, the Ross Nefte Gas, Ross *Rosneftegaz*
21  Nefte, N-e-f-t-e, Gas.  He was the
22  director of several companies.  Ross *RosneAftegaz*
23  Nefte Gas is not the one that is called
24  Ross Neft, it's just simply two companies
25  that have similar names.

*Rosneft →* (margin annotation)

Page 151

ASHOT EGIAZARYAN
1
2       Q.   In what year did he first work
3   for one of your companies?
4       A.   I met him in 1996.
5       Q.   Is that when he started to
6   work for one of your companies?
7       A.   I cannot tell you exactly.  It
8   was almost like 16, 18 years ago, I
9   cannot remember the exact year.
10      Q.   Does he work for one of your
11  companies today?
12      A.   No, he does not.
13      Q.   When is the last time he
14  worked for one of your companies?
15      A.   In 2008.  He resigned in 2008.
16      Q.   At that point was he working
17  for more than one of your companies, or
18  just one?
19      A.   I cannot tell you exactly for
20  which companies he worked because many,
21  many of the companies were offshore
22  companies.  I can tell you -- there was a
23  number of offshore companies.  I can tell
24  you exactly that he was the general  *DecMos,*
25  director of Dekmus, Dekmus, that was the  *DecMos*

Page 152

ASHOT EGIAZARYAN
1
2   main company.  That's the company that
3   handled, that handled the project of
4   refurbishing or recreation of the Moskva
5   Hotel.
6       Q.   What offshore companies of
7   yours was he involved with?
8       A.   He participated in the
9   companies, in the many companies.  Not
10  many companies, but those companies that
11  participated in the Hotel Moscow project
12  he, the companies that took credits at
13  banks, opened up accounts, organized
14  those companies, formed those companies
15  at my request.
16      Q.   What were the names of the
17  companies?                          *Blidensol*
18      A.   I listed at the beginning,  *HackAm*
19  Heckam, Blindensoe, maybe some other
20  companies.  The thing is that I was not
21  engaged.  I was not handling the
22  technical issues.  I entrusted those
23  issues to managers.  He was the general
24  director.
25      MR. LUPKIN:  Just I want --

Page 153

ASHOT EGIAZARYAN
1
2   no, let him finish the answer, I
3   just want to --
4       A.   That's why I did not monitor
5   the actions of the companies.
6       MR. LUPKIN:  I just wanted to
7   say we did not when we got back on
8   the record make a notation that we
9   are no longer in an attorneys' eyes
10  only context and I just for the
11  sake of clarity just wanted to make
12  that clear from the -- you have it.
13  Great, thank you.
14      Q.   Mr. Egiazaryan, was Mr.
15  Garkusha an investor in any of your
16  projects?
17      A.   No.
18      Q.   Did he tell you why he
19  resigned?
20      A.   Yes.
21      Q.   What did he say?
22      A.   Well, he did not say anything,
23  it was my initiative.
24      Q.   Did you fire him?
25      A.   I was the initiator of his

Page 154

ASHOT EGIAZARYAN

1  firing.
2
3      Q.   Why did you fire him?
4      A.   Because embezzlement of monies
5  that belonged to the project was
6  unveiled, this is number 1.  This was the
7  first, and in my opinion, quite
8  substantial argument for firing.
9          And the second was the
10 conflict of interest in the organizations
11 which had been created by him and at
12 which he worked at the same time.
13     Q.   How much --
14     A.   He created -- Deutsche Bank
15 was the creditor of the Moscow project,
16 of the Moscow Hotel project.  That is   *Strabag*
17 normal, it's a construction
18 company, a large construction company,
19 S-h-t-r-a-b-o-k.  Their capital was
20 around 5 billion Euros.  It was the
21 client that performed the construction,
22 that performed that.
23         So on the one hand, the
24 creditor is Deutsche Bank.  On the other
25 hand, the constructor, the construction

Page 155

*Strabag*
1       ASHOT EGIAZARYAN
2  company is ~~Shtrabok~~.  The director of
3  ~~Dekmus~~ was Garkusha.  And then it -- and    *Decmos*
4  then we discovered that Garkusha formed a
5  joint venture, that's 50/50 by 50 between   *Strabag*
6  ~~Shtrabok~~ and Deutsche Bank, which was
7  again called Deutsche Bank Development
8  and becomes the general director of that
9  company.  And at the same time he is
10 director of ~~Dekmus~~.  Now we're having    *Decmos*
11 here a conflict of interest.
12     Q.   What was the --
13     A.   In my opinion I thought it was
14 ~~inadmissible~~.  So on one hand, he was the   *unacceptable*
15 financier and also the client and he was
16 the one who accepted the jobs and the one
17 who financed the jobs and fulfilled the
18 jobs all in one person.    *unacceptable*
19         It was ~~inadmissible~~ because at
20 the same time he fulfilled the interests
21 of three organizations that competed with
22 each other.  The organizations that had
23 their own interests which were
24 contradictory to the interests of others.
25     Q.   Tell me again --

Page 156

ASHOT EGIAZARYAN

1
2      A.   This was the foundation.
3  Well, that's my response to your question
4  why I initiated his firing.
5      Q.   Tell me again about the
6  company that he formed with Deutsche
7  Bank?
8      A.   Deutsche Bank Development.
9      Q.   And you said that Deutsche
10 Bank was a 50 percent owner and Garkusha
11 was a 50 percent owner?
12     A.   The previous question maybe I
13 did not give you the exact answer maybe,
14 there was some misunderstanding.  What
15 was the previous question before that?
16         (Record read as requested.)
17 *Strabag* A.   Between Deutsche Bank and
18 ~~Shtrabok~~, as far as I know, Deutsche Bank
19 had 49 percent of the interest in that   *Strabag*
20 company, ~~Shtrabok~~ 49 percent, and
21 Garkusha 2 percent.  Well Garkusha, he
22 created such a scheme that he was
23 balancing between Deutsche Bank and
24 ~~Shtrabok~~.  *Strabag*.
25     Q.   What did Deutsche Bank

Page 157

ASHOT EGIAZARYAN

1
2  Development Company do?
3      A.   As they say in English, zero.
4  As you have it in the casino, zero.
5      Q.   How much --
6      A.   Nothing.
7      Q.   How much money did --
8          MR. LUPKIN:  I think he's got
9  to translate.
10         MR. GOLDEN:  Sorry.
11     A.   As far as my understanding was
12 that company had been created with one
13 purpose only, to facilitate the creation
14 of such a situation at which they could
15 steal the project from me.
16     Q.   How do you know that they, the
17 company was formed to steal the project
18 from you?
19     A.   This is my absolute subjective
20 opinion which found its confirmation in
21 Garkusha's subsequent behavior.
22     Q.   You said he embezzled money.
23 How much money did he embezzle?
24     A.   In my opinion, a lot of money,
25 approximately around $2 million.

33 (Pages 154 to 157)

Page 158

ASHOT EGIAZARYAN

Q.    How did you learn about it?

A.    I learned about it and then among other things, the confirmation from the ~~Shtrabok~~ [Strabag] company. There were other sources, but he took bribes from ~~Shtrabok~~ [Strabag].

Q.    Is that the embezzlement, that he took bribes?

A.    Well, I didn't finish my response. I wanted to explain it to you. If the general director of ~~Dekmus~~ [DecMos] receives money for the fulfillment of some jobs, has a client, and the owners know nothing about it naturally, well, in -- well, under my own understanding there's a bribe or in Russian we call it kickoffs -- I'm sorry, kickbacks. I cannot call it a different way.

Q.    Before when you said he embezzled, were you thinking of him taking these bribes?

A.    Well, I think it is embezzlement.

Page 159

ASHOT EGIAZARYAN [Strabag]

Q.    So ~~Shtrabok~~ [Strabag], did ~~Shtrabok~~ [Strabag] get something for the bribes that ~~Shtrabok~~ [Strabag] gave to Garkusha?

A.    ~~Shtrabok~~ [Strabag] made payments.

Q.    And what did ~~Shtrabok~~ [Strabag] get for the payments?

A.    The closure of construction orders.

Q.    Can you explain what you mean by the closure of construction orders?

A.    Yes, I can.

Q.    Please do that.

A.    Shtrabok had done jobs to the tune of a certain amount of money. They sent their bills for those jobs. ~~Dekmus~~ [DecMos] is supposed to make payment, pay those bills. Dekmus pays the bills, Shtrabok receives money, the certain percentage goes back to the general director who had made that payment. I think this is stealing money.

