# EXHIBIT 35

# In The Matter Of:

*ASHOT EGIAZARYAN*

*v.*

*PETER ZALMAYEV*

---

## *ASHOT EGIAZARYAN - Vol. 2*
### *January 19, 2012*

---

# *REDACTED FILE*
# *CONFIDENTIAL PORTIONS*
## BOUND SEPARATELY

**MERRILL CORPORATION**

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

Page 231

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

ASHOT EGIAZARYAN,

                Plaintiff,

                        Civil Action No.

                         11 CIV 2670

    -against-          ATTORNEYS' EYES ONLY

                          VOL. 2

PETER ZALMAYEV,

                Defendant.

-----------------------------------x

                REDACTED FILE

   CONFIDENTIAL PORTIONS BOUND SEPARATELY

             January 19, 2012

             10:05 a.m.


    Continued videotaped deposition of

ASHOT EGIAZARYAN, pursuant to notice, at

the offices of Salisbury & Ryan LLP, 1325

Avenue of the Americas, New York, New

York, before Gail F. Schorr, a Certified

Shorthand Reporter, Certified Realtime

Reporter and Notary Public within and for

the State of New York.

ASHOT EGIAZARYAN - 1/19/2012

---

Page 232

1  A P P E A R A N C E S :
2  FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
   Attorneys for Plaintiff
3     One Liberty Plaza
      New York, NY 10006
4
   BY:  JONATHAN D. LUPKIN, ESQ.
5       JASON T. COHEN, ESQ.
        -and-
6       MARK C. ZAUDERER, ESQ.
        (jlupkin@fzwz.com)
7       (jcohen@fzwz.com)
        (mzauderer@fzwz.com)
8
9  HAMBURG & GOLDEN, P.C.
   Attorneys for Defendant
10     1601 Market Street, Suite 3310
       Philadelphia, PA 19103-1443
11
   BY:  JAMES P. GOLDEN, ESQ.
12      (goldenjp@hamburg-golden.com)
13
   SALISBURY & RYAN LLP
14 Attorneys for Defendant
       1325 Avenue of the Americas
15     New York, New York 10019-6026
16 BY:  ANDREW J. RYAN, ESQ.
       (ar@salisburyryan.com)
17
18 MURANOV, CHERNYAKOV & PARTNERS
   Attorneys for Defendant
19     Bld. 6, 23 Denisovsky Lane
       Moscow, Russian Federation, 105005
20
   BY:  ALEXANDER MURANOV, ESQ.
21      (a.muranov@rospravo.ru)
22 ALSO PRESENT:
23 VALERII M. SCHUKIN, Interpreter
24 IGOR VESLER, Check Interpreter
25 RYAN McMULLEN, Videographer

---

Page 234

1        ASHOT EGIAZARYAN
2  called as the interpreter in this
3  action, resumed, having been
4  previously sworn.
5        IGOR VESLER,
6  called as the check interpreter
7  in this action, resumed, having
8  been previously sworn.
9        ASHOT EGIAZARYAN,
10 resumed, having been previously
11 duly sworn, was examined and
12 testified through the interpreter
13 further as follows:
14       MR. GOLDEN:  Would you mark
15 this.
16       (Exhibit 144 for
17 identification, Bates stamped PZ
18 003439, 3418 and 3415.)
19       MR. GOLDEN:  Mr. Translator,
20 would you please translate for the
21 witness the first page of Exhibit
22 144.
23       THE INTERPRETER:  The very
24 first page, this one?
25       MR. GOLDEN:  Yes.

---

Page 233

1        ASHOT EGIAZARYAN
2        THE VIDEOGRAPHER:  Here begins
3  volume 2, videotape number 5 in the
4  deposition of Ashot Egiazaryan.
5  Today's date is Thursday, January
6  19th, 2012.  The time on the video
7  monitor is 10:05 a.m.  All who were
8  present at the January 18th
9  deposition are present today.
10       You may begin.
11       MR. GOLDEN:  Jon, is what Ryan
12 said accurate with regard to who's
13 watching remotely?
14       MR. LUPKIN:  Is what -- yes.
15 The only, I don't know if he's on
16 now, but the only person who would
17 be on, and I haven't seen his name
18 pop up yet, would be Mr. Holiner.
19       MR. GOLDEN:  Thank you.
20       MR. LUPKIN:  I didn't ask you
21 yesterday, but I take it with
22 respect to your team, nobody's on,
23 other than who's in the room?
24       MR. GOLDEN:  Correct.
25       VALERII M. SCHUKIN,

---

Page 235

1        ASHOT EGIAZARYAN
2        (At this time, the requested
3  material was read to the witness.)
4        CONTINUED EXAMINATION
5  BY MR. GOLDEN:
6   Q.  Mr. Egiazaryan, did you send
7  this email to Peter Zalmayev?
8        MR. LUPKIN:  First of all,
9  let's give him an opportunity --
10 have you had an opportunity to look
11 at it?
12       THE WITNESS:  Is it in
13 English?
14       MR. LUPKIN:  It is in English.
15 But you should look.
16       THE WITNESS:  Why should I
17 look if I don't understand.
18       MR. LUPKIN:  Can you please
19 read to him the email addresses
20 that appear on the document.
21       (At this time, the requested
22 material was read to the witness.)
23       THE WITNESS:  Yes.
24       MR. LUPKIN:  Okay, please, go
25 ahead.

---

2 (Pages 232 to 235)

ASHOT EGIAZARYAN - 1/19/2012

| Page 236 |
| --- |

1      ASHOT EGIAZARYAN
2        THE WITNESS:  Shall I look
3    further in the next pages what this
4    thing is about?
5        MR. LUPKIN:  Look at whatever
6    you think is necessary.
7        **Q.    Please look at the first page.**
8    **Did you send this email to Mr. Zalmayev?**
9        A.    Honestly, I'm seeing this
10   email address for the first time in my
11   life, including this email address in the
12   English language from whom it was sent.
13       **Q.    Did you send it to --**
14       A.    By that I mean --
15       THE INTERPRETER:  That's it.
16   He said by that I mean and --
17       MR. LUPKIN:  Have you
18   completed your answer?
19       THE WITNESS:  Not, I have not
20   completed it.
21       A.    What I mean by that, this is
22   not my address of the sender.  Also, the
23   address of the recipient, namely both of
24   them.  The other address, Zalmayev Euro
25   Asia, as you said it, I see that for the

| Page 237 |
| --- |

1      ASHOT EGIAZARYAN
2    first time, both of them for the first
3    time.  Of course I don't know the
4    contents.  Well perhaps you're going to
5    mention it now.  But probably it's the
6    same source, it's the same source, just
7    like the other letters that were shown
8    yesterday, just another, just another
9    fake.  Did you get but just another fake?
10   And but I'm going to answer your
11   question.
12       **Q.    The question was did you send**
13   **the email to Mr. Zalmayev?  And if you**
14   **could, just say yes or no.**
15       MR. LUPKIN:  Objection; asked
16   and answered.  You may answer
17   again.
18       A.    My response is no.
19       **Q.    Did you say before that the**
20   **email address with your name in it on**
21   **this piece of paper is an email address**
22   **that you have never used?**
23       A.    I said, and I repeat again,
24   what I'm seeing here, that's the first
25   time.

| Page 238 |
| --- |

1      ASHOT EGIAZARYAN
2        **Q.    Are you saying that this is an**
3    **email address that you have never used?**
4        A.    Yes.
5        **Q.    Did you ask somebody to send**
6    **an email to Mr. Zalmayev on your behalf**
7    **around the time of this email?**
8        A.    My answer is no.
9        **Q.    Please look at the second page**
10   **of this exhibit.**
11       MR. GOLDEN:  Mr. Translator,
12   please read this to the witness.
13       (At this time, the requested
14   material was read to the witness.)
15       A.    May I ask you, may I ask you
16   the question as of the interpreter.
17       THE INTERPRETER:  The
18   interpreter's remark, addressing to
19   the interpreter.
20       MR. GOLDEN:  I'm sorry, I
21   don't understand.
22       A.    I have a question regarding
23   the translation.  May I ask this question
24   of the interpreter?
25       MR. GOLDEN:  Oh, yes.

| Page 239 |
| --- |

1      ASHOT EGIAZARYAN
2        THE INTERPRETER:  He's asking
3    me about the grammar in this.  Do
4    you allow me to explain it to him?
5        MR. GOLDEN:  Sure.
6        THE INTERPRETER:  My response
7    was, he asked me if this was him,
8    if he was addressing Peter.  I said
9    there is no signature here, there's
10   not your name, but the email says
11   from Ashot Egiazaryan which can be
12   assumed that he's addressing,
13   because it says a raw segment from
14   my interview.  And I said I cannot
15   answer this question with certainty
16   because there is no, it's not
17   signed.  From my interview, my
18   interview.
19       Just explain my interview with
20   Dmitri Muratov.  So if he's
21   writing, my interview, his
22   interview.
23       **Q.    Mr. Egiazaryan, did you send**
24   **this email to Peter Zalmayev?**
25       MR. LUPKIN:  Objection; asked

3 (Pages 236 to 239)

ASHOT EGIAZARYAN - 1/19/2012

---

Page 240

1            ASHOT EGIAZARYAN
2    and answered. But you may answer
3    it again.
4        A.   I already responded to this
5    question, but let me answer once again
6    since you are asking, I'm grateful to you
7    for your question.
8        Q.   Please --
9        A.   I did not send.
10       Q.   Did you ask somebody to send
11   this on your behalf?
12       A.   I did not ask anybody to send
13   it on my behalf.
14       Q.   Look at the third page,
15   please.
16       A.   On my part, I would like to
17   add not only did I ever gave interview to
18   Dmitry Muratov, I've never met him in my
19   life and I've never spoken the him on the
20   telephone.
21       Q.   Please look at the third page.
22       A.   Let's do it.
23       MR. GOLDEN:  Please read, if
24   you would, explain that the bottom
25   half of this email is the previous

---

Page 241

1            ASHOT EGIAZARYAN
2    email and the top half is new and
3    read the top to him.
4        (At this time, the requested
5    material was read to the witness.)
6        A.   Please translate everything on
7    this page so that I can understand.  In
8    view of the fake, they're talking about
9    crude, fake, falsification, maybe some
10   provocation, that's why I would like to
11   understand everything before I respond.
12   Please don't hurry up.  Please once again
13   from the top.
14       THE INTERPRETER:  I'm doing it
15   from top.
16       Q.   Did you receive this email?
17       A.   In my previous response I said
18   that I had never had any contacts with
19   Dmitri Muratov, and also I have never
20   sent any emails to Peter Zalmayev.
21       Q.   Did you retain BGR to manage
22   your online activities?
23       A.   Yes.
24       Q.   Did BGR?
25       A.   Including the internet

---

Page 242

1            ASHOT EGIAZARYAN
2    activities.
3        Q.   Did BGR create a website for
4    you?
5        A.   Yes.
6        Q.   Did BGR prepare the content of
7    your website?
8        MR. LUPKIN:  Objection to
9    form.  You may answer.
10       A.   Yes.
11       MR. GOLDEN:  Would you mark
12   this next, please.
13       (Exhibit 145 for
14   identification, Bates stamped PZ
15   003738 through 3783.)
16       Q.   Mr. Egiazaryan, did Mr.
17   Gloriozov manage a bank account for you
18   at Banque SCS Alliance SA?
19       A.   The point is that I did not
20   have an account at the Banque SCS
21   Alliance.
22       Q.   Did Mr. Gloriozov have an
23   account there that he operated on your
24   behalf?
25       A.   I wouldn't like to be specific

---

Page 243

1            ASHOT EGIAZARYAN
2    here.  Are you talking about, are you
3    talking about his personal account, are
4    you talking about the accounts of the
5    companies that he managed on my behalf?
6    If you mean the latter, Gloriozov had
7    firms that he managed.
8        Q.   Did Mr. Gloriozov --
9        MR. LUPKIN:  Had you finished
10   your answer?
11       THE WITNESS:  No.
12       A.   Then definitely there were
13   accounts at the banks that he managed for
14   the firms.
15       Q.   Do you recognize the
16   signatures on the page that we're looking
17   at?
18       A.   The signature on the first
19   page could be, looks like, might be the
20   signature of my brother Suren -- no, no,
21   Artem.  Or Suren.  I would rather say
22   Artem.
23       Q.   Do you recognize the other
24   signature?
25       A.   No.

---

4 (Pages 240 to 243)

ASHOT EGIAZARYAN – 1/19/2012

---

Page 244

1    ASHOT EGIAZARYAN
2        Q.   Look at page 3746.
3            MR. LUPKIN:  I want him to use
4    the original exhibit.
5        Q.   Do you recognize the
6    signatures on that page?
7        A.   The first signature looks
8    like, I would say rather like the
9    signature of my brother Artem.
10       Q.   Do you recognize the --
11       A.   Or Suren.  They are similar.
12   I confuse their signatures.
13       Q.   Do you recognize the other
14   signature?
15       A.   The second signature looks
16   like comparing the documents that we
17   studied yesterday which I saw about three
18   days ago prior to our interview.  Looks
19   like the signature of Gloriozov.
20       Q.   Please turn to page 3758.  Do
21   you see the name Mogford Impex
22   Corporation?
23       A.   Yes, I can see it.
24       Q.   Isn't that one of the
25   companies, one of your companies that Mr.

---

Page 245

1    ASHOT EGIAZARYAN
2    Gloriozov operated for you?
3        A.   We are getting back to the
4    same question that I responded to
5    yesterday.  Allow me to remind you.  This
6    company in my opinion belongs to and is
7    operated to Artem and belongs, in my
8    opinion, to Artem.  I find it difficult
9    to say, I don't remember whether
10   Gloriozov managed that company.  I never
11   instructed him to do so.  If he is
12   related in some way to it, I am afraid of
13   guessing.
14       Q.   Please look at page 3739.
15           MR. GOLDEN:  Mr. Translator,
16   would you please read the last
17   entry on this account page, the one
18   that is dated 22/7/09.
19           MR. LUPKIN:  May I ask what
20   account this is for?
21           MR. GOLDEN:  Yes.  If you look
22   up at the top of this page, you see
23   there's an account number and it
24   says 0079386.
25           MR. LUPKIN:  But what bank?

