# EXHIBIT 36

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------X
ASHOT EGIAZARYAN,              )
                               )
        Plaintiff,             )  Civ. Action No.
                               )
    -against-                  )  11 CIV 2670
                               )  (PKC)(GWG)
PETER ZALMAYEV,                )
                               )
        Defendant.             )
-------------------------------X


Tuesday, March 20, 2012

         -  -  -

Videotape Deposition of RINAT R. AKHMETSHIN held in the offices of Greenberg Traurig, 2101 L Street, Northwest, Washington, D.C. 20037 commencing at approximately 10:11 a.m., on the above date, before Cindy L. Sebo, Registered Merit Reporter, Certified Real-Time Reporter, Certified Shorthand Reporter, Registered Professional Reporter, Certified Court Reporter, Real-Time Systems Administrator and Notary Public.

HUDSON REPORTING & VIDEO                    1-800-310-1769

```
 1                A P P E A R A N C E S:

 2      FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
        BY:  JASON T. COHEN, ESQUIRE
 3      BY:  JONATHAN D. LUPKIN, ESQUIRE
        One Liberty Plaza
 4      New York, New York 10006-1404
        212.412.9500
 5      jcohen@fzw.com
        jlupkin@fzw.com
 6      Representing the Plaintiffs

 7


 8      HAMBURG & GOLDEN, PC
        BY:  JAMES P. GOLDEN, ESQUIRE
 9      1601 Market Street
        Suite 3310
10      Philadelphia, Pennsylvania 19103-1443
        215.255.89593
11      Representing the Defendant

12
        THE SPERDUTO LAW FIRM, PLC
13      BY:  KIM HOYT SPERDUTO, ESQUIRE
        1133 Twentieth Street, Northwest
14      Second Floor
        Washington, D.C. 20036
15      202.408.8900
        ksperduto@sperdutolaw.com
16      Representing the Witness

17

18      ALSO PRESENT:

19         JONATHAN PERRY, Videographer

20

21

22

23

24

25
```

```
 1                    RINAT R. AKHMETSHIN
 2              THE VIDEOGRAPHER:  This is
 3    Disc Number 1 of the videotape
 4    deposition of Rinat Akhmetshin taken
 5    in the matter of Ashot Egiazaryan
 6    versus Peter Zalmayev in the U.S.
 7    District Court for the Southern
 8    District of New York, Case
 9    Number 11 CIV 2670 (PKC)(GWG).
10              This deposition is being held
11    at the offices of Greenberg Traurig,
12    2101 L Street, Northwest,
13    Washington, D.C.
14              Today's date is March 20th,
15    2012.
16              The time on the video screen is
17    currently 10:11 and 50 seconds a.m.
18              The videographer is
19    Jonathan Perry.  The court reporter
20    is Cindy Sebo, both here on behalf of
21    Hudson Reporting & Video.
22              Will counsel present please
23    introduce themselves and state whom
24    they represent?
25              MR. COHEN:  Good morning.  My
```

```
 1                RINAT R. AKHMETSHIN
 2      name is Jason Cohen.  I'm counsel for
 3      Ashot Egiazaryan.  I'm here with my
 4      colleague, Jonathan Lupkin.
 5            MR. GOLDEN:  James Golden
 6      representing Peter Zalmayev.
 7            MR. SPERDUTO:  Kim Sperduto for
 8      the witness.
 9            THE WITNESS:  Rinat Akhmetshin,
10      the witness.
11            THE VIDEOGRAPHER:  And will the
12      reporter swear in the witness,
13      please?
14                       - - -
15                RINAT R. AKHMETSHIN
16      after having been first duly sworn, was
17      examined and testified as follows:
18                       - - -
19                    EXAMINATION
20                       - - -
21   BY MR. COHEN:
22         Q.   Good morning, Mr. Akhmetshin.
23         A.   Good morning.
24         Q.   As I mentioned, my name is
25      Jason Cohen.  I'm going to be asking you
```