Q.    Other than Shtrabok telling you about this, did you discover any physical evidence?

Page 160

ASHOT EGIAZARYAN

MR. LUPKIN: Objection to form, physical evidence. You may answer.

A.    Yes, I was shown documents, including ~~Shtrabok~~ [Strabag] themselves.

Q.    What did ~~Shtrabok~~ [Strabag] show you?

A.    Those were payment documents.

Q.    Payment to Garkusha?

A.    Yes.

Q.    Do you have those documents today?

A.    I had those documents in Russia. Perhaps they should be in the archives.

Q.    When you say --

A.    These documents were shown to Garkusha. He saw them also.

Q.    But you don't have them today, they're in Russia?

A.    I don't have them with me.

Q.    Do you have a way to get them?

A.    I think I can try to get them. I can tell.

Q.    Who is Igor Lebedev?

Page 161

ASHOT EGIAZARYAN

A.    One Igor Lebedev who I know is Zhirinovsky's son.

Q.    Did you ever give Igor Lebedev cash for LDPR?

THE INTERPRETER: I'm sorry, what was your last, cash?

MR. GOLDEN: Cash.

THE INTERPRETER: For the --

MR. GOLDEN: For the LDPR.

A.    No.

Q.    Did you ever tell -- did you ever tell Garkusha that you gave Igor Lebedev money?

A.    No.

Q.    Who is Andrey Gloriozov?

THE INTERPRETER: Say it again, please.

Q.    Andrey Gloriozov?

A.    It is my acquaintance. To some degree it is my employee.

Q.    When was he first your employee?

A.    Sometime in 1996.

Q.    What did he first do for you?

34 (Pages 158 to 161)

ASHOT EGIAZARYAN - 1/18/2012

Page 162

**ASHOT EGIAZARYAN**

1    A.   He had contacts with foreign
2  banks.  He opened up companies, then he
3  handled those companies, then he opened
4  up bank accounts for these companies.  He
5  managed their assets.
6    **Q.   Does he still do that for you**
7  **today?**
8    A.   Yes.
9    **Q.   Can you say approximately how**
10  **much money you gave him between 1996 and**
11  **today to manage for you?**
12    A.   I can tell you, but this is
13  going to be very, very approximately.
14    **Q.   Yes, approximately is fine.**
15    A.   Around 60 million.
16    **Q.   Where did you get the 60**
17  **million that you gave to him?**
18    MR. LUPKIN:  Objection to
19  form.  Note my objection to form.
20  You may answer.
21    A.   In the nineties I was working
22  in businesses.  I was handling
23  businesses.  In the nineties.
24    **Q.   Do you remember which**

Page 163

**ASHOT EGIAZARYAN**

1  **businesses produced $60 million for you?**
2    A.   Yes, I had financial
3  businesses, businesses related to
4  regulating financial obligations,
5  financial debts.
6    **Q.   Were there people like -- were**
7  **there people other than Andrey Gloriozov**
8  **who performed a similar service for you?**
9    A.   Mainly Andrey performed such
10  services.  Maybe somebody performed some
11  smaller services, but mainly those
12  services were done by Andrey.  The thing
13  is that those were the nineties, you
14  know, 15 years ago, difficult for me to
15  recall but the money that Andrey handled
16  at that time there was a default and
17  there were great losses.  Some large
18  amounts were just, just lost due to the
19  populations with bonds of the
20  Vneshekonombank.  I remember some $40
21  million was lost.
22    **Q.   Do you remember when the $40**
23  **million was lost?**
24    A.   Approximately during that

Page 164

**ASHOT EGIAZARYAN**

1  period of time, the end of the second
2  half of the nineties.
3    MR. LUPKIN:  Excuse me, before
4  you ask the next question, we've
5  lost the real time feed.  I don't
6  know how long it's going to take to
7  fix it, but I don't want to disrupt
8  the examination, I wanted to just
9  alert you to that fact.  If it's
10  something that could be fixed
11  rather quickly at the next break.
12  Could we go off the record briefly.
13    THE VIDEOGRAPHER:  This will
14  end tape 3 in the deposition of
15  Ashot Egiazaryan.  The time is
16  5:24, off the record.
17    (A recess was taken.)
18    THE VIDEOGRAPHER:  This is the
19  start of tape 4 in the deposition
20  of Ashot Egiazaryan.  The time is
21  5:35 p.m., we're on the record.
22    MR. GOLDEN:  Please mark this
23  next.
24    (Exhibit 143 for

Page 165

**ASHOT EGIAZARYAN**

1  identification, Bates stamped PZ
2  001084 through 1092.)
3    **Q.   Mr. Egiazaryan, Exhibit 143 is**
4  **a declaration by Andrey Gloriozov and**
5  **documents attached in reference to the**
6  **declaration.  Have you seen this before?**
7    A.   Yes.
8    **Q.   Do you recognize Andrey**
9  **Gloriozov's signature?**
10    A.   You see, simply I don't
11  remember his signature, so that I could
12  recognize it or not recognize it.
13    MR. GOLDEN:  Mr. Translator,
14  would you please read paragraph
15  number 2.
16    (At this time, the requested
17  material was read to the witness.)
18    A.   Well the year is incorrect
19  here.
20    **Q.   Other than the year, is it an**
21  **accurate statement?**
22    A.   Yes.
23    **Q.   And the correct year you say**
24  **is 1996?**

35 (Pages 162 to 165)

Page 166

ASHOT EGIAZARYAN

1  A.   Yes.
2  Q.   Why did you ask Mr. Gloriozov
3  to act as the named owner of offshore
4  companies when they were actually owned
5  by you?
6  A.   Because we needed a person who
7  would handle this, in this direction who
8  would handle international financial
9  consulting.  Andrey Gloriozov knows
10  English and French very well.  And in
11  practice he performed the functions of a
12  trustee which was not in contradiction
13  with the law and he possessed a certain
14  degree of trust on my part.  And that is
15  why he produced the impression of a well
16  educated and professional specialist on
17  me.
18      Before that he was the manager
19  of a large Russian bank, which was called
20  Imperial.  After that, he was the manager
21  of the state bank, Sovzagranbank,
22  S-o-v-z-a-g-r-a-n-b-a-n-k, which
23  testifies about his professionalism.
24  Q.   What is the company Gascony

Page 167

ASHOT EGIAZARYAN

1  limited?
2  A.   I remember that company was
3  mentioned.  It was one of the companies.
4  I cannot tell you exactly how these
5  companies operated, but there was such a
6  company.
7  Q.   What is the company Cavali
8  Foundation?
9  A.   The same.
10  Q.   Did you arrange for Gascony
11  and Cavali to possess $20 million that
12  were yours?
13  MR. LUPKIN:  Hold on a second.
14  Can I have the question back again.
15  (Record read as requested.)
16  MR. LUPKIN:  Go ahead, you can
17  answer.
18  A.   I did not do that.
19  Q.   Do you know how Gascony and
20  Cavali got the $20 million that Mr.
21  Gloriozov is describing?
22  MR. LUPKIN:  Objection; lacks
23  foundation.  I would also ask if
24  you are going to be questioning the

Page 168

ASHOT EGIAZARYAN

1  witness about this paragraph that
2  it be translated for him.
3  MR. GOLDEN:  Mr. Translator,
4  would you read paragraph 3, please.
5  (At this time, the requested
6  material was read to the witness.)
7  Q.   So do you see that Mr.
8  Gloriozov describes transferring $20
9  million?
10  MR. LUPKIN:  Objection to
11  form.  You may answer.
12  A.   Yes, I've heard it.
13  Q.   And he says in paragraph 3
14  that the $20 million was your money.  Was
15  it your money?
16  A.   Yes.
17  Q.   Was that part of the $60
18  million that you described a few minutes
19  ago?
20  A.   I'm finding it difficult today
21  to follow up and to see whether it was
22  part of that or what was part of this
23  after such time.  I think probably it is
24  much simpler to request this information

Page 169

ASHOT EGIAZARYAN

1  from Gloriozov and get the response.
2  Because I cannot judge by the names of
3  the companies which companies he formed
4  and which companies he had kept the
5  money.  He did not furnish me accounts
6  thereof.
7  Q.   Did you keep track of the
8  money that you gave to Mr. Gloriozov to
9  handle?
10  A.   Yes, I counted the money of
11  course.
12  Q.   Where did you keep the records
13  of the money that you gave to Mr.
14  Gloriozov?
15  A.   At that time I had it, but now
16  I don't think I've kept it.
17  Q.   Where did you have it when you
18  had it?
19  A.   Well, I kept it in my archives
20  in Russia.
21  Q.   Do you think that's where it
22  is today?
23  A.   Maybe.
24  Q.   Did Mr. Gloriozov give you

36 (Pages 166 to 169)

Page 170

ASHOT EGIAZARYAN

1  regular reports about the money he was
2  handling for you?
3      A.   Not regular reports, but from
4  time to time.
5      Q.   Did Mr. Gloriozov work ~~for you~~
6  at Unikombank? *while you were there?*
7      A.   He did.
8      Q.   For how long?
9      A.   Probably for a year, a year
10 and a half.  I cannot tell you exact.
11 Approximately that time.
12     Q.   Do Duma deputies have to file
13 financial reports with The Duma?
14     A.   Declarations.
15     Q.   Are the declarations, do the
16 declarations contain financial
17 information?
18     A.   Well they are financial
19 documents.
20     Q.   What is your understanding of
21 the financial documents that deputies,
22 that Duma deputies are supposed to file?
23     MR. LUPKIN:  Objection to
24 form.  You may answer.