---

Page 246

1    ASHOT EGIAZARYAN
2            MR. GOLDEN:  I'm going to
3    explain to you.  Do you see the
4    number?
5            MR. LUPKIN:  Yes.
6            MR. GOLDEN:  Now if you look
7    at 3745 that I just showed the
8    witness.
9            MR. LUPKIN:  Okay.
10           MR. GOLDEN:  You can see at
11   the top of that page it has the
12   bank, Compagnie Bancaire
13   Helvétique, it says Mogford Impex
14   Corporation and the account number
15   is the same, 00793686.
16           MR. LUPKIN:  Yes, that's not
17   -- but then it says .0002 on the
18   document we're talking about now
19   and here it says .001.
20           MR. GOLDEN:  That was a
21   designation that the bank made for
22   some purpose that is not
23   immediately clear to me, but it
24   seems to be the same account.  If
25   he wants to deny it, he can deny

---

Page 247

1    ASHOT EGIAZARYAN
2    it, but I'm going to ask him
3    questions.
4            MR. LUPKIN:  Please continue.
5    Note my objection.
6            MR. GOLDEN:  Mr. Translator,
7    please read that line to the
8    witness.
9            THE INTERPRETER:  For me to
10   understand, the very last line?
11           MR. GOLDEN:  The last line,
12   yes.
13           THE INTERPRETER:  This
14   22/07/09?
15           MR. GOLDEN:  Yes.
16           (At this time, the requested
17   material was read to the witness.)
18       Q.   Mr. Egiazaryan --
19       A.   Is this the return of the
20   money from company White & Case LLP?
21           MR. LUPKIN:  Objection; lacks
22   foundation.  You may answer.
23       A.   But what is the question?
24           MR. GOLDEN:  Mr. Translator, I
25   didn't ask a question.  I just

---

5  (Pages 244 to 247)

Page 248

1        ASHOT EGIAZARYAN
2    asked you to read it to him.
3        THE INTERPRETER: I read it.
4        MR. GOLDEN: And then there
5    was an objection to a --
6        THE INTERPRETER: Again, he's
7    asking me to read it again to him
8    in Russian.
9        MR. GOLDEN: But there's no
10   question. I asked you to read it
11   and I think that Mr. Lupkin
12   unintentionally confused the
13   witness by objecting even though
14   there wasn't a question.
15       Q.   Do you know of a law firm
16   named White & Case?
17       A.   Yes. It is a large American
18   law firm.
19       Q.   Does that law firm, has that
20   law firm done legal work for you?
21       A.   Yes.
22       Q.   In July of 2009, did White &
23   Case make a deposit on your behalf into
24   this account of $36,000 -- $36 million?
25       A.   Maybe, maybe the translation

Page 249

1        ASHOT EGIAZARYAN
2    is not quite correct. You mean this firm
3    deposited the money to me?
4        Q.   Did this firm make a $36
5    million deposit for you to this account?
6        MR. LUPKIN: Objection to
7    form. You may answer.
8        A.   The way I understood it the
9    question was, and let me respond to this
10   question to be correct. Now I'm just
11   repeating your question, that the firm
12   White & Case made a deposit of $36
13   million to me, gave this money to me,
14   that is your question?
15       Q.   No, the question is --
16       A.   The firm White & Case never
17   gave me $36 million and did not make a
18   deposit for my benefit.
19       Q.   Do you remember a transaction
20   around the time of July 2009 that
21   generated about $36 million for you?
22       A.   In July of 2009?
23       Q.   Yes.
24       A.   Well, if I understand
25   correctly, maybe they're talking here

Page 250

1        ASHOT EGIAZARYAN
2    about the sales of a jet aircraft, that
3    White & Case was conducting that
4    transaction.
5        MR. VESLER: Hold it. White &
6    Case provided legal support for
7    this sale/purchase transaction.
8    It's not jet aircraft, it was just
9    aircraft sale.
10       THE INTERPRETER: If this is
11   an aircraft, but he didn't say
12   provided legal support. He said --
13       (Interpreters confer.)
14       THE INTERPRETER: He didn't
15   say legal, he didn't use the word
16   legal.
17       A.   That White & Case, I don't
18   know, supported.
19       MR. GOLDEN: If I might, the
20   distinction you're making I don't
21   think matters to the question.
22       MR. VESLER: Okay, fine.
23       A.   May I complete my response?
24       MR. LUPKIN: Certainly, but
25   don't speculate.

Page 251

1        ASHOT EGIAZARYAN
2        A.   Well, the only transaction
3    that White & Case was involved in was the
4    sales by Artem of an aircraft called
5    Gulfstream, Gulfstream 550. I was not
6    told about the details, the particulars
7    of the transaction. That's why I was not
8    privy to the details of this transaction.
9    That's why I cannot say if this was this
10   transaction or not. I was not engaged in
11   the nuances and the technicalities of
12   this transaction.
13       Q.   In 2009, did Mogford own an
14   airplane?
15       A.   In 2009 I think yes.
16       Q.   Did you ever use it?
17       A.   Yes, I have used it a few
18   times.
19       Q.   And do you remember that that
20   plane was sold?
21       THE INTERPRETER: When?
22       Q.   Do you remember that it was
23   sold?
24       A.   Yes, naturally, I know about
25   it.

6 (Pages 248 to 251)

ASHOT EGIAZARYAN - 1/19/2012

Page 252

1    ASHOT EGIAZARYAN
2        Q.   Did White & Case do the legal
3    work for the sale of that airplane?
4            MR. LUPKIN:  Objection; asked
5        and answered.  You may answer
6        again.
7        A.   I've already responded.  I
8    will answer once again.
9        Q.   Is the answer yes?
10       A.   Well, the answer is just the
11   way I can formulate that.
12       Q.   Did White & Case handle the
13   sale of the airplane?
14       A.   I did not handle the technical
15   transaction or the conversations with
16   White & Case about the sales of the
17   aircraft, of the airplane.
18       Q.   Who made the decision to
19   sell --
20       A.   I know that the owner of the
21   company Mogford, my brother, Artem,
22   handled that.  That is why all the
23   negotiations with White & Case were
24   conducted by him.  I did not communicate
25   with White & Case about the

Page 253

1    ASHOT EGIAZARYAN
2    technicalities of the sales of the
3    airplane and that's why I'm not familiar
4    with them.
5        Q.   Do you know of a company --
6            MR. LUPKIN:  He's not finished
7        with his answer.
8            MR. GOLDEN:  He's long
9        finished.
10           MR. LUPKIN:  No, he's not.
11       A.   That's why I cannot guess
12   about the negotiations with White & Case
13   regarding the technicalities of this
14   issue.
15       Q.   Did you have in 2009 an
16   attorney/client relationship with White &
17   Case?
18           MR. LUPKIN:  Objection; calls
19       for a legal conclusion, but you may
20       answer based on your understanding.
21       A.   Yes.
22       Q.   Do you know of a company named
23   Lulie International?
24       A.   I've heard about this company.
25       Q.   What is that company?

Page 254

1    ASHOT EGIAZARYAN
2        A.   I've heard -- I've heard about
3    this company during my conversations with
4    my brother Artem or Suren.  I think it
5    was Artem.
6        Q.   What does Lulie International
7    do?
8        A.   I don't know.
9        Q.   Turn to page --
10       A.   I could only guess.
11       Q.   Turn to page 3740.
12           MR. GOLDEN:  Mr. Translator,
13       would you please read to him the
14       second entry on the account sheet.
15           (At this time, the requested
16       material was read to the witness.)
17           THE INTERPRETER:  May I,
18       interpreter's remark, may I ask you
19       a question?  Payment is abbreviated
20       for payment, right, the second
21       line?
22           MR. GOLDEN:  That's how I read
23       the statement.
24           THE INTERPRETER:  Okay,
25       payment.  And then Ord meaning

Page 255

1    ASHOT EGIAZARYAN
2    order?
3            MR. GOLDEN:  That's how I read
4        it.
5            THE INTERPRETER:  What is
6        favor, meaning in favor?
7            MR. GOLDEN:  That's how I read
8        it.
9            THE INTERPRETER:  Thank you,
10       it's for my --
11           (At this time, the requested
12       material was read to the witness.)
13       Q.   Is Lulie International an
14   offshore company?
15           MR. LUPKIN:  Objection; lacks
16       foundation.  You may answer.
17       A.   I've already responded that I
18   don't know the registration, the type of
19   business of this company, of Lulie
20   International.  I did not own Lulie and I
21   don't own it.
22       Q.   What is the -- do you know a
23   company named Clear Voice?
24           MR. LUPKIN:  Objection; asked
25       and answered, but you may answer

7 (Pages 252 to 255)

Page 256

ASHOT EGIAZARYAN
1
2  again.
3      A.   I've heard about that company.
4  If we are talking about the same company.
5  That my brother Suren has such a company.
6      Q.   Mr. Translator, please --
7      A.   My cousin.
8          MR. GOLDEN:  Mr. Translator,
9  please read to the witness the two
10 lines in the approximate middle of
11 the page, both dated the 12th of
12 October 2009.
13         MR. LUPKIN:  Excuse me, may I
14 just interrupt here, Jim, for a
15 second?  I think you may have the
16 dates wrong.  I think they're using
17 the European dates, in which case
18 the month would be in the middle
19 instead of the day.  It says
20 12/10/09.  That means October 12th,
21 2009.
22         MR. GOLDEN:  That's what I
23 said, I said the 12th of October
24 2009.
25         MR. LUPKIN:  Is that what you

Page 257

ASHOT EGIAZARYAN
1
2  said?  I apologize.  Forgive me.
3          (At this time, the requested
4  material was read to the witness.)
5      A.   Okay.
6      Q.   Do you know why Lulie
7  transferred $5 million to this Mogford
8  account on the 12th of October 2009?
9      A.   Let me say once again.  I'm
10 not handling either Lulie, the Lulie
11 company or Mogford company.  The
12 companies Lulie and Mogford do not belong
13 to me.  I'm not handling their financial
14 operations and do not know about them.
15 That is why I cannot comment on these
16 companies' operations.
17     Q.   Please look at page 3759.
18         MR. GOLDEN:  Mr. Translator,
19 please read the portion of this
20 page between the line "Opening of
21 bank account" and the number
22 information about four lines down.
23         (At this time, the requested
24 material was read to the witness.)
25         THE INTERPRETER:  Okay, I've

Page 258

ASHOT EGIAZARYAN
1
2  read it in.
3      Q.   Were you aware that on the
4  18th of November 2009 Mogford Impex
5  Corporation opened an account at the Hypo
6  Investment Bank of Liechtenstein?
7      A.   They could have done it.
8      Q.   Please turn to page 3764.
9          MR. GOLDEN:  Mr. Translator,
10 please read the portion of this
11 that begins at the top where it
12 says client and there's a number
13 and through the line that says to
14 Edward Lozansky.
15         (At this time, the requested
16 material was read to the witness.)
17     Q.   Mr. Egiazaryan, who is Edward
18 Lozansky?
19     A.   Edward Lozansky is a citizen
20 of the United States, a scientist.  In
21 his time he came to America, he was
22 granted political asylum.  His wife owns
23 the magazine -- he and his wife own the
24 magazine called Continent.  He is the
25 president of the so-called Russia House

Page 259

ASHOT EGIAZARYAN
1
2  in Washington.
3          His wife was the daughter of a
4  general who brought the Russian, the
5  Soviet troops into Czechoslovakia when
6  they crushed the Czechoslovakian revolt
7  there.
8      Q.   Are you referring to 1967?
9      A.   Absolutely correct.
10     Q.   When did Mr. Lozansky get
11 political asylum?
12     A.   I don't know in what year he
13 got it.
14     Q.   Was it in the last ten years,
15 or before that?
16     A.   I know that it was still when
17 there was the Soviet Union.
18     Q.   When did you first meet him?
19     A.   I met him approximately in the
20 year 1990.
21     Q.   What were the circumstances
22 when you met him?
23     A.   Oh maybe it was in 1991.  The
24 circumstances, when he was engaged in the
25 student exchange with I think Moscow

8 (Pages 256 to 259)

ASHOT EGIAZARYAN - 1/19/2012

Page 260

```
 1          ASHOT EGIAZARYAN
 2    State University.  We were involved in
 3    the academic environment at that time.
 4    He had contacts with and was a friend of
 5    Gavril Popov, G-a-v-r-i-l-4 P-o-p-o-v.
 6    That is a famous scientist.  Right now
 7    he's the president of the International
 8    University in Moscow.  He was my
 9    scientific dean of my work.  And it was
10    during one of the meetings that I met
11    him.
12        Q.   Do you know why Mogford paid
13    him $200,000?
14        MR. LUPKIN:  Please don't
15    speculate.
16        A.   My response is that quite
17    probable I had asked Artem to pay this
18    money to Lozansky.
19        Q.   Why did you ask Artem -- why
20    did you ask Artem to pay the money?
21        A.   Because I didn't have my own
22    money, that's why I could ask Artem or
23    Suren to borrow money and pay Lozansky.
24        Q.   But why did you want to pay
25    Lozansky?
```

Page 261

```
 1          ASHOT EGIAZARYAN
 2        A.   Probably I owed him money for
 3    some of his services.  I owed money to
 4    him and I had to repay that.
 5        Q.   Why --
 6        A.   And I did repay him.
 7        Q.   What services did he perform
 8    for you?
 9        A.   I don't remember now.  It was
10    about three years ago.  I have to look up
11    the documents, the archives.
12        Q.   And where are the documents?
13        A.   I have them in my archives in
14    Moscow, in my office.
15        Q.   Turn to page 3765.  Do you
16    know the company Mitra Holding?
17        A.   I recognize the name.
18        Q.   What is Mitra Holding?
19        A.   I don't remember.  It's not my
20    company.  This is exact.
21        Q.   Do you know why Mogford Impex
22    made a payment in 2010 to the World Chess
23    Foundation?
24        MR. LUPKIN:  Objection; lacks
25    foundation.  You may answer.  You
```

Page 262

```
 1          ASHOT EGIAZARYAN
 2    may answer.
 3        A.   I don't remember whether it
 4    was Mogford who paid, but whether,
 5    whatever, wherever this payment came
 6    from, that was done at my request.
 7        Q.   Why did you request that
 8    payment?
 9        A.   I had many contacts with the
10    international chess organization.  I
11    think that chess is the very game that
12    helps develop people.  When I still was
13    in Russia I helped the program called
14    Chess in Schools.  I think this is a
15    correct and very useful development of
16    children to use chess.
17        Q.   Is a -- I'm sorry.
18        MR. LUPKIN:  I think there's a
19    translation coming.
20        THE INTERPRETER:  Just a
21    minute.
22        A.   I think this is a very, my
23    activity's very charitable and very
24    useful activity and I enjoyed the support
25    of the president of the chess
```