Case 1:11-cv-02670-PKC-GWG   Document 231-36   Filed 06/03/13   Page 6 of 18

90

```
 1              RINAT R. AKHMETSHIN
 2         tried to help me to get an account.
 3         He was aware of these difficulties at
 4         that firm, and he told me that, you
 5         know, I should probably go and help
 6         them; they might need some help.
 7    BY MR. COHEN:
 8         Q.   What happened next?
 9         A.   We met with Mr. Vavilov and his
10    colleagues.
11         Q.   When was that?
12         A.   I really, truly don't recall.  It
13    was late '90s.  It was before 9/11.
14         Q.   How did it come that
15    Mr. Vavi- -- Vavilov approached you in late
16    2010 regarding Ashot Egiazaryan?
17              MR. SPERDUTO:  I'm sorry.  What
18         was the verb, Jason?  I couldn't hear
19         that.
20              THE WITNESS:  I'm sorry.
21         Please repeat.
22    BY MR. COHEN:
23         Q.   Yes.
24              How did Mr. Vavilov approach you
25    in late 2010 regarding Mr. Egiazaryan?
```

| New York    | Hudson Reporting & Video      | New Jersey   |
| Connecticut | Nationwide 1-800-310-1769     | Pennsylvania |

```
 1                    RINAT R. AKHMETSHIN
 2           A.    Mr. Vavilov approached me
 3     regarding Mr. Egiazaryan, I think, before, I
 4     think, 2009.
 5           Q.    2009?
 6           A.    Yes.
 7           Q.    Did he approach you in person,
 8     by phone or by --
 9           A.    By phone.
10           Q.    What did he say?
11           A.    He -- he was very upset because
12     he -- there was an attempt to kidnap his
13     daughter in Monaco.
14           Q.    And what did he want you to do?
15           A.    He asked me to come to Monaco to
16     talk to him about this matter.  His -- and he
17     and his wife are -- I mean, they're -- I knew
18     the girl since she was born, and I knew his
19     wife also quite well.  We're friendly.
20                 And throughout those years, I
21     helped him on several different matters.  I
22     worked three, four matters for him.
23           Q.    Those were paid matters; is that
24     correct?
25           A.    Correct, yes.
```

```
 1                    RINAT R. AKHMETSHIN
 2         Q.    He didn't --
 3         A.    He simply asked me to --
 4               MR. SPERDUTO:  Wait for a
 5         question.
 6               THE WITNESS:  Sorry.
 7   BY MR. COHEN:
 8         Q.    What happened next?
 9         A.    I came down to Monaco, and they
10   told me the story of this attempted
11   kidnapping.
12         Q.    And what -- what did they ask
13   you to do?
14         A.    They asked my advice, what should
15   they do.
16         Q.    What did you advise them?
17         A.    I told them they should really
18   pursue this matter for legal channels.
19         Q.    Did they do so?
20         A.    They did so, yes.
21         Q.    Did you do any more work on that
22   related issue -- on that issue?
23         A.    By that time, they asked me --
24   because, you know, Mr. Vavilov had reasons to
25   believe that Mr. Egiazaryan was behind that
```

```
1                RINAT R. AKHMETSHIN
2       attempted kidnapping.  So he asked me to look
3       into Mr. Egiazaryan's -- you know, his
4       political activities and maybe try to tell
5       the story about this person in the West.
6             Q.    Did you take that assignment?
7             A.    I did.  It was not exactly an
8       assignment, but I tried to -- I researched
9       this Mr. Egiazaryan at that time.
10            Q.    Was this still in 2009?
11            A.    I think it was 2009, yes.  I
12      searched his activities, his business
13      activities.  At that time, there was a --
14      there was a matter of some construction which
15      went bad, and I think that's the matter that
16      just really didn't go that far to be honest
17      at that time.
18            Q.    How -- how much time did you
19      spend on that project in 2009?
20            A.    Maybe a week.
21            Q.    What did you do with your
22      research?
23            A.    Oh, I shared with some -- some
24      people, some journalists, tried to bring
25      their attention to the story.
```