Page 171

ASHOT EGIAZARYAN

1      A.   Very simple.  Well, how much
2  money one has made for the year, for the
3  past year, well, one has to show all
4  that, personally, how much money
5  personally received by that specific
6  person and that person has to show that
7  amount.
8      Q.   In addition to showing in the
9  reports how much money a person has made,
10 do the reports also show The Duma
11 deputies' assets?
12     MR. LUPKIN:  Objection to
13 form.  You may answer.
14     A.   Well, he has to show what
15 assets he owns and what assets he
16 physically received in his, in his name,
17 and specifically, for example, an
18 apartment, cars, movable or fixed
19 property he has, that he has earned for
20 the past, for the past year.
21     Q.   Is it your understanding that
22 the reports are supposed to include all
23 The Duma deputies' assets?
24     MR. LUPKIN:  Objection to

Page 172

ASHOT EGIAZARYAN

1  form.  You may answer.
2      A.   Yes, I think received for the
3  period in question.
4      Q.   What do you mean received for
5  the period in question?
6      A.   Well do you want me to give
7  you an example or how do you want me to
8  explain it?
9      Q.   When you say received, do you
10 mean that if the money was received or
11 the asset was received in a previous year
12 you don't have to report it?
13     MR. LUPKIN:  Objection; calls
14 for a legal conclusion about
15 Russian law.  But you may answer
16 the question.
17     A.   Naturally, if a member of The
18 Duma who is supposed to show his
19 financial declaration, he earned that
20 money during the past year he is supposed
21 to show it in his declaration.  I'm not
22 talking about the operations of companies
23 but actually the monies that he, that he
24 personally received as dividends.  But

Page 173

ASHOT EGIAZARYAN

1  he's not supposed to show, but he's not
2  supposed to show this same money for each
3  year from year to year according to the
4  Russian laws.
5      Q.   Mr. Egiazaryan, do you have a
6  Ph.D.?
7      A.   Yes.
8      Q.   What subject?
9      A.   Investment field.
10     Q.   Does the field of the Ph.D.
11 have a name?
12     A.   Economics.
13     Q.   Do you have an understanding
14 about whether a Ph.D. in Russia is
15 comparable to a Ph.D. in the United
16 States?
17     A.   In Russia this degree is
18 called a candidate of economic sciences.
19 Probably, probably as I think, it
20 corresponds to the analogous Ph.D.
21     Q.   To you, what is an income
22 statement?
23     A.   According to the Russian laws,
24 an income statement is the way I

37 (Pages 170 to 173)

ASHOT EGIAZARYAN - 1/18/2012

Page 174

1        ASHOT EGIAZARYAN
2  understand income that was received after
3  taxes, after payment of corresponding
4  taxes was made.  Well, it differs a
5  little bit from the American
6  understanding or maybe there's a
7  principle difference between the American
8  and the Russian notion.  Well, various
9  countries have various laws.
10      Q.   To you as a Ph.D. economist,
11  what is an income statement?
12          MR. LUPKIN:  Objection; asked
13      and answered.  You may answer it
14      again.
15      A.   According to the understanding
16  of a Russian physical personality this is
17  a sum, an amount, financial amount
18  obtained, received by the physical
19  personality after paying all taxes.  This
20  is the income of a physical personality.
21      Q.   To you as a Ph.D. economist,
22  what is a balance sheet?
23      A.   Well, I am a Ph.D. in
24  economics, I'm not an accountant.  I am a
25  teacher, a lecturer in political economy.

Page 175

1        ASHOT EGIAZARYAN
2  Well this is the specific field of
3  accounting which I never handled, and I
4  do not know it and I'm not supposed to
5  know it.
6      Q.   To you as a businessman, what
7  is a balance sheet?
8      A.   Well, it's nothing to me
9  because I've not studied it.
10      Q.   Did you ever prepare or have
11  somebody prepare for you balance sheets
12  for any of your businesses?
13      A.   Well, specialists and experts
14  who were paid for that have prepared
15  balance sheets, balance reports for me
16  that were submitted to the ~~IRS.~~ tax authorities.
17          THE INTERPRETER:  I said
18      taxation authorities.  I said in
19      America it's IRS, it's called IRS.
20      A.   Corresponding accounting firms
21  are retained who prepare corresponding
22  accounting reports.  My major, my main
23  specialty is teaching political economy.
24  The analysis of accounting reports was a
25  separate major, was a separate specialty

Page 176

1        ASHOT EGIAZARYAN
2  at the separate accounting department,
3  which was not my specialty.  It's a
4  separate, huge volume of knowledge,
5  education.
6      Q.   You mentioned before lists,
7  like the Forbes 400, of Russians.  What
8  is shown on that list?
9      A.   I did not say Forbes 400.
10      Q.   You mentioned, you mentioned
11  the list in Russia of the oligarchs.  Do
12  you remember that?
13      A.   I mentioned Forbes, but I did
14  not say Forbes 400.
15      Q.   On the list that you
16  mentioned, what is shown for each of
17  these people?
18          MR. LUPKIN:  Objection to
19      form.  You may answer.
20      A.   As far as I can remember, they
21  showed ratings, which rating a specific
22  person occupies, and what assets he has.
23          MR. VESLER:  His net worth.
24      A.   But those assets they are
25  taken approximate, it is an approximation

Page 177

1        ASHOT EGIAZARYAN
2  of the amounts.  I don't think it is
3  always related to the reality.  For
4  example, for example, they write that
5  this or that person owns this or that
6  plant and that plant is worth a million
7  dollars.  But in reality, if he tries to
8  sell that plant, well, he may probably
9  not sell it even for a thousand -- for a
10  hundred thousand dollars.
11      Q.   For these Duma reports, the
12  financial declarations, were you supposed
13  to disclose annual income or your assets?
14      A.   As far as I understand, one
15  had to show the annual income as well as
16  -- as far as I was consulted by my
17  lawyers and accountants, I was supposed
18  to, just like any other member of the
19  Duma, to show the assets that were
20  registered in my, directly in my name, or
21  in the name of any other member of the
22  Duma.
23      Q.   And when you say --
24      A.   As far as I know in Russia,
25  according to the Russian laws, there is

38 (Pages 174 to 177)

Page 178

ASHOT EGIAZARYAN

1 no understanding of the beneficiary
2 no understanding of the beneficiary
3 ownership, beneficiary property.
4    **Q.   Did you list --**
5    A.   In other words, using just
6 simple words, if a person owns property
7 and it is registered directly in his
8 name, in this case, he's supposed, he's
9 obligated to declare that.
10    **Q.   In --**
11    A.   Well this situation as far as
12 I understand differs from foreign laws.
13    **Q.   Mr. Egiazaryan, you've**
14 **answered the question, thank you.**
15    MR. LUPKIN:  Are you finished
16 with your answer?
17    THE WITNESS:  No.
18    MR. LUPKIN:  Please let him
19 finish answering.
20    MR. GOLDEN:  He stopped
21 answering this question five
22 minutes ago and he's just going on
23 to kill time.  I'm going to
24 interrupt him and ask a question.
25    MR. LUPKIN:  He's answering