Page 263

```
 1          ASHOT EGIAZARYAN   Kirsan Ilyumzhinov
 2    association, Mr. Kersan Lumjinov, K-e-r-s-a
 3    -- I'm sorry, K-e-r-s-a-n, and last name
 4    is L-u-m-j-i-n-o-v.  I think it's very
 5    important, that's why I rendered my
 6    assistance.
 7        Q.   Is the law firm Aviaras and
 8    Philippou representing you in Cyprus?
 9        A.   Yes, perhaps.  The name in
10    English sounds slightly different, but
11    perhaps, yes.
12        Q.   Are they representing you in
13    your lawsuit against Mr. Kerimov and Mr.
14    Kerimov's companies?
15        A.   Yes.
16        Q.   Please turn to page 3768.
17        MR. GOLDEN:  Mr. Translator,
18    please read the portion of this
19    from the top where it says client
20    through the line that says to
21    Aviaras and Philippou.
22        (At this time, the requested
23    material was read to the witness.)
24        A.   What company, can you say
25    again?
```

ASHOT EGIAZARYAN - 1/19/2012

Page 264

ASHOT EGIAZARYAN
1
2      THE INTERPRETER:  The witness
3  asked me to read to him from whom
4  that transfer was.  May I read it?
5      MR. GOLDEN:  Yes.  What are
6  you going to read, what part of it?
7      THE INTERPRETER:  You tell me.
8      MR. GOLDEN:  Oh, okay, fine.
9  Show to him the client number at
10  the upper left-hand corner, 318240.
11      (At this time, the requested
12  material was read to the witness.)
13      Q.   Did you request that 550,000
14  Euros be paid to Aviaras and Philippou.
15      A.   Yes, I think so.  *Such payments were.*
16      Q.   Why did you make the payment
17  from the Mogford Impex account?
18      A.   Well, probably because at that
19  time I had asked my cousin to do that as
20  a loan to me.
21      Q.   Is a law firm named Greenberg
22  Traurig doing legal work for you?
23      A.   You mean Traurig? *requested*
24      Q.   Yes. *and approved by*
25      A.   Yes. *all of the parties that retained Aviaras and Phillippou.*

Page 265

ASHOT EGIAZARYAN
1
2      Q.   Please turn to page 3773.  Did
3  you request that a payment from Mogford
4  Impex be made to Greenberg Traurig in the
5  amount of $100,000?
6      A.   I worked with --
7      MR. LUPKIN:  Just one second.
8  If what the answer is going to be
9  relates to what it is that
10  Greenberg Traurig did for them, I'm
11  going to ask that Mr. Muranov leave
12  the room.
13      MR. GOLDEN:  That wasn't my
14  question.
15      MR. LUPKIN:  Well, I don't
16  know what the answer is going to
17  be, so I just want to --
18      A.   Shall I answer?
19      Q.   Yes.
20      A.   Quite probable that I've paid
21  the accounts.  I don't remember which
22  accounts, but I work, I work with the
23  firm Greenberg and I'm paying their
24  bills, but I just don't remember the
25  dates or which accounts I can answer.

Page 266

ASHOT EGIAZARYAN
1
2  But I don't remember, but if you ask me
3  what the date and which account and which
4  payment, I can tell you, but I don't
5  remember the specific dates and
6  statements.
7      Q.   In 2010 how many different
8  accounts did you use to pay lawyers who
9  were working for you?
10      A.   I said, I've already answered
11  before that the question that I don't
12  remember the accounts.  I'm paying them,
13  but when and which account and on what
14  day I don't remember.
15      Q.   That wasn't the question.  The
16  question is in 2010 approximately how
17  many different accounts do you use to pay
18  your lawyers?
19      A.   None of my own.
20      Q.   Whose accounts do you use to
21  pay your lawyers?
22      A.   When I need the money I ask
23  either Suren or Artem and I have an
24  agreement with them that when I need
25  money they furnish it to me.  And they

Page 267

ASHOT EGIAZARYAN
1
2  make payments as a loan to me.
3      Q.   And do they make payments --
4      A.   Myself, I don't own any
5  account except the account in Moscow.
6      Q.   When you say the account in
7  Moscow, what do you mean?
8      MR. LUPKIN:  Before you answer
9  that question, it is not covered
10  within the ambit of what is
11  presumptively attorneys' eyes only,
12  but given the nature of what I
13  perceive Mr. Muranov's role is
14  here, I think that asking questions
15  about the Moscow account, including
16  whatever details you're going to
17  ask about, I'd like to have done on
18  a attorneys' eyes only basis.
19      MR. GOLDEN:  Actually, I don't
20  want any details, all I'm going to
21  ask him is to tell me whether it's
22  a personal account or a business
23  account and if it's a business,
24  what's the name of the business.
25  That's all I'm going to ask him.

10 (Pages 264 to 267)

ASHOT EGIAZARYAN - 1/19/2012

Page 268

```
 1        ASHOT EGIAZARYAN
 2        MR. LUPKIN:  Okay, let's see
 3   what he says.
 4        MR. GOLDEN:  What was my
 5   question?
 6        (Record read as requested.)
 7    A.   I meant an account in Moscow.
 8    Q.   Is it a personal account or a
 9   business account?
10    A.   Personal account.
11    Q.   Please turn to page 3774.
12        MR. GOLDEN:  Mr. Translator,
13   please read that to the witness.
14        (At this time, the requested
15   material was read to the witness.)
16    Q.   Do you know the name of a
17   company Red Giant?
18    A.   The point is that I saw this
19   -- I saw this paper quite recently, a few
20   days ago when I was preparing for the
21   deposition.
22    Q.   Do you know the name of a
23   company named Red Giant?
24    A.   Yes.
25    Q.   What is it?
```

Page 269

```
 1        ASHOT EGIAZARYAN
 2    A.   I understand this company
 3   belongs to, after I said this, I
 4   understand that this company is owned by
 5   Gloriozov.
 6    Q.   Is it owned by Gloriozov on
 7   behalf of somebody else?
 8    A.   I don't think he owns this
 9   company on my behalf.  I have not given
10   any instructions, any orders to -- I've
11   never asked him to create this company on
12   my behalf and he never told me that he
13   was creating this company on my behalf.
14    Q.   Do you know why Mogford paid
15   $5 million to Red Giant?
16        MR. LUPKIN:  Objection; lacks
17   foundation.  You may answer.
18    A.   No.
19    Q.   Is Drew Holiner a lawyer who's
20   representing you in the United Kingdom?
21        THE INTERPRETER:  I'm sorry, I
22   failed to understand the name.
23    Q.   Drew Holiner.
24    A.   Maybe you meant Holiner.
25    Q.   Yes, that's what I meant.
```

Page 270

```
 1        ASHOT EGIAZARYAN
 2    A.   Yes.
 3    Q.   Did you request that Mogford
 4   pay him $2.2 million at any time in 2011?
 5    A.   I did not ask Mogford to make
 6   payment, I had asked Artem so that he
 7   would organize payment to him.
 8    Q.   Was that for legal work that
 9   Mr. Holiner was doing for you?
10    A.   Quite correct.
11    Q.   Did you request that Mogford
12   pay $2 million --
13    A.   And also the services that he
14   is probably doing for Artem because I
15   cannot -- because I cannot talk about the
16   exact amount, which portion of that
17   amount goes to pay, to pay for my
18   services to me.
19    Q.   In approximately May of 2011,
20   did you request that Mogford pay $2
21   million to Aviaras and Philippou?
22    A.   From Aviaras.
23    Q.   If you look at page 3776,
24   that's where this transaction is shown.
25    A.   As I have told you previously
```

Page 271

```
 1        ASHOT EGIAZARYAN
 2   about Holiner, the same thing about this
 3   Cypriot, that amount contains also
 4   payments for my bills because this law
 5   firm is handling both Artem and my issues
 6   and that amount could be, could contain
 7   my portions, you know, payments for my
 8   bills.
 9        MR. GOLDEN:  Would you please
10   read to him the portion of this
11   document following reference in the
12   lower right-hand, right side.
13        (At this time, the requested
14   material was read to the witness.)
15    Q.   Did Mogford purchase offices
16   in Cyprus?
17    A.   As I've already said, that
18   this company, Mogford, does not belong to
19   me, and that company, the Mogford company
20   may conduct purchases of offices,
21   airplanes, conduct other business.  As
22   far as I'm concerned, I have no relations
23   with the activities of this company.
24        I have heard conversations
25   that there were some development projects
```

11 (Pages 268 to 271)

ASHOT EGIAZARYAN - 1/19/2012

Page 272

ASHOT EGIAZARYAN
1  in Cyprus. That Artem had studied those
2  questions and since the market now is
3  pretty much down so the prices to
4  purchase real estate in Cyprus is quite
5  favorable now.
6     Q. **In approximately May of 2011**
7  **did you request that Mogford transfer $2**
8  **million to Suren?**
9     A. No.
10    Q. **Please turn to page 3745.**
11       MR. GOLDEN: Mr. Translator,
12  would you read to the witness the
13  line about two-thirds of the way
14  down for the date 5th of May 2011
15  that says transfer favor
16  Egiazaryan.
17       (At this time, the requested
18  material was read to the witness.)
19    A. What is the amount?
20    Q. **In May of 2011, did Mogford**
21  **transfer $900,000 to you?**
22    A. No.
23    Q. **In the United States, do you**
24  **have a bank account in your name?**

Page 273

ASHOT EGIAZARYAN
1     A. My response is no.
2     Q. **In the United States, is there**
3  **an account in your wife's name?**
4     A. My wife has an account, but I
5  can speak for her that this money has not
6  been transferred to her.
7        MR. GOLDEN: Please read to
8  the witness the next line on the
9  date of the 16th of June 2011 that
10 begins "Payment order."
11       (At this time, the requested
12 material was read to the witness.)
13    A. Yes, quite possible. It was
14 payment that is made, was made to my wife
15 at my -- at my request as a loan.
16    Q. **A loan to -- let me ask a**
17 **different question.**
18       **Is Natalia Tsagolova your**
19 **wife?**
20    A. Yes, Tsagolova.
21    Q. **And you said before that this**
22 **payment is a loan?**
23    A. Yes, I said so.
24    Q. **A loan from whom to whom?**

Page 274

ASHOT EGIAZARYAN
1     A. Either from Artem or Suren.
2     Q. **If you don't have a checking**
3  **account in the United States, how do you**
4  **pay personal bills?**
5     A. Very simple. I have an
6  account in Moscow. I use that account.
7        THE INTERPRETER: Can we get a
8  short break?
9        MR. GOLDEN: Yes, we can take
10 a break.
11       THE VIDEOGRAPHER: This will
12 end tape 5, volume 2 of the
13 deposition of Ashot Egiazaryan, the
14 time is 11:31 a.m., we're off the
15 record.
16       (A recess was taken.)
17       THE VIDEOGRAPHER: This is the
18 start of tape number 6 in the
19 deposition of Ashot Egiazaryan.
20 The time is 11:46 a.m., we're on
21 the record.
22       MR. GOLDEN: Please mark this
23 next.
24       (Exhibit 146 for

Page 275

ASHOT EGIAZARYAN
1  identification, Bates stamped
2  EA-0000026 through 29 and 20 through
3  25.)
4     Q. **Mr. Egiazaryan, please turn to**
5  **the page numbered 0000020.**
6        MR. LUPKIN: There's no 20
7  here.
8        THE INTERPRETER: There is.
9        MR. LUPKIN: There is at the
10 back?
11       THE INTERPRETER: In Russian.
12       MR. GOLDEN: It's in
13 approximately the middle.
14       MR. LUPKIN: Before we begin
15 the questioning, Jim, since this is
16 on an issue pertaining to a pending
17 criminal matter, I would ask that
18 Mr. Muranov not be presented and
19 this be treated as attorneys' eyes
20 only.
21       MR. GOLDEN: That's not within
22 the scope of the judge's order.
23       MR. LUPKIN: I understand
24 that, I understand it's not within

12 (Pages 272 to 275)

Page 276

1    ASHOT EGIAZARYAN
2    the scope, but I'm saying under
3    these circumstances, given the
4    pendency of the case and what we
5    believe Mr. Muranov's affiliations
6    are, it's inappropriate for him to
7    be sitting here during any
8    discussion of this and I would ask
9    that he not be here.  So we have a
10   couple of options.  We can save it
11   for the end, we can do it as
12   attorneys' eyes only or we cannot
13   do it.
14       MR. GOLDEN:  Give me a minute
15   to consult with my colleagues.
16       THE VIDEOGRAPHER:  The time is
17   11:48 a.m., we're off the record.
18       (A recess was taken.)
19       THE VIDEOGRAPHER:  The time is
20   11:57 a.m., we're back on the
21   record.
22       MR. GOLDEN:  Did you make your
23   request on the record?
24       MR. LUPKIN:  I think I made
25   the request on the record, but I

Page 277

1    ASHOT EGIAZARYAN
2    can summarize what has been agreed
3    to if it's okay.
4        MR. GOLDEN:  If it's on the
5    record I'll just respond.  We don't
6    agree that the questioning about
7    document 146 and related things are
8    within the judge's attorneys eyes
9    only order, but to have the
10   deposition move more efficiently,
11   we will agree that Mr. Muranov will
12   leave the room, we will temporarily
13   treat this material as attorneys's
14   eyes only.  After we have the
15   transcript, we will ask you to lift
16   it and if you don't, we'll go back
17   to the judge just as we did on the
18   LDPR issue.
19       MR. LUPKIN:  Very good.
20       (At this time, Mr. Muranov
21   left the deposition room.)
22       (The following testimony
23   contained was designated
24   confidential, attorneys' eyes only
25   and bound separately:)

Page 293

1    ASHOT EGIAZARYAN
2        MR. LUPKIN:  May I ask what
3    subject it is?
4        MR. GOLDEN:  Well, let me show
5    you the first document rather than
6    me summarizing it.
7        Would you mark this next.
8        (Exhibit 149 for
9    identification, article in Novaya
10   Gazeta.)
11       MR. LUPKIN:  You can have him
12   come back in.
13       (At this time, Mr. Muranov
14   returned to the deposition room.)
15   Q.   Mr. Egiazaryan, what is
16   Exhibit 149?
17       MR. LUPKIN:  Would you like
18   him to read it?
19       MR. GOLDEN:  First I'm asking
20   him to tell me what it is.
21       MR. LUPKIN:  Well, I would
22   imagine he would need to read it
23   before he can tell you what it is,
24   but at least familiarize yourself
25   with the document, Mr. Egiazaryan,