1           RINAT R. AKHMETSHIN
2   with several journalists, is there anything
3   else that you did with regard to the project
4   that you were summoned to Monaco for?
5       A.   No.  I don't remember.  It's not
6   something in particular.  It was a small
7   matter.
8       Q.   Then the matter dropped after a
9   short while --
10      A.   I don't think --
11      Q.   -- is that correct?
12      A.   -- it dropped.  I think that, you
13  know, just -- I think Mr. Vavilov just kind
14  of didn't want to get involved in this any
15  further.
16      Q.   What was your next involvement
17  with Mr. Vavilov relating to Mr. Egiazaryan?
18      A.   I think sometime, like, around
19  the new year, like 2011, early 2011, he -- I
20  think I was in Moscow, and he invited me to
21  his house.  And he told me that
22  Mr. Egiazaryan is now residing in the
23  United States, and he was very shocked by
24  this fact that he -- and that he has now
25  became a political activist and trying to

```
 1                RINAT R. AKHMETSHIN
 2      stay in the United States and get political
 3      asylum.  And he was really, I would say,
 4      disgusted by this.
 5           Q.    Did he ask you to do something?
 6           A.    He asked me what could be done to
 7      tell the American authorities who -- and
 8      American public, first of all, who
 9      Ashot Egiazaryan is.
10           Q.    Did you then continue to work on
11      this project?
12           A.    I discussed this matter with
13      Mr. Vavilov extensively.
14           Q.    And did he -- did you ever enter
15      into an agreement with him?
16           A.    Yes, I was engaged by
17      Mr. Vavilov.
18           Q.    Was there a written engagement
19      between you and Mr. Vavilov?
20           A.    Rarely.  Since we know each other
21      for such a long time, it's -- I don't think
22      I've ever had a contract with him or anything
23      to that matter.
24                 I might have years ago, but from
25      now on, it's just kind of he asked me to do
```

```
 1                 RINAT R. AKHMETSHIN
 2       something and I did it for him.
 3            Q.    And what were the terms by which
 4       you agreed to work on a project relating to
 5       Mr. Egiazaryan for him?
 6            A.    What do you mean "terms"?
 7            Q.    Were you getting paid?
 8            A.    I was paid, correct, yes.
 9            Q.    Did you -- at the time when you
10       first met, did you agree on an amount?
11            A.    You know, he -- he had some cash
12       around the house, actually.  He said that,
13       you know, just so on, so on and so on.  I --
14       I think he got some -- I don't remember.
15                 He -- he -- he said that, you
16       know, just I got a cash for something,
17       someone owed him money or something like
18       that.  I don't remember.
19                 But I remember there was money
20       in, like, hundred-dollar bills bags.  And,
21       you know, he said that, you know, just -- I
22       mean, he said, I would like to -- you to
23       start this public awareness project in the
24       United States, and he thought how much -- and
25       asked me how much would it cost.
```

```
                                                           99
 1                      RINAT R. AKHMETSHIN
 2          Q.    What did you say?
 3          A.    I said that, you know, we could
 4   try, you know.  I don't know how far it could
 5   go, but, you know, I think that we could try
 6   and maybe start with $100,000.
 7          Q.    Did he give you $100,000 cash
 8   right --
 9          A.    He did not have --
10          Q.    -- then and there?
11          A.    -- he did not have $100,000, but
12   I think he had something like 70 or something
13   like that, 70 or 80.  I don't remember.
14          Q.    Did he give you $70,000 cash at
15   that time?
16          A.    Cash, correct, yes.
17                I don't remember.  70 or 80,
18   something like that.
19          Q.    Is -- is he a Russian citizen --
20          A.    Mr. Vavilov?
21          Q.    -- Mr. Vavilov?
22          A.    I do believe so, yes.
23          Q.    Did you ever register under the
24   Foreign Agents Registration Act with regard
25   to this project?
```

```
 1                    RINAT R. AKHMETSHIN
 2          A.    I did not.
 3          Q.    Why not?
 4          A.    Because --
 5                MR. SPERDUTO:  Objection to the
 6          form.
 7                THE WITNESS:  Sorry.
 8                MR. SPERDUTO:  Go ahead.
 9                THE WITNESS:  -- because it's
10          not a FARA matter.
11     BY MR. COHEN:
12          Q.    Did you have to seek advice of
13     counsel regarding that?
14          A.    I have, yes.
15          Q.    Who -- from whom?
16          A.    From Baker & Hostetler.
17                May I add something?
18                MR. SPERDUTO:  Wait.  Hold on.
19          You can't disclose any communications
20          between you and your counsel --
21                THE WITNESS:  Understood.
22                MR. COHEN:  -- so -- so wait
23          for a question.  And when he asks the
24          next question, you can give your
25          answer.
```

```
 1                RINAT R. AKHMETSHIN
 2              THE WITNESS:  Okay.
 3     BY MR. COHEN:
 4         Q.    Who did you meet with at Baker &
 5     Hostetler?  Mr. Cymrot?
 6         A.    Correct, yes.
 7               Can I --
 8               (Witness and counsel confer.)
 9               THE WITNESS:  Okay.  This
10         just -- may -- may -- may I add
11         something?
12     BY MR. COHEN:
13         Q.    If you want to take a short
14     break, that's fine --
15         A.    No, no, no --
16         Q.    -- or --
17         A.    -- just -- I want to just
18     assert -- you know, I think that this whole
19     FARA matter, I -- I've seen this also in the
20     complaint.
21               The FARA, it's an old law, and
22     I -- I think -- FARA is this very old law,
23     and this applies to people who represent
24     political parties of foreign governments,
25     which none of this was.
```