Page 179

ASHOT EGIAZARYAN

1 the question to the best of his
2 the question to the best of his
3 ability.  I'm sorry that you're
4 dissatisfied with it, but the fact
5 remains that's what he's doing.
6    MR. GOLDEN:  The question --
7    MR. LUPKIN:  Excuse me, I'd
8 like him -- let me finish, please.
9 I'd like him to be able to finish
10 the answer to his question and when
11 he's completed it, you may go on.
12    MR. GOLDEN:  Let me find what
13 the question was.
14    The question was were you
15 supposed to disclose annual income
16 or your assets, that was the
17 question.  Even if he had answered
18 it, it wouldn't have taken him ten
19 minutes to respond to that
20 question.  So whatever he's saying
21 now is not responsive and I want to
22 go on to another question.
23    MR. LUPKIN:  I'm not going to
24 engage in a colloquy with you on
25 the record, Mr. Golden.  The

Page 180

ASHOT EGIAZARYAN

1 witness is answering the question
2 witness is answering the question
3 as he sees appropriate to answer
4 the question and you'll either
5 accept the answer or you won't
6 accept the answer.  I am not
7 controlling the witness' questions,
8 you're not controlling -- the
9 witness' answers rather, you're not
10 controlling the witness' answers.
11 I'm sorry that you're unhappy with
12 it, let's please move on, I'd like
13 the witness to be able to finish
14 his answer.
15    **Q.   Do you remember the question?**
16    A.   Naturally.
17    **Q.   Finish your answer.**
18    A.   But if you dislike it, I can
19 keep mum.
20    **Q.   Keep what?**
21    A.   Keep mum.  I can keep silent.
22    **Q.   Now the $20 million that's**
23 **referenced in Mr. Gloriozov's**
24 **description, was that disclosed in your**
25 **Duma reports?**

Page 181

ASHOT EGIAZARYAN

1    MR. LUPKIN:  Objection to
2    MR. LUPKIN:  Objection to
3 form.  You may answer.
4    A.   I was not supposed to disclose
5 it in my declaration that I submitted to
6 The Duma according to the Russian laws.
7    **Q.   Did you tell Mr. Gloriozov to**
8 **transfer that $20 million to someone or**
9 **some company in the United States?**
10    A.   Mr. Gloriozov told me that he
11 had a man with whom he had worked before.
12 It was a professional regarding the
13 utilization of finances.  He had been a
14 banker prior to that.  On one hand I
15 wanted that the money would be handled by
16 my cousin Suren.  This is my elder
17 cousin.  He's an economist.  According
18 his education, he's a candidate of
19 economic sciences.
20    And naturally, as I trusted
21 Suren, agreed to the proposal of Mr.
22 Gloriozov for the money to be transferred
23 so that they would operate, grow in their
24 operations to the joint venture where my
25 cousin was and who could, of course,

Page 182

ASHOT EGIAZARYAN

1  monitor and control that money so that
2  money would not be stolen.
3
4      Q.  Was the --
5      A.  It's so just like with a
6  regular bank, when a man brings his money
7  to the bank which he trusts to keep the
8  money and to let this money grow, only
9  banks at that time they offered very
10  little interest, more interest.  And here
11  there was a realistic opportunity that
12  money would be increased tremendously.
13     Q.  Was that man in the United
14  States that Gloriozov knew, Sergei
15  Ponomarev?
16     A.  Yes.
17     Q.  Who was supposed to make the
18  money grow, Mr. Ponomarev or Suren?
19     A.  As far as my understanding
20  was, mainly Sergei  So in reality, that
21  money was in the possession of Andrey
22  Gloriozov, although the money was with
23  Sergei because they were partners.
24     Q.  How were they supposed to make
25  the money grow?

Page 183

ASHOT EGIAZARYAN

1
2      A.  To make investments in either
3  profitable projects or bonds.
4      Q.  Did they do that?
5      A.  On my part, I made my
6  recommendations so that they would invest
7  in some development projects.
8      Q.  What did they do with the
9  money?
10     A.  But my recommendations could
11  be just recommendations.
12     Q.  What did they do with the
13  money?  What did they do with the money?
14     MR. LUPKIN:  I think there's
15  an answer that's going to be coming
16  out in English.
17     A.  Maybe because when I
18  transferred the money the responsibility
19  was also transferred to Gloriozov, to
20  Ponomarev, to Suren.
21     Q.  What did they do with the
22  money?
23     A.  When I found out, when I
24  learned later on Ponomarev, when he
25  consulted of course Gloriozov, they

Page 184

ASHOT EGIAZARYAN

1
2  invested money in bonds.
3      MR. VESLER:  Securities.
4      A.  Securities.  When I learned
5  after that -- when I -- as I learned
6  later on, they managed to invest monies
7  in government organizations, and that was
8  Fannie Mae and Freddie Mac, which had a
9  negative effect on the monies.
10     Q.  Where are the records of those
11  investments?
12     A.  I never had records.  They did
13  not furnish them to me.
14     Q.  Did Mr. Ponomarev and Suren
15  file tax returns in the United States
16  about the handling of that money?
17     A.  I think, and this is my
18  personal opinion, that they did file
19  because they couldn't, couldn't do
20  otherwise.
21     Q.  Do you know what a promissory
22  note is?
23     A.  Yes.
24     Q.  Did you ask Gloriozov to sign
25  a promissory note in 2011 relating to

Page 185

ASHOT EGIAZARYAN

1
2  this $20 million?
3      MR. LUPKIN:  Excuse me, can I
4  have the question back, please.
5      (Record read as requested.)
6      MR. LUPKIN:  Please go ahead.
7      A.  I remember I had asked
8  Gloriozov together with Suren to
9  originate or to process some documents if
10  there were not enough documents or if
11  some documents had been lost.  Which
12  documents specifically I did not discuss
13  that with Andrey.
14     Q.  When you said that you asked
15  Gloriozov and Suren to originate or to
16  process documents, when did you ask them
17  that?
18     A.  Not with Suren, but at the
19  request of Suren.  Because Suren tried to
20  find Andrey, reach him on the telephone,
21  he failed, and he asked me to call
22  Andrey.  After that, they were in
23  telephone contact and they agreed which
24  documents they had to process.
25     Q.  Did you ask them to prepare

40 (Pages 182 to 185)

Page 186

**ASHOT EGIAZARYAN**
1  those documents in 2011?
2  **A.** I did not ask them. I just
3  forwarded Suren's request to Andrey.
4  **Q.** What was Suren's request?
5  **A.** Suren's request was in view of
6  the, well, tax audit that was conducted.
7  As far as I can understand, some
8  documents were missing that were either
9  lost or were signed verbally. Some
10  documents that were signed their
11  expiration date, they expired, and it was
12  necessary to prepare some more documents
13  which a lot of time had elapsed, how many
14  years, 14 years or more than 15 years.
15  **Q.** What tax audit are you
16  referring to?
17  **A.** The tax audit that was
18  conducted of the, of Suren's company.
19  **Q.** Which company?
20  **A.** I cannot tell you which
21  company, I don't know. I was not
22  interested in that.
23  **Q.** Did you ever know the name of
24  the company?

Page 187

**ASHOT EGIAZARYAN**
1  **A.** Which one?
2  **Q.** The name of the company that
3  was being audited?
4  **A.** No.
5  **Q.** So Suren --
6  **A.** I think it was not one
7  company, there was a group of companies.
8  **Q.** And do you remember any of the
9  names?
10  **A.** Yes, I do remember. I do
11  remember all these companies, but which
12  questions, which questions were directed
13  to which company because I did not talk
14  to the auditing offices I cannot give you
15  a correct answer. But there are no
16  secrets about it.
17  **Q.** Did Suren tell you the name of
18  the company or companies that were being
19  audited?
20  **A.** Well, I think it was the
21  company, I can tell you approximately.
22  **Q.** Yes, tell me approximately.
23  **A.** There was a company that was,
24  had the name SP Capital, but I can be

Page 188

**ASHOT EGIAZARYAN**
1  wrong about it.
2  **Q.** Was --
3  **MR. LUPKIN:** Excuse me, don't
4  speculate.
5  **Q.** Was a company --
6  **A.** I cannot tell you exactly
7  because I can be mistaken.
8  **Q.** Was the company involved named
9  Clear Voice?
10  **A.** I do not know which companies
11  were audited. Because I did not read the
12  auditing requests for these companies. I
13  cannot state. I really was not
14  interested in that.
15  **Q.** Did Suren tell you that he
16  needed this $20 million note to respond
17  to the audit?
18  **A.** You said $20 million --
19  **MR. LUPKIN:** Whoa, whoa, too
20  many things going on.
21  **A.** There was no such promissory
22  note of $20 million.
23  **Q.** When you say there was no
24  promissory note with $20 million, you

Page 189

**ASHOT EGIAZARYAN**
1  mean when the money was first transferred
2  there was no note?
3  **A.** No, I did not say that. When
4  did I say that?
5  **Q.** That was my question.
6  **A.** No, I did not say it, you said
7  that.
8  **Q.** Did Suren ask you or tell you
9  that he needed a $20 million promissory
10  note with regard to the audit?
11  **A.** Well I can repeat what I said.
12  Suren said that some documents were
13  missing that could be lost with time,
14  part of the documents and that needed to
15  be reinstated. I don't see anything
16  illegal there. But he said a portion,
17  part of the documents. He said some of
18  the documents were missing, part of the
19  documents. He said please call Andrey so
20  that he would get in touch with me so
21  that we could reinstate the documents.
22  **Q.** Was the $20 million note
23  signed when the first -- when the money
24  was transferred in 1996 or 1998?