Page 294

1    ASHOT EGIAZARYAN
2    before you answer Mr. Golden's
3    question.  You can answer Mr.
4    Golden's question.
5    Q.   Is this an article, a press
6    article of some kind?
7    A.   Yes, I would say rather yes.
8    Because on top it says Novaya Gazeta,
9    N-o-v-a-y-a.
10   Q.   And what is Novaya Gazeta?
11   A.   Novaya Gazeta is a periodic
12   publication in Russia.
13   Q.   In 2003, was it published
14   online or in paper form?
15   A.   I can only say that I saw it
16   in their street newspaper stands or
17   arriving there on plane.  It was
18   distributed there, yes, on paper.
19   Q.   Would you read the title of
20   the article, please?
21   A.   That was on 01/12/2003, "OPG
22   joined the Euro Union."
23   Q.   What is OPG?
24   A.   I don't know what they're
25   talking about.  I just read what you

13  (Pages 276 to 294)

ASHOT EGIAZARYAN - 1/19/2012

Page 295

1          ASHOT EGIAZARYAN
2    asked me to do.
3         Q.    Read the section right below
4    the headline.
5         A.    "The shots in the center of
6    Moscow, are they going to be echoed in
7    Okhotny Ryad?" O-k-h-o-t-n-y, Ryad,
8    R-y-a-d.
9         Q.    Isn't there more than that?
10        A.    "Last week, the information
11   agencies sent published information, a
12   report, which do not spoil reader that
13   often: A triple murder has been revealed
14   of the former employees of the MVD of
15   Armenia - David Margaryan."
16   M-a-r-g-a-r-y-a-n. Then row of dots.
17        Q.    Does OCG stand for United
18   Criminal Group?
19        A.    Well, I have to read the
20   article and then we're going to decipher
21   it.
22        Q.    You don't recognize the phrase
23   OCG as United Criminal Group without
24   reading the article?
25        A.    It could be deciphered in any

Page 296

1          ASHOT EGIAZARYAN
2    way, it could also be deciphered as
3    United Industrial Group.  That's why I
4    have to read it.
5         Q.    Are you familiar with the
6    American English phrase organized crime?
7         A.    I'm familiar with the
8    organized crime.  It is the same in all
9    languages, you know, the essence when you
10   translate it.
11        Q.    Is United Criminal Group an
12   organized crime group?
13        A.    Which one?
14        Q.    That was my question.  Is the
15   group United Criminal Group, OCG, a group
16   of organized criminals?
17        MR. LUPKIN:  Objection; asked
18   and answered.  You may answer it.
19        A.    That's what I am saying.  I
20   have to read the whole article and then
21   we would understand the context, the
22   context it is mentioned.  Let me read the
23   article and then I can tell you what they
24   mean by that.
25        Q.    Mr. Egiazaryan, I gave this

Page 297

1          ASHOT EGIAZARYAN
2    article to your lawyers I think on Monday
3    so they could show it to you before the
4    deposition today.  Have you read this
5    article before today?
6         A.    I did not see this article at
7    my lawyers'.  That's why I'm saying I
8    have to read it.  Well, I see judging by
9    the top line they're talking about 2003.
10   If you ask me about all the articles I
11   read in 2003, I cannot answer that
12   question.  The point is at my work I have
13   to familiarize myself with quite a number
14   of articles published in that day in the
15   press.  I am going to be happy to answer
16   your question after I read it.
17        Q.    Please read the article to
18   yourself and each time you come to your
19   name tell us so we can count how many
20   times your name is mentioned in this
21   article.
22        A.    Okay.
23        MR. LUPKIN:  Before any -- can
24   we take a two second break, please,
25   while he's reading the article?

Page 298

1          ASHOT EGIAZARYAN
2        MR. GOLDEN:  Yes, but tell him
3    to keep reading.  Jon, I want him
4    to call out every time he spots his
5    name, so I think you ought to be
6    here as he reads the article.
7        MR. LUPKIN:  Why doesn't he
8    underline it and we'll come back.
9        MR. GOLDEN:  Okay.  Why don't
10   we go off the video.
11        THE VIDEOGRAPHER:  The time is
12   12:49 p.m., we're off the record.
13        (A recess was taken.)
14        (The following took place off
15   the video record.)
16        THE WITNESS:  You told me to
17   mention when I see my last name.
18        MR. GOLDEN:  His lawyers told
19   him just to underline them until
20   they came back.
21        THE WITNESS:  If they come
22   back.  If they go to have lunch.
23        THE VIDEOGRAPHER:  The time is
24   12:54 p.m., we're back on the
25   record.

14 (Pages 295 to 298)

ASHOT EGIAZARYAN - 1/19/2012

Page 299

1      ASHOT EGIAZARYAN
2      MR. LUPKIN:  As I noted to Mr.
3  Golden off the record, the document
4  that we're talking about, Exhibit
5  149, as we understand it, was not
6  part of the package of documents
7  that was provided to us in advance
8  by Mr. Golden.  I just wanted the
9  record to be clear on that.
10     Please continue.
11     MR. GOLDEN:  Since you
12  mentioned it, I have to say I think
13  I sent it to you, but perhaps we
14  can confirm it if it matters.
15     Q.   Mr. Egiazaryan, did you read
16  the article?
17     A.  Yes.
18     Q.   How many times is your name
19  mentioned?
20     MR. LUPKIN:  I object to this
21  procedure unless you have him read
22  the context.  But go ahead.
23     A.  Four.
24     Q.   Does the article mention a man
25  named Tevos Safaryan?

Page 300

1      ASHOT EGIAZARYAN
2      A.  Yes.
3      Q.   Does the article say that at
4  some point Mr. Safaryan was the suspect
5  in a murder case?
6      MR. LUPKIN:  May I inquire of
7  counsel what the relevance of this
8  document is to whether or not there
9  was a defamation case that went on
10  that accused my client of
11  anti-Semitism?
12     MR. GOLDEN:  We've been
13  through all this with Judge
14  Gorenstein.
15     MR. LUPKIN:  Yes, we have.
16     MR. GOLDEN:  This is an
17  article written about him in 2003
18  that affects his reputation and so
19  it's relevant.
20     MR. LUPKIN:  Well, no, I don't
21  think that that's what the
22  magistrate said.  The magistrate
23  said that there are lines to be
24  drawn between reputation -- Jim,
25  you obviously have a difficult time

Page 301

1      ASHOT EGIAZARYAN
2  keeping a straight face.  I'd ask
3  you to comport yourself in a
4  professional manner as we're having
5  a dialogue on the record.  My issue
6  --
7      MR. GOLDEN:  Wait a second,
8  wait a second, if you're going to
9  talk like that to me, I'm going to
10  respond.  That's the third time in
11  a court proceeding you've asked me
12  that question and every time you
13  asked the question I'm going to
14  smile, okay.  I think you're
15  pompous and when you're pompous you
16  make me smile.  That's why I smile.
17     So if you acted differently I
18  wouldn't smile.  But sometimes I
19  do.
20     Now, if you want to have a
21  discussion about this document, go
22  ahead.
23     MR. LUPKIN:  You're entitled
24  to your opinion, but be that as it
25  may, the magistrate made a ruling

Page 302

1      ASHOT EGIAZARYAN
2  under the Sharon case that certain
3  things are relevant with regard to
4  reputation and that there are
5  certain things that are not.  And
6  unless you could explain to me why
7  this is remotely relevant to his
8  reputation on the subject matter
9  that remains in the case, I'm not
10  going to permit him to answer
11  anymore questions about this.
12     MR. GOLDEN:  Well then are you
13  directing him not to answer
14  pursuant to a motion that you're
15  going to make to terminate the
16  deposition?
17     MR. LUPKIN:  The procedure
18  that the magistrate talked about
19  was directing the witness not to
20  answer.  The procedure said -- well
21  first let me -- are you going to
22  answer my question?  Can you
23  explain to me why this is relevant
24  to that reputation?
25     MR. GOLDEN:  Not until you

15 (Pages 299 to 302)

ASHOT EGIAZARYAN - 1/19/2012

Page 303

1      ASHOT EGIAZARYAN
2 tell me what you're planning to do.
3      MR. LUPKIN:  I'm not going to
4 answer that question until you tell
5 me what the relevance is.
6      MR. GOLDEN:  It was discussed
7 at length before Judge Gorenstein
8 and I'm not going to repeat myself.
9      MR. LUPKIN:  We'll take it
10 question by question.  Please
11 proceed.
12     MR. GOLDEN:  Would you read
13 back the last question, please.
14     (Record read as requested.)
15   A.   Analyzing Gevorkyan's
16 connections, G-e-v-o-r-k-y-a-n apostrophe
17 s, in Sleuths and investigators of
18 special services ran into another name,
19 Tevos Safaryan.
20   **Q.   The article mentions a bank**
21 **named Mosnatsbank.  What is that?**
22   A.   I have already responded to
23 this question before.  I can repeat.
24 This was the bank where I was the
25 chairman of the board.

Page 304

1      ASHOT EGIAZARYAN
2   **Q.   Is Mosnatsbank the same as**
3 **Moscow National Bank?**
4   A.   Yes.
5   **Q.   Does the article say that your**
6 **name appeared in Mr. Safaryan's notebook?**
7     MR. LUPKIN:  Objection.
8   A.   No.
9   **Q.   Please look at the second to**
10 **last paragraph.  I'm sorry, the third to**
11 **last paragraph in the article.**
12  A.   Which one, the third?
13  **Q.   The third to last paragraph.**
14  A.   Probably the second one.
15  **Q.   Does the -- I may have used**
16 **the wrong word.  Does the article say**
17 **that in an address book your name was**
18 **found?**
19    MR. LUPKIN:  Objection, the
20 document speaks for itself.  But
21 you may answer.
22  A.   Absolutely correct, the
23 document speaks for itself.
24  **Q.   Well, does the document say**
25 **that your name was found in some kind of**

Page 305

1      ASHOT EGIAZARYAN
2 **a book, an address book, perhaps, by Mr.**
3 **Safaryan?**
4     MR. LUPKIN:  Objection to
5 form.  You can translate.
6   A.   Your statement is incorrect.
7   **Q.   Read the sentence where your**
8 **name appears for the first time.**
9   A.   Just a minute.  "Paging
10 through this address book, the agents
11 could run into a mass of interesting
12 names, including the name of Ashot
13 Egiazaryan."
14  **Q.   Would you read the rest of**
15 **that sentence, please.**
16  A.   "Who headed that very same
17 Mosnatsbank."
18  **Q.   Keep reading the sentence.**
19  A.   "Whose former managers began
20 to die for very strange coincidence of
21 circumstances just at the time when they
22 mixed with Mr. Safaryan."
23    I want to draw your attention
24 to what in Russian this particular phrase
25 means.  In Russian means that the

Page 306

1      ASHOT EGIAZARYAN
2 investigators might run into, but it
3 doesn't say that they ran into, that they
4 saw interesting names.
5    You stated this as a fact that
6 took place.  There's a principle
7 difference what might have happened or
8 what did happen.
9   **Q.   Would you please read the next**
10 **paragraph.**
11  A.   Which one?
12  **Q.   The next paragraph.**
13  A.   "A mass of curious stories are
14 connected with Egiazaryan:  Mosnatsbank,
15 the budget of the Moscow district, which
16 until now cannot forgive Ashot Egiazaryan
17 strange manipulations with the properties
18 in Daev Lane and so on and so on.  But
19 the most capital row was around the
20 personality of the former prosecutor
21 general Yuriy Skuratov."  Yuriy,
22 Y-u-r-i-i, Skuratov, S-k-u-r-a-t-o-v.
23 "In which Ashot Egiazaryan, currently
24 deputy chairman of the committee, of the
25 budgeting committee of the state Duma,

16 (Pages 303 to 306)

ASHOT EGIAZARYAN - 1/19/2012

Page 307

1          ASHOT EGIAZARYAN
2   who is planning to extend his candidacy
3   to a new term and his good acquaintance
4   Nadir," N-a-d-i-r, "Hapsirokov," Khapsirokov
5   H-a-p-s-i-r-o-k-o-v, "former manager,
6   business manager of the prosecution, the
7   office of the prosecutor general, managed
8   to be shown in the, in this case in a
9   serious matter."
10       **Q.   Is that the end of the**
11  **paragraph?**
12       A.   Isn't it so?  Maybe in Russian
13  and English these paragraphs differ.
14       **Q.   What's the last phrase in the**
15  **paragraph?**
16       A.   Well the last word was, I can
17  -- I can go on.  Let me read it.  Well,
18  you meant I should read it.  I read
19  everything to the end.
20       **Q.   What is the phrase in**
21  **quotation marks?**
22       A.   You mean the person, the man
23  who looks like the prosecutor general?
24       **Q.   Yes, that phrase.  Would you**
25  **read that in quotation marks.**

Page 308

1          ASHOT EGIAZARYAN
2       A.   I've read it once again.  "The
3   man who looks like the prosecutor general
4   rests in an apartment on Polyanka,"
5   P-o-l-y-a-n-k-a, "in the society of
6   doubtful women."
7       MR. GOLDEN:  We can break for
8   lunch now.
9       MR. LUPKIN:  I think it really
10  depends on the court reporter.
11      THE VIDEOGRAPHER:  The time is
12  1:13 p.m., we're off the record.
13          (Luncheon recess: 1:13 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 309

1          ASHOT EGIAZARYAN
2   A F T E R N O O N  S E S S I O N
3          1:55 p.m.
4       THE VIDEOGRAPHER:  The time is
5   1:55 p.m., we're back on the
6   record.
7       VALERII M. SCHUKIN,
8   called as the interpreter in this
9   action, resumed, having been
10  previously sworn.
11      IGOR VESLER,
12  called as the check interpreter
13  in this action, resumed, having
14  been previously sworn.
15      ASHOT EGIAZARYAN,
16  resumed, having been previously
17  duly sworn, was examined and
18  testified through the interpreter
19  further as follows:
20      CONTINUED EXAMINATION
21      BY MR. GOLDEN:
22      **Q.   Mr. Egiazaryan, I have shown**
23  **you Exhibit 29 which is in front of you.**
24  **Can you tell me what it is?**
25      A.   It states here "Aleksey

Page 310

1          ASHOT EGIAZARYAN
2   Mitrofanov, the history of the LDPR,
3   origins and facts."  As far as I know
4   this photograph is that of Zhirinovsky
5   and there is also my picture here, too.
6   And of one of my opponents, Mr. Kerimov.
7       **Q.   What's in front of you is just**
8   **a few pages.  Is this a book?**
9       MR. LUPKIN:  Don't guess.
10      A.   This is a Xerox copy.
11      **Q.   But do you know whether it's a**
12  **photocopy of a book, of the cover of a**
13  **book?**
14      A.   Yes, I've seen it.  I've seen
15  the book.  I saw the book before, about
16  two or three days ago for the first time.
17      **Q.   When you saw it two or three**
18  **days ago, did you see the whole book?**
19      A.   No, I only looked at the
20  cover.  I found myself here, the picture
21  in the left bottom corner circled.
22      **Q.   A few days ago when you looked**
23  **at it, did you have in your hands or on**
24  **the table in front of you the entire**
25  **book?**

17  (Pages 307 to 310)

ASHOT EGIAZARYAN - 1/19/2012

Page 311

**ASHOT EGIAZARYAN**
1   **ASHOT EGIAZARYAN**
2   A.   Yes, fully.
3   Q.   **When was the first time that**
4   **you saw the book?**
5        MR. LUPKIN:  Objection; asked
6   and answered.  You may answer
7   again.
8   A.   As I have already said, it was
9   two or three days ago.  The first page
10  was blue or light blue.
11  Q.   **Before a few days ago, were**
12  **you aware of the book?**
13  A.   I had not seen it.
14  Q.   **Had you ever met Aleksey**
15  **Mitrofanov?**
16  A.   I know Aleksey Mitrofanov used
17  to a member of the state Duma.  I
18  personally met with him probably about
19  two or three times.  That is why I cannot
20  refer to myself as either his friend or
21  his comrade.  More than visually, we have
22  not met.  We have never had tête-à-tête
23  conversations.
24  Q.   **What was his role in LDPR?**
25  A.   In the LDPR he was a deputy.