1           RINAT R. AKHMETSHIN

2           Mr. Vavilov is a private citizen,

3    and he lives in the United States, resident

4    of the United States and resident of Russia.

5    So there's absolutely no FARA affiliation.

6           Q.   Do you know where Mr. Vavilov

7    got the cash from?

8           A.   I don't know.  You should ask

9    him.

10          Q.   Did Mr. Vavilov say whether

11   there were other individuals or entities who

12   were participating with him in initiating

13   this project against Ashot Egiazaryan?

14              MR. SPERDUTO:  Objection to the

15         form.

16              THE WITNESS:  Mr. Vavilov hates

17         your client's guts.  You know, he

18         doesn't need any organizations.  He

19         hates him for --

20   BY MR. COHEN:

21          Q.   Did he say --

22          A.   -- a dozen years.

23          Q.   -- did he say whether he was

24   cooperating with anybody else?

25          A.   I don't think so.

```
 1                    RINAT R. AKHMETSHIN
 2          Q.    Okay.  Do -- do --
 3          A.    -- I did not ever say that.
 4          Q.    -- did your team and
 5    Mr. Kerimov's team have unanimity of
 6    purpose?
 7                MR. SPERDUTO:  Asked and
 8          answered.
 9                THE WITNESS:  I said that we
10          both were focusing on the same
11          individual for different purposes.
12    BY MR. COHEN:
13          Q.    And you're focusing on the same
14    result; is that correct?
15          A.    That's not correct, sir.
16          Q.    What result were you seeking?
17          A.    As I mentioned in this
18    previous answers -- as we discussed in the
19    previous my -- of my answers, my issue was
20    the asylum issue.  It's something which I was
21    paid for and I was retained for.
22                Their interest was the commercial
23    matter which had -- and, at one point, I
24    realized hindered and overshadowed my issues.
25    So that comparison -- comparing notes or
```

```
 1                    RINAT R. AKHMETSHIN
 2      exchange of information has stopped by the
 3      time when we realized that, you know, just
 4      there's nothing else to discuss or compare.
 5           Q.    Your issue -- was your issue to
 6      have Mr. Egiazaryan deported?
 7           A.    No.  My issue, as my client asked
 8      me to do, to not -- to allow my client not to
 9      see Mr. Egiazaryan in the United States.  I
10      will put it that way.
11           Q.    Did you participate in the
12      securing of letters from Lev Ponomarev and
13      Lyudmila Alexeyeva?
14           A.    I did not.  I do not know.
15           Q.    Did you play any role in the
16      drafting of those letters?
17           A.    I might have seen some -- I'm not
18      sure, sir.  No, I --
19           Q.    Did you --
20           A.    -- the answer probably is no.  I
21      do not remember.
22           Q.    You don't remember or you did
23      not?
24           A.    I do not remember, sir.
25           Q.    Did you play a role in drafting
```