41 (Pages 186 to 189)

Page 190

1       **ASHOT EGIAZARYAN**
2       MR. LUPKIN: Objection to
3   form. You may answer.
4       A.   Well, generally, I have not
5   laid my eyes on the promissory note.
6   That's why it is difficult to tell me
7   which year. '96 or '99. You can take
8   the promissory note and familiarize
9   yourself with it or show it to me and I
10  will try to extend my comments. But I
11  have to study that for that.
12      **Q.   When you say the $20 million**
13  **note, what note are you referring to?**
14      A.   I never mentioned the $20
15  million note. You are talking about the
16  $20 million note.
17      **Q.   Did Suren tell you he needed**
18  **to backdate a $20 million note in 2011?**
19      A.   No.
20      **Q.   Do you know what that phrase**
21  **means, to backdate a financial document?**
22      A.   Well, it depends what is the
23  interpretation.
24      **Q.   Did Gloriozov refuse to sign a**
25  **backdated $20 million note?**

Page 191

1       **ASHOT EGIAZARYAN**
2       MR. LUPKIN: Objection; lacks
3   foundation. You may answer.
4       A.   Well, honestly, I really, I
5   don't understand the question. Please
6   once again.
7       **Q.   What's a backdated note?**
8       A.   In order for Gloriozov either
9   to agree or to disagree, well, at minimum
10  I should have been asked to do that. In
11  view of the fact that I did not ask, that
12  is why there was no agreement or
13  rejection on his part.
14      To request that he signs a
15  backdated note, I did not ask him. There
16  were no requests on my part to him.
17      And I think that even this
18  kind of interpretation could not even be
19  shifted to Suren. But nevertheless, I'm
20  only responding, I'm responsible for my
21  words.
22      MR. LUPKIN: At an appropriate
23  time, Jim, I'd like to take a
24  break.
25      MR. GOLDEN: Okay.

Page 192

1       ASHOT EGIAZARYAN
2       **Q.   If the $20 million was yours,**
3   **why was the backdated note presented to**
4   **Gloriozov and not you?**
5       MR. LUPKIN: Objection to
6   form. You may answer.
7       A.   I don't think that this phrase
8   backdated is applicable here.
9       **Q.   Why not?**
10      A.   Because first of all, I never
11  asked about that and when this document
12  was presented to me, I asked about this
13  phrase, interpretation asked of Suren who
14  said that he had not, he had never done
15  that. And the same question I put to
16  Gloriozov who said that he had not done
17  it, and never meant to have done it.
18      **Q.   When you say never meant to**
19  **have done it, what is it?**
20      A.   This expression to have a
21  backdated note, promissory note, to make
22  a backdated promissory note. But those
23  are Gloriozov's words.
24      **Q.   Do you think that Gloriozov is**
25  **lying?**

Page 193

1       **ASHOT EGIAZARYAN**
2       A.   Well, I was told the following
3   by Gloriozov. I talked to him when I saw
4   this document. It was quite recently, it
5   was two days ago. When I started asking
6   him questions about this document he said
7   that the American lawyer named Andrew
8   came to see him. He being in the
9   government bodies of Luxembourg, he
10  signed a paper prepared for him that he
11  did not read. He said that he was also
12  surprised that some correspondence, some
13  email correspondence was shown, I never
14  read them, between Suren and himself. He
15  made a supposition that it was hacking.
16  Well, that is unlawful penetration in the
17  computer. And he confirmed that he did
18  not compose those papers but they were
19  made and brought to him by the American
20  lawyer which he signed without looking at
21  them.
22      **Q.   Was he referring --**
23      A.   I can only characterize it
24  this way. Who -- who came to see him, he
25  did not say. I don't know. He said that

42 (Pages 190 to 193)

Page 194

ASHOT EGIAZARYAN

1    he would find his business card and
2    furnish it.
3        **Q.   Is the paper that you're**
4    **referring to, that you discussed with**
5    **Gloriozov this document that we also have**
6    **in front of us?**
7        A.   I discussed with him, yes, I
8    think it's the document, although I don't
9    read it in English.  I think this is the
10   document that was prepared by the
11   American lawyer.
12       **Q.   And he told you, he, and**
13   **Gloriozov told you that Gloriozov signed**
14   **it?**
15       A.   Well, I did not ask him if he
16   signed it or not, but I think yes, he
17   signed it.  We did not discuss it whether
18   he signed or not, but I think he signed
19   it.
20       **Q.   Didn't you say a few minutes**
21   **ago that he told you he signed it without**
22   **reading it?**
23       A.   I said that he signed it
24   without reading because he said that it

Page 195

ASHOT EGIAZARYAN

1    had been drafted, had been not prepared
2    by him but it had been prepared by the
3    American lawyer.
4        **Q.   Mr. --**
5        A.   And this document is the one
6    that we're talking about and not any
7    other document.
8        **Q.   Mr. Gloriozov --**
9        A.   I said at the beginning that I
10   had seen it before that.
11       **Q.   Mr. Gloriozov speaks English,**
12   **right?**
13       A.   Yes.  And French.
14       **Q.   And he can read English?**
15       A.   I think so.
16       **Q.   And he can write English?**
17       A.   I think so.
18       **Q.   Does Suren read and write**
19   **English?**
20       A.   Yes.
21       **Q.   Did Gloriozov tell you who**
22   **prepared the backdated note?**
23           MR. LUPKIN:  Objection;
24   mischaracterizes the testimony and

Page 196

ASHOT EGIAZARYAN

1    if you're going to be referring to
2    a note, I'd appreciate it if you
3    would refer to it by its number at
4    the bottom right-hand corner so we
5    know what you're talking about.  Is
6    there something funny, Mr. Golden?
7            MR. GOLDEN:  Yes.
8            MR. LUPKIN:  I'd ask you to
9    keep your emotions to yourself.
10   This is a serious proceeding and
11   I'd ask you to comport yourself
12   appropriately.
13           MR. GOLDEN:  Sure.
14       **Q.   We're talking about a**
15   **promissory note, right?**
16       A.   I don't know what, I don't
17   know what we're talking about.  Whatever
18   you ask me.
19       **Q.   Look at the document that's on**
20   **page 1088.  Have you seen that before?**
21       A.   No.
22           MR. GOLDEN:  Mr. Translator,
23   would you please read the title.
24           (At this time, the requested

Page 197

ASHOT EGIAZARYAN

1    material was read to the witness.)
2        **Q.   Mr. Egiazaryan, do you see the**
3    **amount of the note?**
4        A.   Yes.
5        **Q.   What's the date of the note?**
6        A.   The date is June of 2001.  But
7    I cannot see that this note has been
8    signed.  I think it's a draft.  Well,
9    it's either a rough copy or a draft.
10   Maybe you have a signed promissory note.
11       **Q.   Do you know when this note was**
12   **prepared?**
13           MR. LUPKIN:  Objection; lacks
14   foundation.  You may answer.
15       A.   No.
16       **Q.   Did you talk to Mr. Gloriozov**
17   **about this note?**
18       A.   No.  I have said before I did
19   not talk to him in general about
20   promissory notes.  I do not even use that
21   word promissory notes.  I can repeat what
22   I said.
23       **Q.   What did Suren tell you he --**
24       A.   Suren said that there were

43 (Pages 194 to 197)