Page 312

1   ASHOT EGIAZARYAN
2   Then he had a conflict with Zhirinovsky.
3   I don't know the reason for that
4   conflict, but there was some major
5   conflict.
6   Q.   **You said one of the people on**
7   **the cover was your opponent.  Is that Mr.**
8   **Kerimov?**
9   A.   Not was, but is.  He remains.
10  Q.   **He remains your opponent?**
11  **Yes?**
12  A.   Yes.
13  Q.   **Which picture on the cover is**
14  **Mr. Kerimov?**
15  A.   This one.
16       THE INTERPRETER:  The
17  interpreter's remark:  Indicating
18  to the very bottom picture, second
19  from right.
20  Q.   **And which one is you?**
21  A.   As I've already said, in the
22  left bottom corner.
23  Q.   **Is the person in the middle on**
24  **the bottom Zhirinovsky's son?**
25  A.   Quite correct.

Page 313

1   ASHOT EGIAZARYAN
2   Q.   **Is Mitrofanov immediately to**
3   **our right of Zhirinovsky?**
4   A.   Let me see.  Yes, you're
5   right.
6   Q.   **Do you know why the 23 or 24**
7   **people who are on the cover were chosen**
8   **to be on the cover by whoever prepared**
9   **the book?**
10  A.   I did not make that choice,
11  probably the one who published the book
12  did that and I would say rather those
13  were the deputies in the LDPR fraction at
14  that time.
15  Q.   **Do you remember when this book**
16  **was written?**
17  A.   As I have said already prior
18  to that, I saw this book for the first
19  time two or three days ago.  That's why
20  it's difficult for me to state what I
21  don't know.
22  Q.   **Didn't you say you had heard**
23  **about the book before a few days ago?**
24  A.   I did not say about this book
25  that I had heard it about it.

Page 314

1   ASHOT EGIAZARYAN
2   Q.   **In 2007, approximately how**
3   **many LDPR deputies were in The Duma?**
4        MR. LUPKIN:  Excuse me just
5   one second.  You say the LDPR, you
6   mean the fraction?
7        MR. GOLDEN:  Well, I said the
8   LDPR deputies.
9        MR. LUPKIN:  Right, so my
10  question is members of the fraction
11  or members of the party?
12       MR. GOLDEN:  I mean LDPR
13  deputies.
14       MR. LUPKIN:  Note my
15  objection.  You may answer.
16  A.   I just don't remember.
17  Q.   **Would you turn to the third**
18  **page of this exhibit, please.  I**
19  **misspoke, I meant the fourth page.**
20  **Please read the top part of the page.**
21  A.   "Mitrofanov, the history of
22  the LDPR, origins and facts."
23  Q.   **Below that what does it say?**
24  A.   "Chapter number 10,
25  yesterday's and today's cadre of the LD

18  (Pages 311 to 314)

ASHOT EGIAZARYAN - 1/19/2012

Page 315

ASHOT EGIAZARYAN

1    ASHOT EGIAZARYAN
2  staff."
3       MR. VESLER:  Officials.  It's
4  not just the personnel.
5       THE INTERPRETER:  Okay, we can
6  say officials of the LDPR.
7       A.   1994-2006.
8       Q.   Next there's a large paragraph
9  beneath your name.  Do you see that?
10      A.   Shall I read it?
11      Q.   Well, first I just want you to
12  tell me if that is under your name?
13      A.   The paragraph starts with my
14  name.
15      Q.   And is what is contained under
16  your name a summary of biographical
17  information?
18      MR. LUPKIN:  Please review it.
19      A.   May I read it?
20      Q.   Yes.
21      A.   I've read it.
22      Q.   Is that biographical summary
23  accurate?
24      A.   No, not accurate.
25      Q.   What is inaccurate?

Page 316

ASHOT EGIAZARYAN

1       A.   Many facts are inaccurate.
2       Q.   Would you identify two or
3  three that are inaccurate?
4       A.   I can.  I'm going to tell you
5  in a minute.  It's written here the bank
6  Transcredit.  I'm not aware of such a
7  bank and did not participate in it.
8       Also, it says the general
9  director of the company Prof-Media.  I
10 was not the director of Prof-Media.
11      Also a member of the Liberal
12 Democratic Party of Russia, which also
13 does not correspond with the reality.
14      Well, at first glance three
15 inconsistencies.
16      Q.   Where it says that you were
17 the general director of Prof-Media
18 company, did you have no connection to
19 Prof-Media company?
20      THE INTERPRETER:  Your
21 question was were you ever?
22      Q.   I'll ask a different question.
23 What is inaccurate about that sentence?
24      A.   I did not work at the company

Page 317

ASHOT EGIAZARYAN

1       Prof-Media as a general director.  I did
2  not work there at all.  Just a mistake.
3       Q.   Were you an investor in Prof-
4  Media company?
5       A.   No.
6       Q.   Did you have anything to do
7  with Prof-Media company?
8       A.   Well, maybe the maximum that I
9  did may be conducting some negotiations
10 or consultations.  There could have been
11 some negotiations.
12      Q.   It says --
13      A.   Just a mistake, it happens.
14      Q.   It says you were the chairman
15 of Moscow National Bank.  That's correct,
16 right?
17      A.   I've already answered your
18 question on several occasions.  Yes, it
19 is true.
20      Q.   It said that you worked as an
21 engineer at the Moscow Silk Factory.  Is
22 that correct.
23      THE INTERPRETER:  Silk,
24 S-i-l-k?

Page 318

ASHOT EGIAZARYAN

1       MR. GOLDEN:  Yes.
2       A.   Yes, I did say it is true.
3       Q.   It says that you were the
4  director general of the Fund for Social
5  and Economic Development.  Is that
6  correct?
7       A.   Yes, I have said that on many
8  occasions that is true.
9       Q.   It says that you were the
10 chairman of the board of 000 KB Russian
11 House.  Is that correct?
12      A.   Yes, that is correct.
13      Q.   What was that business?
14      A.   Which business of them?
15      Q.   000 KB Russian House?
16      A.   KB Russian House was a
17 commercial bank which operates today.
18 Banking business, servicing clients,
19 physical personalities, legal entities,
20 credit cards, a successful bank.
21      Q.   How long were you the
22 chairman?
23      A.   Well I can say several years.
24 Approximately that was starting in 1995

19  (Pages 315 to 318)

Page 319

ASHOT EGIAZARYAN

1   or maybe in 1996, probably for three or
2   four years. I can even say more. I was
3   the one who created that bank.
4       Q.   When did you create the bank?
5       A.   Sometime in the mid-nineties.
6       Q.   Were you a majority owner of
7   the bank?
8       A.   Yes.
9       Q.   Did you sell your ownership of
10  the bank?
11      A.   Yes.
12      Q.   When did you sell it?
13      A.   It was sold at the end,
14  sometime in '96, '98, '99, '98, during
15  that period of time.
16      Q.   Do you remember approximately
17  how much you sold it for?
18      A.   I cannot tell you.
19      Q.   For how long were you the vice
20  chairman of The Duma's budget and taxes
21  committee?
22      A.   I was there from 2000 to 2003.
23  And from 2003 till 2007.
24      Q.   Were you on the budget and
25

Page 320

ASHOT EGIAZARYAN

1   taxes committee after 2007?
2       A.   Yes, I was.
3       Q.   Were you -- until you were,
4   until you left The Duma, were you a
5   member of the budget and taxes committee?
6       A.   Prior to my exiting The Duma,
7   I --
8           THE INTERPRETER: I'm sorry, I
9       have to verify that.
10      A.   I exited Duma about a month
11  ago. Prior to that, I was a member of
12  The Duma and a member of the budget and
13  taxes, taxation committee.
14      Q.   When you were the vice
15  chairman, did somebody appoint you to be
16  the vice chairman?
17      A.   Yes.
18      Q.   Who appointed you?
19      A.   The Duma.
20      Q.   Was it a person who appointed
21  you?
22      A.   They voted. Deputies vote and
23  they appoint.
24      Q.   Is that an important position
25

Page 321

ASHOT EGIAZARYAN

1   in The Duma?
2       A.   Not among the deputies. The
3   important position at The Duma is the
4   chairman of the committee. In this case,
5   the chairman of a committee, any
6   committee acquires certain privileges.
7   That's why it is more important. Just a
8   member of a committee or vice chairman of
9   a committee, they are equal in their
10  rights and do not possess important
11  privileges.
12      Q.   Did the budget and taxes
13  committee have more than one vice
14  chairman?
15      A.   I would say much more than
16  one, I would say about five, six or seven
17  people.
18      Q.   There were five, six or seven
19  vice chairmen, is that what you're
20  saying?
21      A.   Yes.
22      Q.   Turning back to the page in
23  front of you, please read so the
24  translator can translate the second
25

Page 322

ASHOT EGIAZARYAN

1   paragraph.
2       A.   The second one?
3       Q.   The second one, yes.
4       A.   This one?
5       Q.   Yes.
6       A.   "365 vice chairmen of the
7   committee of the state Duma for budget
8   and taxes, taxation. Member of the
9   Liberal Democratic Party of Russia. A
10  member of the fraction of the LDPR. Vice
11  chairman of the budget and taxation
12  committee of the state Duma."
13          May I bring some coffee for
14  me?
15      Q.   Yes.
16          MR. LUPKIN: I guess we're
17  going off the record for a second.
18          THE VIDEOGRAPHER: This will
19  end tape 6 of the deposition of
20  Ashot Egiazaryan. The time is
21  2:24, we're off the record.
22          (A recess was taken.)
23          THE VIDEOGRAPHER: This is the
24  start of tape number 7 in the
25

20  (Pages 319 to 322)

ASHOT EGIAZARYAN - 1/19/2012

Page 323

1         ASHOT EGIAZARYAN
2    deposition of Ashot Egiazaryan.
3    The time is 2:28 p.m., we're on the
4    record.
5         MR. GOLDEN:  I'm going to ask
6    questions about subjects that are
7    within the attorneys' eyes only
8    confidentiality restrictions, so
9    I'll ask the court reporter to note
10   that on the transcript and also to
11   note that Mr. Muranov is not in the
12   room.
13        MR. LUPKIN:  Thank you.
14        (At this time, Mr. Muranov
15   left the deposition room.)
16        (The following testimony
17   contained was designated
18   confidential, attorneys' eyes only
19   and bound separately:)
20
21
22
23
24
25

Page 376

1         ASHOT EGIAZARYAN
2         Q.   Is Gibson, Dunn involved in
3    your arbitration in London against Mr.
4    Kerimov?
5         A.   Yes.
6         Q.   Did BGR write press releases
7    for you?
8         A.   Yes.
9         Q.   I may have asked you this
10   before, if I did, I apologize.  How much
11   money have you paid BGR, approximately?
12        MR. LUPKIN:  Objection; asked
13   and answered.  You may answer it
14   again.
15        A.   I don't remember.
16        Q.   Do you know what is the dollar
17   amount of your damage claim in this case?
18        A.   In what claim?
19        Q.   All your claims?
20        A.   There are several of them.
21        Q.   All your claims?
22        A.   Over 2.5 billion.
23        Q.   I meant your claim not in
24   London, your claim in the lawsuit that
25   brings us here today?

Page 375

1         ASHOT EGIAZARYAN
2         (At this time, Mr. Muranov
3    returned to the deposition room.)
4         Q.   Mr. Egiazaryan, there exists
5    in this case a contract on your behalf
6    with BGR.  The contract was made by
7    Gibson, Dunn.  The contract is in
8    English.  Did anybody ever explain it to
9    you?
10        A.   I did not ask.
11        Q.   Whose idea was it to retain
12   BGR?
13        A.   The idea, the initiative was
14   mine.  It was Gibson, Dunn who
15   recommended that to me.
16        Q.   The idea -- let me just repeat
17   to make sure I understood.  The idea to
18   hire a PR agency was yours, is that what
19   you said?
20        A.   The initiative to hire a PR
21   agency was mine.
22        Q.   And you said that the specific
23   recommendation of BGR came from Gibson,
24   Dunn; is that right?
25        A.   Correct.

Page 377

1         ASHOT EGIAZARYAN
2         A.   Well, you just mentioned about
3    Kerimov in your previous question, that
4    your question was.  That's why I
5    responded that way.
6         Q.   I understand how I confused
7    you.  So I'm correcting it.  My question
8    is what is your damage claim in the case
9    that brings us all here today?
10        A.   Well the damage claim and the
11   expenses related to this claim, they are
12   constantly growing and at this given
13   moment I cannot tell you.  Later on --
14   later on a specific amount will be
15   determined.
16        Q.   What do you think is your net
17   worth today?
18        MR. LUPKIN:  Objection; asked
19   and answered, but you can answer it
20   again.
21        A.   At this given moment?
22        Q.   Yes.
23        A.   Or for some year?
24        Q.   At this moment.
25        A.   At this moment, it's negative.