ASHOT EGIAZARYAN - 1/18/2012

Page 198

ASHOT EGIAZARYAN

1
2  either missing documents or lost
3  documents.
4      Q.   Did he tell you that a note
5  was lost?
6      A.   He said to me, and I repeat
7  again, that there were lost documents.
8  To be quite exact, he said part of the
9  documents were lost.
10     Q.   Did he --
11     A.   Which have to be prepared.
12     Q.   Did --
13     A.   Or reinstated.
14     Q.   Did he tell that you a note
15 was lost?
16         MR. LUPKIN:  Objection; asked
17 and answered.  You may answer
18 again.
19     A.   He said documents.
20     Q.   Who is -- who is Alexander
21 Ginsburg?
22     A.   I don't know.
23     Q.   Mr. Egiazaryan, what is a
24 company, do you know a company named --
25     A.   I beg your pardon.  Do you

Page 199

ASHOT EGIAZARYAN

1
2  have a signed promissory note?  This is
3  just a bare piece of paper.  Well for me
4  to make my comments, I think there should
5  be a document that was signed.
6      Q.   Are you familiar with a
7  company named Adecco Corporate Service
8  Ltd.?
9      A.   Where is it?  It's on the last
10 page of this?
11         MR. LUPKIN:  For the record
12 it's PZ 001092.
13     A.   No.
14     Q.   Are you familiar with a
15 company named Mistral Capital Management
16 Ltd.?
17     A.   No.
18     Q.   Are you familiar with a
19 company named Clemens International
20 Holdings, Inc.?
21     A.   No, I don't recall.
22     Q.   Before you mentioned a company
23 named Longlake.  Is that --
24     A.   Yes.
25     Q.   Is that named Longlake

Page 200

ASHOT EGIAZARYAN

1
2  holdings limited?
3      A.   Yes, I'm familiar with this
4  company.
5      Q.   Is that a company that was
6  formed in Cyprus?
7      A.   Quite probable.  I cannot tell
8  you exactly when it was formed.  I just
9  simply know, I know the company.
10     Q.   Was Mr. Gloriozov the nominal
11 owner of Longlake holdings limited?
12     A.   I cannot tell you.  I just
13 don't know when it was created.  I can
14 only say that I'm related to this
15 company, this is true, but how it was
16 formed, in whose name, how it was
17 created, I don't know.
18     Q.   Are you familiar with a
19 company named Skendleby Investments
20 Limited?
21     A.   No, I don't remember that.  I
22 did ask Gloriozov two days ago when I
23 talked to him about these companies.  I
24 saw these companies for the first time
25 two days ago.  Well that is why my answer

Page 201

ASHOT EGIAZARYAN

1
2  to your question if I know these
3  companies, my answer is I don't know.  As
4  far as the names of the companies, I saw
5  them two days ago.  If two days ago means
6  that I did know these companies, I just
7  want to be precise and clear in my
8  responses to your questions.
9         I did ask Gloriozov why these
10 companies were listed, these names were
11 listed.  He responded to me.
12     Q.   What did he say?
13     A.   He said that this was what
14 that American lawyer brought to me and he
15 said he didn't know why those companies
16 were written there.  I asked where these
17 companies were engaged, maybe some assets
18 were in those companies.  He said that he
19 was unaware of that.
20     Q.   Did he tell you that he signed
21 the sheet of paper?
22     A.   No, we did not discuss this
23 question.  I can tell you the way it
24 happened.  I read these companies to him
25 and asked the same question as you asked

44 (Pages 198 to 201)

ASHOT EGIAZARYAN - 1/18/2012

Page 202

ASHOT EGIAZARYAN
1
2   me, what are these companies.  I said
3   were they created by you.  He said maybe
4   I did create but I don't remember.  I
5   said well, do they own something in these
6   companies, are they in operation
7   somewhere, he said I don't remember.  He
8   said an American lawyer brought this
9   document.  That's the source of these
10  companies.
11         I don't know who came to see
12  him and which American lawyer had
13  prepared the document.
14     Q.   You did --
15     A.   I think were imposed on him.
16     Q.   You did say that Longlake
17  Holdings Limited was the Longlake company
18  that you mentioned earlier today, right?
19     A.   I think so.
20     MR. GOLDEN:  Ryan, what's our
21  running time?
22     THE VIDEOGRAPHER:  Six hours
23  and 11 minutes on the record.
24     MR. GOLDEN:  We can take a
25  break now if you want.  What do you

Page 203

ASHOT EGIAZARYAN
1
2   want to do?
3       THE VIDEOGRAPHER:  The time is
4   6:48 p.m., we're off the record.
5       (A recess was taken.)
6       THE VIDEOGRAPHER:  The time is
7   7:02 p.m., we're back on the
8   record.
9       MR. GOLDEN:  Mr. Translator,
10  would you read paragraph 5 to the
11  witness, please.
12      THE INTERPRETER:  Of which
13  document?
14      MR. GOLDEN:  The document we
15  were looking at before, 143.
16      THE INTERPRETER:  Okay, thank
17  you.
18      (At this time, the requested
19  material was read to the witness.)
20     Q.   Mr. Egiazaryan, the beginning
21  of paragraph 5 says that Artem was
22  involved in some of the companies that
23  are listed at the end of this package; is
24  that correct?
25     A.   What is your question?

Page 204

ASHOT EGIAZARYAN
1
2     Q.   Is the statement in the first
3   sentence of paragraph 5 correct?
4       MR. LUPKIN:  Point of
5   clarification, you're asking
6   whether it's correct or whether or
7   not it's written there?
8     Q.   I'm asking, I'm asking if it's
9   correct.
10     A.   Please read it to me.  Please
11  read paragraph 2 with the names of the
12  companies.
13        THE INTERPRETER:  Do you want
14  me to comply with this?
15      MR. GOLDEN:  Yes, please,
16  please.
17     A.   Please read me the names, the
18  names of the companies which are in
19  paragraph 2 for me to say if I know them
20  or not.  Please read the names of the
21  companies in paragraph 2.
22        THE INTERPRETER:  The
23  interpreter's remark, I'm not
24  finding the names of the companies
25  in paragraph 2.

Page 205

ASHOT EGIAZARYAN
1
2     Q.   In paragraph 2 Mr. Gloriozov
3   refers to a group of offshore companies.
4   Was Artem involved in some of those
5   offshore companies that Mr. Gloriozov
6   formed for you?
7       MR. LUPKIN:  Objection to
8   form.  You may answer.
9     A.   You translated to me that in
10  paragraph 5 states, paragraph states,
11  yes, that there are companies referenced
12  in paragraph 2.  Paragraph 5 states that
13  paragraph 2 gives a list of companies
14  that I am supposed to know.  Maybe I
15  misunderstood the translation.
16     Q.   Were there offshore companies
17  that Mr. Gloriozov formed that Artem was
18  involved in with you?
19     A.   I fail to understand.  Once
20  again, please.  I was given a quotation
21  from paragraph 5, which states, the way
22  it was translated to me, that in -- that
23  in paragraph 2 there is a list of
24  companies which I am supposed to
25  identify.  Shall I answer this question

45 (Pages 202 to 205)

Page 206

ASHOT EGIAZARYAN

1  or not?
2  
3      Q.   I'll ask another question.
4      A.   Okay.
5      Q.   Referring to paragraph 5, was
6  one of the reasons why Mr. Gloriozov was
7  the nominal owner of these companies to
8  minimize your and Artem's involvement?
9  Excuse me, to -- let me start again, I
10 misspoke.
11      Referring to paragraph 5 is
12 one of the reasons why Mr. Gloriozov was
13 the nominal owner of certain companies to
14 minimize your and Artem's identification
15 and direct involvement with the
16 companies?
17      A.   Yes, what is your question?
18      Q.   Is what I said correct?
19      A.   I would not say, I would not
20 put it that way.
21      Q.   Why was Gloriozov the nominal
22 owner of companies that you were the real
23 owner of?
24      MR. LUPKIN:  Objection; lacks
25 foundation.  You may answer.