21 (Pages 323 to 377)

ASHOT EGIAZARYAN - 1/19/2012

---

Page 378

ASHOT EGIAZARYAN
1
2   Q.   What are the assets that you
3   have today?
4       A.   What are?
5   Q.   What assets do you own today?
6       (Instruction not to answer.)
7       MR. LUPKIN:  Excuse me, before
8   you answer that question, may I ask
9   why you're asking this line of
10  questioning, why it's relevant to
11  the claim?
12      MR. GOLDEN:  To understand --
13  it's relevant to his motivations
14  and to evaluate the credibility of
15  other things he's said.
16      MR. LUPKIN:  I'm going to
17  direct the witness not to answer
18  that.
19  Q.   Do you consider your claim
20  against Kerimov to be an asset?
21      A.   I do not quite understand the
22  question.
23  Q.   I will ask another question.
24  Do you remember a time in February of
25  2011 when you met with an Associated

---

Page 379

ASHOT EGIAZARYAN
1
2   Press reporter named Douglas Birch?
3       A.   Yes.  What month it was in?
4   Q.   February -- let me clarify
5   that.  The article was written on
6   February 6th, 2011.  The meeting was
7   sometime before February 6th.  You
8   remember the meeting?
9       A.   Yes.
10  Q.   Who was present at the
11  meeting?
12      A.   The company Greenberg was
13  present at the meeting.
14  Q.   Was anybody from BGR present?
15      A.   No.
16  Q.   Who from Greenberg was
17  present?
18      A.   There was Sandy present from
19  Greenberg, and Don.
20  Q.   Who is Don?
21      A.   A lawyer working at Greenberg.
22  Q.   Was the meeting, was the
23  meeting in Greenberg's office?
24      A.   Yes.
25  Q.   Who arranged for the meeting?

---

Page 380

ASHOT EGIAZARYAN
1
2       A.   Greenberg did.
3   Q.   What was the reason for the
4   meeting?
5       A.   Probably I can only make a
6   supposition.
7   Q.   What did you think was the
8   purpose of the meeting?
9       A.   I think that probably the
10  reporter had some interest in me, had
11  questions to me.
12  Q.   But why did Greenberg contact
13  the reporter to arrange the meeting?
14      A.   I expressed my supposition.
15  It is slightly different from your
16  statement, from your question.
17  Q.   Maybe I misunderstood you.
18  Didn't you say that Greenberg arranged
19  the meeting with the reporter?
20      A.   Yes, but I think it would
21  rather happen on the initiative of the
22  reporter.
23  Q.   How would the reporter know to
24  contact Greenberg about talking to you?
25      A.   Well, one probably has to ask

---

Page 381

ASHOT EGIAZARYAN
1
2   in that case Greenberg or the reporter.
3   I did not talk on that topic, I did not
4   clarify.
5   Q.   Did you speak at the meeting?
6       A.   Yes.
7   Q.   Did somebody translate your
8   Russian for the reporter?
9       A.   But he speaks Russian.
10  Q.   Douglas Birch speaks Russian?
11      A.   I think he spoke Russian.
12  Maybe there was an interpreter, but I
13  somehow paid my attention that he did
14  speak Russian.
15  Q.   Mr. Birch wrote another
16  article on March 9, 2011.  Did you meet
17  with him again?
18      A.   I don't remember this.
19  Q.   Do you know --
20      A.   I met with him once and that
21  is for sure.  Maybe we met again.  I just
22  don't remember.
23  Q.   Do you know who provided
24  information to Mr. Birch for his second
25  article?

---

22 (Pages 378 to 381)

ASHOT EGIAZARYAN - 1/19/2012

Page 382

ASHOT EGIAZARYAN

1
2     A.   Let me read the second
3  article, then I can comment.  I just
4  don't remember what was written in the
5  first article and in the second article.
6     Q.   Would you show the witness
7  Exhibit 31, please, it's the second
8  article.
9     A.   Do you have the Russian
10  version?
11     Q.   I don't.
12     A.   Too bad.
13     Q.   Should we go on to another
14  question or do you want the translator to
15  read, to translate this for you?
16     A.   I would like that to be
17  translated.
18     Q.   Go ahead.
19        (At this time, the requested
20  material was read to the witness.)
21     Q.   So I think that the
22  outstanding question was do you know who
23  gave information to Mr. Birch for the
24  article that was just read to you?
25     A.   Greenberg could have given

Page 383

ASHOT EGIAZARYAN

1
2  this information.  I don't remember.
3  Maybe it was me who talked to him, I just
4  don't remember.  I had some telephone
5  conversations with him at this or at
6  another moment, I just don't remember.
7     Q.   In response to Mr. Zalmayev's
8  commentary in the Jewish Journal there
9  was a letter that appeared over your
10  name.  Do you remember that?
11     THE INTERPRETER:  In the
12  Jewish newspaper?
13     MR. GOLDEN:  Yes.
14     MR. LUPKIN:  It's called the
15  Jewish Journal, that's the name of
16  it.
17     A.   What was the question?
18     Q.   Do you remember the letter
19  that was written on your behalf?
20     MR. LUPKIN:  Objection; lacks
21  foundation.  You may answer.
22     A.   Well maybe I should take a
23  look at this.
24     Q.   I don't have it handy.  Do you
25  remember the letter that was written on

Page 384

ASHOT EGIAZARYAN

1
2  your behalf?
3     MR. LUPKIN:  Just wait.
4  Finish translating.  Are you
5  finished?
6     THE INTERPRETER:  Yes.
7     MR. LUPKIN:  I want to
8  interpose an objection.  Assumes
9  facts not in evidence and lacks
10  foundation.  You may answer.
11     A.   I remember the fact that there
12  was a letter but I need to read the text.
13     Q.   Did you write it?
14     A.   It had been prepared.
15     Q.   Who --
16     A.   Based on my comments.
17     Q.   Who prepared it?
18     A.   Probably it was the BGR.
19  Usually the way it is done, whatever the
20  BGR prepares is coordinated, this is
21  coordinated with the lawyers, they look
22  at it, then they submit it -- submit it
23  to me.
24     Q.   And does somebody read it to
25  you or translate it for you?

Page 385

ASHOT EGIAZARYAN

1
2     A.   It could have been in Russian
3  and they could have read it over the
4  telephone.  That was not principal --
5  principally important.
6     MR. GOLDEN:  Mark that next,
7  please.
8        (Exhibit 150 for
9  identification, Bates stamped PZ
10  000513 through 516.)
11     Q.   Mr. Egiazaryan, tell me what
12  Exhibit 150 is?
13     A.   These are the excerpts from
14  the transcript, as I can see here, of the
15  meeting of the session on June the 28th,
16  2001.
17     Q.   When you say the session, is
18  it a Duma session?
19     A.   It is written here the
20  building of the state Duma, the grand
21  hall, June 28th, 2001, 10 o'clock.  The
22  chair is by the chairman of the state
23  Duma, G.N. Seleznyov.
24     Q.   Please look at the second
25  page.  Is the second, does the second

23  (Pages 382 to 385)

ASHOT EGIAZARYAN - 1/19/2012

Page 386

1    ASHOT EGIAZARYAN
2    page show the vote on June 28 for members
3    of the LDPR faction?
4        MR. LUPKIN:  I caution the
5    witness not to speculate and only
6    answer if he knows.
7        A.   Let me look.  I cannot
8    understand which was the issue.
9        Q.   Is that the record of some
10   vote of the members of the LDPR faction?
11       MR. LUPKIN:  Same caution,
12   don't speculate.
13       A.   It's interesting that it says,
14   this is what I don't quite understand, I
15   have to understand it.  It says here
16   Mitrofanov using Slutsky's card.  How can
17   it be Mitrofanov on Slutsky's card.
18   Mitrofanov has his own card.
19       Q.   Well that's on the first page,
20   I'm referring to the second page.
21       A.   Well but that refers to the
22   first page.
23       Q.   My question is about the
24   second page.  Did you ever see a record
25   of votes in this form?

Page 387

1    ASHOT EGIAZARYAN
2        A.   You mean the vote in this form
3    what?
4        Q.   Yes, I mean the votes recorded
5    in the form in which it appears on the
6    second page?
7        A.   And what is your question?
8        Q.   What was his answer?  The
9    question is have you ever seen the votes
10   recorded for the LDPR faction in the form
11   in which it appears on the second page?
12       A.   No.
13       MR. GOLDEN:  Mark this next,
14   please.
15       (Exhibit 151 for
16   identification, Bates stamped PZ
17   000493 through 496.)
18       A.   I think that was the issue
19   that was presented by Mitrofanov against
20   the surrender of Milosevic to going's
21   tribunal.
22       Q.   And what was Mitrofanov's
23   position on that?
24       A.   I was not present at that
25   session, that's why I don't know.  This

Page 388

1    ASHOT EGIAZARYAN
2    Mitrofanov acting on Slutsky's card.
3        Q.   When you testified
4    yesterday --
5        A.   Well, this is what, a
6    different document already is it the
7    same?  Because the dates are different.
8        Q.   The two documents are
9    different, but I have a question that's
10   not about the document.  Yesterday you
11   described voting in The Duma where the
12   cards of deputies were used by other
13   people to vote.  Do you remember when you
14   explained that?
15       A.   Correct.
16       Q.   When the votes were done in
17   that way, would the electronic system
18   record a vote for the name of a Duma
19   deputy who was not present?
20       MR. LUPKIN:  Objection to
21   form.  You may answer.
22       A.   Yes.  A person, a member of
23   the Parliament may not be at The Duma and
24   somebody, well, the same person who votes
25   can push the button.

Page 389

1    ASHOT EGIAZARYAN
2        Q.   And would it record the vote
3    for somebody who was not present?
4        A.   Certainly.
5        MR. GOLDEN:  Next, please.
6        (Exhibit 152 for
7    identification, Bates stamped PZ
8    000491 through 492.)
9        MR. LUPKIN:  I'm sorry, Jim,
10   did we mark 151 and not use it?
11       MR. GOLDEN:  Correct, I did
12   mark it and I did not ask any
13   questions.
14       MR. LUPKIN:  So we're going to
15   keep it marked that way?
16       MR. GOLDEN:  Yes.
17       MR. LUPKIN:  Would you let the
18   record reflect Exhibit 151 is a
19   document that bears Bates
20   designation 000493, 494 and 495 and
21   496.  Please continue.
22       Q.   Mr. Egiazaryan, is Exhibit 152
23   about proceedings in The Duma involving
24   whether members of The Duma would stand
25   in silence on September 19, 2001 to

24 (Pages 386 to 389)

ASHOT EGIAZARYAN - 1/19/2012

Page 390

1   **ASHOT EGIAZARYAN**
2   **recognize the attacks in New York on**
3   **September 11, 2001?  Is that what this**
4   **document pertains to?**
5       A.   Well, I haven't read it yet.
6           MR. LUPKIN:  While the witness
7   is reading the document, you don't
8   need to translate that.  I see on
9   the screen that the Exhibit 151 has
10  the numbers but doesn't have the
11  prefix for the Bates, it's PZ.
12      A.   What was your question about?
13      **Q.   Did I summarize correctly the**
14  **subject of this document?**
15          MR. GOLDEN:  Did you translate
16  the question?
17          THE INTERPRETER:  Yes.
18      A.   Summarize, what was the
19  summary about?
20      **Q.   Is this document about whether**
21  **The Duma would stand in recognition of**
22  **the attacks in New York in September**
23  **2001?**
24      A.   Yes.
25      **Q.   Did Mr. Mitrofanov oppose the**

Page 391

1       **ASHOT EGIAZARYAN**
2   **idea of standing in silence?**
3       A.   Well, maybe we are talking
4   about the Mitrofanov that wrote that book
5   about me with mistakes regarding me.  I
6   would gladly comment his actions at that
7   moment if I had been present there.  At
8   the time and the day I was in London.
9   Because that was a very memorable moment.
10  I think any person would remember where
11  he physically was at that time, at the
12  time of that tragedy.
13      **Q.   Do you remember Mr. --**
14      A.   As far as I'm concerned, I am
15  in -- I expressed my solidarity with the
16  idea of standing up and being silent for
17  some time as memory of that tragedy.
18      **Q.   You were not in The Duma that**
19  **day, right?**
20      A.   Well, as I've already said, I
21  was in London.
22      **Q.   So if you were not in The**
23  **Duma, you did not stand up in The Duma**
24  **that day, right?**
25      A.   I did -- I did not -- I did

Page 392

1       ASHOT EGIAZARYAN
2   not do anything in The Duma because I
3   physically was not in The Duma.  I was in
4   London.  London is not a hotel, it's the
5   city in Great Britain.
6       **Q.   Did Mr. Mitrofanov oppose**
7   **standing in The Duma that day?**
8           MR. LUPKIN:  Objection; asked
9   and answered.  You may answer
10  again.
11      A.   Well, as I already said in my
12  previous response, I was not, I was not
13  present in The Duma because I was in
14  another country.
15      **Q.   As a member of the --**
16      A.   Because the daughter of the
17  friend of mine was physically not far
18  from the World Trade Center on that day
19  in New York.
20      **Q.   Please stop.  None of this,**
21  **none of this has anything to do with the**
22  **question.**
23          MR. LUPKIN:  Excuse me.
24  Excuse me, I don't agree with that
25  and the witness should be permitted

Page 393

1       ASHOT EGIAZARYAN
2   to answer the question.  At the
3   very least the translation should
4   be completed.
5       A.   Well, for me it's just a very
6   sensitive issue that tragedy because it
7   touched directly on me and at that
8   particular moment regarding my emotions
9   about my feelings.
10      **Q.   Listen to the question**
11  **carefully, please.  Does this document**
12  **refer to Mr. Mitrofanov opposing Duma**
13  **members standing?**
14          MR. LUPKIN:  Objection; asked
15  and answered and the document
16  speaks for itself.
17          MR. GOLDEN:  Will you
18  stipulate that that's what it says
19  because he hasn't acknowledged that
20  yet.  But if you stipulate to it,
21  that's fine with me.
22          MR. LUPKIN:  Jim, I don't
23  speak Russian so I can't pretend to
24  understand what the document says.
25          MR. GOLDEN:  There's an

25 (Pages 390 to 393)