Page 207

ASHOT EGIAZARYAN

1  
2      A.   I have responded already to
3  this question.  I can repeat.  I cannot
4  state that Gloriozov was a nominal, the
5  nominal owner of these companies.  That
6  is why, that is why the issue that I --
7  so in order that I would not be
8  identified behind these companies and he
9  would be the beneficiary owner, that is
10 not a correct question.  Because as I
11 said in the beginning, one had to operate
12 these companies, open up, register these
13 companies, open up accounts in the banks,
14 process documents tax declarations and
15 many, many papers, a lot of bureaucratic
16 paperwork.
17      Gloriozov was a trusted person
18 and according to the Russian laws that's
19 a norm, the function of a trustee.
20      Q.   Why did you use that form?
21      A.   Because everybody used it.
22 That is a norm in Russia.
23      Q.   But why did you choose to do
24 it that way?
25      A.   Because I was not aware, I was

Page 208

ASHOT EGIAZARYAN

1  not aware of another ways.
2  
3      Q.   Couldn't you own those
4  companies directly?
5      A.   Well, there are many forms of
6  ownership and management of these
7  companies.  Usually a form that is simple
8  and does not contradict the laws is
9  chosen.  Why this particular form was
10 determined, because it was the simplest
11 and most effective, efficient form.
12      Well, for example, let's take
13 a Russian company.  I could not have
14 opened accounts in foreign banks for that
15 Russian company.  I should have received
16 permission of the Central Bank for that,
17 which is practically impossible, and it's
18 impossible technically.
19      To open up accounts, to open
20 up accounts for an offshore company I
21 mean in foreign banks, that's elementary
22 simple.
23      At times the banks themselves,
24 Deutsche Bank, they told about this to
25 open up those companies to get credits

Page 209

ASHOT EGIAZARYAN

1  from the bank.  So the credits to the
2  tune of a hundred million dollars, there
3  was a credit for $600 million, those
4  credits were received for offshore
5  companies.  And that was the precondition
6  of banks.
7      Q.   What company of yours borrowed
8  $600 million?
9      A.   This, the borrower was a
10 company called Falmira.  Falmiro.
11      Q.   Who was the nominal owner of
12 Falmira?  Gogokhiya
13      A.   Gagohia, G-a-g-o-h-i-a.
14 That's on my part.  And on the part of
15 Arkady Rotenberg, he was represented by
16 his brother, Boris Rotenberg.  Gogokhiya
17      Q.   What is Mr. Gagohia, is that
18 the name?
19      A.   Well, I have already spoken
20 about him, Vitali Gagohia.  Gogokhiya
21      Q.   And Falmira, when was Falmira
22 formed?  Falmiro  Falmiro
23      A.   I don't remember the year.  It
24 was registered approximately 2007.

46 (Pages 206 to 209)

Page 210

ASHOT EGIAZARYAN

1
2     Q.    And what was the purpose of
3  Falmira? *Falmira*
4     A.    It was an offshore company, I
5  don't recall, maybe Cyprus or BVI to
6  obtain, to obtain a credit.
7     Q.    What was the loan used for?
8     A.    That credit was supposed to be
9  used for the construction of the Moscow
10  Hotel, also an offshore company.  If we
11  had used a Russian company, Deutsche Bank
12  would not have issued a credit to us.
13  That is why it is a convenient form
14  allowing to obtain financing.  Absolutely
15  lawful and legal.
16     Q.    You mentioned, you mentioned
17  another offshore company that borrowed
18  money.  I think you said 300 million.
19  What company was that?
20     A.    I don't remember saying that.
21     Q.    Did you mention another
22  offshore company that you used to get
23  credit?
24     A.    For three million, no, I don't
25  think I said it, some misunderstanding.

Page 211

ASHOT EGIAZARYAN

1
2  For $300 million.
3     THE INTERPRETER:  I think you
4     mentioned $100 million, he
5     mentioned.
6     A.    Yes, he confirmed that, he
7  said a hundred million.
8     Q.    What company was that?
9     A.    Blindensoe.  *Blidensol*
10     Q.    Who was the nominal owner of
11  Blindensoe?  *Blidensol*
12     A.    Gagohia was.  *Gogokhiya*
13     Q.    Was the hundred million dollar
14  loan to Blindensoe made, was the money
15  transferred?  *Blidensol*
16     A.    Yes.
17     Q.    What was the money used for?
18     A.    Mainly for the Moscow Hotel,
19  the construction of Moscow Hotel.
20     Q.    Was the $600 million to *Falmira*,
21  Falmira, was that loan actually made?
22     A.    A contract was concluded, was
23  signed and part of it, part of that money
24  was used.
25     Q.    How much?

Page 212

ASHOT EGIAZARYAN

1
2     A.    Approximately 75 million.
3     Q.    What was the money used for?
4     A.    The construction.
5     Q.    You said before that Mr.
6  Gloriozov was trusted.  Do you still
7  trust him?
8     A.    Well, I think I don't have any
9  basis not to trust him.  Well, although
10  there are some issues.  Actually, one
11  question, one issue, one question that
12  throws some doubt and that is why this
13  particular document surfaced.  I don't
14  have any other foundation, reasons to
15  doubt his decency, but I learned about
16  this only two days ago.
17     THE INTERPRETER:  The
18     interpreter's remark:  Indicating
19     with his fingers to Exhibit 143.
20     Q.    Do you know where Sergei
21  Ponomarev is?
22     A.    I saw -- the last time I saw
23  Sergei Ponomarev probably about five
24  years ago.  That is why I don't know
25  where he exactly is at this moment.

Page 213

ASHOT EGIAZARYAN

1
2     Q.    Do you know when is the last
3  time that Mr. Gloriozov gave Mr.
4  Ponomarev some of your money to handle?
5     A.    I think it was at the time
6  when the money was transferred, because
7  as far as I understand, the money was
8  transferred to the company that Ponomarev
9  created.
10     MR. GOLDEN:  Mr. Translator,
11     would you please read paragraph 6.
12     (At this time, the requested
13     material was read to the witness.)
14     A.    I would also like to go back
15  to the portion that was translated.  The
16  way I understand that was read to me,
17  that the money was used for me -- when
18  the money was transferred the money was
19  use for me.
20     THE INTERPRETER:  Is that
21     correct, do you want me to read it
22     again?
23     MR. GOLDEN:  Oh, he wants you
24     to read something to him?
25     THE INTERPRETER:  Right.

47 (Pages 210 to 213)

Page 214

ASHOT EGIAZARYAN
1   MR. GOLDEN: Sure.
2   A.   I think you have read it today
3 that the money that was transferred by
4 Gloriozov was used for my keep, for my
5 stay in America. Or who did you mean, me
6 when you read it to me? Was it for me?
7 Was it my name that indicated there. In
8 this document?
9      MR. GOLDEN: Mr. Translator,
10 he's probably referring to the
11 third or fourth line from the
12 bottom in paragraph 3.
13      THE INTERPRETER: Oh, I found
14 it. Three, I found it. Do you
15 allow me to read it?
16      MR. GOLDEN: Yes.
17      THE INTERPRETER: "So when I
18 reached that place, account to pay.
19 When I reached reading this line,
20 to pay Egiazaryan's expenses in Los
21 Angeles for approximately ten
22 years," the witness asked the
23 question "which Egiazaryan."
24      MR. GOLDEN: So would you read

Page 215

ASHOT EGIAZARYAN
1 him paragraph 6, please.
2      (At this time, the requested
3 material was read to the witness.)
4   A.   I wanted to understand it for
5 myself, for my understanding.
6      MR. LUPKIN: Why don't you let
7 Mr. Golden ask questions and we can
8 talk about this at another time.
9   A.   Are you talking about me?
10      THE INTERPRETER: What was
11 your question?
12      MR. GOLDEN: Read paragraph 6
13 to him, please.
14      (At this time, the requested
15 material was read to the witness.)
16   A.   Yes, I've heard it.
17   Q.   Did Mr. Gloriozov transfer $3
18 million from 000 Decorum Corp. to Mogford
19 Impex Corporation?
20   A.   I can say that Mr. Gloriozov
21 doesn't own Decorum. That's why it's not
22 correct here.
23   Q.   Who owns Decorum?
24   A.   I do.

Page 216

ASHOT EGIAZARYAN
1   Q.   So did Mr. Gloriozov transfer
2 $3 million on your behalf from 000
3 Decorum to Mogford Impex?
4   A.   Quite possible.
5   Q.   What is Mogford Impex
6 Corporation?
7   A.   This company was engaged in
8 investments to purchase a jet.
9      MR. VESLER: Aircraft.
10   A.   An investment. To purchase a
11 jet, an aircraft, a plane as an
12 investment with subsequent sales,
13 subsequent selling that.
14   Q.   Who owned Mogford Impex?
15   A.   At that time, it was created
16 either by Gloriozov -- well, at that time
17 I cannot tell you exactly who formed that
18 company. I think it was owned by Suren.
19 No, not Suren, no, I'm telling the wrong
20 thing. Artem owned it.
21   Q.   Did Mr. Gloriozov operate it?
22   A.   I don't think so.
23   Q.   Did Mr. Gloriozov handle bank
24 transactions for it?