ASHOT EGIAZARYAN - 1/19/2012

Page 394

1          ASHOT EGIAZARYAN
2    English translation.
3          MR. LUPKIN:  It's a document,
4    he hasn't authenticated it and I'm
5    not going to stipulate to anything.
6          MR. GOLDEN:  Then I'm going to
7    keep asking the question until he
8    answers it.
9          MR. LUPKIN:  Okay.
10     Q.   Is that what -- does the
11   document refer to Mr. Mitrofanov opposing
12   Duma members standing?
13         MR. LUPKIN:  Will you give me
14   a standing objection so I don't
15   have to interrupt you?
16         MR. GOLDEN:  Yes.
17         MR. LUPKIN:  Thank you.
18     A.   The material submitted to me
19   by you, yes, in some way could be
20   interpreted that way.
21     Q.   Do you remember that there
22   were members of the LDPR faction who did
23   not stand in The Duma that day?
24         MR. LUPKIN:  Objection;
25   assumes facts not in evidence.  You

Page 395

1          ASHOT EGIAZARYAN
2    may answer.
3      A.   Once again, let me repeat my
4    response as to the previous question.
5    Maybe it is not proper for me to
6    speculate regarding Mitrofanov on the
7    issues here, but at that, on that day I
8    was in another country.  That is
9    answering your question and it's not the
10   second time that I'm doing this.  I
11   cannot remember what I didn't see and
12   where I was not present.
13     Q.   So you're saying that you
14   heard nothing as a Duma deputy about LDPR
15   members refusing to stand?
16         MR. LUPKIN:  Note my
17   objection.  You may answer.
18     A.   But your previous question was
19   whether I remember or I don't remember.
20   I responded to that question that I was
21   not present there so that I could
22   remember or not remember.  I was not
23   there.  I've already expressed my
24   personal attitudes to this.  It is
25   sharply negative.  Whether they stood up

Page 396

1          ASHOT EGIAZARYAN
2    or did not stand up, I don't know because
3    I was not there.
4      Q.   Did anybody tell you that LDPR
5    members refused to stand up?
6      A.   No, I did not talk to anybody
7    on this subject.  The most important
8    thing is my attitude towards this.  Well,
9    actions of other people I can either be
10   critical of them or support them.  In
11   this case, I'm critical of them.
12     Q.   Did you express your criticism
13   of them?
14         MR. LUPKIN:  Objection;
15   assumes facts not in evidence.  You
16   may answer.
17     A.   Once again I'm saying that I'm
18   rebuking that and critical of that.
19         MR. GOLDEN:  Would you mark
20   this.
21         (Exhibit 153 for
22   identification, Bates stamped PZ
23   001635 through 1634.)
24     Q.   Please turn to page 1629,
25   that's where the Russian begins.  Do you

Page 397

1          ASHOT EGIAZARYAN
2    know what this is?
3          MR. LUPKIN:  Please take an
4    opportunity to read it, Mr.
5    Egiazaryan, so that you can answer
6    counsel's question.
7      A.   It's small print.
8      Q.   Let me show you some other
9    documents.
10         MR. GOLDEN:  Would you mark
11   this.
12         (Exhibit 154 for
13   identification, Bates stamped PZ
14   000478 through 480.)
15         MR. LUPKIN:  Counsel is going
16   to show you something else.
17     Q.   Exhibit 154 --
18     A.   I haven't finished reading
19   that one.
20     Q.   I know, we're skipping to
21   another document.  We'll go back.
22   Exhibit 154 is an excerpt from The Moscow
23   Times on February 7, 2005?
24         MR. GOLDEN:  Mr. Translator,
25   please read the headline that reads

26 (Pages 394 to 397)

ASHOT EGIAZARYAN - 1/19/2012

Page 398

1   ASHOT EGIAZARYAN
2   "Duma slams letter on Jews" to the
3   end of that paragraph.
4       (At this time, the requested
5   material was read to the witness.)
6       MR. LUPKIN: I'd just like to
7   lodge an objection to the use of
8   the excerpt without the complete
9   article, but please continue over
10  my objection.
11      Q.  Mr. Egiazaryan, do you
12  remember the incident that is described
13  in that excerpt?
14      A.  I failed even to understand
15  properly this incident.
16      MR. GOLDEN:  Mark this next,
17  please.
18      (Exhibit 155 for
19  identification, article from the
20  Associated Press dated February 7,
21  2005.)
22      Q.  Mr. Egiazaryan, Exhibit 155 is
23  an article from the Associated Press
24  dated February 7, 2005.  The headline of
25  this article says "Duma slams letter on

Page 399

1   ASHOT EGIAZARYAN
2   Jews."  I think, but I can't promise you,
3   that this is the full article that was
4   excerpted in Exhibit 154.
5       A.  If it is not in Russian,
6   please read it to me.
7       Q.  Before you read it, in 2005 in
8   February, a letter signed by 500 people
9   was submitted to Russian authorities to
10  ban all Jewish organizations.  Does that
11  description sound familiar to you?
12      A.  I'm hearing it for the first
13  time.
14      Q.  The Duma adopted a resolution
15  condemning that letter.  According to
16  this article, and I will have the
17  translator read all of it to you, 58
18  members of the LDPR and Communist and
19  Rodina factions voted against the rose
20  solution.  According to this article, the
21  letter itself was actually signed by 20
22  members of the Communist LDPR and Rodina
23  factions.
24      THE INTERPRETER:  Did you say
25  20?

Page 400

1   ASHOT EGIAZARYAN
2       MR. GOLDEN: 20.
3       Q.  Does that refresh your memory
4   at all about this incident?
5       A.  No, I did not sign it.
6       Q.  That wasn't the question.  The
7   question was does it refresh your memory
8   about the incident?
9       A.  There's no need to refresh my
10  memory.  I know what I did, where I
11  participated and where I did not
12  participate.
13      Q.  Do you remember the incident?
14      A.  I think in my previous
15  response I've already answered but I can
16  repeat it.
17      Q.  Do you remember the incident?
18      A.  I can repeat the third time.
19  Not only do I not remember, but I did not
20  know about it either.
21      MR. GOLDEN:  Please read this
22  entire article.
23      (At this time, the requested
24  material was read to the witness.)
25      Q.  Mr. Egiazaryan, do you

Page 401

1   ASHOT EGIAZARYAN
2   understand that the article describes a
3   declaration by The Duma condemning
4   anti-Semitism?
5       A.  As far as I understood that
6   The Duma refused to adopt it.
7       Q.  The Duma refused to adopt the
8   letter that was submitted by, that was
9   submitted by the LDPR and other parties?
10      MR. LUPKIN:  Objection.
11  That's a mischaracterization.  It
12  said that certain of the deputies
13  signed.  It did not say that the
14  LDPR signed on.  Are you going to
15  withdraw the question and rephrase
16  it or am I just going to lodge the
17  objection.
18      MR. GOLDEN:  Please make the
19  objection.
20      MR. LUPKIN:  Please note my
21  objection.  It mischaracterizes the
22  testimony.
23      Q.  The issue -- what's described
24  here is a declaration by The Duma
25  condemning the letter.  Do you understand

27  (Pages  398 to 401)

Page 402

ASHOT EGIAZARYAN

1  that?
3      A.  Yes.
4      Q.  And according to the article,
5  all the members of the LDPR opposed the
6  declaration, do you understand that?
7          MR. LUPKIN:  Objection.
8      A.  No, I do not understand this.
9      Q.  Did the LDPR --
10         MR. LUPKIN:  Excuse me, he's
11  in the middle of an answer.
12     A.  I was not there.
13     Q.  I'm talking about the article.
14  You did understand the article as it was
15  read to you, correct?
16     A.  Yes.
17     Q.  So does the article describe
18  that all the members of the LDPR voted
19  against the declaration condemning
20  anti-Semitism?
21         MR. LUPKIN:  Objection;
22  mischaracterizes the article.
23     A.  Let me explain once again and
24  repeat what I had said before.  Well
25  judging from what was read to me, in all

Page 403

ASHOT EGIAZARYAN

1
2  probability, there was voting there, on
3  the -- on this declaration.  There had
4  been a letter that was signed by a
5  certain number of people.  I'm seeing
6  this --
7          THE INTERPRETER:  The
8  interpreter's remark, indicating
9  with his finger to Exhibit 155.
10     A.  I'm seeing this for the first
11  time right now while I'm sitting here.  I
12  was not in the hall and I did not vote.
13  If you're interested in my opinion, yes,
14  naturally, I sharply condemned that.
15     Q.  Do you understand that the
16  article says that Vladimir Putin also
17  condemned the position of the LDPR?
18         MR. LUPKIN:  Objection.  That
19  mischaracterizes the article and
20  what's represented in the article.
21         MR. GOLDEN:  John, is it your
22  position that Vladimir Putin was in
23  favor of the LDPR's position?
24         MR. LUPKIN:  No, I take issue
25  with the fact that it was the

Page 404

ASHOT EGIAZARYAN

1
2  LDPR's position because that's not
3  what it says.
4      Q.  Mr. Egiazaryan, the last, the
5  second to last sentence says "The votes
6  against the declaration came from the
7  communists and the ultra-nationalist
8  LDPR."
9          Did you understand that when
10  the translator read it before?
11     A.  Yes, I did understand that.
12  The only thing is I would like to get
13  back to your note, your remark.  Well
14  Putin condemned in principle what was
15  written but not the position specifically
16  quoted fractions.  That in other words,
17  he condemned some people and did not
18  condemn other people.  He condemned the
19  whole issue as far as I could hear from
20  the translation.
21     Q.  According to this article, on
22  the question of anti-Semitism, was Putin
23  on the LDPR side or was he opposed to the
24  LDPR?
25         (Instruction not to answer.)

Page 405

ASHOT EGIAZARYAN

1
2          MR. LUPKIN:  Objection and I'm
3  going to direct the witness not to
4  answer at this point.  This is
5  bordering on harassment and it also
6  mischaracterizes this article.  So
7  I'm going to move to terminate at
8  the appropriate time.
9          MR. GOLDEN:  You're directing
10  him not to answer this question?
11         MR. LUPKIN:  Yes, I am.
12         MR. GOLDEN:  Okay, I'll go
13  onto something else.  I would ask,
14  though, that you personally as
15  lawyers read the letter because I
16  think it's important.
17         MR. ZAUDERER:  What does that
18  mean?
19         MR. LUPKIN:  I'm not sure what
20  that means.
21         MR. GOLDEN:  It was a request
22  that I'm making to you as lawyers
23  to read the letter that was the
24  subject of that questioning, that's
25  all.

28  (Pages 402 to 405)

ASHOT EGIAZARYAN - 1/19/2012

Page 406

1      ASHOT EGIAZARYAN
2          MR. ZAUDERER:  For what
3      purpose?
4          MR. GOLDEN:  I think you'll be
5      interested.
6          MR. ZAUDERER:  I'm reading a
7      good book too.
8          MR. GOLDEN:  Mark this next.
9          (Exhibit 156 for
10     identification, article dated
11     2001.)
12     A.   I see that the print is
13     getting smaller and smaller.  Are you
14     doing this on purpose?
15     **Q.   Exhibit 156 is an article that**
16     **I think is dated the, I think the date is**
17     **sometime in 2001.  Can you read the**
18     **headline?**
19     A.   "Khapsirokov was born in
20     Egiazaryan's shirt."
21     **Q.   Who is Khapsirokov?**
22     A.   Khapsirokov worked in the
23     administration of the president of the
24     Russian Federation and he had the
25     position of the assistant, assistant to

Page 407

1      ASHOT EGIAZARYAN
2      the head of the administration of the
3      president.
4          **Q.   Is the print in this article**
5      **too small for you to read?**
6      A.   Well, but I'm going to make an
7      effort, strain myself and read it.
8          **Q.   If it's too difficult we'll**
9      **skip it, I'll show you a different one.**
10     A.   That's okay, I'll read it.
11         **Q.   Before you do, I want to ask a**
12     **question.  This is another article that I**
13     **sent to your lawyers on Monday.  Did they**
14     **show this to you before the deposition?**
15     A.   I have not seen it.
16         MR. GOLDEN:  To save
17     questioning, let me ask the lawyers
18     a question.  Did you show the
19     witness any of the ten or eleven
20     articles that I sent you on Monday?
21         MR. LUPKIN:  What we do in our
22     prep sessions is, respectfully,
23     none of your business.
24         MR. GOLDEN:  Well it's a
25     question of, it's a question to

Page 408

1      ASHOT EGIAZARYAN
2      save time.  I sent it to save time.
3      I just wondered if you showed him
4      any that you tell me and we can
5      save time by me asking him
6      questions.
7          MR. LUPKIN:  Why don't we move
8      on.
9          **Q.   Please read the article.**
10         THE VIDEOGRAPHER:  This will
11     end tape 8 in the deposition of
12     Ashot Egiazaryan.  The time is 6:01
13     p.m., we're off the record.
14         (A recess was taken.)
15         THE VIDEOGRAPHER:  This is the
16     start of tape number 9 in the
17     deposition of Ashot Egiazaryan.
18     The time is 6:03 p.m., we're back
19     on the record.
20         **Q.   Have you finished the article?**
21     A.   Yes.
22         **Q.   Were you keeping track of how**
23     **many times your name was mentioned?**
24     A.   No.  Well, I won't be able to
25     read it the second time.