Page 217

ASHOT EGIAZARYAN
1   A.   Quite probable.
2   Q.   Was Mogford Impex used for any
3 purpose other than purchasing a jet?
4      MR. LUPKIN: Don't speculate.
5   A.   I think that no, it wasn't.
6 Again, this is not my company.
7   Q.   Why did you put --
8   A.   I was not aware of any other
9 investments.
10   Q.   Do you know -- other than
11 money that was given to Mogford Impex by
12 you, how did Mogford Impex get money?
13   A.   I think it was the money that
14 was invested by SP Capital that I have,
15 that I had mentioned before, that it --
16 that was in Nevada. This was just the 20
17 million, part of that was the 20, of the
18 $20 million I had talked about before.
19 So that money was like as investment, as
20 far as I know.
21   Q.   Other than the $3 million that
22 you transferred or was transferred for
23 you from 000 Decorum to Mogford, where
24 else did Mogford get money?

48 (Pages 214 to 217)

Page 218

ASHOT EGIAZARYAN

1
2     A.    Decorum, Mogford I've just
3  said that.
4     Q.    Did Mogford get money from SP
5  Capital?
6     A.    Whether they -- whether it was
7  transferred directly or indirectly, that
8  was the money that had been transferred
9  to SP Capital either in 1996 or 1998.
10     Q.    You mentioned before that you
11  gave Mr. Gloriozov $60 million to handle.
12  Do you remember that?
13     A.    I do.
14     Q.    And you said a few minutes ago
15  that the $20 million that went to SP
16  Capital you weren't sure whether it was
17  part of the 60 million or not?
18     A.    No, that was included.
19  Generally totaling, it was approximately
20  60 million. Out of that money, about,
21  about 40 million were the losses, were
22  lost then the balance approximately was
23  20 million.
24     Q.    In around 2000, what was your
25  net worth?

Page 219

ASHOT EGIAZARYAN

1
2     MR. LUPKIN: Objection to
3  form. You may answer.
4     A.    I cannot tell you.
5     Q.    Was it more than a hundred
6  million dollars?
7     A.    I cannot tell you because, you
8  know, I have to be precise, exact here,
9  and it's difficult for me to guess.
10  Because there were some successful
11  investments, were some unsuccessful
12  investments, there were losses. Really I
13  cannot tell you exactly.
14     Q.    Was the $60 million that you
15  gave to Gloriozov all your entire net
16  worth?
17     MR. LUPKIN: Objection to
18  form. You may answer.
19     A.    Well, it was not my whole net
20  worth. Those were the monies of
21  companies -- well, in Russia, let me
22  emphasize again, net worth is considered
23  the wealth that you own directly. This
24  was the money of the family. Part of the
25  money was the money that was left by my

Page 220

ASHOT EGIAZARYAN

1
2  father after he passed away. We did not
3  have separation, separation of money in
4  the family, exact separation.
5     Because of that, I cannot give
6  you the exact amount on some definite
7  date.
8     Q.    Approximately how much money
9  did your father leave?
10     A.    He left approximately about 10
11  million for the family.
12     Q.    Did you say before that your
13  definition of net worth includes only
14  assets that are directly owned?
15     A.    Yes.
16     Q.    So if something is owned by
17  Mr. Gloriozov on your behalf, do you
18  exclude that from net worth?
19     A.    Well, the money that
20  Gloriozov, the money that Gloriozov had,
21  that money was owned by the family, not
22  all the money of his, of that money was
23  mine. I couldn't grab that money, put it
24  in my pocket and say that is mine.
25     Q.    So the 60 million that you

Page 221

ASHOT EGIAZARYAN

1
2  gave to Gloriozov you said was your whole
3  family's?
4     A.    Yes. Well there were other
5  projects, there were other projects in
6  Russia at that time. This was about
7  1996, like 20 years ago. So I cannot
8  give you the exact list of what was
9  happening at that time.
10     Q.    Did Artem earn money from his
11  own business deals?
12     A.    I find it difficult to speak
13  for other -- for Artem and other people
14  how much they made.
15     Q.    Did Artem contribute money to
16  Gloriozov that he made in his own
17  business deals?
18     MR. GOLDEN: The reporter
19  tells me we're out of tape, so why
20  don't we call it a day.
21     THE VIDEOGRAPHER: This ends
22  tape 4 in the deposition of Ashot
23  Egiazaryan, the time is 7:42, we're
24  off the record.
25     The time is 7:42 p.m., we're

49 (Pages 218 to 221)

Page 222

```
 1        ASHOT EGIAZARYAN
 2    back on the record.
 3        A.   I find it difficult to answer
 4    this question.
 5        THE VIDEOGRAPHER:  This ends
 6    tape 4 in the deposition of Ashot
 7    Egiazaryan.  The time is 7:43 p.m.,
 8    we're off the record.
 9        (The following took place off
10    the video record:)
11        MR. LUPKIN:  Before we go off
12    the stenographic tape, my
13    understanding, having spoken with
14    Mr. Egiazaryan, is that he's
15    prepared to continue tonight for at
16    least another hour or two if you're
17    inclined to do so.
18        MR. GOLDEN:  No, I think we've
19    gone to within 10 minutes of 7
20    hours of questioning for the day,
21    so.
22        MR. LUPKIN:  Your choice.
23        MR. GOLDEN:  We'll call it and
24    we'll pick it up tomorrow.
25        MR. LUPKIN:  10 a.m.?
```

Page 223

```
 1        ASHOT EGIAZARYAN
 2        MR. GOLDEN:  Yes, ten is good.
 3        (Time noted:  7:43 p.m.)
 4
 5        _____
 6        ASHOT EGIAZARYAN
 7
 8    Subscribed and sworn to before me
 9    this _____ day of _____, 2012.
10
11    _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 224

```
 1    NAME OF CASE: Egiazaryan v. Zalmayev
      DATE OF DEPOSITION: January 18, 2012
 2    NAME OF WITNESS: Ashot Egiazaryan
      I wish to make the following changes, for
 3    the following reasons:
      PAGE LINE
 4    ____ ____ CHANGE: _____
 5         ____ REASON: _____
 6    ____ ____ CHANGE: _____
 7         ____ REASON: _____
 8    ____ ____ CHANGE: _____
 9         ____ REASON: _____
10    ____ ____ CHANGE: _____
11         ____ REASON: _____
12    ____ ____ CHANGE: _____
13         ____ REASON: _____
14    ____ ____ CHANGE: _____
15         ____ REASON: _____
16    ____ ____ CHANGE: _____
17         ____ REASON: _____
18
19    Subscribed and sworn to before me
20    this _____ day of _____, 2012.
21
22
23    _____     _____
24    (Notary Public)   My Commission Expires:
25
```

Page 225

```
 1        C E R T I F I C A T E
 2    STATE OF NEW YORK  )
 3                       : ss.
 4    COUNTY OF NEW YORK )
 5
 6        I, GAIL F. SCHORR, a Certified
 7    Shorthand Reporter, Certified Realtime
 8    Reporter and Notary Public within and for
 9    the State of New York, do hereby certify:
10        That ASHOT EGIAZARYAN, the
11    witness whose deposition is hereinbefore set
12    forth, was duly sworn by me and that such
13    deposition is a true record of the testimony
14    given by the witness.
15        I further certify that I am not
16    related to any of the parties to this action
17    by blood or marriage, and that I am in no
18    way interested in the outcome of this
19    matter.
20        IN WITNESS WHEREOF, I have
21    hereunto set my hand this _____ day of
22    _____, 2012.
23
24        _____
25        GAIL F. SCHORR, C.S.R., C.R.R.
```

50 (Pages 222 to 225)

Page 226

```
 1        E X H I B I T S
 2
 3    DESCRIPTION          PAGE   LINE
 4    (Exhibit 141 for      76    14
 5    identification, Bates
 6    stamped PZ 001543.)
 7    (Exhibit 142 for     120    21
 8    identification, six-page
 9    article.)
10    (Exhibit 143 for     164    25
11    identification, Bates
12    stamped PZ 001084 through
13    1092.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Merrill Corporation - New York

1-800-325-3376                          www.merrillcorp.com/law