Page 409

1      ASHOT EGIAZARYAN
2          **Q.   Who is Khapsirokov?**
3      A.   I've already responded to this
4      question.  I can respond again.  This is
5      a person who until recently worked as
6      assistant to the manager or the head of
7      the administration of the president of
8      the Russian Federation.
9          **Q.   It describes his involvement**
10     **with an organization called**
11     **Interprivatizatsiya; is that right?**
12     A.   That name is mentioned in the
13     article.
14         **Q.   Does the article say that he**
15     **stole money from that organization?**
16     A.   It seems to me it does mention
17     that.
18         **Q.   Does the article say that he**
19     **did a lot of plans together with**
20     **ill-famed banker Ashot Egiazaryan?**
21     A.   The article says that he is
22     relate -- has or had relations with Ashot
23     Egiazaryan.
24         **Q.   Does the article say that the**
25     **two of you together were responsible for**

29  (Pages 406 to 409)

Page 410

ASHOT EGIAZARYAN

1
2  the destruction of Mosnatsbank and
3  Unikombank?
4      A.   I did not pay attention.
5      Q.   Does the article say that in
6  the eighties you lived in the United
7  States and made business with the aid of
8  bosses of the Armenian diaspora in
9  California?
10      A.   Yes, it says so.  The only
11  thing is -- yes, it mentions that, but it
12  also mentions many other things.  I will
13  gladly answer your question which is
14  going to follow this article.  Well, what
15  is written here is complete nonsense.  I
16  will discuss it with pleasure with you.
17  In the eighties I was not in California
18  with or without bosses.  Generally, I did
19  not live in -- well, but this is not the
20  only inconsistency that is written, that
21  is mentioned in the article.
22      Q.   Please stop.  I didn't ask --
23  I didn't --
24      A.   It also says that I was the
25  chairman of the budget committee which I

Page 411

ASHOT EGIAZARYAN

1
2  was never.
3      Q.   Please stop.  That was not my
4  question.  I'm going to ask questions
5  about what's in the article.  I didn't
6  ask you whether they are true.
7      A.   Well it would have been
8  senseless to ask those questions.
9      Q.   The article describes your
10  election to the state Duma, doesn't it?
11  Does it say that in the initial --
12      MR. LUPKIN:  Excuse me, I
13  don't think there was an answer.
14      A.   Yes, there is a mention here.
15      Q.   Does the article say that --
16      A.   I read about it.
17      Q.   -- that in the initial list
18  for the LDPR faction there were 17 people
19  ahead of you, that you were number 18?
20  Does it say that Zhirinovsky asked --
21      MR. LUPKIN:  Do you want an
22  answer to that question?
23      MR. GOLDEN:  I thought he did.
24      A.   But I did not hear the
25  question.

Page 412

ASHOT EGIAZARYAN

1
2      Q.   That in the initial list for
3  the LDPR faction there were 17 people
4  ahead of you, that you were number 18?
5  Does it say that?
6      A.   Yes, it says so.
7      Q.   Does it say that your position
8  was switched with number 17 at the
9  request of Zhirinovsky so that you could
10  get into The Duma?
11      A.   Yes, the article mentions the
12  numbers in the list.
13      Q.   Does the article say "From
14  certain sources it is known that
15  Egiazaryan and Zhirinovsky had financial
16  arrangements for $3 million"?
17      A.   Let me look.  I did not pay
18  attention maybe because of the small
19  print.  Can you tell me which paragraph
20  this is?
21      Q.   The seventh paragraph from the
22  bottom, last sentence.
23      A.   Did you find about the money
24  here?  I found that paragraph about
25  Zhirinovsky.

Page 413

ASHOT EGIAZARYAN

1
2      Q.   Please read the last sentence.
3      A.   It's not that simple.
4  Honestly, I cannot see it, read it to me.
5      THE INTERPRETER:  The
6  interpreter's remark.  He's asking
7  the interpreter .  I finished
8  reading this in Russian to him,
9  paragraph 7, which starts with the
10  words "But the most daring
11  operation that Egiazaryan
12  conducted."
13      Q.   It's the next paragraph.  It's
14  the last sentence of the next paragraph.
15      MR. GOLDEN:  Mr. Translator,
16  would you please translate that
17  sentence into English.
18      THE INTERPRETER:  It says,
19  "Knowledgeable people say that
20  Egiazaryan and Zhirinovsky have a
21  financial agreement for $3
22  million."
23      Q.   Do you know what that refers
24  to, Mr. Egiazaryan?
25      A.   I don't know these

30 (Pages 410 to 413)

Page 414

1     ASHOT EGIAZARYAN
2  knowledgeable people.
3     Q.   Did you have financial
4  arrangements with him for $3 million?
5     A.   As far as I understand, if I'm
6  wrong, please correct me, in 1999 in
7  order to appear number 17 or number 18 on
8  the list, I paid to Zhirinovsky, in the
9  words of these knowledgeable people, they
10 don't cite who those people were, money.
11 With all my responsibility, I can state
12 that this statement does not correspond
13 with the reality.
14     MR. GOLDEN:  Mark this next.
15     (Exhibit 157 for
16     identification, article dated June
17     17, 2009.)
18     THE WITNESS:  Are we done with
19 that document?
20     MR. GOLDEN:  Yes.
21     Q.   Mr. Egiazaryan, what is the
22 title of this article?
23     A.   The new gazette deputy's
24 immunity.
25     THE INTERPRETER:  I'm sorry,

Page 415

1  interpreter's remark.  I think I
2  translated what this witness just
3  said, but it doesn't correspond
4  with the title of this article.
5     MR. GOLDEN:  Please give your
6  translation of the article.
7     A.   I beg your pardon, I just
8  didn't see that.  The deputy's
9  nonparticipation.  Yesterday at number 20
10 --
11     MR. GOLDEN:  Excuse me, all I
12 did was ask you to read the title.
13 Are you finished with that?
14     THE INTERPRETER:  Yes.
15     Q.   What's the date of the
16 article?
17     A.   06/17/2009.
18     Q.   Have you seen this article
19 before?
20     A.   I don't remember.  Maybe I've
21 read it.
22     Q.   Did you read it as part of
23 your preparation for this deposition?
24     A.   No.

Page 416

1     ASHOT EGIAZARYAN
2     Q.   Did you read it -- do you
3  remember reading it in 2009?
4     A.   Maybe.  Let me read it now and
5  I'll tell you.
6     Q.   Please read it.  The article
7  refers to the seizure of documents at an
8  address 000 Daev Plaza.  What is that
9  address?
10     THE INTERPRETER:  Your
11 question is what is Daev?
12     Q.   What is at that address?
13     A.   The offices of many companies
14 that rent premises there.
15     Q.   Do you own that building?
16     A.   No.
17     Q.   Does one of your companies own
18 that building?
19     A.   No.
20     Q.   Did you have offices at that
21 address?
22     A.   I rented space there.  My
23 reception room rented premises there.
24     Q.   Does the first sentence of the
25 article say that you might lose your

Page 417

1     ASHOT EGIAZARYAN
2  immunity.
3     A.   The first sentence?
4     Q.   Yes.
5     A.   Yes.
6     Q.   What's the date of this
7  article?
8     A.   06/17/2009.
9     Q.   Does the article say that your
10 business turned bad even before troubles
11 with the Moscow Hotel?
12     A.   Please show me the place.
13     Q.   The second to last paragraph.
14     A.   What was the question?  What
15 am I supposed to say?
16     Q.   Does that paragraph say that
17 you had business problems before the
18 problems with the Moscow Hotel?
19     A.   The article says that "The
20 same Deutsche Bank is entertaining views,
21 hopes not only for the Moscow Hotel, but
22 also on the trade center Europark, which
23 is located at the crossings of
24 ~~Rubelevskoe~~ and MKAD.  The bankruptcy of
25 the firm Tsenturion Alyans, to tell the

Rublyovka    31 (Pages 414 to 417)

ASHOT EGIAZARYAN - 1/19/2012

Page 418

ASHOT EGIAZARYAN
1
2 truth, initiated the same company Daev
3 Plaza, that would allow them to place
4 their manager there."
5         Now, this typical for the
6 Russian capitalism scheme of removing the
7 assets is under threat. This is what the
8 article says.
9      Q.   Is the company 000 Daev Plaza
10 one of your companies?
11     A.   The company 000 Daev Plaza is
12 not my company.
13     Q.   Please read the last sentence
14 of the article.
15     A.   "By the way, Ashot Egiazaryan
16 already now is threatened with the recall
17 of his deputy mandate, which will make
18 legally possible under the law his
19 presence on the defendant's bench."
20     Q.   Does that last sentence refer
21 to the elimination of your Duma immunity?
22         MR. LUPKIN:  Objection.  You
23 may answer.
24     A.   This sentence refers to a
25 threat of recalling Duma immunity.

Page 419

ASHOT EGIAZARYAN
1
2         MR. GOLDEN:  Mark this next.
3         (Exhibit 158 for
4 identification, article dated
5 November 24, 2011.)
6      Q.   Mr. Egiazaryan, have you seen
7 the article that is Exhibit 158 before?
8      A.   No.
9      Q.   Will you please read the
10 caption above the photograph.
11     A.   "Hinstein:  The United Russia
12 has a very short conversation with
13 corrupted people.  There should be none
14 of them here."
15     Q.   Do you know who Mr. Hinstein
16 is?
17     A.   Yes.
18     Q.   Who is he?
19     A.   As far as I know this is a
20 member of the state Duma.  Previously he
21 was treated at the psychiatric and
22 nervous hospital according to the
23 statements in the press.  He's a deputy
24 from the fraction of United Russia.
25     Q.   Did you say he was treated at

Page 420

ASHOT EGIAZARYAN
1
2 a psychiatric hospital?
3      A.   Yes, I have read about it.
4 Well he was treated in a mad house.
5      Q.   When do you remember reading
6 about that?
7      A.   I cannot tell you exactly.
8 One can look it up in the internet.
9 There would be no problem finding it.
10     Q.   Was he a member of The Duma
11 during the time you were a member of the
12 Duma?
13     A.   I think so.  I think he was a
14 deputy during a couple of -- during a
15 couple of sessions, assemblies.  He was
16 member in the past assembly.  I don't
17 remember if he was in the one before
18 that.  I think he was.  He was a deputy
19 from, from the region of ~~Nijningrad.~~ Nizhniy Novgorod.
20     Q.   Please read the caption right
21 beneath the photograph.
22     A.   Unfortunately I cannot.
23     Q.   You can't read that.  Read the
24 subtitle beneath that.
25     A.   "The deputy from the state

Page 421

ASHOT EGIAZARYAN
1
2 Duma from the United Russia, a member of
3 the general counsel of the party, took
4 part in the TV debate on the subject how
5 can we combat corruption in Russia."
6      Q.   From this article did you see
7 did Zhirinovsky participate in this
8 debate?
9      A.   Let me read it and probably
10 I'll see it or I'll not see it.
11     Q.   Okay, please look at it.
12         MR. GOLDEN:  The videographer
13 advises that we've hit our limits
14 so I guess there won't be any
15 questions about Exhibit 158.
16         THE VIDEOGRAPHER:  This will
17 end tape 9 in the deposition of
18 Ashot Egiazaryan.  The time is 6:48
19 p.m., we're off the record.
20         MR. LUPKIN:  Thank you very
21 much, Mr. Golden.  Given the
22 expiration of the 14 hours, our
23 view is the deposition is
24 concluded.
25         MR. GOLDEN:  For today.  I'm

32 (Pages 418 to 421)

Page 422

```
1            ASHOT EGIAZARYAN
2    not waiving any right that I might
3    have.
4            MR. LUPKIN:  You can preserve
5    whatever you want and our view is
6    that the deposition is finished.
7            (Time noted:  6:49 p.m.)
8
9    _____
10           ASHOT EGIAZARYAN
11
12   Subscribed and sworn to before me
13   this _____ day of _____, 2012.
14
15   _____
16
17
18
19
20
21
22
23
24
25
```

Page 424

```
1            C E R T I F I C A T E
2    STATE OF NEW YORK  )
3                      : ss.
4    COUNTY OF NEW YORK )
5
6            I, GAIL F. SCHORR, a Certified
7    Shorthand Reporter, Certified Realtime
8    Reporter and Notary Public within and for
9    the State of New York, do hereby certify:
10           That ASHOT EGIAZARYAN, the
11   witness whose deposition is hereinbefore set
12   forth, was duly sworn by me and that such
13   deposition is a true record of the testimony
14   given by the witness.
15           I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage, and that I am in no
18   way interested in the outcome of this
19   matter.
20           IN WITNESS WHEREOF, I have
21   hereunto set my hand this _____ day of
22   _____, 2012.
23
24   _____
25           GAIL F. SCHORR, C.S.R., C.R.R.
```

Page 423

```
1    NAME OF CASE: Egiazaryan v. Zalmayev
     DATE OF DEPOSITION: January 19, 2012
2    NAME OF WITNESS: Ashot Egiazaryan
     I wish to make the following changes, for
3    the following reasons:
     PAGE LINE
4    _____       CHANGE: _____
5    _____       REASON: _____
6    _____       CHANGE: _____
7    _____       REASON: _____
8    _____       CHANGE: _____
9    _____       REASON: _____
10   _____       CHANGE: _____
11   _____       REASON: _____
12   _____       CHANGE: _____
13   _____       REASON: _____
14   _____       CHANGE: _____
15   _____       REASON: _____
16   _____       CHANGE: _____
17   _____       REASON: _____
18
19   Subscribed and sworn to before me
20   this _____ day of _____, 2012.
21
22
23   _____       _____
24   (Notary Public)   My Commission Expires:
25
```

Page 425

```
1            E X H I B I T S
2
3    DESCRIPTION            PAGE     LINE
4    (Exhibit 144 for          234    16
5    identification, Bates
6    stamped PZ 003439, 3418 and
7    3415.)
8    (Exhibit 145 for          242    13
9    identification, Bates
10   stamped PZ 003738 through
11   3783.)
12   (Exhibit 146 for          274    25
13   identification, Bates
14   stamped EA-0000026 through
15   29 and20 through 25.)
16   (Exhibit 147 for          287    15
17   identification, Bates
18   stamped PZ 00393 through
19   405.)
20   (Exhibit 148 for          289    17
21   identification, Bates
22   stamped PZ 000406 through
23   413.)
24
25
```

33  (Pages 422 to 425)

ASHOT EGIAZARYAN - 1/19/2012

---

Page 426

```
 1    (Exhibit 149 for        293     8
 2    identification, article in
 3    Novaya Gazeta.)
 4    (Exhibit 150 for        385     8
 5    identification, Bates
 6    stamped PZ 000513 through
 7    516.)
 8    (Exhibit 151 for        387    15
 9    identification, Bates
10    stamped PZ 000493 through
11    496.)
12    (Exhibit 152 for        389     6
13    identification, Bates
14    stamped PZ 000491 through
15    492.)
16    (Exhibit 153 for        396    21
17    identification, Bates
18    stamped PZ 001635 through
19    1634.)
20    (Exhibit 154 for        397    12
21    identification, Bates
22    stamped PZ 000478 through
23    480.)
24
25
```

---

Page 427

```
 1    (Exhibit 155 for        398    18
 2    identification, article from
 3    the Associated Press dated
 4    February 7, 2005.)
 5    (Exhibit 156 for        406     9
 6    identification, article
 7    dated 2001.)
 8    (Exhibit 157 for        414    15
 9    identification, article
10    dated June 17, 2009.)
11    (Exhibit 158 for        419     3
12    identification, article
13    dated November 24, 2011.)
14
15
16
17
18    (Instruction not to answer.)   378     6
19    (Instruction not to answer.)   404    25
20
21
22
23
24
25
```

---

34 (Pages 426 to 427)